**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1: 19-cv-02005-WHP |
| Plaintiff, | CLASS ACTION |
| v. | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | |
| Defendants. | |
| JOHN JUBELT, Individually, and On Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-02528-WHP |
| Plaintiff, | CLASS ACTION |
| v. | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | |
| Defendants. | |

**NOTICE OF MOTION OF DAVID LUEBBE TO CONSOLIDATE RELATED ACTIONS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

**PLEASE TAKE NOTICE** that Lead Plaintiff Movant David Luebbe ("Mr. Luebbe" or "Movant") will move this Court, on a date and at such time as may be designated by the Court, for an Order: (1) consolidating the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing Movant as Lead Plaintiff pursuant to the claims asserted herein, which arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78i, 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. §240.10b-5; and (3) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel on behalf of the proposed Class.

DATED: May 3, 2019                          Respectfully submitted,

                                            **KAHN SWICK & FOTI, LLC**

                                            */s/ Kim E. Miller*
                                            Kim E. Miller (KM-6996)
                                            250 Park Avenue, Suite 2040
                                            New York, NY 10177
                                            Telephone: (212) 696-3730
                                            Facsimile: (504) 455-1498

                                            -and-

                                            Lewis S. Kahn
                                            1100 Poydras Street, Suite 3200
                                            New Orleans, LA 70163
                                            Telephone: (504) 455-1400
                                            Facsimile: (504) 455-1498

                                            *Counsel for Movant David Luebbe and*
                                            *Proposed Lead Counsel for the Class*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/ Kim E. Miller*
Kim E. Miller