# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1: 19-cv-02005-WHP |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | ) ) ) | |
| Defendants. | ) ) | |
| JOHN JUBELT, Individually, and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:19-cv-02528-WHP |
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF THE MOTION OF DAVID LUEBBE TO CONSOLIDATE RELATED ACTIONS TO BE APPOINTED LEAD PLAINTIFF AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.    I am a member in good standing of the bar of New York and a member of the law firm of Kahn Swick & Foti, LLC, proposed Lead Counsel for Lead Plaintiff Movant David Luebbe ("Movant"). I submit this Declaration in support of the Motion filed by Movant to: (1) consolidate

related cases; (2) be appointed as Lead Plaintiff; and (2) approve Proposed Lead Plaintiff's choice of Lead Counsel for the Class.

2.    Attached hereto as Exhibits are true and correct copies of the following:

Exhibit A:    Certification of Mr. David Luebbe along with a detailed listing of his transactions in Weight Watchers International, Inc. common stock from May 4, 2018 through February 26, 2019, inclusive.

Exhibit B:    Loss Chart of Mr. David Luebbe reflecting his transactions in Weight Watchers International, Inc. common stock from May 4, 2018 through February 26, 2019, inclusive.

Exhibit C:    Published Notice on *BusinessWire* on March 4, 2019 of the first securities class action complaint filed in this matter, in the United States District Court for Southern District of New York.

Exhibit D:    Firm Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC.

I declare under penalty of perjury under the laws of the state of New York that the foregoing facts are true and correct.

Executed this 3rd day of May, 2019, at New York, New York,

*/s/ Kim E. Miller*
Kim E. Miller