# EXHIBIT B

**Class Period Losses of David Luebbe in Common Stock of Weight Watchers International, Inc.**

| | |
|---|---|
| **Class Period Begins:** | 5/4/2018 |
| **Class Period Ends:** | 2/26/2019 |
| **90-Day Lookback Period Ends:** | 5/27/2019 |
| **90-Day Lookback Value (through May 3, 2019):** | $    19.82 |

**ACCOUNT NO. 1:**

| DATE: | QUANTITY: | PRICE: | TOTAL COST: | SALE DATE: | PRICE: | TOTAL PROCEEDS: | GAIN/(LOSS): | |
|---|---|---|---|---|---|---|---|---|
| 5/3/2018 | 568 | $ 69.92 | $ 39,714.56 | 6/5/2018 | $ 86.48 | $ 49,120.64 | $ 9,406.08 | A |
| 5/3/2018 | 580 | $ 69.92 | $ 40,553.60 | 6/25/2018 | $ 98.95 | $ 57,391.00 | $ 16,837.40 | A |
| 7/12/2018 | 650 | $ 92.73 | $ 60,274.50 | HELD | $ 19.82 | $ 12,880.23 | $ (47,394.27) | |
| 8/7/2018 | 452 | $ 79.35 | $ 35,866.20 | HELD | $ 19.82 | $ 8,956.72 | $ (26,909.48) | |
| 10/31/2018 | 344 | $ 66.48 | $ 22,869.12 | HELD | $ 19.82 | $ 6,816.62 | $ (16,052.50) | |
| 1/25/2019 | 455 | $ 33.07 | $ 15,046.85 | HELD | $ 19.82 | $ 9,016.16 | $ (6,030.69) | |
| 2/21/2019 | 500 | $ 29.04 | $ 14,520.00 | HELD | $ 19.82 | $ 9,907.87 | $ (4,612.13) | |
| | | | | | | **OVERALL LOSSES:** | $ (74,755.59) | |
| | | | | | | **CLAIMED LOSSES:** | $ (100,999.07) | |

**ACCOUNT NO. 2:**

| DATE: | QUANTITY: | PRICE: | TOTAL COST: | SALE DATE: | PRICE: | TOTAL PROCEEDS: | GAIN/(LOSS): |
|---|---|---|---|---|---|---|---|
| 5/29/2018 | 900 | $ 80.01 | $ 72,009.00 | HELD | $ 19.82 | $ 17,834.17 | $ (54,174.83) |
| | | | | | | **OVERALL LOSSES:** | $ (54,174.83) |
| | | | | | | **CLAIMED LOSSES:** | $ (54,174.83) |

**TOTAL OVERALL LOSSES:  $  (128,930.42)**

**TOTAL CLAIMED LOSSES:  $  (155,173.90)**

**A :** Under the LIFO method, these class period sales would be matched against pre-Class Period holdings.  However, the Southern District of New York typically does not consider losses or gains on pre-class period holdings, holding they are not the focus when determining which movant has the "largest financial interest."  *See City of Monroe Emps.' Ret. Sys. v. Hartford Fin. Servs. Grp.*, 269 F.R.D. 291, 295 (S.D.N.Y. 2010).  Accordingly, the gains on these sales are not included in the "claimed losses" figures.

**HELD :** For shares purchased during the Class Period and held through the end of the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market, damages are limited pursuant to 15 U.S.C. § 78u–4(e)(1), using the "mean trading price" for that 90-Day period. Here, because the 90-Day period has not yet expired, the mean trading price has been determined using the available historical trading data through the close of the market on May 3, 2019.