UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>    Defendants. | Civil Action No.  1:19-cv-02005-WHP<br><br>CLASS ACTION |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>    Defendants. | Civil Action No.  1:19-cv-02528-WHP<br><br>CLASS ACTION |

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF LAURENT HAMEL'S MOTION TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD COUNSEL**

010827-11 1121973 V1

I, Reed R. Kathrein, declare as follows:

1.    I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Laurent Hamel ("Mr. Hamel" or "Movant").  I am an attorney licensed to practice law in the States of California, Illinois and Florida.  I make this declaration in support of Laurent Hamel's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Laurent Hamel's sworn Certification;

Exhibit B:    Chart of Laurent Hamel's estimated loss;

Exhibit C:    Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on March 4, 2019;

Exhibit D:    Hagens Berman's firm résumé; and

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of May 2019, at Berkeley, California.

/s/ Reed R. Kathrein
REED R. KATHREIN

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*

JASON A. ZWEIG
