# Exhibit B

**Loss Analysis for Laurent Hamel - Weight Watchers International, Inc. (WTW)**
**Class Period 05/04/18 - 02/26/19**

| | Date | Shares | PURCHASES Share Price | Amount Paid | | Date | Shares | SALES Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | |
| Class Period Purchases | 08/15/18 | 1,000 | $72.2549 | $72,254.90 | | | | | | |
| | 11/05/18 | 1,000 | $50.4249 | $50,424.90 | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 2,000 | Total Amount Paid in CP | $122,679.80 |

| | | | | |
|---|---|---|---|---|
| Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 | |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 0 | Total Amount Sold to Current | $0.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP    2,000   (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $122,679.80 | |
| Net Amount Paid in CP Minus Sold to Current Date | $122,679.80 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 2,000 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 2,000 | Automatically 0 if ALTERNATIVE |

90-Day Mean Share Price after last Day of CP    $6.32935

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $12,658.70 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $12,658.70 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $110,021.10 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $110,021.10 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $110,021.10 | ALTERNATIVE |