**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-02005-WHP<br><br>Hon. William H. Pauley III |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-02528-WHP<br><br>Hon. William H. Pauley III |

**NOTICE OF MOTION OF DR. JONATHAN WYATT FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Dr. Jonathan Wyatt ("Movant") respectfully moves this Court for an order: (1) consolidating the actions; (2) appointing Movant as lead plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the

declaration of Eduard Korsinsky in support thereof, and the Court's complete files and records in

this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: May 3, 2019                                    Respectfully Submitted,

                                                      **LEVI & KORSINSKY, LLP**

                                                      By: /s/ *Eduard Korsinsky*
                                                      Eduard Korsinsky (EK-8989)
                                                      55 Broadway, 10th Floor
                                                      New York, NY 10006
                                                      Tel: (212) 363-7500
                                                      Fax: (212) 363-7171
                                                      Email: ek@zlk.com

                                                      *Lead Counsel for Movants and [Proposed]*
                                                      *Lead Counsel for the Class*