**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>                    Defendants. | Case No.: 1:19-cv-02005-WHP<br><br>Hon. William H. Pauley III |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>                    Defendants. | Case No.: 1:19-cv-02528-WHP<br><br>Hon. William H. Pauley III |

**DECLARATION OF EDUARD KORSINSKY IN SUPPORT OF THE MOTION OF DR. JONATHAN WYATT FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Eduard Korsinsky, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Dr. Jonathan Wyatt ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      PSLRA Certification signed by Movant attesting to his purchases of Weight Watchers International, Inc. securities;

Exhibit B:      Loss Chart reflecting the losses incurred by Movant a result of his transactions in Weight Watchers International, Inc. securities;

Exhibit C:      Press Release published March 4, 2019, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Potts v. Weight Watchers International, Inc., et al.*, Case No. 1:19-cv-02005-WHP.

Exhibit D:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.


I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: May 3, 2019                              Respectfully Submitted,

                                                **LEVI & KORSINSKY, LLP**

                                                By: /s/ *Eduard Korsinsky*
                                                Eduard Korsinsky (EK-8989)
                                                55 Broadway, 10th Floor
                                                New York, NY 10006
                                                Tel: (212) 363-7500
                                                Fax: (212) 363-7171
                                                Email: ek@zlk.com


                                                *Lead Counsel for Movant and [Proposed]*
                                                *Lead Counsel for the Class*

2