# EXHIBIT A

**CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, JONATHAN WYATT , individually and on behalf of the BERKSHIRE LIFE DISABILITY INCOME TRUST FBO JONATHAN WYATT ("Movant/Plaintiff"), for which I am the BENEFICIARY and duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

and duly authorized to act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. Movant/Plaintiff has reviewed a complaint filed in the action(s).

2. Movant/Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Movant/Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Movant/Plaintiff's transaction(s) in Weight Watchers International, Inc. securities which are the subject of this litigation during the class period (are) set forth in the chart attached hereto.

5. Within the last 3 years, Movant/Plaintiff has not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. Movant/Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 30, 2019.

Name: JONATHAN WYATT

Signed:

| Case Name | Weight Watchers International, Inc. |
|---|---|
| Ticker | WTW |
| Class Period | 05-04-2018 to 02-26-2019 |

**Client Name**

Dr. Jonathan Wyatt

| Date of Transaction | Transaction Type Purchase (P), Sale (S) | Quantity | Price per Security |
|---|---|---|---|
| 5/14/2018 | S | (6,000) | $ 78.36 |
| 5/15/2018 | P | 6,000 | $ 79.43 |
| 5/25/2018 | S | (6,000) | $ 79.44 |
| 5/30/2018 | P | 6,000 | $ 77.32 |
| 6/6/2018 | S | (6,000) | $ 87.91 |
| 6/13/2018 | P | 5,900 | $ 92.30 |
| 6/20/2018 | S | (5,900) | $ 104.40 |
| 6/21/2018 | P | 6,000 | $ 101.25 |
| 6/26/2018 | S | (6,000) | $ 100.90 |
| 6/27/2018 | P | 6,000 | $ 98.99 |
| 6/29/2018 | S | (6,000) | $ 100.77 |
| 7/6/2018 | P | 6,000 | $ 102.80 |