# EXHIBIT B

| Case Name | Weight Watchers International, Inc. | | | Gross Shares Purchased | 35,900 |
|---|---|---|---|---|---|
| Ticker | WTW | | | Net Retained Shares | 0 |
| Class Period | 05-04-2018 to 02-26-2019 | | | Net Funds Expended | $ 2,987.18 |
| | | | | 90-Day Average | $ 19.75 |
| | | | | Straight LIFO Losses | $ 351,367.84 |
| | | | | *Dura* LIFO | $ 349,254.33 |

**Client Name**
Dr. Jonathan Wyatt

| Date of Transaction | Transaction Type Purchase (P), Sale (S) | Quantity | Price per Security | Cost/Proceeds ($) |
|---|---|---|---|---|
| 5/14/2018 | S | (6,000) | $ 78.36 | (470,180.66) |
| 5/15/2018 | P | 6,000 | $ 79.43 | 476,577.00 |
| 5/25/2018 | S | (6,000) | $ 79.44 | (476,640.00) |
| 5/30/2018 | P | 6,000 | $ 77.32 | 463,928.24 |
| 6/6/2018 | S | (6,000) | $ 87.91 | (527,475.42) |
| 6/13/2018 | P | 5,900 | $ 92.30 | 544,550.05 |
| 6/20/2018 | S | (5,900) | $ 104.40 | (615,960.00) |
| 6/21/2018 | P | 6,000 | $ 101.25 | 607,485.35 |
| 6/26/2018 | S | (6,000) | $ 100.90 | (605,371.84) |
| 6/27/2018 | P | 6,000 | $ 98.99 | 593,936.69 |
| 6/29/2018 | S | (6,000) | $ 100.77 | (604,641.63) |
| 7/6/2018 | P | 6,000 | $ 102.80 | 616,779.40 |
| | *After-CP* | | | |
| 5/2/2019 | S | (6,000) | $ 20.30 | (121,800.00) |