**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

*[Proposed] Co-Lead Counsel for Movants and Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN POTTS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | **CASE No.: 1:19-cv-02005-WHP**<br><br>**NOTICE OF MOTION OF MARK STEINBERG, DENNIS EDWARDS, AND ALAN SPEN TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

1

|  |  |
|---|---|
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>      Defendants. | **CASE No.: 1:19-cv-02528-WHP**<br><br>**<u>CLASS ACTION</u>** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs Mark Steinberg, Dennis Edwards, and Alan Spen ("Movants") hereby move this Court, the Honorable William H. Pauley, III, United States District Court Judge, on a date and at a time designated by the Court, for an order:

(a)     consolidating the above-captioned related actions;

(b)     appointing Movants to serve as Lead Plaintiffs in this action; and

(c)     approving Movants' selection of The Rosen Law Firm, P.A and Pomerantz LLP as Co-Lead Counsel for the litigation.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated May 3, 2019 (and exhibits); and (ii) a [Proposed] Order: (1) Consolidating the Related Actions; (2) Appointing Lead Plaintiffs; and (3) Approving Lead Plaintiffs' Selection of Counsel.

Dated: May 3, 2019                 Respectfully submitted,

                                    **THE ROSEN LAW FIRM, P.A.**

                                    /s/ Phillip Kim
                                    Phillip Kim, Esq. (PK 9384)
                                    Laurence M. Rosen, Esq. (LR 5733)

275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*[Proposed] Co-Lead Counsel for Movants and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim