**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1.  I, _____Alan Spen_____, make this

declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section

21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities

Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Weight Watchers International, Inc. ("Weight Watchers" or

the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Weight Watchers securities at the direction of plaintiffs counsel, or in

order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or

acquired Weight Watchers securities during the class period, including providing testimony at deposition and

trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this

action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Weight

Watchers securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set

forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses

directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed _April 24, 2019_
 (Date)

_____ Alan Spen _____
(Signature)

_____ Alan Spen _____
(Type or Print Name)

# ASSIGNMENT

Roberta Spen ("Assignor") hereby assigns, transfers and sets over to Alan Spen ("Assignee") all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of Weight Watchers International, Inc. Further, the Assignor hereby appoints Assignee as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Assignee.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed _____ May 3, 2019 _____
(Date)

_____ Alan Spen _____
(Signature)

_____ Alan Spen _____
(Type or Print Name)

Alan Spen as Legal Guardian For Roberta Spen
(Title)

On behalf of Assignee _____ Alan Spen _____

{00324312;1 }

**Weight Watchers International, Inc. (WTW)**                                        **Spen, Alan**

**List of Purchases and Sales**

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| 8/7/2018 | Purchase | 500 | $79.6252 |
| 8/7/2018 | Purchase | 300 | $79.4350 |
| 8/7/2018 | Purchase | 100 | $79.5000 |
| 8/7/2018 | Purchase | 100 | $79.4600 |
| 8/14/2018 | Purchase | 300 | $77.8700 |
| 8/14/2018 | Purchase | 100 | $77.9000 |
| 8/14/2018 | Purchase | 100 | $77.8500 |
| 8/17/2018 | Purchase | 400 | $70.1200 |
| 8/17/2018 | Purchase | 400 | $70.1200 |
| 8/17/2018 | Purchase | 400 | $70.2800 |
| 8/17/2018 | Purchase | 400 | $70.3700 |
| 8/17/2018 | Purchase | 600 | $70.3300 |
| 8/17/2018 | Purchase | 600 | $70.4000 |
| 8/17/2018 | Purchase | 1,100 | $70.1300 |
| 8/17/2018 | Purchase | 1,100 | $70.1400 |
| 8/22/2018 | Purchase | 2,500 | $74.8900 |
| 8/31/2018 | Purchase | 2,000 | $75.4650 |
| 8/31/2018 | Purchase | 500 | $75.3400 |
| 9/4/2018 | Purchase | 100 | $74.1000 |
| 9/4/2018 | Purchase | 100 | $74.1600 |
| 9/4/2018 | Purchase | 100 | $74.1600 |
| 9/4/2018 | Purchase | 150 | $74.0900 |
| 9/4/2018 | Purchase | 150 | $74.1500 |
| 9/4/2018 | Purchase | 300 | $74.1600 |
| 9/4/2018 | Purchase | 400 | $74.0900 |
| 9/4/2018 | Purchase | 400 | $74.1100 |
| 9/4/2018 | Purchase | 400 | $74.1300 |
| 9/4/2018 | Purchase | 479 | $74.1300 |
| 9/4/2018 | Purchase | 600 | $74.1500 |
| 9/4/2018 | Purchase | 621 | $74.1500 |
| 9/4/2018 | Purchase | 1,200 | $74.1300 |
| 9/17/2018 | Purchase | 37 | $70.5200 |
| 9/17/2018 | Purchase | 500 | $70.5300 |
| 9/17/2018 | Purchase | 763 | $70.5200 |
| 9/17/2018 | Purchase | 1,200 | $70.5300 |
| 9/18/2018 | Purchase | 500 | $69.9200 |
| 9/21/2018 | Purchase | 900 | $69.4350 |
| 9/21/2018 | Purchase | 300 | $69.5199 |
| 9/21/2018 | Purchase | 299 | $69.5078 |
| 9/21/2018 | Purchase | 201 | $69.5200 |
| 9/21/2018 | Purchase | 200 | $69.5000 |
| 9/21/2018 | Purchase | 100 | $69.4690 |
| 9/24/2018 | Purchase | 1,000 | $72.3200 |
| 9/28/2018 | Purchase | 1,000 | $71.6600 |
| 9/28/2018 | Purchase | 1,000 | $71.8900 |
| 9/28/2018 | Purchase | 1,500 | $71.9236 |
| 10/8/2018 | Purchase | 100 | $67.1000 |
| 10/9/2018 | Purchase | 500 | $65.5000 |
| 10/9/2018 | Purchase | 1,000 | $65.4900 |
| 10/9/2018 | Purchase | 500 | $65.4278 |
| 10/25/2018 | Purchase | 2,500 | $65.7600 |

**Weight Watchers International, Inc. (WTW)**                                          **Spen, Alan**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/25/2018 | Purchase | 401 | $66.1244 |
| 10/25/2018 | Purchase | 300 | $66.1000 |
| 10/25/2018 | Purchase | 100 | $66.0900 |
| 10/25/2018 | Purchase | 100 | $66.0990 |
| 10/25/2018 | Purchase | 99 | $66.1500 |
| 11/1/2018 | Purchase | 496 | $68.4283 |
| 11/1/2018 | Purchase | 4 | $68.3900 |
| 11/2/2018 | Purchase | 100 | $51.5800 |
| 11/2/2018 | Purchase | 100 | $51.6000 |
| 11/2/2018 | Purchase | 100 | $51.6100 |
| 11/2/2018 | Purchase | 100 | $51.5800 |
| 11/2/2018 | Purchase | 100 | $51.7400 |
| 11/2/2018 | Purchase | 900 | $51.6800 |
| 11/2/2018 | Purchase | 1,100 | $51.7700 |
| 11/2/2018 | Purchase | 5,000 | $52.5900 |
| 11/5/2018 | Purchase | 500 | $49.0580 |
| 11/9/2018 | Purchase | 100 | $52.8100 |
| 11/9/2018 | Purchase | 600 | $52.7900 |
| 11/9/2018 | Purchase | 1,800 | $52.8000 |
| 11/9/2018 | Purchase | 2,500 | $52.8400 |
| 11/9/2018 | Purchase | 2,500 | $52.6014 |
| 11/28/2018 | Purchase | 100 | $50.7100 |
| 11/28/2018 | Purchase | 300 | $50.7200 |
| 11/28/2018 | Purchase | 4,600 | $50.7600 |
| 12/7/2018 | Purchase | 2,500 | $46.3900 |
| 12/11/2018 | Purchase | 2,500 | $50.3600 |
| 12/18/2018 | Purchase | 2,500 | $45.9000 |
| 12/19/2018 | Purchase | 2,500 | $43.4100 |
| 12/28/2018 | Purchase | 2,500 | $41.6700 |
| 12/28/2018 | Purchase | 300 | $41.7255 |
| 12/28/2018 | Purchase | 200 | $41.7100 |
| 12/31/2018 | Purchase | 2,000 | $38.0568 |
| 12/31/2018 | Purchase | 1,000 | $38.9153 |
| 12/31/2018 | Purchase | 500 | $38.8850 |
| 12/31/2018 | Purchase | 200 | $38.9700 |
| 12/31/2018 | Purchase | 200 | $38.9154 |
| 12/31/2018 | Purchase | 100 | $38.9579 |
| 1/7/2019 | Purchase | 100 | $36.7900 |
| 1/7/2019 | Purchase | 100 | $36.8000 |
| 1/7/2019 | Purchase | 400 | $36.8000 |
| 1/7/2019 | Purchase | 1,400 | $36.8100 |
| 1/10/2019 | Purchase | 3,000 | $35.0100 |
| 1/10/2019 | Purchase | 800 | $35.0000 |
| 1/10/2019 | Purchase | 200 | $35.0100 |
| 1/24/2019 | Purchase | 2,500 | $32.7300 |
| 1/24/2019 | Purchase | 5,000 | $32.7900 |
| 1/25/2019 | Purchase | 2,500 | $33.1600 |
| 1/29/2019 | Purchase | 200 | $32.6700 |
| 1/29/2019 | Purchase | 2,300 | $32.6800 |
| 1/29/2019 | Purchase | 2,500 | $32.3800 |
| 2/12/2019 | Purchase | 2,500 | $29.4999 |
| 2/13/2019 | Purchase | 30 | $29.8500 |

**Weight Watchers International, Inc. (WTW)**                                     **Spen, Alan**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 2/13/2019 | Purchase | 75 | $29.8600 |
| 2/13/2019 | Purchase | 100 | $29.8400 |
| 2/13/2019 | Purchase | 400 | $29.8500 |
| 2/13/2019 | Purchase | 1,895 | $29.8700 |
| 2/15/2019 | Purchase | 300 | $30.3700 |
| 2/15/2019 | Purchase | 1,000 | $30.3800 |
| 2/15/2019 | Purchase | 3,700 | $30.3900 |
| 2/20/2019 | Purchase | 2,500 | $30.5000 |
| 2/20/2019 | Purchase | 2,500 | $30.6100 |
| 8/21/2018 | Sale | 1,500 | $74.8173 |
| 8/24/2018 | Sale | 2,500 | $74.4300 |
| 8/24/2018 | Sale | 2,500 | $75.0600 |
| 9/14/2018 | Sale | 7,500 | $68.0000 |
| 9/17/2018 | Sale | 2,500 | $68.0000 |
| 9/28/2018 | Sale | 80 | $71.6400 |
| 9/28/2018 | Sale | 300 | $72.1200 |
| 9/28/2018 | Sale | 500 | $71.6300 |
| 9/28/2018 | Sale | 1,200 | $72.1500 |
| 9/28/2018 | Sale | 1,420 | $71.6600 |
| 10/1/2018 | Sale | 2,000 | $70.0000 |
| 10/12/2018 | Sale | 100 | $64.7100 |
| 10/19/2018 | Sale | 200 | $67.4500 |
| 10/19/2018 | Sale | 300 | $67.4702 |
| 10/19/2018 | Sale | 1,500 | $67.4510 |
| 10/26/2018 | Sale | 277 | $65.7200 |
| 10/26/2018 | Sale | 1,723 | $65.7200 |
| 11/7/2018 | Sale | 100 | $53.1800 |
| 11/7/2018 | Sale | 200 | $53.0700 |
| 11/7/2018 | Sale | 200 | $53.1200 |
| 11/7/2018 | Sale | 400 | $53.1100 |
| 11/7/2018 | Sale | 1,400 | $53.1800 |
| 11/7/2018 | Sale | 1,900 | $53.1100 |
| 11/7/2018 | Sale | 2,300 | $53.1100 |
| 11/7/2018 | Sale | 100 | $53.2650 |
| 11/7/2018 | Sale | 400 | $53.2682 |
| 11/7/2018 | Sale | 500 | $53.2410 |
| 11/7/2018 | Sale | 1,000 | $53.2688 |
| 11/8/2018 | Sale | 100 | $54.4100 |
| 11/8/2018 | Sale | 200 | $54.1700 |
| 11/8/2018 | Sale | 300 | $54.2000 |
| 11/8/2018 | Sale | 2,400 | $54.3900 |
| 11/8/2018 | Sale | 2,500 | $54.3500 |
| 11/28/2018 | Sale | 24 | $50.5400 |
| 11/28/2018 | Sale | 100 | $50.5200 |
| 11/28/2018 | Sale | 100 | $50.5400 |
| 11/28/2018 | Sale | 400 | $50.5300 |
| 11/28/2018 | Sale | 522 | $50.5000 |
| 11/28/2018 | Sale | 554 | $50.5500 |
| 11/28/2018 | Sale | 800 | $50.5000 |
| 12/3/2018 | Sale | 2,500 | $51.8000 |
| 12/3/2018 | Sale | 2,500 | $51.9381 |
| 12/7/2018 | Sale | 2,500 | $46.7600 |

**Weight Watchers International, Inc. (WTW)**                                    **Spen, Alan**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 12/14/2018 | Sale | 2,500 | $48.9000 |
| 12/31/2018 | Sale | 10 | $38.5811 |
| 12/31/2018 | Sale | 20 | $38.5806 |
| 12/31/2018 | Sale | 90 | $38.5733 |
| 12/31/2018 | Sale | 100 | $38.5724 |
| 12/31/2018 | Sale | 100 | $38.5738 |
| 12/31/2018 | Sale | 100 | $38.5284 |
| 12/31/2018 | Sale | 200 | $38.5167 |
| 12/31/2018 | Sale | 300 | $38.5655 |
| 12/31/2018 | Sale | 300 | $38.4967 |
| 12/31/2018 | Sale | 400 | $38.5200 |
| 12/31/2018 | Sale | 1,380 | $38.5623 |
| 1/4/2019 | Sale | 5,000 | $37.0000 |
| 1/18/2019 | Sale | 2,500 | $34.2300 |
| 1/22/2019 | Sale | 2,500 | $33.5000 |
| 1/25/2019 | Sale | 7,500 | $32.0000 |
| 1/25/2019 | Sale | 2,500 | $32.2468 |
| 2/13/2019 | Sale | 2,500 | $29.5267 |
| 2/15/2019 | Sale | 400 | $30.7700 |
| 2/15/2019 | Sale | 600 | $30.6100 |
| 2/15/2019 | Sale | 600 | $30.6600 |
| 2/15/2019 | Sale | 600 | $30.6800 |
| 2/15/2019 | Sale | 1,900 | $30.6600 |
| 2/15/2019 | Sale | 1,900 | $30.6800 |
| 2/15/2019 | Sale | 2,100 | $30.7600 |
| 2/15/2019 | Sale | 4,400 | $30.6000 |
| 2/20/2019 | Sale | 700 | $29.3100 |
| 2/20/2019 | Sale | 1,800 | $29.2800 |
| 2/20/2019 | Sale | 2,500 | $29.1900 |
| 2/22/2019 | Sale | 2,500 | $29.8100 |
| 2/22/2019 | Sale | 2,500 | $29.8200 |
| Account 2 (Roberta Spen) | | | |
| 8/22/2018 | Purchase | 1,000 | $74.6125 |
| 8/31/2018 | Purchase | 1,000 | $75.6674 |
| 9/4/2018 | Purchase | 600 | $74.1040 |
| 9/4/2018 | Purchase | 400 | $74.0900 |
| 9/21/2018 | Purchase | 800 | $69.5494 |
| 9/21/2018 | Purchase | 699 | $69.8140 |
| 9/21/2018 | Purchase | 100 | $69.5400 |
| 9/21/2018 | Purchase | 100 | $69.7874 |
| 9/21/2018 | Purchase | 100 | $69.5500 |
| 9/21/2018 | Purchase | 100 | $69.8000 |
| 9/21/2018 | Purchase | 100 | $69.8200 |
| 9/21/2018 | Purchase | 1 | $69.8100 |
| 9/28/2018 | Purchase | 2,000 | $71.9167 |
| 10/9/2018 | Purchase | 500 | $65.4347 |
| 10/25/2018 | Purchase | 1,000 | $65.8737 |
| 10/25/2018 | Purchase | 389 | $65.8591 |
| 10/25/2018 | Purchase | 300 | $65.8637 |
| 10/25/2018 | Purchase | 111 | $65.8563 |
| 10/25/2018 | Purchase | 100 | $65.8691 |

**Weight Watchers International, Inc. (WTW)**                                          **Spen, Alan**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/25/2018 | Purchase | 100 | $65.8590 |
| 11/9/2018 | Purchase | 2,500 | $52.6039 |
| 12/19/2018 | Purchase | 2,500 | $43.5955 |
| 12/28/2018 | Purchase | 2,400 | $41.9960 |
| 12/28/2018 | Purchase | 100 | $41.9400 |
| 1/25/2019 | Purchase | 1,790 | $33.3902 |
| 1/25/2019 | Purchase | 210 | $33.4000 |
| 2/12/2019 | Purchase | 395 | $29.5000 |
| 2/12/2019 | Purchase | 105 | $29.4900 |
| 8/29/2018 | Sale | 1,000 | $79.5480 |
| 9/17/2018 | Sale | 2,000 | $68.0000 |
| 10/1/2018 | Sale | 2,000 | $70.0000 |
| 10/19/2018 | Sale | 300 | $67.7200 |
| 10/19/2018 | Sale | 600 | $67.7300 |
| 10/19/2018 | Sale | 1,600 | $67.7267 |
| 11/7/2018 | Sale | 10 | $53.3112 |
| 11/7/2018 | Sale | 1,990 | $53.2924 |
| 12/3/2018 | Sale | 2,500 | $51.9181 |
| 1/22/2019 | Sale | 2,500 | $33.5000 |
| 1/23/2019 | Sale | 500 | $32.4200 |
| 1/23/2019 | Sale | 1,000 | $32.4299 |
| 1/23/2019 | Sale | 1,000 | $32.8752 |
| 2/19/2019 | Sale | 500 | $29.0000 |
| 2/19/2019 | Sale | 2,000 | $28.5000 |

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Weight Watchers International, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Weight Watchers International, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name:       Mark
Middle initial:
Last name:        steinberg
Address:
City:
State:
Zip:
Country:
Facsimile:
Phone:
Email:



Plaintiff certifies that:

1.  Plaintiff has reviewed the complaint and authorized its filing.

2.  Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.  Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6.  Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

See Attached Schedule A.

**Certification for Mark steinberg (cont.)**

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the
United States, that the information entered is accurate:                YES

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.              YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 03/08/2019

**Weight Watchers International, Inc. (WTW)**                                           **Steinberg, Mark**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------|---------------------|
| Common Stock | | | |
| 7/20/2018 | Purchase | 1,000 | $92.1400 |
| 7/20/2018 | Purchase | 754 | $91.5200 |
| 7/20/2018 | Purchase | 246 | $91.5200 |
| 7/23/2018 | Purchase | 1,000 | $91.6400 |
| 8/14/2018 | Purchase | 500 | $78.0479 |
| 8/14/2018 | Purchase | 500 | $77.7000 |
| 8/14/2018 | Purchase | 1,000 | $77.8700 |
| 8/14/2018 | Purchase | 1,000 | $77.6200 |
| 8/15/2018 | Purchase | 1,000 | $71.4500 |
| 8/16/2018 | Purchase | 2,000 | $72.3800 |
| 8/16/2018 | Purchase | 1,000 | $71.8200 |
| 8/29/2018 | Purchase | 1,000 | $78.4582 |
| 8/29/2018 | Purchase | 2,000 | $78.7000 |
| 8/29/2018 | Purchase | 1,000 | $78.4700 |
| 8/29/2018 | Purchase | 1,000 | $78.3200 |
| 8/29/2018 | Purchase | 1,000 | $78.1000 |
| 8/30/2018 | Purchase | 1,000 | $76.6000 |
| 8/30/2018 | Purchase | 1,000 | $76.4500 |
| 9/13/2018 | Purchase | 1,000 | $72.7600 |
| 9/13/2018 | Purchase | 1,000 | $72.3400 |
| 9/14/2018 | Purchase | 1,000 | $73.0100 |
| 9/19/2018 | Purchase | 1,000 | $69.6500 |
| 9/20/2018 | Purchase | 1,000 | $70.6412 |
| 9/21/2018 | Purchase | 1,000 | $69.9600 |
| 9/21/2018 | Purchase | 1,000 | $69.5700 |
| 9/24/2018 | Purchase | 2,000 | $70.8800 |
| 9/25/2018 | Purchase | 2,000 | $72.7700 |
| 9/25/2018 | Purchase | 500 | $71.6405 |
| 9/28/2018 | Purchase | 1,000 | $71.6600 |
| 10/1/2018 | Purchase | 2,000 | $72.8000 |
| 10/2/2018 | Purchase | 200 | $73.7400 |
| 10/2/2018 | Purchase | 460 | $73.7350 |
| 10/2/2018 | Purchase | 1,200 | $73.7150 |
| 10/2/2018 | Purchase | 140 | $73.7490 |
| 10/2/2018 | Purchase | 500 | $72.8600 |
| 10/3/2018 | Purchase | 1,000 | $69.3000 |
| 10/4/2018 | Purchase | 1,000 | $71.0500 |
| 10/4/2018 | Purchase | 1,000 | $71.2100 |
| 12/13/2018 | Purchase | 2,000 | $49.2000 |
| 12/13/2018 | Purchase | 2,000 | $49.7800 |
| 12/18/2018 | Purchase | 1,000 | $44.2500 |
| 1/9/2019 | Purchase | 1,000 | $36.6700 |
| 1/9/2019 | Purchase | 1,000 | $36.0299 |
| 1/15/2019 | Purchase | 1,000 | $33.1400 |
| 1/16/2019 | Purchase | 2,000 | $32.9200 |
| 1/22/2019 | Purchase | 1,000 | $32.8900 |
| 1/22/2019 | Purchase | 1,000 | $33.5200 |
| 1/30/2019 | Purchase | 1,000 | $32.2300 |
| 1/31/2019 | Purchase | 1,000 | $31.3300 |
| 1/31/2019 | Purchase | 2,000 | $32.0500 |
| 2/1/2019 | Purchase | 1,000 | $31.5000 |

**Weight Watchers International, Inc. (WTW)**                                    **Steinberg, Mark**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 2/4/2019 | Purchase | 200 | $31.7703 |
| 2/4/2019 | Purchase | 800 | $31.7702 |
| 2/5/2019 | Purchase | 1,000 | $31.6900 |
| 2/6/2019 | Purchase | 1,000 | $31.5300 |
| 2/20/2019 | Purchase | 1,000 | $29.9903 |
| 2/21/2019 | Purchase | 1,000 | $29.8667 |
| 2/21/2019 | Purchase | 1,000 | $29.2500 |
| 2/26/2019 | Purchase | 1,000 | $30.5000 |
| 2/26/2019 | Purchase | 1,000 | $30.0500 |
| 7/20/2018 | Sale | 2,000 | $92.40 |
| 7/23/2018 | Sale | 1,000 | $92.24 |
| 8/14/2018 | Sale | 1,000 | $78.40 |
| 8/24/2018 | Sale | 2,000 | $75.12 |
| 8/27/2018 | Sale | 2,000 | $75.88 |
| 8/27/2018 | Sale | 100 | $76.23 |
| 8/27/2018 | Sale | 100 | $76.21 |
| 8/27/2018 | Sale | 1,800 | $76.21 |
| 8/31/2018 | Sale | 2,000 | $75.57 |
| 9/13/2018 | Sale | 1,000 | $73.34 |
| 9/14/2018 | Sale | 1,000 | $72.92 |
| 9/20/2018 | Sale | 1,000 | $70.67 |
| 9/20/2018 | Sale | 1,000 | $70.62 |
| 9/21/2018 | Sale | 2,000 | $70.19 |
| 9/24/2018 | Sale | 2,000 | $71.75 |
| 9/28/2018 | Sale | 2,500 | $72.54 |
| 10/1/2018 | Sale | 2,000 | $73.07 |
| 10/1/2018 | Sale | 2,000 | $73.00 |
| 10/2/2018 | Sale | 500 | $73.20 |
| 10/3/2018 | Sale | 300 | $71.10 |
| 10/3/2018 | Sale | 700 | $71.10 |
| 10/4/2018 | Sale | 1,000 | $71.60 |
| 10/10/2018 | Sale | 1,000 | $63.00 |
| 10/12/2018 | Sale | 1,000 | $67.00 |
| 10/15/2018 | Sale | 1,000 | $65.08 |
| 11/5/2018 | Sale | 500 | $51.22 |
| 11/15/2018 | Sale | 500 | $49.97 |
| 12/12/2018 | Sale | 4,000 | $50.39 |
| 12/13/2018 | Sale | 2,000 | $50.29 |
| 1/11/2019 | Sale | 1,000 | $33.52 |
| 1/15/2019 | Sale | 1,000 | $33.43 |
| 1/15/2019 | Sale | 2,000 | $33.43 |
| 1/16/2019 | Sale | 2,000 | $33.08 |
| 1/17/2019 | Sale | 1,000 | $33.14 |
| 1/18/2019 | Sale | 1,000 | $33.90 |
| 1/31/2019 | Sale | 1,000 | $31.80 |
| 1/31/2019 | Sale | 1,000 | $31.96 |
| 2/1/2019 | Sale | 1,000 | $31.78 |
| 2/8/2019 | Sale | 1,000 | $28.32 |
| 2/15/2019 | Sale | 2,000 | $30.66 |
| 2/20/2019 | Sale | 1,000 | $30.58 |
| 2/26/2019 | Sale | 1,000 | $30.81 |
| 2/26/2019 | Sale | 2,000 | $29.55 |

**Weight Watchers International, Inc. (WTW)**                                        **Steinberg, Mark**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 2/26/2019 | Sale | 1,000 | $29.52 |

WTW 10/19/201 $71.50 8 Call

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 9/27/2018 | Purchase | 10 | $2.3500 |

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Weight Watchers International, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Weight Watchers International, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| **First name:** | Dennis |
| **Middle initial:** | |
| **Last name:** | Edwards |
| **Address:** | |
| **City:** | |
| **State:** | |
| **Zip:** | |
| **Country:** | |
| **Facsimile:** | |
| **Phone:** | |
| **Email:** | |



Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

See Attached Schedule A.

**Certification for Dennis Edwards (cont.)**

7.  I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the
United States, that the information entered is accurate:           **YES**

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.         **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 03/08/2019

**Weight Watchers International, Inc. (WTW)**                                    **Edwards, Dennis**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|----------------------:|---------------------:|
| 8/30/2018 | Purchase | 7 | $77.2200 |
| 8/30/2018 | Purchase | 993 | $77.2500 |
| 8/30/2018 | Purchase | 1,000 | $76.6897 |
| 8/30/2018 | Purchase | 1,000 | $76.5000 |
| 9/27/2018 | Purchase | 1,000 | $70.7400 |
| 9/27/2018 | Purchase | 1,000 | $70.3000 |
| 10/3/2018 | Purchase | 200 | $69.5300 |
| 10/3/2018 | Purchase | 100 | $69.5700 |
| 10/3/2018 | Purchase | 1,700 | $69.5700 |
| 10/3/2018 | Purchase | 2,000 | $72.0000 |
| 12/31/2018 | Purchase | 1,000 | $38.0685 |
| 12/31/2018 | Purchase | 2,000 | $38.3200 |
| 12/31/2018 | Purchase | 2,000 | $38.1590 |
| 1/3/2019 | Purchase | 1,000 | $38.1500 |
| 1/9/2019 | Purchase | 1,000 | $36.3800 |
| 1/10/2019 | Purchase | 1,000 | $35.0200 |
| 1/11/2019 | Purchase | 1,000 | $32.6000 |
| 1/11/2019 | Purchase | 1,000 | $33.1200 |
| 1/11/2019 | Purchase | 1,000 | $32.6768 |
| 1/14/2019 | Purchase | 400 | $33.8399 |
| 1/14/2019 | Purchase | 300 | $33.8400 |
| 1/14/2019 | Purchase | 1,300 | $33.8120 |
| 1/14/2019 | Purchase | 1,000 | $33.1900 |
| 1/15/2019 | Purchase | 2,000 | $33.0447 |
| 1/15/2019 | Purchase | 2,000 | $33.1800 |
| 1/16/2019 | Purchase | 2,000 | $32.8000 |
| 1/17/2019 | Purchase | 2,000 | $33.0400 |
| 2/6/2019 | Purchase | 1,000 | $31.5300 |
| 2/7/2019 | Purchase | 1,000 | $29.5900 |
| 2/14/2019 | Purchase | 1,000 | $29.6400 |
| 2/15/2019 | Purchase | 1,000 | $30.6600 |
| 2/20/2019 | Purchase | 100 | $29.9850 |
| 2/20/2019 | Purchase | 100 | $29.9990 |
| 2/20/2019 | Purchase | 100 | $29.9999 |
| 2/20/2019 | Purchase | 100 | $29.9955 |
| 2/20/2019 | Purchase | 438 | $30.0000 |
| 2/21/2019 | Purchase | 1,000 | $29.7000 |
| 2/21/2019 | Purchase | 1,000 | $29.5200 |
| 2/26/2019 | Purchase | 1,000 | $30.4300 |
| 9/28/2018 | Sale | 2,000 | $72.1700 |
| 10/3/2018 | Sale | 4,000 | $71.2000 |
| 12/31/2018 | Sale | 3,000 | $38.8800 |
| 1/9/2019 | Sale | 1,000 | $37.4200 |
| 1/10/2019 | Sale | 1,000 | $35.4000 |
| 1/11/2019 | Sale | 1,000 | $33.0100 |
| 1/11/2019 | Sale | 2,000 | $33.3800 |
| 1/14/2019 | Sale | 1,000 | $33.5300 |
| 1/15/2019 | Sale | 2,000 | $33.2900 |
| 1/15/2019 | Sale | 2,000 | $33.3600 |
| 1/15/2019 | Sale | 2,000 | $33.3800 |

**Weight Watchers International, Inc. (WTW)**                                    **Edwards, Dennis**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 1/16/2019 | Sale | 2,000 | $33.0800 |
| 1/17/2019 | Sale | 2,000 | $33.1700 |
| 1/18/2019 | Sale | 2,000 | $33.8500 |
| 2/14/2019 | Sale | 2,000 | $29.9600 |
| 2/20/2019 | Sale | 1,000 | $30.5900 |
| 2/26/2019 | Sale | 1,838 | $30.7300 |