# EXHIBIT 3

**Weight Watchers International, Inc. (WTW)**
**Class Period: May 4, 2018 and February 26, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $19.7330 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spen, Alan | | | | | | | | | | | |
| Account 1 | 8/7/2018 | 500 | $79.6252 | ($39,813) | 8/21/2018 | (1,500) | $74.8173 | $112,226 | | | |
| Account 1 | 8/7/2018 | 300 | $79.4350 | ($23,831) | 8/24/2018 | (2,500) | $74.4300 | $186,075 | | | |
| Account 1 | 8/7/2018 | 100 | $79.5000 | ($7,950) | 8/24/2018 | (2,500) | $75.0600 | $187,650 | | | |
| Account 1 | 8/7/2018 | 100 | $79.4600 | ($7,946) | 9/14/2018 | (7,500) | $68.0000 | $510,000 | | | |
| Account 1 | 8/14/2018 | 300 | $77.8700 | ($23,361) | 9/17/2018 | (2,500) | $68.0000 | $170,000 | | | |
| Account 1 | 8/14/2018 | 100 | $77.9000 | ($7,790) | 9/28/2018 | (80) | $71.6400 | $5,731 | | | |
| Account 1 | 8/14/2018 | 100 | $77.8500 | ($7,785) | 9/28/2018 | (300) | $72.1200 | $21,636 | | | |
| Account 1 | 8/17/2018 | 400 | $70.1200 | ($28,048) | 9/28/2018 | (500) | $71.6300 | $35,815 | | | |
| Account 1 | 8/17/2018 | 400 | $70.1200 | ($28,048) | 9/28/2018 | (1,200) | $72.1500 | $86,580 | | | |
| Account 1 | 8/17/2018 | 400 | $70.2800 | ($28,112) | 9/28/2018 | (1,420) | $71.6600 | $101,757 | | | |
| Account 1 | 8/17/2018 | 400 | $70.3700 | ($28,148) | 10/1/2018 | (2,000) | $70.0000 | $140,000 | | | |
| Account 1 | 8/17/2018 | 600 | $70.3300 | ($42,198) | 10/12/2018 | (100) | $64.7100 | $6,471 | | | |
| Account 1 | 8/17/2018 | 600 | $70.4000 | ($42,240) | 10/19/2018 | (200) | $67.4500 | $13,490 | | | |
| Account 1 | 8/17/2018 | 1,100 | $70.1300 | ($77,143) | 10/19/2018 | (300) | $67.4702 | $20,241 | | | |
| Account 1 | 8/17/2018 | 1,100 | $70.1400 | ($77,154) | 10/19/2018 | (1,500) | $67.4510 | $101,177 | | | |
| Account 1 | 8/22/2018 | 2,500 | $74.8900 | ($187,225) | 10/26/2018 | (277) | $65.7200 | $18,204 | | | |
| Account 1 | 8/31/2018 | 2,000 | $75.4650 | ($150,930) | 10/26/2018 | (1,723) | $65.7200 | $113,236 | | | |
| Account 1 | 8/31/2018 | 500 | $75.3400 | ($37,670) | 11/7/2018 | (100) | $53.1800 | $5,318 | | | |
| Account 1 | 9/4/2018 | 100 | $74.1000 | ($7,410) | 11/7/2018 | (200) | $53.0700 | $10,614 | | | |
| Account 1 | 9/4/2018 | 100 | $74.1600 | ($7,416) | 11/7/2018 | (200) | $53.1200 | $10,624 | | | |
| Account 1 | 9/4/2018 | 100 | $74.1600 | ($7,416) | 11/7/2018 | (400) | $53.1100 | $21,244 | | | |
| Account 1 | 9/4/2018 | 150 | $74.0900 | ($11,114) | 11/7/2018 | (1,400) | $53.1800 | $74,452 | | | |
| Account 1 | 9/4/2018 | 150 | $74.1500 | ($11,123) | 11/7/2018 | (1,900) | $53.1100 | $100,909 | | | |
| Account 1 | 9/4/2018 | 300 | $74.1600 | ($22,248) | 11/7/2018 | (2,300) | $53.1100 | $122,153 | | | |
| Account 1 | 9/4/2018 | 400 | $74.0900 | ($29,636) | 11/7/2018 | (100) | $53.2650 | $5,327 | | | |
| Account 1 | 9/4/2018 | 400 | $74.1100 | ($29,644) | 11/7/2018 | (400) | $53.2682 | $21,307 | | | |
| Account 1 | 9/4/2018 | 400 | $74.1300 | ($29,652) | 11/7/2018 | (500) | $53.2410 | $26,621 | | | |
| Account 1 | 9/4/2018 | 479 | $74.1300 | ($35,508) | 11/7/2018 | (1,000) | $53.2688 | $53,269 | | | |
| Account 1 | 9/4/2018 | 600 | $74.1500 | ($44,490) | 11/8/2018 | (100) | $54.4100 | $5,441 | | | |
| Account 1 | 9/4/2018 | 621 | $74.1500 | ($46,047) | 11/8/2018 | (200) | $54.1700 | $10,834 | | | |
| Account 1 | 9/4/2018 | 1,200 | $74.1300 | ($88,956) | 11/8/2018 | (300) | $54.2000 | $16,260 | | | |
| Account 1 | 9/17/2018 | 37 | $70.5200 | ($2,609) | 11/8/2018 | (2,400) | $54.3900 | $130,536 | | | |
| Account 1 | 9/17/2018 | 500 | $70.5300 | ($35,265) | 11/8/2018 | (2,500) | $54.3500 | $135,875 | | | |
| Account 1 | 9/17/2018 | 763 | $70.5200 | ($53,807) | 11/28/2018 | (24) | $50.5400 | $1,213 | | | |
| Account 1 | 9/17/2018 | 1,200 | $70.5300 | ($84,636) | 11/28/2018 | (100) | $50.5200 | $5,052 | | | |
| Account 1 | 9/18/2018 | 500 | $69.9200 | ($34,960) | 11/28/2018 | (100) | $50.5400 | $5,054 | | | |
| Account 1 | 9/21/2018 | 900 | $69.4350 | ($62,492) | 11/28/2018 | (400) | $50.5300 | $20,212 | | | |
| Account 1 | 9/21/2018 | 300 | $69.5199 | ($20,856) | 11/28/2018 | (522) | $50.5000 | $26,361 | | | |
| Account 1 | 9/21/2018 | 299 | $69.5078 | ($20,783) | 11/28/2018 | (554) | $50.5500 | $28,005 | | | |
| Account 1 | 9/21/2018 | 201 | $69.5200 | ($13,974) | 11/28/2018 | (800) | $50.5000 | $40,400 | | | |
| Account 1 | 9/21/2018 | 200 | $69.5000 | ($13,900) | 12/3/2018 | (2,500) | $51.8000 | $129,500 | | | |
| Account 1 | 9/21/2018 | 100 | $69.4690 | ($6,947) | 12/3/2018 | (2,500) | $51.9381 | $129,845 | | | |
| Account 1 | 9/24/2018 | 1,000 | $72.3200 | ($72,320) | 12/7/2018 | (2,500) | $46.7600 | $116,900 | | | |
| Account 1 | 9/28/2018 | 1,000 | $71.6600 | ($71,660) | 12/14/2018 | (2,500) | $48.9000 | $122,250 | | | |
| Account 1 | 9/28/2018 | 1,000 | $71.8900 | ($71,890) | 12/31/2018 | (10) | $38.5811 | $386 | | | |
| Account 1 | 9/28/2018 | 1,500 | $71.9236 | ($107,885) | 12/31/2018 | (20) | $38.5806 | $772 | | | |

*Avg Closing Prices from Feb 27 to May 2

**Weight Watchers International, Inc. (WTW)**
**Class Period: May 4, 2018 and February 26, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

90-Day*
Mean Price
$19.7330

| Plaintiff | Purchase Date | Purchased Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 10/8/2018 | 100 | $67.1000 | ($6,710) | 12/31/2018 | (90) | $38.5733 | $3,472 | | | |
| Account 1 | 10/9/2018 | 500 | $65.5000 | ($32,750) | 12/31/2018 | (100) | $38.5724 | $3,857 | | | |
| Account 1 | 10/9/2018 | 1,000 | $65.4900 | ($65,490) | 12/31/2018 | (100) | $38.5738 | $3,857 | | | |
| Account 1 | 10/9/2018 | 500 | $65.4278 | ($32,714) | 12/31/2018 | (100) | $38.5284 | $3,853 | | | |
| Account 1 | 10/25/2018 | 2,500 | $65.7600 | ($164,400) | 12/31/2018 | (200) | $38.5167 | $7,703 | | | |
| Account 1 | 10/25/2018 | 401 | $66.1244 | ($26,516) | 12/31/2018 | (300) | $38.5655 | $11,570 | | | |
| Account 1 | 10/25/2018 | 300 | $66.1000 | ($19,830) | 12/31/2018 | (300) | $38.4967 | $11,549 | | | |
| Account 1 | 10/25/2018 | 100 | $66.0900 | ($6,609) | 12/31/2018 | (400) | $38.5200 | $15,408 | | | |
| Account 1 | 10/25/2018 | 100 | $66.0990 | ($6,610) | 12/31/2018 | (1,380) | $38.5623 | $53,216 | | | |
| Account 1 | 10/25/2018 | 99 | $66.1500 | ($6,549) | 1/4/2019 | (5,000) | $37.0000 | $185,000 | | | |
| Account 1 | 11/1/2018 | 496 | $68.4283 | ($33,940) | 1/18/2019 | (2,500) | $34.2300 | $85,575 | | | |
| Account 1 | 11/1/2018 | 4 | $68.3900 | ($274) | 1/22/2019 | (2,500) | $33.5000 | $83,750 | | | |
| Account 1 | 11/2/2018 | 100 | $51.5800 | ($5,158) | 1/25/2019 | (7,500) | $32.0000 | $240,000 | | | |
| Account 1 | 11/2/2018 | 100 | $51.6000 | ($5,160) | 1/25/2019 | (2,500) | $32.2468 | $80,617 | | | |
| Account 1 | 11/2/2018 | 100 | $51.6100 | ($5,161) | 2/13/2019 | (2,500) | $29.5267 | $73,817 | | | |
| Account 1 | 11/2/2018 | 100 | $51.5800 | ($5,158) | 2/15/2019 | (400) | $30.7700 | $12,308 | | | |
| Account 1 | 11/2/2018 | 100 | $51.7400 | ($5,174) | 2/15/2019 | (600) | $30.6100 | $18,366 | | | |
| Account 1 | 11/2/2018 | 900 | $51.6800 | ($46,512) | 2/15/2019 | (600) | $30.6600 | $18,396 | | | |
| Account 1 | 11/2/2018 | 1,100 | $51.7700 | ($56,947) | 2/15/2019 | (600) | $30.6800 | $18,408 | | | |
| Account 1 | 11/2/2018 | 5,000 | $52.5900 | ($262,950) | 2/15/2019 | (1,900) | $30.6600 | $58,254 | | | |
| Account 1 | 11/5/2018 | 500 | $49.0580 | ($24,529) | 2/15/2019 | (1,900) | $30.6800 | $58,292 | | | |
| Account 1 | 11/9/2018 | 100 | $52.8100 | ($5,281) | 2/15/2019 | (2,100) | $30.7600 | $64,596 | | | |
| Account 1 | 11/9/2018 | 600 | $52.7900 | ($31,674) | 2/15/2019 | (4,400) | $30.6000 | $134,640 | | | |
| Account 1 | 11/9/2018 | 1,800 | $52.8800 | ($95,040) | 2/20/2019 | (700) | $29.3100 | $20,517 | | | |
| Account 1 | 11/9/2018 | 2,500 | $52.8400 | ($132,100) | 2/20/2019 | (1,800) | $29.2800 | $52,704 | | | |
| Account 1 | 11/9/2018 | 2,500 | $52.6014 | ($131,504) | 2/20/2019 | (2,500) | $29.1900 | $72,975 | | | |
| Account 1 | 11/28/2018 | 100 | $50.7100 | ($5,071) | 2/22/2019 | (2,500) | $29.8100 | $74,525 | | | |
| Account 1 | 11/28/2018 | 300 | $50.7200 | ($15,216) | 2/22/2019 | (2,500) | $29.8200 | $74,550 | | | |
| Account 1 | 11/28/2018 | 4,600 | $50.7600 | ($233,496) | | | | | | | |
| Account 1 | 12/7/2018 | 2,500 | $46.3900 | ($115,975) | | | | | | | |
| Account 1 | 12/11/2018 | 2,500 | $50.3600 | ($125,900) | | | | | | | |
| Account 1 | 12/18/2018 | 2,500 | $45.9000 | ($114,750) | | | | | | | |
| Account 1 | 12/19/2018 | 2,500 | $43.4100 | ($108,525) | | | | | | | |
| Account 1 | 12/28/2018 | 2,500 | $41.6700 | ($104,175) | | | | | | | |
| Account 1 | 12/28/2018 | 300 | $41.7255 | ($12,518) | | | | | | | |
| Account 1 | 12/28/2018 | 200 | $41.7100 | ($8,342) | | | | | | | |
| Account 1 | 12/31/2018 | 2,000 | $38.0568 | ($76,114) | | | | | | | |
| Account 1 | 12/31/2018 | 1,000 | $38.9153 | ($38,915) | | | | | | | |
| Account 1 | 12/31/2018 | 500 | $38.8850 | ($19,443) | | | | | | | |
| Account 1 | 12/31/2018 | 200 | $38.9700 | ($7,794) | | | | | | | |
| Account 1 | 12/31/2018 | 200 | $38.9154 | ($7,783) | | | | | | | |
| Account 1 | 12/31/2018 | 100 | $38.9579 | ($3,896) | | | | | | | |
| Account 1 | 1/7/2019 | 100 | $36.7900 | ($3,679) | | | | | | | |
| Account 1 | 1/7/2019 | 100 | $36.8000 | ($3,680) | | | | | | | |
| Account 1 | 1/7/2019 | 400 | $36.8000 | ($14,720) | | | | | | | |
| Account 1 | 1/7/2019 | 1,400 | $36.8100 | ($51,534) | | | | | | | |
| Account 1 | 1/10/2019 | 3,000 | $35.0100 | ($105,030) | | | | | | | |

*Avg Closing Prices from Feb 27 to May 2

**Weight Watchers International, Inc. (WTW)**
**Class Period: May 4, 2018 and February 26, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $19.7330 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 1/10/2019 | 800 | $35.0000 | ($28,000) | | | | | | | |
| Account 1 | 1/10/2019 | 200 | $35.0100 | ($7,002) | | | | | | | |
| Account 1 | 1/24/2019 | 2,500 | $32.7300 | ($81,825) | | | | | | | |
| Account 1 | 1/24/2019 | 5,000 | $32.7900 | ($163,950) | | | | | | | |
| Account 1 | 1/25/2019 | 2,500 | $33.1600 | ($82,900) | | | | | | | |
| Account 1 | 1/29/2019 | 200 | $32.6700 | ($6,534) | | | | | | | |
| Account 1 | 1/29/2019 | 2,300 | $32.6800 | ($75,164) | | | | | | | |
| Account 1 | 1/29/2019 | 2,500 | $32.3800 | ($80,950) | | | | | | | |
| Account 1 | 2/12/2019 | 2,500 | $29.4999 | ($73,750) | | | | | | | |
| Account 1 | 2/13/2019 | 30 | $29.8500 | ($896) | | | | | | | |
| Account 1 | 2/13/2019 | 75 | $29.8600 | ($2,240) | | | | | | | |
| Account 1 | 2/13/2019 | 100 | $29.8400 | ($2,984) | | | | | | | |
| Account 1 | 2/13/2019 | 400 | $29.8500 | ($11,940) | | | | | | | |
| Account 1 | 2/13/2019 | 1,895 | $29.8700 | ($56,604) | | | | | | | |
| Account 1 | 2/15/2019 | 300 | $30.3700 | ($9,111) | | | | | | | |
| Account 1 | 2/15/2019 | 1,000 | $30.3800 | ($30,380) | | | | | | | |
| Account 1 | 2/15/2019 | 3,700 | $30.3900 | ($112,443) | | | | | | | |
| Account 1 | 2/20/2019 | 2,500 | $30.5000 | ($76,250) | | | | | | | |
| Account 1 | 2/20/2019 | 2,500 | $30.6100 | ($76,525) | | | | | | | |
| **Account 1** | | **105,600** | | **($5,260,774)** | | **(100,600)** | | **$4,748,796** | **5,000** | **$98,665** | **($413,313)** |
| | | | | | | | | | | | |
| **Spen, Roberta** | | | | | | | | | | | |
| Account 2 | 8/22/2018 | 1,000 | $74.6125 | ($74,613) | 8/29/2018 | (1,000) | $79.5480 | $79,548 | | | |
| Account 2 | 8/31/2018 | 1,000 | $75.6674 | ($75,667) | 9/17/2018 | (2,000) | $68.0000 | $136,000 | | | |
| Account 2 | 9/4/2018 | 600 | $74.1040 | ($44,462) | 10/1/2018 | (2,000) | $70.0000 | $140,000 | | | |
| Account 2 | 9/4/2018 | 400 | $74.0900 | ($29,636) | 10/19/2018 | (300) | $67.7200 | $20,316 | | | |
| Account 2 | 9/21/2018 | 800 | $69.5494 | ($55,640) | 10/19/2018 | (600) | $67.7300 | $40,638 | | | |
| Account 2 | 9/21/2018 | 699 | $69.8140 | ($48,800) | 10/19/2018 | (1,600) | $67.7267 | $108,363 | | | |
| Account 2 | 9/21/2018 | 100 | $69.5400 | ($6,954) | 11/7/2018 | (10) | $53.3112 | $533 | | | |
| Account 2 | 9/21/2018 | 100 | $69.7874 | ($6,979) | 11/7/2018 | (1,990) | $53.2924 | $106,052 | | | |
| Account 2 | 9/21/2018 | 100 | $69.5500 | ($6,955) | 12/3/2018 | (2,500) | $51.9181 | $129,795 | | | |
| Account 2 | 9/21/2018 | 100 | $69.8000 | ($6,980) | 1/22/2019 | (2,500) | $33.5000 | $83,750 | | | |
| Account 2 | 9/21/2018 | 100 | $69.8200 | ($6,982) | 1/23/2019 | (500) | $32.4200 | $16,210 | | | |
| Account 2 | 9/21/2018 | 1 | $69.8100 | ($70) | 1/23/2019 | (1,000) | $32.4299 | $32,430 | | | |
| Account 2 | 9/28/2018 | 2,000 | $71.9167 | ($143,833) | 1/23/2019 | (1,000) | $32.8752 | $32,875 | | | |
| Account 2 | 10/9/2018 | 500 | $65.4347 | ($32,717) | 2/19/2019 | (500) | $29.0000 | $14,500 | | | |
| Account 2 | 10/25/2018 | 1,000 | $65.8737 | ($65,874) | 2/19/2019 | (2,000) | $28.5000 | $57,000 | | | |
| Account 2 | 10/25/2018 | 389 | $65.8591 | ($25,619) | | | | | | | |
| Account 2 | 10/25/2018 | 300 | $65.8637 | ($19,759) | | | | | | | |
| Account 2 | 10/25/2018 | 111 | $65.8563 | ($7,310) | | | | | | | |
| Account 2 | 10/25/2018 | 100 | $65.8691 | ($6,587) | | | | | | | |
| Account 2 | 10/25/2018 | 100 | $65.8590 | ($6,586) | | | | | | | |
| Account 2 | 11/9/2018 | 2,500 | $52.6039 | ($131,510) | | | | | | | |
| Account 2 | 12/19/2018 | 2,500 | $43.5955 | ($108,989) | | | | | | | |
| Account 2 | 12/28/2018 | 2,400 | $41.9960 | ($100,790) | | | | | | | |
| Account 2 | 12/28/2018 | 100 | $41.9400 | ($4,194) | | | | | | | |
| Account 2 | 1/25/2019 | 1,790 | $33.3902 | ($59,768) | | | | | | | |

*Avg Closing Prices from Feb 27 to May 2

**Weight Watchers International, Inc. (WTW)**
**Class Period: May 4, 2018 and February 26, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $19.7330 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 2 | 1/25/2019 | 210 | $33.4000 | ($7,014) | | | | | | | |
| Account 2 | 2/12/2019 | 395 | $29.5000 | ($11,653) | | | | | | | |
| Account 2 | 2/12/2019 | 105 | $29.4900 | ($3,096) | | | | | | | |
| **Account 2** | | **19,500** | | **($1,099,037)** | | **(19,500)** | | **$998,010** | **0** | **$0** | **($101,027)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Account 1 | | 105,600 | | ($5,260,774) | | (100,600) | | $4,748,796 | 5,000 | | ($413,313) |
| Account 2 | | 19,500 | | ($1,099,037) | | (19,500) | | $998,010 | 0 | | ($101,027) |
| **Spen, Alan** | | **125,100** | | **($6,359,811)** | | **(120,100)** | | **$5,746,806** | **5,000** | | **($514,340)** |
| | | | | | | | | | | | |
| Steinberg, Mark | | | | | | | | | | | |
| Common Stock | 7/20/2018 | 1,000 | $92.1400 | ($92,140) | 7/20/2018 | (2,000) | $92.40 | $184,800 | | | |
| Common Stock | 7/20/2018 | 754 | $91.5200 | ($69,006) | 7/23/2018 | (1,000) | $92.24 | $92,240 | | | |
| Common Stock | 7/20/2018 | 246 | $91.5200 | ($22,514) | 8/14/2018 | (1,000) | $78.40 | $78,400 | | | |
| Common Stock | 7/23/2018 | 1,000 | $91.6400 | ($91,640) | 8/24/2018 | (2,000) | $75.12 | $150,242 | | | |
| Common Stock | 8/14/2018 | 500 | $78.0479 | ($39,024) | 8/27/2018 | (2,000) | $75.88 | $151,760 | | | |
| Common Stock | 8/14/2018 | 500 | $77.7000 | ($38,850) | 8/27/2018 | (100) | $76.23 | $7,623 | | | |
| Common Stock | 8/14/2018 | 1,000 | $77.8700 | ($77,870) | 8/27/2018 | (100) | $76.21 | $7,621 | | | |
| Common Stock | 8/14/2018 | 1,000 | $77.6200 | ($77,620) | 8/27/2018 | (1,800) | $76.21 | $137,178 | | | |
| Common Stock | 8/15/2018 | 1,000 | $71.4500 | ($71,450) | 8/31/2018 | (2,000) | $75.57 | $151,140 | | | |
| Common Stock | 8/16/2018 | 2,000 | $72.3800 | ($144,760) | 9/13/2018 | (1,000) | $73.34 | $73,340 | | | |
| Common Stock | 8/16/2018 | 1,000 | $71.8200 | ($71,820) | 9/14/2018 | (1,000) | $72.92 | $72,920 | | | |
| Common Stock | 8/29/2018 | 1,000 | $78.4582 | ($78,458) | 9/20/2018 | (1,000) | $70.67 | $70,670 | | | |
| Common Stock | 8/29/2018 | 2,000 | $78.7000 | ($157,400) | 9/20/2018 | (1,000) | $70.62 | $70,620 | | | |
| Common Stock | 8/29/2018 | 1,000 | $78.4700 | ($78,470) | 9/21/2018 | (2,000) | $70.19 | $140,380 | | | |
| Common Stock | 8/29/2018 | 1,000 | $78.3200 | ($78,320) | 9/24/2018 | (2,000) | $71.75 | $143,500 | | | |
| Common Stock | 8/29/2018 | 1,000 | $78.1000 | ($78,100) | 9/28/2018 | (2,500) | $72.54 | $181,350 | | | |
| Common Stock | 8/30/2018 | 1,000 | $76.6000 | ($76,600) | 10/1/2018 | (2,000) | $73.07 | $146,140 | | | |
| Common Stock | 8/30/2018 | 1,000 | $76.4500 | ($76,450) | 10/1/2018 | (2,000) | $73.00 | $146,000 | | | |
| Common Stock | 9/13/2018 | 1,000 | $72.7600 | ($72,760) | 10/2/2018 | (500) | $73.20 | $36,600 | | | |
| Common Stock | 9/13/2018 | 1,000 | $72.3400 | ($72,340) | 10/3/2018 | (300) | $71.10 | $21,330 | | | |
| Common Stock | 9/14/2018 | 1,000 | $73.0100 | ($73,010) | 10/3/2018 | (700) | $71.10 | $49,770 | | | |
| Common Stock | 9/19/2018 | 1,000 | $69.6500 | ($69,650) | 10/4/2018 | (1,000) | $71.60 | $71,600 | | | |
| Common Stock | 9/20/2018 | 1,000 | $70.6412 | ($70,641) | 10/10/2018 | (1,000) | $63.00 | $63,000 | | | |
| Common Stock | 9/21/2018 | 1,000 | $69.9600 | ($69,960) | 10/12/2018 | (1,000) | $67.00 | $67,000 | | | |
| Common Stock | 9/21/2018 | 1,000 | $69.5700 | ($69,570) | 10/15/2018 | (1,000) | $65.08 | $65,080 | | | |
| Common Stock | 9/24/2018 | 2,000 | $70.8800 | ($141,760) | 11/5/2018 | (500) | $51.22 | $25,610 | | | |
| Common Stock | 9/25/2018 | 2,000 | $72.7700 | ($145,540) | 11/15/2018 | (500) | $49.97 | $24,985 | | | |
| Common Stock | 9/25/2018 | 500 | $71.6405 | ($35,820) | 12/12/2018 | (4,000) | $50.39 | $201,560 | | | |
| Common Stock | 9/28/2018 | 1,000 | $71.6600 | ($71,660) | 12/13/2018 | (2,000) | $50.29 | $100,580 | | | |
| Common Stock | 10/1/2018 | 2,000 | $72.8000 | ($145,600) | 1/11/2019 | (1,000) | $33.52 | $33,520 | | | |
| Common Stock | 10/2/2018 | 200 | $73.7400 | ($14,748) | 1/15/2019 | (1,000) | $33.43 | $33,430 | | | |
| Common Stock | 10/2/2018 | 460 | $73.7350 | ($33,918) | 1/15/2019 | (2,000) | $33.43 | $66,860 | | | |
| Common Stock | 10/2/2018 | 1,200 | $73.7150 | ($88,458) | 1/16/2019 | (2,000) | $33.08 | $66,160 | | | |
| Common Stock | 10/2/2018 | 140 | $73.7490 | ($10,325) | 1/17/2019 | (1,000) | $33.14 | $33,140 | | | |
| Common Stock | 10/2/2018 | 500 | $72.8600 | ($36,430) | 1/18/2019 | (1,000) | $33.90 | $33,903 | | | |
| Common Stock | 10/3/2018 | 1,000 | $69.3000 | ($69,300) | 1/31/2019 | (1,000) | $31.80 | $31,800 | | | |

**Weight Watchers International, Inc. (WTW)**
**Class Period: May 4, 2018 and February 26, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $19.7330 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 10/4/2018 | 1,000 | $71.0500 | ($71,050) | 1/31/2019 | (1,000) | $31.96 | $31,960 | | | |
| Common Stock | 10/4/2018 | 1,000 | $71.2100 | ($71,210) | 2/1/2019 | (1,000) | $31.78 | $31,780 | | | |
| Common Stock | 12/13/2018 | 2,000 | $49.2000 | ($98,400) | 2/8/2019 | (1,000) | $28.32 | $28,320 | | | |
| Common Stock | 12/13/2018 | 2,000 | $49.7800 | ($99,560) | 2/15/2019 | (2,000) | $30.66 | $61,320 | | | |
| Common Stock | 12/18/2018 | 1,000 | $44.2500 | ($44,250) | 2/20/2019 | (1,000) | $30.58 | $30,577 | | | |
| Common Stock | 1/9/2019 | 1,000 | $36.6700 | ($36,670) | 2/26/2019 | (1,000) | $30.81 | $30,810 | | | |
| Common Stock | 1/9/2019 | 1,000 | $36.0299 | ($36,030) | 2/26/2019 | (2,000) | $29.55 | $59,100 | | | |
| Common Stock | 1/15/2019 | 1,000 | $33.1400 | ($33,140) | 2/26/2019 | (1,000) | $29.52 | $29,520 | | | |
| Common Stock | 1/16/2019 | 2,000 | $32.9200 | ($65,840) | | | | | | | |
| Common Stock | 1/22/2019 | 1,000 | $32.8900 | ($32,890) | | | | | | | |
| Common Stock | 1/22/2019 | 1,000 | $33.5200 | ($33,520) | | | | | | | |
| Common Stock | 1/30/2019 | 1,000 | $32.2300 | ($32,230) | | | | | | | |
| Common Stock | 1/31/2019 | 1,000 | $31.3300 | ($31,330) | | | | | | | |
| Common Stock | 1/31/2019 | 2,000 | $32.0500 | ($64,100) | | | | | | | |
| Common Stock | 2/1/2019 | 1,000 | $31.5000 | ($31,500) | | | | | | | |
| Common Stock | 2/4/2019 | 200 | $31.7703 | ($6,354) | | | | | | | |
| Common Stock | 2/4/2019 | 800 | $31.7702 | ($25,416) | | | | | | | |
| Common Stock | 2/5/2019 | 1,000 | $31.6900 | ($31,690) | | | | | | | |
| Common Stock | 2/6/2019 | 1,000 | $31.5300 | ($31,530) | | | | | | | |
| Common Stock | 2/20/2019 | 1,000 | $29.9903 | ($29,990) | | | | | | | |
| Common Stock | 2/21/2019 | 1,000 | $29.8667 | ($29,867) | | | | | | | |
| Common Stock | 2/21/2019 | 1,000 | $29.2500 | ($29,250) | | | | | | | |
| Common Stock | 2/26/2019 | 1,000 | $30.5000 | ($30,500) | | | | | | | |
| Common Stock | 2/26/2019 | 1,000 | $30.0500 | ($30,050) | | | | | | | |
| **Common Stock** | | **63,000** | | **($3,738,350)** | | **(58,000)** | | **$3,335,239** | **5,000** | **$98,665** | **($304,445)** |
| | | | | | | | | | | | |
| **WTW 10/19/201 $71.50 8 Call** | **9/27/2018** | **10** | **$2.3500** | **($2,350)** | **10/19/2018** | **(10)** | **Expired** | **$0** | **0** | | **($2,350)** |
| | | | | | | | | | | | |
| **Steinberg, Mark** | | **63,000** | | **($3,740,700)** | | **(58,000)** | | **$3,335,239** | **5,000** | | **($306,795)** |
| | | | | | | | | | | | |
| Edwards, Dennis | 8/30/2018 | 7 | $77.2200 | ($541) | 9/28/2018 | (2,000) | $72.17 | $144,340 | | | |
| Edwards, Dennis | 8/30/2018 | 993 | $77.2500 | ($76,709) | 10/3/2018 | (4,000) | $71.20 | $284,800 | | | |
| Edwards, Dennis | 8/30/2018 | 1,000 | $76.6897 | ($76,690) | 12/31/2018 | (3,000) | $38.88 | $116,640 | | | |
| Edwards, Dennis | 8/30/2018 | 1,000 | $76.5000 | ($76,500) | 1/9/2019 | (1,000) | $37.42 | $37,420 | | | |
| Edwards, Dennis | 9/27/2018 | 1,000 | $70.7400 | ($70,740) | 1/10/2019 | (1,000) | $35.40 | $35,400 | | | |
| Edwards, Dennis | 9/27/2018 | 1,000 | $70.3000 | ($70,300) | 1/11/2019 | (1,000) | $33.01 | $33,010 | | | |
| Edwards, Dennis | 10/3/2018 | 200 | $69.5300 | ($13,906) | 1/11/2019 | (2,000) | $33.38 | $66,760 | | | |
| Edwards, Dennis | 10/3/2018 | 100 | $69.5700 | ($6,957) | 1/14/2019 | (1,000) | $33.53 | $33,530 | | | |
| Edwards, Dennis | 10/3/2018 | 1,700 | $69.5700 | ($118,269) | 1/15/2019 | (2,000) | $33.29 | $66,580 | | | |
| Edwards, Dennis | 10/3/2018 | 2,000 | $72.0000 | ($144,000) | 1/15/2019 | (2,000) | $33.36 | $66,720 | | | |
| Edwards, Dennis | 12/31/2018 | 1,000 | $38.0685 | ($38,069) | 1/15/2019 | (2,000) | $33.38 | $66,760 | | | |
| Edwards, Dennis | 12/31/2018 | 2,000 | $38.3200 | ($76,640) | 1/16/2019 | (2,000) | $33.08 | $66,160 | | | |
| Edwards, Dennis | 12/31/2018 | 2,000 | $38.1590 | ($76,318) | 1/17/2019 | (2,000) | $33.17 | $66,340 | | | |
| Edwards, Dennis | 1/3/2019 | 1,000 | $38.1500 | ($38,150) | 1/18/2019 | (2,000) | $33.85 | $67,700 | | | |
| Edwards, Dennis | 1/9/2019 | 1,000 | $36.3800 | ($36,380) | 2/14/2019 | (2,000) | $29.96 | $59,920 | | | |
| Edwards, Dennis | 1/10/2019 | 1,000 | $35.0200 | ($35,020) | 2/20/2019 | (1,000) | $30.59 | $30,590 | | | |
| Edwards, Dennis | 1/11/2019 | 1,000 | $32.6000 | ($32,600) | 2/26/2019 | (1,838) | $30.73 | $56,482 | | | |

*Avg Closing Prices from Feb 27 to May 2

**Weight Watchers International, Inc. (WTW)**
**Class Period: May 4, 2018 and February 26, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $19.7330 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Edwards, Dennis | 1/11/2019 | 1,000 | $33.1200 | ($33,120) | | | | | | | |
| Edwards, Dennis | 1/11/2019 | 1,000 | $32.6768 | ($32,677) | | | | | | | |
| Edwards, Dennis | 1/14/2019 | 400 | $33.8399 | ($13,536) | | | | | | | |
| Edwards, Dennis | 1/14/2019 | 300 | $33.8400 | ($10,152) | | | | | | | |
| Edwards, Dennis | 1/14/2019 | 1,300 | $33.8120 | ($43,956) | | | | | | | |
| Edwards, Dennis | 1/14/2019 | 1,000 | $33.1900 | ($33,190) | | | | | | | |
| Edwards, Dennis | 1/15/2019 | 2,000 | $33.0447 | ($66,089) | | | | | | | |
| Edwards, Dennis | 1/15/2019 | 2,000 | $33.1800 | ($66,360) | | | | | | | |
| Edwards, Dennis | 1/16/2019 | 2,000 | $32.8000 | ($65,600) | | | | | | | |
| Edwards, Dennis | 1/17/2019 | 2,000 | $33.0400 | ($66,080) | | | | | | | |
| Edwards, Dennis | 2/6/2019 | 1,000 | $31.5300 | ($31,530) | | | | | | | |
| Edwards, Dennis | 2/7/2019 | 1,000 | $29.5900 | ($29,590) | | | | | | | |
| Edwards, Dennis | 2/14/2019 | 1,000 | $29.6400 | ($29,640) | | | | | | | |
| Edwards, Dennis | 2/15/2019 | 1,000 | $30.6600 | ($30,660) | | | | | | | |
| Edwards, Dennis | 2/20/2019 | 100 | $29.9850 | ($2,999) | | | | | | | |
| Edwards, Dennis | 2/20/2019 | 100 | $29.9990 | ($3,000) | | | | | | | |
| Edwards, Dennis | 2/20/2019 | 100 | $29.9999 | ($3,000) | | | | | | | |
| Edwards, Dennis | 2/20/2019 | 100 | $29.9955 | ($3,000) | | | | | | | |
| Edwards, Dennis | 2/20/2019 | 438 | $30.0000 | ($13,140) | | | | | | | |
| Edwards, Dennis | 2/21/2019 | 1,000 | $29.7000 | ($29,700) | | | | | | | |
| Edwards, Dennis | 2/21/2019 | 1,000 | $29.5200 | ($29,520) | | | | | | | |
| Edwards, Dennis | 2/26/2019 | 1,000 | $30.4300 | ($30,430) | | | | | | | |
| **Edwards, Dennis** | | **38,838** | | **($1,654,756)** | | **(31,838)** | | **$1,299,152** | **7,000** | **$138,131** | **($217,473)** |
| | | | | | | | | | | | |
| <u>Summary</u> | | | | | | | | | | | |
| Spen, Alan | | 125,100 | | ($6,359,811) | | (120,100) | | $5,746,806 | 5,000 | | ($514,340) |
| Steinberg, Mark | | 63,000 | | ($3,740,700) | | (58,000) | | $3,335,239 | 5,000 | | ($306,795) |
| Edwards, Dennis | | 38,838 | | ($1,654,756) | | (31,838) | | $1,299,152 | 7,000 | | ($217,473) |
| **Total** | | **226,938** | | **($11,755,267)** | | **(209,938)** | | **$10,381,197** | **17,000** | | **($1,038,609)** |

*Avg Closing Prices from Feb 27 to May 2