**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02005-WHP<br><br>The Honorable William H. Pauley III<br><br>CLASS ACTION |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02528-WHP<br><br>The Honorable William H. Pauley III<br><br>CLASS ACTION |

**NOTICE OF MOTION OF**
**EQUITY-LEAGUE PENSION TRUST FUND AND OKLAHOMA FIREFIGHTERS**
**PENSION AND RETIREMENT SYSTEM FOR CONSOLIDATION OF CASES,**
**APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the

Honorable William H. Pauley III, at the U.S. District Court for the Southern District of New

York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

Courtroom 20B, New York, New York, 10007, Equity-League Pension Trust Fund and

Oklahoma Firefighters Pension and Retirement System (together, the "Weight Watchers Investor

Group") will respectfully move this Court for the entry of an Order:  (i) consolidating the two

1

above-captioned putative class actions; (ii) appointing the Weight Watchers Investor Group as Lead Plaintiff in the resulting consolidated class action pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving the Weight Watchers Investor Group's selection of Grant & Eisenhofer P.A. as Lead Counsel.  This Motion is made on the grounds that the Weight Watchers Investor Group is the "most adequate plaintiff" pursuant to the PSLRA.   In support of this Motion, the Weight Watchers Investor Group submits the accompanying Memorandum of Law and Declaration of Daniel L. Berger and attached exhibits.

Dated: New York, New York
May 3, 2019

Respectfully submitted,

 */s/ Daniel L. Berger*
Jay W. Eisenhofer
Daniel L. Berger
Jonathan D. Park
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: jeisenhofer@gelaw.com
Email: dberger@gelaw.com
Email: jpark@gelaw.com

*Counsel for Equity-League Pension Trust
Fund and Oklahoma Firefighters Pension and
Retirement System, and Proposed Lead
Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, I caused the foregoing to be filed electronically with the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Notice of those filings was sent to all parties of record by operation of the Notice of Electronic Filing System, and the parties to this action may access the filings through CM/ECF.

*/s/ Daniel L. Berger*
Daniel L. Berger