**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02005-WHP |
| JOHN JUBELT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02528-WHP |

**CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM'S**
**MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF LEAD COUNSEL**

Putative class member and Lead Plaintiff movant City of Omaha Police and Fire Retirement System ("Omaha P+F" or "Movant"), by and through its undersigned counsel, will, and hereby does, respectfully move this Court, on a date and at such time as may be designated by the Court, for an Order, submitted herewith: (1) consolidating the above-captioned actions; (2) appointing Omaha P+F as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of

1995, 15 U.S.C. §§78u-4, *et seq.*; (3) approving Omaha P+F's selection of the law firm of Scott+Scott Attorneys at Law LLP to serve as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is supported by the accompanying Memorandum of Law in Support of Omaha P+F's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel; Declaration of Thomas L. Laughlin, IV and the exhibits attached thereto; all of the prior pleadings and proceedings filed herein; and such other written and oral argument as may be presented to the Court.

DATED:  May 3, 2019

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (TL-8888)
Donald A. Broggi (DB-9661)
Rhiana L. Swartz (RS-2332)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com
dbroggi@scott-scott.com
rswartz@scott-scott.com

*Proposed Lead Counsel for Lead Plaintiff*
*Movant City of Omaha Police and Fire*
*Retirement System*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (TL-8888)
