## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02005-WHP<br><br>The Honorable William H. Pauley III<br><br>CLASS ACTION |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02528-WHP<br><br>The Honorable William H. Pauley III<br><br>CLASS ACTION |

**DECLARATION OF DANIEL L. BERGER IN SUPPORT OF MOTION OF EQUITY-LEAGUE PENSION TRUST FUND AND OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM FOR CONSOLIDATION OF CASES, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, DANIEL L. BERGER, under penalty of perjury and on oath, duly declare and state as follows:

1.      I am a director of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for Equity-League Pension Trust Fund ("Equity League") and Oklahoma Firefighters Pension and Retirement System ("OFP") (together, the "Weight Watchers Investor Group").

1

2.      I submit this declaration in support of the Weight Watchers Investor Group's motion, pursuant to § 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) consolidating the two above-captioned putative class actions pending in this District against Weight Watchers International, Inc.; (ii) appointing the Weight Watchers Investor Group as Lead Plaintiff in the resulting consolidated class action; and (iii) approving the Weight Watchers Investor Group's selection of Grant & Eisenhofer P.A. as Lead Counsel for the class.

3.      Attached as Exhibit 1 is a true and correct copy of a certification on behalf of Equity League, attaching a schedule of Equity League's transactions in the securities that are the subject of these actions during the period May 4, 2018 to February 26, 2019, inclusive (the "Class Period").

4.      Attached as Exhibit 2 is a true and correct copy of a certification on behalf of OFP, attaching a schedule of OFP's transactions in the securities that are the subject of these actions during the Class Period.

5.      Attached as Exhibit 3 is a chart calculating the gains and losses on Equity League's transactions in the securities that are the subject of these actions during the Class Period.

6.      Attached as Exhibit 4 is a chart calculating the gains and losses on OFP's transactions in the securities that are the subject of these actions during the Class Period.

7.      Attached as Exhibit 5 is a true and correct copy of a joint declaration on behalf of Equity League and OFP.

8.      Attached as Exhibit 6 is a true and correct copy of a notice caused to be published by the law firm that filed the first-filed complaint in the above-captioned actions.

9.      Attached as Exhibit 7 is a resume of the background and prior cases of Grant &

Eisenhofer P.A.


Signed and dated this 3rd day of May, 2019.

By:_____
Daniel L. Berger

3