# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02005-WHP<br><br>The Honorable William H. Pauley III<br><br>CLASS ACTION |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02528-WHP<br><br>The Honorable William H. Pauley III<br><br>CLASS ACTION |

## CERTIFICATION ON BEHALF OF EQUITY-LEAGUE PENSION TRUST FUND

I, Arthur Drechsler, on behalf of the Equity-League Pension Trust Fund ("Equity League"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.  I am the Executive Director of Equity League. I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of Equity League.

2.  I have reviewed the first-filed securities class action complaint filed against Weight Watchers International, Inc. ("Weight Watchers") and Equity League has authorized the filing of a motion for appointment as lead plaintiff.

3.     Equity League did not purchase or acquire the securities of Weight Watchers at the direction of counsel or in order to participate in any private action.

4.     Equity League is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.     Attached as Schedule A to this Certification is a list of Equity League's transactions during the Class Period in the Weight Watchers securities that are the subject of the above-captioned actions.

6.     During the three-year period preceding the date of this certification, Equity League has not sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws of the United States.

7.     Equity League will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Executed this 2nd day of May , 2019.

Equity-League Pension Trust Fund

By: _____

Arthur Drechsler, Executive Director

2

# Weight Watchers International, Inc. -- Schedule A
## Equity-League Pension Trust Fund

Cusip:            948626106
Ticker:           US9486261061
Class Period:     May 4, 2018 through February 26, 2019

**Beginning Holdings: 0 shares**

| Purchases | | | | Post Class Period Sales* | | |
| --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 11/02/18 | 13,100 | $48.92 | | 02/28/19 | 7,475 | $19.80 |
| 11/05/18 | 1,850 | $49.33 | | | | |
| 11/06/18 | 6,775 | $49.21 | | | | |
| 11/09/18 | 3,250 | $50.27 | | | | |
| 11/12/18 | 4,500 | $48.40 | | | | |
| 11/19/18 | 5,475 | $47.96 | | | | |
| 11/20/18 | 1,025 | $45.67 | | | | |
| 12/07/18 | 200 | $46.44 | | | | |
| 12/17/18 | 1,325 | $45.79 | | | | |
| 12/18/18 | 1,825 | $44.35 | | | | |
| 12/19/18 | 1,900 | $43.16 | | | | |
| 12/21/18 | 4,875 | $39.62 | | | | |
| 12/31/18 | 75 | $38.38 | | | | |
| 01/03/19 | 3,600 | $37.30 | | | | |
| 01/07/19 | 2,625 | $35.63 | | | | |
| 01/08/19 | 925 | $35.56 | | | | |
| 01/10/19 | 3,875 | $35.14 | | | | |
| 01/11/19 | 5,050 | $32.46 | | | | |
| 01/23/19 | 700 | $31.79 | | | | |
| 01/30/19 | 4,300 | $31.72 | | | | |
| 02/01/19 | 250 | $31.53 | | | | |
| 02/07/19 | 1,700 | $29.48 | | | | |
| 02/08/19 | 975 | $28.49 | | | | |
| 02/13/19 | 275 | $29.57 | | | | |
| 02/19/19 | 300 | $27.51 | | | | |

\* Used the higher of actual sale price or average trading price from end of class period to sale date