# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., <br><br> Defendants. | Civil Action No. 1:19-cv-02005-WHP <br><br> The Honorable William H. Pauley III <br><br> CLASS ACTION |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., <br><br> Defendants. | Civil Action No. 1:19-cv-02528-WHP <br><br> The Honorable William H. Pauley III <br><br> CLASS ACTION |

## CERTIFICATION ON BEHALF OF
## OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM

I, Chase Rankin, on behalf of Oklahoma Firefighters Pension and Retirement System ("OFP"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      I am the Executive Director of OFP. I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of OFP.

2.      I have reviewed the first-filed securities class action complaint filed against Weight Watchers International, Inc. ("Weight Watchers") and OFP has authorized the filing of a motion for appointment as lead plaintiff.

3.      OFP did not purchase or acquire the securities of Weight Watchers at the direction of counsel or in order to participate in any private action.

4.      OFP is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this Certification is a list of OFP's transactions during the Class Period in the Weight Watchers securities that are the subject of the above-captioned actions.

6.      During the three-year period preceding the date of this certification, OFP has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws of the United States in the following cases:

Moved and Appointed Lead Plaintiff:
- *Murphy v. Precision Castparts Corp.*, No. 3:16-cv-00521-SB (D. Or.)
- *Hall v. Rent-A-Center, Inc.*, No. 4:16-cv-00978-ALM-CMC (E.D. Tex.)
- *Lehigh County Employees' Retirement System v. Novo Nordisk A/S*, No. 3:17-cv-00209-BRM-LHG (D.N.J.) (appointed co-lead plaintiff)
- *Weiner v. Tivity Health, Inc.*, No. 3:17-cv-01469 (M.D. Tenn.)
- *Marder v. Campbell Soup Company*, No. 1:18-cv-14385-NLH-JS (D.N.J.)
- *Mulquin v. Nektar Therapeutics*, No. 4:18-cv-06607-HSG (N.D. Cal.) (appointed co-lead plaintiff)

Moved and Not Appointed:
- *Oklahoma Firefighters Pension and Retirement System v. Lexmark International, Inc.*, No. 1:17-cv-05543-WHP (S.D.N.Y.)
- *Tung v. Bristol-Myers Squibb Co.*, No. 1:18-cv-01611-JPO (S.D.N.Y.)
- *Giugno v. Bristol-Myers Squibb Co.*, No. 3:18-cv-00878-VC (N.D. Cal.)

7.      OFP will not accept any payment for serving as a representative party on behalf of the proposed class beyond its pro rata share of any recovery, except as ordered or approved by the court.

2

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this ____ day of _____, 2019.

Oklahoma Firefighters Pension and Retirement System

By: _____

    Chase Rankin, Executive Director

3

# Weight Watchers International, Inc. -- Schedule A
# Oklahoma Firefighters Pension and Retirement System

**Cusip:** 948626106
**Ticker:** US9486261061
**Class Period:** May 4, 2018 through February 26, 2019

**Beginning Holdings: 0 shares**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| Trade Date | Quantity | Price | | Trade Date | Quantity | Price |
| 05/11/18 | 6,200 | $69.00 | | 05/17/18 | 46 | $81.97 |
| 05/11/18 | 2,710 | $74.51 | | 06/22/18 | 1,209 | $98.79 |
| 05/24/18 | 1,148 | $80.99 | | 10/09/18 | 215 | $65.55 |
| 05/24/18 | 798 | $81.05 | | 10/09/18 | 2,297 | $66.16 |
| 07/12/18 | 283 | $92.30 | | 11/02/18 | 6,612 | $50.74 |
| 07/12/18 | 1,890 | $92.77 | | 11/02/18 | 5,183 | $48.82 |
| 07/12/18 | 1,332 | $93.05 | | 11/13/18 | 1,627 | $47.91 |
| 08/03/18 | 2,192 | $91.32 | | 11/13/18 | 296 | $48.57 |
| 08/09/18 | 135 | $79.76 | | 01/07/19 | 1,344 | $35.48 |
| 08/29/18 | 1,976 | $78.91 | | 01/07/19 | 314 | $35.69 |
| 09/17/18 | 138 | $71.17 | | | | |
| 10/16/18 | 221 | $67.19 | | | | |
| 10/23/18 | 33 | $64.20 | | | | |
| 11/21/18 | 29 | $47.25 | | | | |
| 11/29/18 | 7 | $51.28 | | | | |
| 12/12/18 | 21 | $49.17 | | | | |
| 12/18/18 | 12 | $46.93 | | | | |
| 12/20/18 | 18 | $40.93 | | | | |