# EXHIBIT 3



**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Equity League**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Offsetting Opening Position | 0 | | $0 | $0 |
| Section II Purchases: Purchased and Sold in the Period | 0 | | $0 | |
| Section II Sales:  Purchased and Sold in the Period | 0 | | $0 | $0 |
| Section III Purchases: Purchased in and Sold After the Period | 7,475 | $48.92 | $365,661 | |
| Section III Sales: Purchased in and Sold After the Period | 7,475 | $19.80 | $148,005 | ($217,656) |
| Section IV Purchases: Purchased and Held | 63,275 | $41.74 | $2,640,814 | ($1,391,298) |
| 90-Day Average Lookback Price | | $19.7474 | | |
| **Total FIFO Losses** | | | | **($1,608,954)** |

PROPRIETARY & CONFIDENTIAL


Grant & Eisenhofer

**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Equity League**

**Lookback Range:**    **2/27/19 - 5/27/19**

| --------------------------Purchases-------------------------- | | | | --------------------------Sales-------------------------- | | | | Offset or (Loss) on Shares Held | Offset or (Loss) on Holdings @ $19.7474 | Total Offset or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | **Total** | **Trade Date** | **Shares** | **Price** | **Total** | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings (FIFO Basis)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open position | - | | | | | | | | $0.00 | |
| **Subtotal (I)** | **0** | | **$0** | | **0** | | **$0** | | | **$0** |

**II. Shares Purchased and Sold Within Class Period (FIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (II)** | **0** | | **$0** | | **0** | | **$0** | | | **$0** |

**III. Shares Purchased During Class Period and Sold After End of Class Period (FIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/18 | 7,475 | $48.92 | $365,661 | 02/28/19 | 7,475 | *$19.80* | $148,005 | | | |
| **Subtotal (III)** | **7,475** | | **$365,661** | | **7,475** | | **$148,005** | | | **($217,656)** |



**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Equity League**

| | | | | | | | | | **Lookback Range:** | 2/27/19 - 5/27/19 | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| --------------------------Purchases-------------------------- | | | | --------------------------Sales-------------------------- | | | | Offset or (Loss) on Shares Held | Offset or (Loss) on Holdings @ $19.7474 | Total Offset or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | **Total** | **Trade Date** | **Shares** | **Price** | **Total** | | | |

### IV. Shares Purchased During Class Period and Still Held (FIFO Basis)

*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Trade Date | Shares | Price | Total | | | | | Offset or (Loss) on Shares Held | Offset or (Loss) on Holdings @ $19.7474 | Total Offset or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/18 | 5,625 | $48.92 | $275,163 | | | | | ($29.17) | ($164,084.11) | |
| 11/05/18 | 1,850 | $49.33 | $91,254 | | | | | ($29.58) | ($54,721.35) | |
| 11/06/18 | 6,775 | $49.21 | $333,388 | | | | | ($29.46) | ($199,599.69) | |
| 11/09/18 | 3,250 | $50.27 | $163,387 | | | | | ($30.53) | ($99,207.58) | |
| 11/12/18 | 4,500 | $48.40 | $217,809 | | | | | ($28.65) | ($128,946.19) | |
| 11/19/18 | 5,475 | $47.96 | $262,559 | | | | | ($28.21) | ($154,442.13) | |
| 11/20/18 | 1,025 | $45.67 | $46,811 | | | | | ($25.92) | ($26,569.55) | |
| 12/07/18 | 200 | $46.44 | $9,289 | | | | | ($26.70) | ($5,339.24) | |
| 12/17/18 | 1,325 | $45.79 | $60,665 | | | | | ($26.04) | ($34,500.10) | |
| 12/18/18 | 1,825 | $44.35 | $80,939 | | | | | ($24.60) | ($44,899.76) | |
| 12/19/18 | 1,900 | $43.16 | $81,995 | | | | | ($23.41) | ($44,474.84) | |
| 12/21/18 | 4,875 | $39.62 | $193,142 | | | | | ($19.87) | ($96,873.60) | |
| 12/31/18 | 75 | $38.38 | $2,878 | | | | | ($18.63) | ($1,397.18) | |
| 01/03/19 | 3,600 | $37.30 | $134,268 | | | | | ($17.55) | ($63,177.51) | |
| 01/07/19 | 2,625 | $35.63 | $93,521 | | | | | ($15.88) | ($41,683.71) | |
| 01/08/19 | 925 | $35.56 | $32,893 | | | | | ($15.81) | ($14,626.66) | |
| 01/10/19 | 3,875 | $35.14 | $136,157 | | | | | ($15.39) | ($59,635.90) | |
| 01/11/19 | 5,050 | $32.46 | $163,898 | | | | | ($12.71) | ($64,173.93) | |
| 01/23/19 | 700 | $31.79 | $22,255 | | | | | ($12.05) | ($8,431.93) | |
| 01/30/19 | 4,300 | $31.72 | $136,383 | | | | | ($11.97) | ($51,469.32) | |
| 02/01/19 | 250 | $31.53 | $7,883 | | | | | ($11.79) | ($2,946.55) | |
| 02/07/19 | 1,700 | $29.48 | $50,114 | | | | | ($9.73) | ($16,543.90) | |
| 02/08/19 | 975 | $28.49 | $27,778 | | | | | ($8.74) | ($8,524.33) | |
| 02/13/19 | 275 | $29.57 | $8,132 | | | | | ($9.82) | ($2,701.17) | |
| 02/19/19 | 300 | $27.51 | $8,252 | | | | | ($7.76) | ($2,327.34) | |
| **Subtotal (IV)** | **63,275** | **$41.74** | **$2,640,814** | | | | | | **($1,391,297.56)** | **($1,391,298)** |
| **TOTAL (II - IV)  FIFO Losses** | | | | | | | | | | **($1,608,954)** |

**PROPRIETARY & CONFIDENTIAL**



**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Equity League**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Ignored | 0 | | $0 | |
| Section II Purchases: Purchased and Sold in the Period | 0 | | $0 | |
| Section II Sales:  Purchased and Sold in the Period | 0 | | $0 | $0 |
| Section III Purchases: Purchased in and Sold After the Period | 7,475 | $30.53 | $228,234 | |
| Section III Sales: Purchased in and Sold After the Period | 7,475 | $19.80 | $148,005 | ($80,229) |
| Section IV Purchases: Purchased and Held | 63,275 | $43.91 | $2,778,241 | ($1,528,725) |
| 90-Day Average Lookback Price | | $19.7474 | | |
| **Total LIFO Losses** | | | | **($1,608,954)** |

             PROPRIETARY & CONFIDENTIAL



**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Equity League**

**Lookback Range:**                    **2/27/19  - 5/27/19**

| ---------------------------Purchases--------------------------- | | | | ----------------------------Sales---------------------------- | | | | | (Loss) on Holdings @ | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | **Total** | **Trade Date** | **Shares** | **Price** | **Total** | **(Loss) on Shares Held** | **$19.7474** | **Total (Loss)** |

**I. Share Sales Matched Against Pre-Class Period Holdings**

Open position

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (I)** | **0** | | **$0** | | **0** | | **$0** | | | |

**II. Shares Purchased and Sold Within Class Period (LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subtotal (II)** | **0** | | **$0** | | **0** | | **$0** | | | **$0** |

**III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/30/19 | 3,975 | $31.72 | $126,075 | 02/28/19 | 7,475 | *$19.80* | $148,005 | | | |
| 02/01/19 | 250 | $31.53 | $7,883 | | | | | | | |
| 02/07/19 | 1,700 | $29.48 | $50,114 | | | | | | | |
| 02/08/19 | 975 | $28.49 | $27,778 | | | | | | | |
| 02/13/19 | 275 | $29.57 | $8,132 | | | | | | | |
| 02/19/19 | 300 | $27.51 | $8,252 | | | | | | | |
| **Subtotal (III)** | **7,475** | | **$228,234** | | **7,475** | | **$148,005** | | | **($80,229)** |



**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Equity League**

| | | | | | | | | | Lookback Range: | | 2/27/19 - 5/27/19 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | --------------------------Purchases--------------------------- | | | | -----------------------------Sales----------------------------- | | | | (Loss) on Shares Held | (Loss) on Holdings @ $19.7474 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | **Total** | **Trade Date** | **Shares** | **Price** | **Total** | | | |

**IV. Shares Purchased During Class Period and Still Held (LIFO Basis)**

*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Trade Date | Shares | Price | Total | | | | | (Loss) on Shares Held | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| 11/02/18 | 13,100 | $48.92 | $640,824 | | | | | ($29.17) | ($382,133.66) |
| 11/05/18 | 1,850 | $49.33 | $91,254 | | | | | ($29.58) | ($54,721.35) |
| 11/06/18 | 6,775 | $49.21 | $333,388 | | | | | ($29.46) | ($199,599.69) |
| 11/09/18 | 3,250 | $50.27 | $163,387 | | | | | ($30.53) | ($99,207.58) |
| 11/12/18 | 4,500 | $48.40 | $217,809 | | | | | ($28.65) | ($128,946.19) |
| 11/19/18 | 5,475 | $47.96 | $262,559 | | | | | ($28.21) | ($154,442.13) |
| 11/20/18 | 1,025 | $45.67 | $46,811 | | | | | ($25.92) | ($26,569.55) |
| 12/07/18 | 200 | $46.44 | $9,289 | | | | | ($26.70) | ($5,339.24) |
| 12/17/18 | 1,325 | $45.79 | $60,665 | | | | | ($26.04) | ($34,500.10) |
| 12/18/18 | 1,825 | $44.35 | $80,939 | | | | | ($24.60) | ($44,899.76) |
| 12/19/18 | 1,900 | $43.16 | $81,995 | | | | | ($23.41) | ($44,474.84) |
| 12/21/18 | 4,875 | $39.62 | $193,142 | | | | | ($19.87) | ($96,873.60) |
| 12/31/18 | 75 | $38.38 | $2,878 | | | | | ($18.63) | ($1,397.18) |
| 01/03/19 | 3,600 | $37.30 | $134,268 | | | | | ($17.55) | ($63,177.51) |
| 01/07/19 | 2,625 | $35.63 | $93,521 | | | | | ($15.88) | ($41,683.71) |
| 01/08/19 | 925 | $35.56 | $32,893 | | | | | ($15.81) | ($14,626.66) |
| 01/10/19 | 3,875 | $35.14 | $136,157 | | | | | ($15.39) | ($59,635.90) |
| 01/11/19 | 5,050 | $32.46 | $163,898 | | | | | ($12.71) | ($64,173.93) |
| 01/23/19 | 700 | $31.79 | $22,255 | | | | | ($12.05) | ($8,431.93) |
| 01/30/19 | 325 | $31.72 | $10,308 | | | | | ($11.97) | ($3,890.12) |
| **Subtotal (IV)** | **63,275** | **$43.91** | **$2,778,241** | | | | | **($1,528,724.62)** | **($1,528,725)** |
| **TOTAL (II - IV) LIFO Losses** | | | | | | | | | **($1,608,954)** |