# EXHIBIT 4



**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Oklahoma Fire**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Offsetting Opening Position | 0 | | $0 | $0 |
| Section II Purchases: Purchased and Sold in the Period | 19,143 | $78.91 | $1,510,487 | |
| Section II Sales:  Purchased and Sold in the Period | 19,143 | $53.75 | $1,029,027 | ($481,460) |
| Section III Purchases: Purchased in and Sold After the Period | 0 | | $0 | |
| Section III Sales: Purchased in and Sold After the Period | 0 | | $0 | $0 |
| Section IV Purchases: Purchased and Held | 0 | | $0 | $0 |
| 90-Day Average Lookback Price | | $19.7474 | | |
| **Total FIFO/LIFO Losses** | | | | **($481,460)** |

**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Oklahoma Fire**



| Lookback Range: | 2/27/19 - 5/27/19 |
|---|---|

| ---------------------------Purchases--------------------------- | | | | ---------------------------Sales--------------------------- | | | | Offset or (Loss) on Shares Held | Offset or (Loss) on Holdings @ $19.7474 | Total Offset or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings (FIFO/LIFO Basis)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Open position | - | | | | | | | | | |
| **Subtotal (I)** | **0** | | **$0** | | **0** | | **$0** | | | **$0** |

**II. Shares Purchased and Sold Within Class Period (FIFO/LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/11/18 | 6,200 | $69.00 | $427,800 | 05/17/18 | 46 | $81.97 | $3,770 | | | |
| 05/11/18 | 2,710 | $74.51 | $201,924 | 06/22/18 | 1,209 | $98.79 | $119,439 | | | |
| 05/24/18 | 1,148 | $80.99 | $92,981 | 10/09/18 | 215 | $65.55 | $14,092 | | | |
| 05/24/18 | 798 | $81.05 | $64,677 | 10/09/18 | 2,297 | $66.16 | $151,974 | | | |
| 07/12/18 | 283 | $92.30 | $26,119 | 11/02/18 | 6,612 | $50.74 | $335,480 | | | |
| 07/12/18 | 1,890 | $92.77 | $175,343 | 11/02/18 | 5,183 | $48.82 | $253,048 | | | |
| 07/12/18 | 1,332 | $93.05 | $123,943 | 11/13/18 | 1,627 | $47.91 | $77,952 | | | |
| 08/03/18 | 2,192 | $91.32 | $200,163 | 11/13/18 | 296 | $48.57 | $14,375 | | | |
| 08/09/18 | 135 | $79.76 | $10,768 | 01/07/19 | 1,344 | $35.48 | $47,690 | | | |
| 08/29/18 | 1,976 | $78.91 | $155,918 | 01/07/19 | 314 | $35.69 | $11,207 | | | |
| 09/17/18 | 138 | $71.17 | $9,821 | | | | | | | |
| 10/16/18 | 221 | $67.19 | $14,849 | | | | | | | |
| 10/23/18 | 33 | $64.20 | $2,119 | | | | | | | |
| 11/21/18 | 29 | $47.25 | $1,370 | | | | | | | |
| 11/29/18 | 7 | $51.28 | $359 | | | | | | | |
| 12/12/18 | 21 | $49.17 | $1,033 | | | | | | | |
| 12/18/18 | 12 | $46.93 | $563 | | | | | | | |
| 12/20/18 | 18 | $40.93 | $737 | | | | | | | |
| **Subtotal (II)** | **19,143** | | **$1,510,487** | | **19,143** | | **$1,029,027** | | | **($481,460)** |



**Weight Watchers International, Inc.**
**May 4, 2018 through February 26, 2019**
**Oklahoma Fire**

**Lookback Range:**    **2/27/19 - 5/27/19**

| ---------------------------Purchases--------------------------- | | | | ----------------------------Sales---------------------------- | | | | Offset or (Loss) on Shares Held | Offset or (Loss) on Holdings @ $19.7474 | Total Offset or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | **Total** | **Trade Date** | **Shares** | **Price** | **Total** | | | |

**III. Shares Purchased During Class Period and Sold After End of Class Period (FIFO/LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| Subtotal (III) | 0 | | $0 | | 0 | | $0 | | | $0 |
|---|---|---|---|---|---|---|---|---|---|---|

**IV. Shares Purchased During Class Period and Still Held (FIFO/LIFO Basis)**
*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Subtotal (IV) | 0 | | $0 | | | | | | $0.00 | $0 |
|---|---|---|---|---|---|---|---|---|---|---|

**TOTAL (II - IV)  FIFO/LIFO Losses**                                                                                     **($481,460)**