# Exhibit 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02005-WHP<br><br><br>The Honorable William H. Pauley III<br><br><br>CLASS ACTION |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02528-WHP<br><br><br>The Honorable William H. Pauley III<br><br><br>CLASS ACTION |

**JOINT DECLARATION ON BEHALF OF EQUITY-LEAGUE PENSION TRUST FUND AND OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM**

Chase Rankin and Arthur Drechsler declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. We respectfully submit this joint declaration in support of the motion of Equity-League Pension Trust Fund ("Equity League") and Oklahoma Firefighters Pension and Retirement System ("OFP") (together, the "Weight Watchers Investor Group") for consolidation of the above-captioned class actions, appointment of the Weight Watchers Investor Group as lead plaintiff, and approval of the Weight Watchers Investor Group's selection of Grant &

Eisenhofer P.A. ("G&E") as lead counsel for the proposed Class (the "Motion"). With regard to the information in this joint memorandum, each of us has personal knowledge relating to the entity with which we are respectively associated.

2.    I, Arthur Drechsler, am the Executive Director of Equity League and I am authorized to make this joint declaration on behalf of Equity League. Equity League is a multiemployer pension fund with approximately $1.8 billion in assets under management on behalf of its active participants, retirees, and beneficiaries. As reflected in a separate certification, Equity League purchased a significant amount of Weight Watchers International Inc. ("Weight Watchers") common stock during the Class Period alleged in the above-captioned actions and suffered substantial losses, which we allege are the result of violations of the federal securities laws. Equity League has fiduciary responsibilities to participants in its pension plan and thus has substantial experience acting as a fiduciary for others. Furthermore, many of the Trustees of Equity League also serve as Trustees on the Boards of the 401(k) and health plans affiliated with Equity League.

3.    I, Chase Rankin, am the Executive Director of OFP and I am authorized to make this joint declaration on behalf of OFP. Created in 1980, OFP is a defined benefit pension fund headquartered in Oklahoma City, Oklahoma, with more than $2.7 billion in assets under management on behalf of firefighters. As reflected in a separate certification, OFP purchased a significant amount of Weight Watchers common stock during the Class Period alleged in the above-captioned actions and suffered substantial losses, which we allege are the result of violations of the federal securities laws. OFP has prior experience serving as a lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to

a class. OFP has, moreover, previously served as a co-lead plaintiff and thus has experience coordinating with another lead plaintiff to fulfill those fiduciary responsibilities.

4. We are both aware of and are prepared to fulfill the requirements and responsibilities of being a lead plaintiff in a securities class action. We understand that a lead plaintiff is responsible for overseeing lead counsel, ensuring the efficient and vigorous representation of the class, and maximizing recovery for the class. We believe that our combined experience, knowledge, and sophistication enable us to zealously represent the interests of the proposed Class. We are both motivated to recover the significant losses that we incurred as a result of the defendants' violations of the federal securities laws, but our principal goal in seeking appointment as lead plaintiffs is to achieve the best possible recovery for the proposed Class.

5. Equity League and OFP each independently decided to seek appointment as lead plaintiff. We each retain multiple nationally-recognized law firms specializing in securities litigation, including G&E, to monitor our investments and to alert us of potential instances of actionable securities fraud. We each conferred with G&E regarding the merits of the claims against Weight Watchers and the other defendants in this litigation, and we each decided to seek appointment as lead plaintiff and selected G&E to represent us in this matter in light of G&E's significant experience and success achieving substantial recoveries in securities class actions.

6. Equity League sustained substantial losses as a result of the defendants' alleged fraud; however, Equity League did not purchase Weight Watchers stock during the secondary public offering conducted during the alleged class period in May 2018 (the "SPO"). To ensure that the leadership of the Class included a plaintiff with standing to assert claims under the

3

Securities Act of 1933 (the "Securities Act"), Equity League desired to partner with another institutional investor that purchased Weight Watchers stock in the SPO.

7. OFP also sustained substantial losses as a result of the defendants' alleged fraud. OFP, moreover, purchased Weight Watchers stock in the SPO and thus has standing to assert claims under the Securities Act.

8. In discussions with G&E, each of Equity League and OFP learned of the other's interest in serving as lead plaintiff in this litigation. We then communicated with each other regarding the possibility of seeking appointment as lead plaintiffs together. As Equity League and OFP are both sophisticated institutional investors that incurred substantial losses as a result of the securities law violations at issue in this litigation, and together can assert Securities Act claims on behalf of the proposed Class, we determined that our joint appointment as lead plaintiffs would advance the interests of the Class as well as the interests of each of Equity League and OFP. Therefore, we jointly decided to form the Weight Watchers Investor Group to seek to represent the proposed Class together using the same proposed lead counsel.

9. We believe that our selection of the same counsel to represent the proposed Class will ensure the efficient prosecution of the claims of the proposed Class, avoiding wasteful or duplicative fees and expenses. Furthermore, we believe that G&E will prosecute this action vigorously, efficiently, and in the best interests of the Class.

10. We have conferred with each other and with counsel via telephone and email regarding the preparation and filing of the Motion, as well as regarding protocols for managing this litigation and our continued joint oversight of counsel, whom we have directed to advise us of developments in this matter. G&E will provide written updates on a monthly basis, in addition to informing us of time-sensitive developments when they occur.

4

11.     If appointed as lead plaintiffs, we will jointly oversee our counsel for the benefit of the proposed Class, including by reviewing pleadings, conferring with each other and with counsel, and attending hearings if necessary. We have agreed to hold regular calls to discuss the status of this litigation, as well as on an emergency basis when necessary, and to this end we have exchanged contact information.

12.     In light of our shared interest in recovering from the defendants in this litigation, our shared perspective as sophistical institutional investors, our retention of the same counsel, and—if appointed—our shared fiduciary responsibilities to the proposed Class, we anticipate arriving at joint decisions consensually. To the extent we have any differences of opinion regarding decisions to be made in this litigation, we believe that our retention of the same counsel will enable us to overcome such differences and protect the interests of the proposed Class. In the event that a disagreement cannot be resolved, which we believe is unlikely, we have agreed that the decision will be made by Equity League because it sustained larger losses than OFP.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements relating to Oklahoma Firefighters Pension and Retirement System are true and correct.

Executed this 2nd day of ____May____, 2019.

Oklahoma Firefighters Pension and Retirement System
By: Chase Rankin, Executive Director

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements relating to Equity-League Pension Trust Fund are true and correct.

Executed this 2ⁿᵈ day of _____May_____, 2019.

_____

Equity-League Pension Trust Fund
By: Arthur Drechsler, Executive Director

7