**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02005-WHP |
| JOHN JUBELT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Civil Action No. 1:19-cv-02528-WHP |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF THE
CITY OF OMAHA POLICE AND FIRE RETIREMENT SYSTEM'S
MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF LEAD COUNSEL</u>**

I, Thomas L. Laughlin, IV, pursuant to 28 U.S.C. §1746, declare as follows:

1.       I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), proposed Lead Counsel for putative class member and Lead Plaintiff movant City of Omaha Police and Fire Retirement System ("Omaha P+F" or "Movant").

2.       I make this declaration in support of Omaha P+F's motion for consolidation, appointment as Lead Plaintiff, and approval of its selection of Scott+Scott as Lead Counsel.  I

have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

    3.    Attached hereto are true and correct copies of the following:

Exhibit A:    Notice published on March 4, 2019 via *BusinessWire*;

Exhibit B:    Movant's Certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:    Movant's Loss Chart; and

Exhibit D:    Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of May, 2019, at New York, New York.

    */s/ Thomas L. Laughlin, IV*
    THOMAS L. LAUGHLIN, IV

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/Thomas L. Laughlin, IV*

Thomas L. Laughlin, IV (TL-8888)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tlaughlin@scott-scott.com

3