# EXHIBIT B

## <u>CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS</u>

I, James Sklenar, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am the Chairman of the City of Omaha Police and Fireman's Retirement System ("Omaha P+F"), and I am duly authorized to act on behalf of Omaha P+F.

2.      I have reviewed the Complaint in this matter and authorize Scott+Scott Attorneys at Law LLP to file lead plaintiff papers in this matter on behalf of Omaha P+F.

3.      Omaha P+F is willing to serve as a representative party on behalf of the purchasers of Weight Watchers International, Inc. ("WW") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4.      During the Class Period, Omaha P+F purchased and/or sold the security that is the subject of the Complaint, as set forth in the attached **Schedule A**.

5.      Omaha P+F did not engage in the foregoing transactions at the direction of counsel, nor in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "Exchange Act").

6.      Omaha P+F sought to serve as a representative party or lead plaintiff on behalf of a class in the following private actions arising under the Exchange Act and filed during the three-year period preceding the date on which this certification is signed:

>    *In re Evoqua Water Techs. Corp. Sec. Litig.*, No. 1:18-cv-10320 (S.D.N.Y) (appointed co-lead plaintiff);
>
>    *Ronge v. Camping World Holdings, Inc.*, No. 1:18-cv-07030 (N.D. Ill.) (appointed co-lead plaintiff); and
>
>    *Hirtenstein v. Cempra, Inc.*, No. 1:16-cv-01303 (M.D.N.C.) (moved to be appointed lead plaintiff and was not appointed).

7.      Omaha P+F will not accept any payment for serving as a representative party on behalf of the Class beyond the *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ___OMAHA, NE___ . (City, State)

CITY OF OMAHA POLICE AND
FIREMAN'S RETIREMENT SYSTEM

4/29/19
Date

James Sklenar

Chairman of the City of Omaha
Police and Fireman's Retirement
System

2

# Schedule A

**WEIGHT WATCHERS INTL INC**                    Ticker:  **WW**            Cusip:  **948626106**
Class Period: 05/04/2018 to 02/26/2019

**Omaha, City of, Police and Fireman's Retirement System**

| | | DATE | SHARES | PRICE |
|---|---|---|---|---|
| Purchases: | | 7/26/2018 | 6,302 | $93.78 |
| | | 7/26/2018 | 832 | $93.69 |
| | | 8/14/2018 | 2,882 | $78.06 |
| | | 12/10/2018 | 6,505 | $49.11 |
| | | 12/11/2018 | 25,695 | $49.97 |
| | | 12/27/2018 | 14,000 | $42.39 |
| Sales: | | 1/3/2019 | 10,016 | $37.10 |