# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 05/04/2018 to 02/26/2019**

**WEIGHT WATCHERS INTL INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **WW** | **948626106** | **2813585** | **US9486261061** | **$19.74739 ***|

**Omaha, City of, Police and Fireman's Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 7/26/2018 | 6,302 | $93.78 | -$591,001.56 |
| Purchase | 7/26/2018 | 832 | $93.69 | -$77,950.08 |
| Purchase | 8/14/2018 | 2,882 | $78.06 | -$224,968.92 |
| Purchase | 12/10/2018 | 6,505 | $49.11 | -$319,460.55 |
| Purchase | 12/11/2018 | 25,695 | $49.97 | -$1,283,979.15 |
| Purchase | 12/27/2018 | 14,000 | $42.39 | -$593,460.00 |
| **Class Period purchases:** | | **56,216** | | **-$3,090,820.26** |
| Sale | 1/3/2019 | 10,016 | $37.10 | $371,593.60 |
| **Class Period sales (matched to Class Period purchases):** | | **10,016** | | **$371,593.60** |
| | LIFO Retained Purchases: | 46,200 | $19.74739 | $912,329.48 |

**\* Value of retained shares is the mean trading price from 02/27/2019 to 05/02/2019**          **LIFO Gain/(Loss):**          **-$1,806,897.18**