**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Case No.  1:19-cv-02005-WHP |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Case No. 1:19-cv-02528-WHP |

**[PROPOSED] ORDER GRANTING SERGE SIENA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Serge Siena for consolidation of related actions, appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Weight Watchers International, Inc. Securities Litigation,* Master File No. 1:19-cv-02005-WHP;

3.      Serge Siena is APPOINTED to serve as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) in the above-captioned actions;

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Serge Siena's selection of lead counsel is APPROVED, and Glancy Prongay & Murray LLP is APPOINTED as Lead Counsel for the Class in the above-captioned actions.


        IT IS SO ORDERED.



Dated: _____, 2019        _____
                                         HON. WILLIAM H. PAULEY III
                                         UNITED STATES DISTRICT JUDGE

1