**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | No. 1:19-cv-02005-WHP<br><br>**NOTICE OF ANGELIA DAROSA AND DONALD LYLE'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL** |
| JOHN JUBELT, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | No. 1:19-cv-02528-WHP |

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Angelia Maria DaRosa ("DaRosa") and Donald J. Lyle ("Lyle") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned actions; (2) appointing DaRosa and Lyle as Lead Plaintiffs in the consolidated Actions; (3) approving DaRosa and Lyle's selection of Faruqi & Faruqi, LLP as Lead Counsel for the putative Class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Richard W. Gonnello and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, DaRosa and Lyle respectfully request that the Court (1) consolidate the above-captioned actions; (2) appoint DaRosa and Lyle as Lead Plaintiffs pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the putative Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  May 3, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:  _/s/ Richard W. Gonnello_
Richard W. Gonnello

Richard W. Gonnello
Megan M. Sullivan
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: rgonnello@faruqilaw.com

1

2

msullivan@faruqilaw.com
smorsy@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiffs Angelia
Maria DaRosa and Donald J. Lyle and [Proposed]
Lead Counsel for the putative Class*

2