UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:19-cv-02005-WHP |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:19-cv-02528-WHP |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

**DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE PENSION FUNDS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

1559998_1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for the El Paso Firemen & Policemen's Pension Fund, Inter-Local Pension Fund GCC/IBT, and Steamfitters Local 449 Pension & Retirement Security Funds (collectively, the "Pension Funds") in the above-captioned actions.  I make this declaration in support of the Pension Funds' Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Notice of pendency of class action published in *Business Wire* on March 4, 2019;

Exhibit 2:      The Pension Funds' Certifications;

Exhibit 3:      The Pension Funds' loss estimate, prepared by counsel;

Exhibit 4:      The Pension Funds' Joint Declaration; and

Exhibit 5:      Robbins Geller Rudman & Dowd LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of May, 2019, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

1559998_1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 3, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

1559998_1

SDNY CM/ECF NextGen Version 1.2

# Mailing Information for a Case 1:19-cv-02005-WHP Potts v. Weight Watchers International, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,dawn.hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **Lynn Katherine Neuner**
  lneuner@stblaw.com,managingclerk@stblaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel Serenity Sparks Bradley**
  rachel.sparksbradley@stblaw.com

- **George S Wang**
  gwang@stblaw.com,managingclerk@stblaw.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,sf_filings@hbsslaw.com,nicolleg@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)