# EXHIBIT 2

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

EL PASO FIREMEN & POLICEMEN'S PENSION FUND ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Vaitkuviene v. Syneos Health, Inc., et al.*, No. 5:18-cv-00029 (E.D.N.C.)
*Mulquin v. Nektar Therapeutics, et al.*, No. 4:18-cv-06607 (N.D. Cal.)
*Mustafin v. GreenSky, Inc., et al.*, No. 1:18-cv-11071 (S.D.N.Y.)

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

WEIGHT WATCHERS

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _26_ day of _MARCH_, 2019.

> EL PASO FIREMEN & POLICEMEN'S PENSION FUND
>
> By: _____
> Tyler C. Grossman, Executive Director

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/28/2018 | 689 | $71.96 |
| 10/01/2018 | 70 | $73.07 |
| 10/01/2018 | 256 | $72.70 |
| 10/02/2018 | 468 | $74.09 |
| 10/02/2018 | 4,937 | $74.90 |
| 11/02/2018 | 2,830 | $50.91 |
| 12/11/2018 | 1,535 | $50.73 |
| 12/11/2018 | 3,855 | $49.68 |
| 12/13/2018 | 1,416 | $49.32 |
| 12/14/2018 | 319 | $48.33 |
| 12/26/2018 | 1,390 | $41.20 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/08/2019 | 3,404 | $28.41 |
| 02/11/2019 | 3,341 | $28.87 |
| 02/12/2019 | 415 | $29.08 |
| 02/26/2019 | 3,530 | $20.65 |
| 02/26/2019 | 1,724 | $20.65 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

INTER-LOCAL PENSION FUND GCC/IBT ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Winograd v. FTD Companies, Inc.*, No. 1:17-cv-02135 (E.D. Ill.)
*In re Obalon Therapeutics, Inc. Sec. Litig.*, No. 3:18-cv-00352 (S.D. Cal.)

(b)      Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Mustafin v. GreenSky, Inc., et al.*, No. 1:18-cv-11071 (S.D.N.Y.)
*Cohen v. YogaWorks, Inc., et al.*, No. 2:18-cv-10696 (C.D. Cal.)

(c)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Jenß v. Avista Corporation, et al.*, No. 2:17-cv-00333 (E.D. Wash.)

WEIGHT WATCHERS

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _15th_ day of March, 2019.

> INTER-LOCAL PENSION FUND
> GCC/IBT
>
> By: _Lawrence C. Mitchell_
> Lawrence C. Mitchell, Executive
> Director

- 2 -

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 09/28/2018 | 397 | $71.99 |
| 10/01/2018 | 41 | $73.09 |
| 10/01/2018 | 147 | $72.73 |
| 10/02/2018 | 269 | $74.10 |
| 10/02/2018 | 2,846 | $74.94 |
| 11/02/2018 | 1,630 | $50.94 |
| 12/26/2018 | 800 | $41.24 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/08/2019 | 1,959 | $28.37 |
| 02/11/2019 | 1,922 | $28.84 |
| 02/12/2019 | 239 | $29.05 |
| 02/26/2019 | 996 | $20.62 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Steamfitters Local 449 Pension Plan v. Molina Healthcare, Inc.*, No. 2:18-cv-3579 (C.D. Cal.) (Pension)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

None.

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*In re Eaton Corporation Sec. Litig.*, No. 1:16-cv-5894 (S.D.N.Y.) (Pension)

*Lentsch v. Vista Outdoor Inc., et al.*, No. 1:17-cv-00012 (D. Utah). (Pension and Retirement)

*In re Maximus, Inc. Sec. Litig.*, No. 1:17-cv-00884 (E.D. Va.) (Pension)

*In re Skechers USA, Inc. Sec. Litig.*, No. 1:18-cv-08039 (S.D.N.Y.) (Pension)

WEIGHT WATCHERS

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of May , 2019.

STEAMFITTERS LOCAL 449 PENSION
& RETIREMENT SECURITY FUNDS

By: _____
Joseph M. Little, Chairman

- 2 -

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/23/2018 | 3,653 | $92.68 |
| 07/23/2018 | 3,670 | $92.68 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 12/13/2018 | 1,174 | $49.76 |
| 12/13/2018 | 1,180 | $49.76 |
| 01/16/2019 | 2,479 | $32.87 |
| 01/16/2019 | 2,490 | $32.87 |