# EXHIBIT 3

Movants' Purchases and Losses

Class Period: 05/04/2018 - 02/26/2019

Weight Watchers International, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **El Paso Firemen & Policemen's Pension Fund** | 09/28/2018 | 689 | $71.96 | $49,580.23 | 02/08/2019 | 3,404 | $28.41 | $96,709.68 | |
| | 10/01/2018 | 70 | $73.07 | $5,114.90 | 02/11/2019 | 3,341 | $28.87 | $96,449.66 | |
| | 10/01/2018 | 256 | $72.70 | $18,610.23 | 02/12/2019 | 415 | $29.08 | $12,068.24 | |
| | 10/02/2018 | 468 | $74.09 | $34,673.18 | 02/26/2019 | 3,530 | $20.65 | $72,888.50 | |
| | 10/02/2018 | 4,937 | $74.90 | $369,778.83 | 02/26/2019 | 1,724 | $20.65 | $35,597.67 | |
| | 11/02/2018 | 2,830 | $50.91 | $144,082.38 | 02/27/2019 | 3,595 | $19.40 | $69,726.46 | |
| | 12/11/2018 | 1,535 | $50.73 | $77,870.55 | 02/27/2019 | 1,756 | $19.40 | $34,058.32 | |
| | 12/11/2018 | 3,855 | $49.68 | $191,521.41 | | | | | |
| | 12/13/2018 | 1,416 | $49.32 | $69,839.53 | | | | | |
| | 12/14/2018 | 319 | $48.33 | $15,415.90 | | | | | |
| | 12/26/2018 | 1,390 | $41.20 | $57,268.14 | | | | | |
| | | **17,765** | | **$1,033,755.28** | | **17,765** | | **$417,498.54** | **($616,256.74)** |
| **Steamfitters Local 449 Pension & Retirement Security Funds** | 07/23/2018 | 3,653 | $92.68 | $338,567.35 | 12/13/2018 | 1,174 | $49.76 | $58,422.00 | |
| | 07/23/2018 | 3,670 | $92.68 | $340,142.94 | 12/13/2018 | 1,180 | $49.76 | $58,720.58 | |
| | | | | | 01/16/2019 | 2,479 | $32.87 | $81,486.47 | |
| | | | | | 01/16/2019 | 2,490 | $32.87 | $81,848.04 | |
| | | **7,323** | | **$678,710.29** | | **7,323** | | **$280,477.08** | **($398,233.20)** |
| **Inter-Local Pension Fund GCC/IBT** | 09/28/2018 | 397 | $71.99 | $28,579.91 | 02/08/2019 | 1,959 | $28.37 | $55,577.28 | |
| | 10/01/2018 | 41 | $73.09 | $2,996.69 | 02/11/2019 | 1,922 | $28.84 | $55,426.87 | |
| | 10/01/2018 | 147 | $72.73 | $10,690.75 | 02/12/2019 | 239 | $29.05 | $6,944.07 | |
| | 10/02/2018 | 269 | $74.10 | $19,932.36 | 02/26/2019 | 996 | $20.62 | $20,535.56 | |
| | 10/02/2018 | 2,846 | $74.94 | $213,277.82 | 02/27/2019 | 1,014 | $19.37 | $19,641.18 | |
| | 11/02/2018 | 1,630 | $50.94 | $83,036.28 | | | | | |
| | 12/26/2018 | 800 | $41.24 | $32,992.08 | | | | | |
| | | **6,130** | | **$391,505.89** | | **6,130** | | **$158,124.96** | **($233,380.93)** |
| **Movants' Total** | | **31,218** | | **$2,103,971.45** | | **31,218** | | **$856,100.58** | ***($1,247,870.88)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $19.75 as of May 02, 2019 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.