# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                          x
KAREN POTTS, Individually and on Behalf of :   Civil Action No. 1:19-cv-02005-WHP
All Others Similarly Situated,            :
                                          :   CLASS ACTION
                    Plaintiff,            :
                                          :
         vs.                              :
                                          :
WEIGHT WATCHERS INTERNATIONAL,            :
INC., MINDY GROSSMAN, NICHOLAS P.         :
HOTCHKIN and ARTAL GROUP S.A.,            :
                                          :
                    Defendants.           :
                                          :
                                          :
JOHN JUBELT, Individually and on Behalf of :   Civil Action No. 1:19-cv-02528-WHP
All Others Similarly Situated,            :
                                          :   CLASS ACTION
                    Plaintiff,            :
                                          :
         vs.                              :
                                          :
WEIGHT WATCHERS INTERNATIONAL,            :
INC., MINDY GROSSMAN, NICHOLAS P.         :
HOTCHKIN and ARTAL GROUP S.A.,            :
                                          :
                    Defendants.           :
                                          :
                                          x
```

**JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

1559795_1

We, the representatives of the El Paso Firemen & Policemen's Pension Fund ("El Paso Fund"), Inter-Local Pension Fund GCC/IBT ("Inter-Local Fund"), and Steamfitters Local 449 Pension & Retirement Security Funds ("Steamfitters Local 449 Funds") (collectively, the "Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the Pension Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP as lead counsel.  We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2.      I, Tyler C. Grossman, am the Executive Director of the El Paso Fund and am authorized to make this declaration on El Paso Firemen & Policemen's Pension Fund's behalf.  The El Paso Fund was created in May 1920 and provides retirement benefits to uniformed public safety employees of the City of El Paso, Texas.  The El Paso Fund has approximately $1.5 billion in assets under management and is overseen by a Board of Trustees and administered by a staff of nine personnel.  As reflected in its Certification, the El Paso Fund purchased 17,765 shares of Weight Watchers International, Inc. ("Weight Watchers") stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.  The El Paso Fund has prior experience serving as lead plaintiff in securities class actions.

3.      I, Lawrence C. Mitchell, am the Executive Director of the Inter-Local Pension Fund GCC/IBT and am authorized to make this declaration on Inter-Local Pension Fund GCC/IBT's behalf.  Based in Carol Stream, Illinois, the Inter-Local Pension Fund GCC/IBT has approximately 19,000 members and 8,000 active participants and over $1 billion in assets.  The Inter-Local Pension Fund GCC/IBT has prior experience serving as a lead plaintiff in securities class actions and is

- 1 -

familiar with the obligations and fiduciary responsibilities owed to a class. As reflected in its Certification, the Inter-Local Pension Fund GCC/IBT purchased 6,130 shares of Weight Watchers stock in the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. The Inter-Local Pension Fund GCC/IBT has prior experience serving as lead plaintiff in securities class actions.

4. I, Joseph M. Little, am the Secretary-Treasurer of the Steamfitters Local 449 Funds and am authorized to make this declaration on Steamfitters Local 449 Funds' behalf. The Steamfitters Local 449 Funds is a pension fund based in Pittsburgh, Pennsylvania, with approximately $595 million in assets under management, representing nearly 2,700 union-trained steamfitters. The Steamfitters Local 449 Funds has prior experience serving as a lead plaintiff in securities class actions and is familiar with the obligations and fiduciary responsibilities owed to a class. As reflected in its Certification, the Steamfitters Local 449 Funds purchased 7,323 shares of Weight Watchers stock in the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action. The Steamfitters Local 449 Funds has prior experience serving as lead plaintiff in securities class actions.

3. As institutional investors that suffered substantial losses in Weight Watchers stock during the Class Period, the Pension Funds agree it is in the class's best interest that the Pension Funds seek joint appointment as lead plaintiff in this case. Our decision was based on the Pension Funds' complementary trading patterns in Weight Watchers stock spanning the length of the Class Period, which will ensure comprehensive representation of the class throughout the duration of the case. The Pension Funs' complementary trading is particularly important given recent Supreme Court authority regarding the expiration of the statute of limitations and statute of repose in securities cases like this.

1557919_1

4.      We are aware that institutional investors serving as lead plaintiff generally achieve higher settlements for class members.

5.      We considered the benefits and potential drawbacks of proceeding individually and jointly as lead plaintiff.  After considering both options, we decided, independently of counsel, to seek appointment together as lead plaintiff in this case.

6.      Before filing our motion, the Pension Funds' representatives discussed the Pension Funds' desire to partner with like-minded institutional investors, the strengths of seeking appointment together as institutional investors with substantial losses spanning the Class Period, the lead plaintiff's responsibilities, sharing of resources and perspectives, oversight of counsel, and our commitment to act in the class's best interests.  If appointed lead plaintiff, we are willing and able to reconvene communications or meetings as often and regularly as necessary throughout the litigation to ensure responsible oversight and direction of counsel.  The Pension Funds are committed to working together to ensure responsible oversight and direction of the case in the event the Pension Funds are appointed lead plaintiff.

7.      The Pension Funds understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members.  Based on the Pension Funds' prior experience serving as lead plaintiff in securities cases, the Pension Funds are aware of the responsibilities of being a lead plaintiff, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class.  The Pension Funds are willing to undertake these responsibilities on behalf of the class.

8.      The Pension Funds understand that, as lead plaintiff, it is our responsibility to select counsel for the class.  The Pension Funds have selected a single law firm, Robbins Geller, as lead

- 3 -

1557919_1

counsel based on the firm's extensive securities litigation experience in this Court and around the country, the fact that Robbins Geller investigated and filed the initial complaint in this case, the firm's recovery of billions of dollars on behalf of defrauded investors in securities cases like this, and the added cost benefits and efficiencies for the class by virtue of the fact that the Firm has an office in New York where this case is being prosecuted.

9.     Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, TYLER C. GROSSMAN, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 26, 2019.

EL PASO FIREMEN & POLICEMEN'S  
PENSION FUND  
By: Tyler C. Grossman  
Its: Executive Director

I, LAWRENCE C. MITCHELL, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April __, 2019.

INTER-LOCAL PENSION FUND GCC/IBT  
By: Lawrence C. Mitchell  
Its: Executive Director

I, JOSEPH M. LITTLE, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April __, 2019.

STEAMFITTERS LOCAL 449 PENSION &  
RETIREMENT SECURITY FUNDS  
By: Joseph M. Little  
Its: Secretary-Treasurer

- 4 -

1557919_1

country, the fact that Robbins Geller investigated and filed the initial complaint in this case, the firm's recovery of billions of dollars on behalf of defrauded investors in securities cases like this, and the added cost benefits and efficiencies for the class by virtue of the fact that the Firm has an office in New York where this case is being prosecuted.

9.    Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, TYLER C. GROSSMAN, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April __, 2019.

EL PASO FIREMEN & POLICEMEN'S
PENSION FUND
By:  Tyler C. Grossman
Its: Executive Director

I, LAWRENCE C. MITCHELL, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 30, 2019.

INTER-LOCAL PENSION FUND GCC/IBT
By:  Lawrence C. Mitchell
Its: Executive Director

I, JOSEPH M. LITTLE, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April __, 2019.

STEAMFITTERS LOCAL 449 PENSION &
RETIREMENT SECURITY FUNDS
By:  Joseph M. Little
Its: Chairman

- 4 -

1557919_1

counsel based on the firm's extensive securities litigation experience in this Court and around the country, the fact that Robbins Geller investigated and filed the initial complaint in this case, the firm's recovery of billions of dollars on behalf of defrauded investors in securities cases like this, and the added cost benefits and efficiencies for the class by virtue of the fact that the Firm has an office in New York where this case is being prosecuted.

9.      Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, TYLER C. GROSSMAN, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April __, 2019.

EL PASO FIREMEN & POLICEMEN'S
PENSION FUND
By:  Tyler C. Grossman
Its: Executive Director

I, LAWRENCE C. MITCHELL, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April __, 2019.

INTER-LOCAL PENSION FUND GCC/IBT
By:  Lawrence C. Mitchell
Its: Executive Director

I, JOSEPH M. LITTLE, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on April 26, 2019.

STEAMFITTERS LOCAL 449 PENSION &
RETIREMENT SECURITY FUNDS
By:  Joseph M. Little
Its: Secretary-Treasurer

- 4 -

1557919_1