**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | No. 1:19-cv-02005-WHP<br><br>**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF ANGELIA DAROSA AND DONALD LYLE'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF LEAD COUNSEL** |
| JOHN JUBELT, Individually, and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | No. 1:19-cv-02528-WHP |

I, Richard W. Gonnello, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Angelia Maria DaRosa ("DaRosa") and Donald J. Lyle ("Lyle") for (1) consolidation; (2) appointment as Lead Plaintiffs; and (3) approval of DaRosa and Lyle's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

2.      Attached as Exhibits 1 through 4 are true and correct copies of the following documents:

Exhibit 1:      Notice of Pendency of Class Action

Exhibit 2:      PSLRA Certifications of DaRosa and Lyle

Exhibit 3:      Charts of DaRosa's and Lyle's Losses

Exhibit 4:      Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of May, 2019 at New York, NY.

*/s/ Richard W. Gonnello*
Richard W. Gonnello

1