# EXHIBIT 3
## Loss Chart

| | |
|---|---|
| **Losses in:** | Weight Watchers International, Inc. |
| **90-Day Price:** | $19.8002 |
| **Class Period:** | 5/4/2018 - 2/26/2019 |
| **Investor:** | Donald J. Lyle |


**FARUQI & FARUQI** LLP

**Common Stock**

| | | | | | **OPEN TRANSACTIONS** | | | | | **CLOSE TRANSACTIONS** | | | | | **Matched Loss** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | | | |

**Opening Balance**

| Shares | Cost Basis |
|---|---|
| 900 | $70,012.500 |

| Transaction | Security | Date | Quantity | Price | Total | Link | Transaction | Security | Date | Quantity | Price | Total | Lookback Price | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Sale | Common Stock | 05/04/2018 | -550 | $76.00 | -$41,800.00 | | Excluded |
| | | | | | | | Sale | Common Stock | 05/11/2018 | -350 | $76.500 | -$26,775.00 | | Excluded |
| Purchase | Common Stock | 05/18/2018 | 700 | $78.9216 | $55,245.1200 | | | | | | | | | |
| Purchase | Common Stock | 05/30/2018 | 300 | $77.200 | $23,160.00 | | | | | | | | | |
| Purchase | Common Stock | 05/31/2018 | 400 | $75.3500 | $30,140.00 | | | | | | | | | |
| Purchase | Common Stock | 05/31/2018 | 100 | $75.3300 | $7,533.00 | | | | | | | | | |
| Purchase | Common Stock | 05/31/2018 | 250 | $74.9600 | $18,740.00 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 06/05/2018 | -500 | $84.3001 | -$42,150.0500 | | |
| | | | | | | | Sale | Common Stock | 06/05/2018 | -1,000 | $83.7040 | -$83,704.00 | | |
| | | | | | | | Sale | Common Stock | 06/05/2018 | -250 | $83.500 | -$20,875.00 | | -$11,910.9300 |
| Purchase | Common Stock | 08/07/2018 | 525 | $87.2500 | $45,806.2500 | 515 | | | | | | | | |
| Purchase | Common Stock | 08/07/2018 | 300 | $79.4201 | $23,826.0300 | | | | | | | | | |
| Purchase | Common Stock | 08/09/2018 | 100 | $78.800 | $7,880.00 | 90 | | | | | | | | |
| Purchase | Common Stock | 08/09/2018 | 100 | $77.500 | $7,750.00 | | | | | | | | | |
| Purchase | Common Stock | 08/09/2018 | 100 | $77.300 | $7,730.00 | | | | | | | | | |
| Purchase | Common Stock | 08/10/2018 | 250 | $75.300 | $18,825.00 | 140 | | | | | | | | |
| Purchase | Common Stock | 09/10/2018 | 300 | $69.7700 | $20,931.00 | | | | | | | | | |
| Purchase | Common Stock | 09/25/2018 | 500 | $71.9800 | $35,990.00 | | | | | | | | | |
| Purchase | Common Stock | 09/25/2018 | 500 | $71.00 | $35,500.00 | 300 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 10/11/2018 | -150 | $64.1600 | -$9,624.00 | | |
| | | | | | | | Sale | Common Stock | 10/12/2018 | -50 | $67.00 | -$3,350.00 | | $1,226.00 |
| Purchase | Common Stock | 10/29/2018 | 250 | $63.2500 | $15,812.500 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 11/05/2018 | -400 | $51.0900 | -$20,436.00 | | |
| | | | | | | | Sale | Common Stock | 11/12/2018 | -285 | $48.1558 | -$13,724.4030 | | |
| | | | | | | | Sale | Common Stock | 11/26/2018 | -525 | $49.0500 | -$25,751.2500 | | |
| | | | | | | | Sale | Common Stock | 11/26/2018 | -250 | $49.0500 | -$12,262.500 | | $30,142.3470 |
| Purchase | Common Stock | 11/30/2018 | 500 | $50.00 | $25,000.00 | 250 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 01/11/2019 | -250 | $33.0391 | -$8,259.7750 | | $4,240.2250 |
| Purchase | Common Stock | 01/14/2019 | 525 | $33.0500 | $17,351.2500 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 01/18/2019 | -500 | $34.2101 | -$17,105.0500 | | |
| | | | | | | | Sale | Common Stock | 01/18/2019 | -525 | $33.8800 | -$17,787.00 | | $14,006.200 |
| Purchase | Common Stock | 01/22/2019 | 525 | $32.9400 | $17,293.500 | | | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 500 | $32.9700 | $16,485.00 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 01/31/2019 | -525 | $32.1500 | -$16,878.7500 | | |
| | | | | | | | Sale | Common Stock | 01/31/2019 | -500 | $32.1903 | -$16,095.1500 | | $804.600 |
| Purchase | Common Stock | 02/07/2019 | 550 | $29.500 | $16,225.00 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 02/13/2019 | -550 | $30.0001 | -$16,500.0550 | | |
| | | | | | | | Sale | Common Stock | 02/13/2019 | -500 | $30.0501 | -$15,025.0500 | | $24,253.4250 |
| Purchase | Common Stock | 02/26/2019 | 615 | $30.100 | $18,511.500 | | | | | | | | | Lookback Price |
| | | | | | | | Sale | Common Stock | 04/05/2019 | -515 | $21.0100 | -$10,820.1500 | $20.1314 | |
| | | | | | | | Sale | Common Stock | 04/17/2019 | -615 | $20.0200 | -$12,312.300 | $20.0075 | $40,312.800 |

| Class Period Purchases | 7,890 | Total Costs | $465,735.1500 | | Class Period Sales | -7,660 | Total Proceeds | -$408,103.0330 | Matched Loss* | $103,074.6670 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Remaining Shares | 0 | | | Unmatched Loss** | $0.00 |
| | | | | | | | | | **Dura Loss** | **$105,560.6270** |

**Call Options**

| Transaction | Security | OPEN TRANSACTIONS Date | Quantity | Price | Total | | Transaction | Security | CLOSE TRANSACTIONS Date | Quantity | Price | Total | | Matched Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | Oct 5 2018 75.0 Call | 09/12/2018 | 5 | $1.800 | $900.00 | | | | | | | | | |
| Purchase | Oct 5 2018 75.0 Call | 09/12/2018 | 5 | $1.600 | $800.00 | | | | | | | | | |
| Purchase | Oct 5 2018 75.0 Call | 09/18/2018 | 5 | $1.100 | $550.00 | | | | | | | | | |
| | | Class Period Purchases | 15 | Total Costs | $2,250.00 | | | | Class Period Sales | 0 | Total Proceeds | $0.00 | Matched Loss* | $0.00 |
| | | | | | | | | | Remaining Options | 0 | | | Unmatched Loss** | $2,250.00 |
| | | | | | | | | | | | | | Dura Loss | $0.00 |

| Lax Factors (D. Lyle) | |
|---|---|
| Total Shares Purchased | 7,890 |
| Net Shares Purchased | 230 |
| Total Options Purchased | 15 |
| Net Options Purchased | 15 |
| Net Funds Expended | $59,882.1170 |
| Approximate Dura Loss | $105,560.6270 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares

| | |
|---|---|
| **Losses in:** | Weight Watchers International, Inc. |
| **90-Day Price:** | $19.8002 |
| **Class Period:** | 5/4/2018 - 2/26/2019 |
| **Investor:** | Angelia Maria DaRosa |


**F&F FARUQI & FARUQI** LLP

**Common Stock**

| OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | Transaction | Security | Date | Quantity | Price | Total | Matched Loss |
| Purchase | Common Stock | 08/10/2018 | 1,300 | $75.300 | $97,890.00 | | | | | | | |
| Purchase | Common Stock | 09/10/2018 | 300 | $69.7500 | $20,925.00 | | | | | | | |
| Purchase | Common Stock | 10/29/2018 | 700 | $61.9200 | $43,344.00 | | | | | | | |
| Purchase | Common Stock | 10/29/2018 | 300 | $61.8700 | $18,561.00 | | | | | | | |
| Purchase | Common Stock | 11/09/2018 | 1,000 | $50.800 | $50,800.00 | | | | | | | |
| Purchase | Common Stock | 11/19/2018 | 1,340 | $48.7500 | $65,325.00 | | | | | | | |
| | | | | | | Sale | Common Stock | 11/26/2018 | -2,000 | $49.0500 | -$98,100.00 | |
| | | | | | | Sale | Common Stock | 11/28/2018 | -2,640 | $49.900 | -$131,736.00 | |
| | | | | | | Sale | Common Stock | 11/28/2018 | -300 | $49.9500 | -$14,985.00 | $52,024.00 |
| Purchase | Common Stock | 11/30/2018 | 900 | $50.0400 | $45,036.00 | | | | | | | |
| Purchase | Common Stock | 11/30/2018 | 100 | $50.0300 | $5,003.00 | | | | | | | |
| Purchase | Common Stock | 12/04/2018 | 1,000 | $49.9900 | $49,990.00 | | | | | | | |
| Purchase | Common Stock | 12/07/2018 | 1,000 | $47.800 | $47,800.00 | | | | | | | |
| Purchase | Common Stock | 12/07/2018 | 1,000 | $46.200 | $46,200.00 | | | | | | | |
| | | | | | | Sale | Common Stock | 12/11/2018 | -4,000 | $51.3500 | -$205,400.00 | -$11,371.00 |
| Purchase | Common Stock | 12/12/2018 | 1,000 | $48.7600 | $48,760.00 | | | | | | | |
| Purchase | Common Stock | 12/14/2018 | 1,000 | $47.6500 | $47,650.00 | | | | | | | |
| Purchase | Common Stock | 12/17/2018 | 1,000 | $46.2500 | $46,250.00 | | | | | | | |
| Purchase | Common Stock | 12/17/2018 | 798 | $45.200 | $36,069.600 | | | | | | | |
| Purchase | Common Stock | 12/17/2018 | 202 | $45.1800 | $9,126.3600 | | | | | | | |
| Purchase | Common Stock | 12/19/2018 | 1,000 | $43.5500 | $43,550.00 | | | | | | | |
| | | | | | | Sale | Common Stock | 01/18/2019 | -2,000 | $34.0500 | -$68,100.00 | $20,645.9600 |
| Purchase | Common Stock | 01/22/2019 | 900 | $32.9100 | $29,619.00 | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 400 | $32.8700 | $13,148.00 | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 200 | $32.8500 | $6,570.00 | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 100 | $32.8600 | $3,286.00 | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 100 | $32.8800 | $3,288.00 | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 100 | $32.8900 | $3,289.00 | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 100 | $32.8950 | $3,289.500 | | | | | | | |
| Purchase | Common Stock | 01/22/2019 | 100 | $32.900 | $3,290.00 | | | | | | | |
| | | | | | | Sale | Common Stock | 01/31/2019 | -5,000 | $32.1600 | -$160,800.00 | $47,639.500 |
| Purchase | Common Stock | 02/07/2019 | 3,000 | $29.500 | $88,500.00 | | | | | | | |
| | | | | | | Sale | Common Stock | 02/13/2019 | -1,700 | $30.0300 | -$51,051.00 | |
| | | | | | | Sale | Common Stock | 02/13/2019 | -1,100 | $30.0400 | -$33,044.00 | |
| | | | | | | Sale | Common Stock | 02/13/2019 | -200 | $30.0301 | -$6,006.0200 | -$1,601.0200 |
| Purchase | Common Stock | 02/26/2019 | 1,500 | $30.100 | $45,150.00 | | | | | | Lookback Price | |
| | | | | | | Sale | Common Stock | 04/17/2019 | -1,500 | $20.0200 | -$30,030.00 | $20.0075 $15,120.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchases | 20,440 | Total Costs | $921,709.4600 | | Class Period Sales | -18,940 | Total Proceeds | -$769,222.0200 | Matched Loss* $122,457.4400 |
| | | | | | Remaining Shares | 0 | | | Unmatched Loss** $0.00 |
| | | | | | | | | | Dura Loss $66,085.00 |

| Lax Factors (A. DaRosa) | |
|---|---|
| Total Shares Purchased | 20,440 |
| Net Shares Purchased | 1,500 |
| Net Funds Expended | $152,487.4400 |
| Approximate Dura Loss | $66,085.00 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares

| Aggregate Total Lax Factors | |
|---|---|
| Total Shares Purchased | 28,330 |
| Net Shares Purchased | 1,730 |
| Total Options Purchased | 15 |
| Net Options Purchased | 15 |
| Net Funds Expended | $212,369.5570 |
| Approximate Dura Loss | $171,645.6270 |