**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN POTTS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Case No.  1:19-cv-02005-WHP |
| JOHN JUBELT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIGHT WATCHERS INTERNATIONAL, INC., MINDY GROSSMAN, NICHOLAS P. HOTCHKIN and ARTAL GROUP S.A.,<br><br>Defendants. | Case No. 1:19-cv-02528-WHP |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF SERGE SIENA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Lesley F. Portnoy, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, proposed lead counsel for lead plaintiff movant Serge Siena ("Movant") and for the class in the above-captioned action.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Related Actions, Appointment as lead plaintiff and Approval of Lead Counsel.

3.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published March 4, 2019 on *Business Wire*, announcing

the pendency of the securities class action against Defendants herein:

*Potts v. Weight Watchers International, Inc., et al*,

Case No. 1:19-cv-02005-WHP;

Exhibit B:    Signed PSLRA Certification of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Weight Watchers International, Inc.'s securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of May 2019.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 3, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2019, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy