# EXHIBIT C

## Loss Chart

**Company Name:**   Weight Watchers International, Inc.
**Ticker:**   WTW
**Class Period:**   May 4, 2018 to February 26, 2019
**Name:**   Serge Siena

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/27/2018 | 3,000 | $92.0000 | -$276,000.0000 | | $0.0000 | -$276,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **3,000** | | | | **Subtotal:** | **-$276,000.00** |
| | | | **90-Day Average Price*** | **Shares Remaining** | **90-Day Average:** | $59,242.17 |
| | | | $19.7474 | 3,000 | **Total:** | **-$216,757.83** |

*Using the average closing price between February 27, 2019 and May 2, 2019.