UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

KAREN POTTS, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,       :       19cv2005

             -against-         :       ORDER

WEIGHT WATCHERS INTERNATIONAL,
INC., MINDY GROSSMAN, NICHOLAS P.
HOTCHKIN and ARTAL GROUP S.A.,

                     Defendants.

---------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

       The applications to withdraw various motions to consolidate, appoint lead plaintiff, and approve class counsel (ECF Nos. 52, 53, and 54) are granted. The Clerk of Court is directed to terminate movants Laurent Hamel and David Luebbe from the docket, and to terminate their attorneys' appearances from the docket. The Clerk of Court is further directed to terminate the motions pending at ECF Nos. 20, 24, 52, 53, and 54.

Dated: May 9, 2019
     New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.