UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

KAREN POTTS, Individually and on Behalf of
All Others Similarly Situated,

                          Plaintiff,

      vs.

WEIGHT WATCHERS INTERNATIONAL,
INC., MINDY GROSSMAN, NICHOLAS P.
HOTCHKIN and ARTAL GROUP S.A.,

                        Defendants.

Civil Action No. 1:19-cv-02005-WHP

CLASS ACTION

---------------------------------------------------------------- 

JOHN JUBELT, Individually and on Behalf of
All Others Similarly Situated,

                          Plaintiff,

      vs.

WEIGHT WATCHERS INTERNATIONAL,
INC., MINDY GROSSMAN, NICHOLAS P.
HOTCHKIN and ARTAL GROUP S.A.,

                        Defendants.

Civil Action No. 1:19-cv-02528-WHP

CLASS ACTION

---------------------------------------------------------------- x

## RESPONSE TO COMPETING LEAD PLAINTIFF MOTIONS

1564826_1

Nine motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned actions. *See* ECF Nos. 20, 24, 27, 30, 33, 35, 41, 43, 44. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while the El Paso Firemen & Policemen's Pension Fund, Inter-Local Pension Fund GCC/IBT, and Steamfitters Local 449 Pension & Retirement Security Funds suffered approximately $1.2 million in losses as a result of defendants' alleged wrongdoing and satisfy the Rule 23 requirements at this stage, the Pension Funds recognize they did not suffer the greatest loss. If the Court determines that the movants with greater losses do not satisfy the PSLRA's requirements for appointment as lead plaintiff, the Pension Funds remain willing and able to fulfill that role on behalf of the class.

DATED: May 16, 2019                  Respectfully submitted,

                                     ROBBINS GELLER RUDMAN
                                       & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD


                                     _s/ David A. Rosenfeld_
                                     DAVID A. ROSENFELD

                                     58 South Service Road, Suite 200
                                     Melville, NY  11747
                                     Telephone:  631/367-7100
                                     631/367-1173 (fax)
                                     srudman@rgrdlaw.com
                                     drosenfeld@rgrdlaw.com

- 1 -

1564826_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

1564826_1

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I caused to be served the El Paso Firemen & Policemen's Pension Fund, Inter-Local Pension Fund GCC/IBT, and Steamfitters Local 449 Pension & Retirement Security Funds' Response to Competing Lead Plaintiff Motions upon all counsel of record through filing of these materials with the Court's Case Management and Electronic Filing System.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
        & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

1564826_1

SDNY CM/ECF NextGen Version 1.2

# Mailing Information for a Case 1:19-cv-02005-WHP Potts v. Weight Watchers International, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel Lawrence Berger**
  dberger@gelaw.com,rwittman@gelaw.com,jpark@gelaw.com

- **Richard William Gonnello**
  rgonnello@faruqilaw.com,msullivan@faruqilaw.com,ecf@faruqilaw.com,klenahan@faruqilaw.com,dbehnke@faruqilaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eduard Korsinsky**
  ek@zlk.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,rswartz@scott-scott.com,ksteinberger@scott-scott.com,efile@scott-scott.com

- **Lynn Katherine Neuner**
  lneuner@stblaw.com,managingclerk@stblaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,2879289420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel Serenity Sparks Bradley**
  rachel.sparksbradley@stblaw.com

- **George S Wang**
  gwang@stblaw.com,managingclerk@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)