SCOTT + SCOTT    WILLIAM+FREDERICKS

# MEMO ENDORSED

July 30, 2019

+ Via ECF +

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, NY 10007



SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

Application granted.

7.31.19

Re:    *In re Weight Watchers Int'l, Inc. Sec. Litig.*, Master File No. 1:19-cv-02005

Dear Judge Pauley:

My firm represents the City of Omaha Police and Fire Retirement System, Equity-League Pension Trust Fund, and Oklahoma Firefighters Pension and Retirement System ("Lead Plaintiffs") in the above referenced class action. I write to seek leave to re-file a pleading that was rejected by the Clerk's Office earlier today.

Pursuant to existing scheduling orders (*see* ECF Nos. 18 & 70), Lead Plaintiffs attempted to file their consolidated amended complaint last night. However, due to an inadvertent error, the amended pleading filed last night (ECF No. 71) was titled as a "Consolidated" complaint rather than as a "Consolidated *Amended*" complaint. As a result, this morning the Clerk's Office notified Lead Plaintiffs by ECF that (1) Lead Plaintiffs' otherwise timely filing of their amended pleading would *not* be docketed; and (2) having "filed incorrectly on the due date," Lead Plaintiffs would need to obtain "[p]ermission from Chambers . . . to refile the Amended Complaint."

Further to the Clerk's instructions, I respectfully request that the Court: (1) grant Lead Plaintiffs permission to refile their pleading of last night with the correct "Consolidated *Amended* Complaint" title (but with the text thereof otherwise the same as the rejected ECF No. 71 filing); and (2) deem said Consolidated *Amended* Complaint to have been timely filed on July 29, 2019. Lead Plaintiffs further submit that Defendants will not be prejudiced by grant of the requested relief, as an otherwise identical copy of the pleading was timely served by ECF on July 29.

For the foregoing reasons, Lead Plaintiffs respectfully request leave to re-file their amended pleading *nunc pro tunc*.

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ William C. Fredericks*
William C. Fredericks (WF-1576)

Cc:    All Counsel of Record (via ECF)