**Appendix A**

WW – Disclosures Regarding Member Recruitment

| Date / Source | Disclosure |
|---|---|
| Feb. 7, 2018 / Press Release & 8-K | "Weight Watchers Announces Strategic Vision to Make Wellness Accessible to All, Inspiring Healthy Habits for Life."  Exs. H, I.<br><br>"By the end of 2020, Weight Watchers aims to: Strengthen our reputation: Be known for bringing wellness to all by diversifying our reach across ages, genders, ethnicities, lifestyle stages, geographic locations, and income; . . . Expand the Weight Watchers business: Increase revenue to more than $2 billion, driven primarily by new member growth and improved retention, while increasing profit at a faster rate than revenue."  Exs. H, I. |
| Feb. 7, 2018 / WW Special Call Tr. | "And certainly, wellness is bigger from a business perspective. So the U.S. weight-loss market was worth about $60 billion in 2017, but the global wellness industry is almost a $4 trillion market."  Ex. J at 5.<br><br>"We inspire healthy habits for real life, for people, families, communities, the world, for everyone. This is our new purpose and our new words to live by. And it's a shift in how we think about ourselves and how we want the world to think about us. From a weight loss program accessible to a few to a community that brings wellness to the world." *Id.* at 7.<br><br>"So in the next few months, we will be unveiling a new articulation for our brand through the lens of our new purpose, which will be rolled out later this year. This new articulation will touch every aspect of our brand globally, digitally, physically, from product packaging to logos to app design. And this new look and feel will help our brand even be more culturally relevant, so we can reach more people in a more powerful way. And we're doing this to meet consumer expectations of what a modern health and wellness brand is today." *Id.* at 18.<br><br>"Now we also know that the first quarter, as we've seen, is a great time to engage people in getting healthier in the new year, but people want to get healthy all year around. So we're announcing a summer of impact, a global campaign launching in May, which will celebrate Freestyle, Flex, Liberté, Your Way, showing how we can be a powerful partner for health in people'<br><br>'s lives all year long. And it's going to be around food, family, fun and healthy." *Id.* |
| Feb. 27, 2018 / Earnings Call For 4Q2017 Tr. | "We want to bring wellness to all people no matter age, gender, ethnicity, lifestyle stage, geographic location or income. Our ambition is to be the health leader for everyone, democratizing access to wellness."  Ex. K at 5. |

1

| Date / Source | Disclosure |
|---|---|
| | "Later this year, we'll unveil a new articulation for our brand, and we expect to modernize our branding to be even more culturally relevant so we can reach more people in a powerful new way." *Id.* at 8. |
| | "We all know that the first quarter is a great time to engage people in losing weight and getting healthier in the new year. But if we're truly to become a health and wellness brand, we have to inspire people to be healthier all year long. So in 2018, we're introducing a new campaign globally, summer of impact. And launching in May, it will be focused on the power of our program and will celebrate food, family, health and fun, inspiring families and their friends around the world to be healthier. We can be a powerful partner for health in people's lives every day of the year. We also have the capability and responsibility to make communities healthier by making healthy habits accessible to all, that means communities that are underserved." *Id.* at 9. |
| | "[W]e're really focused on the broad cross-section of diversity: age, gender, race, ethnicity, geography and life stage. So you will see that continue in our marketing efforts to be inclusive because we know it works." *Id.* at 13. |
| Feb. 28, 2018 / 2017 10-K | "Our primary sources of revenue are subscriptions for our commitment plans for Weight Watchers meetings and Online subscriptions." Ex. L at 1. |
| | "Seasonality. Our business is seasonal due to the importance of the winter season to our overall recruitment environment. Our advertising schedule generally supports the three key recruitment-generating seasons of the year: winter, spring and fall, with winter having the highest concentration of advertising spending." *Id.* at 5. |
| | Risks: "our ability to continue to develop new, innovative services and products and enhance our existing services and products or the failure of our services, products or brands to continue to appeal to the market, or our ability to successfully expand into new channels of distribution or respond to consumer trends; the ability to successfully implement new strategic initiatives; the effectiveness of our advertising and marketing programs, including the strength of our social media presence; . . . the seasonal nature of our business." *Id.* at 9. |
| | "Our business depends on the effectiveness of our advertising and marketing programs, including the strength of our social media presence, to attract and retain members and subscribers. Our business success depends on our ability to attract and retain members to our meetings and subscribers to our Online products. Our ability to attract and retain members and subscribers depends significantly on the effectiveness of our advertising and marketing practices. . . . If our advertising and marketing campaigns do not generate a sufficient number of members and subscribers, our business, financial condition and results of operations will be adversely affected." *Id.* at 12. |
| | "Our business is highly dependent on meeting fees, Online product subscriptions and product sales." *Id.* at 18. |

| Date / Source | Disclosure |
|---|---|
| | "We believe that our revenues and profitability can be sensitive to major trends in the wellness and weight management industries. In particular, we believe that our business could be adversely impacted by: . . a decrease in the effectiveness of our marketing, advertising, and social media programs . . ." *Id.* at 36. |
| Mar. 8, 2018 / Company Conference Presentation Tr. | "But we're always going to want to see increases in our first quarter, right? It's still key. But what we want to do and how we're going to measure is the percentage increase in the other quarters where we've not necessarily put traditional marketing. So I think that's important." Ex. N at 9. |
| | "So today, we're still about 90% female. But the reality is that becomes a self-fulfilling prophecy if you only market to a particular segment. So we're looking at diversity across all platforms, so age, gender, ethnicity, race, and then obviously, it depends by country, geography, but I feel very strongly . . . we have an opportunity with life stage. It's when people look at new things or in different places. So how do we galvanize young moms? So where do young moms go for information? Other young moms. So how can we build mom communities? How do we look at the segment where kids just left home and now it's more time for you and you want to get healthier? So we're measuring against all segments. It's been interesting, someone like DJ Khaled, when you see kind of his following, it certainly exposes us significantly to a younger, more diverse audience. And the most important thing, when you're looking to move a brand forward, you have to become part of the cultural conversation, even before you may see the numbers on a piece of paper, and we're seeing that happen. And if you look in Connect in particular in our digital assets, you'll see a more diverse environment. So we will have continued efforts there." *Id.* at 10. |
| | "There's also a scenario where there's this belief that wellness has been somewhat elite. We want to democratize wellness, and it's this wellness-for-all that's very important to us. And we – everybody asks me who our customer is and I said, 'I don't know, people with bodies,' right?" *Id.* at 11. |
| May 3, 2018 / Earnings Call For 1Q2018 Tr. | "[O]ur average retention is well over 9 months, also the highest level in our company history." Ex. P at 4. |
| | "By presenting Weight Watchers in new ways and with new voices, we are appealing to a broader audience who may not have considered Weight Watchers as a program for them in the past. Looking at the U.S. as an example, approximately 40% of our member signups in Q1 were new to Weight Watchers, an increase in the proportion of first-time members compared to recent years." *Id.* at 5. |
| | "Our momentum accelerated in the first quarter of 2018 with strong global recruitment and retention driving top line growth and margin expansion. But before we get into results, for those of you who are newer to our story, the core of our business is our high-margin subscription business model. Monthly subscriptions account for |

| Date / Source | Disclosure |
|---|---|
| | approximately 80% of our total revenue and we are able to use marketing very effectively to drive recruitment." *Id.* at 6. |
| | "In February, we shared our bold moves, our new purpose and vision to become a leading global healthy living brand. Our purpose is to inspire healthy habits for real life, for people, families, communities, the world, for everyone. Not only am I pleased with our strong performance in Q1, I'm even more pleased and impressed by the progress our team has made in internalizing our purpose and operationalizing our bold moves. Our ambition is to be the health partner for everyone, democratizing access to wellness.  . . . We want to bring wellness to all people no matter age, gender, race, ethnicity, life stage, geographic location or income." *Id.* at 8. |
| | "Everything we do is first screened through our purpose filter and through the lens of member recruitment and retention. And I'd like to highlight 5 key initiatives that will have impact on 2018 and beyond. The first is Summer of Impact. People want to get healthy year-round, not just in January. All you need to do is look at Google Search trends to know that. We're preparing to launch our Summer of Impact, a global campaign celebrating the Freestyle view, highlighting foods, family and fun, and showing how Weight Watchers can be a powerful partner for health in people's lives year-round. Historically, we have had little to no marketing presence during the summer months. In 2018, expect to see us inspiring people to be healthier, not just by using traditional marketing channels, but more importantly, by reaching people where they are." *Id.* at 8. |
| | "We do not see Weight Watchers as a program you join only for a few months. Our intention is to be your partner for life. Life is not static before and after, it's a continuous journey, and we believe healthy should fit into your life, not the other way around. We see a future where we touch every person's lives, inspiring families and communities, and truly creating a world where wellness is accessible to all." *Id.* at 9. |
| | "It's so important for our members to have a program that so easily fits into their and their families' lives. And that's what they're really appreciating. And of course, it works, so that's a proof point. In terms of, I think you saw the 40% number of new recruits. What we are seeing is a big change in the conversation around Weight Watchers, around a broader set of cohorts, and that's what we're excited about." *Id.* at 10. |
| | "So we believe that we should have an ongoing presence around healthy living. Now that does not mean there aren't going to be what I call the Pavlovian times of year, but we will ramp that up, whether that's January, whether that's through summer. But we believe that a more regular cadence is how we want to approach it." *Id.* at 11. |
| May 4, 2018 / 1Q2018 10-Q | Risks: "our ability to continue to develop new, innovative services and products and enhance our existing services and products or the failure of our services, products or brands to continue to appeal to the market, or our ability to |

| Date / Source | Disclosure |
|---|---|
| | successfully expand into new channels of distribution or respond to consumer trends; the ability to successfully implement new strategic initiatives; the effectiveness of our advertising and marketing programs, including the strength of our social media presence; . . . the seasonal nature of our business." Ex. Q at 22. |
| May 7, 2018 / Prospectus | Risks: "our ability to continue to develop new, innovative services and products and enhance our existing services and products or the failure of our services, products or brands to continue to appeal to the market, or our ability to successfully expand into new channels of distribution or respond to consumer trends; the ability to successfully implement new strategic initiatives; the effectiveness of our advertising and marketing programs, including the strength of our social media presence; . . . the seasonal nature of our business." Ex. R at v-vi. |
| May 14, 2018 / Final Prospectus Supplement | "Our strong brand, together with the effectiveness of our program, loyal customer base, unparalleled network of meetings and leaders and strong digital offerings, enable us to attract and retain both new and returning customers." Ex. R at S-1. |
| | "We leverage our network of influencers, which includes celebrities such as Oprah Winfrey, DJ Khaled and Kevin Smith, celebrity chefs such as Eric Greenspan, and approximately 200 Weight Watchers member ambassadors, to inspire our current members and recruit new members." *Id.* at S-1. |
| | "The quality, credibility and compelling consumer value of our offerings engender a deep affinity to Weight Watchers and enable us to attract new and returning customers efficiently. Our meeting members have historically demonstrated consistent loyalty to the brand and a significant percentage have repeatedly resubscribed to the program." *Id.* at S-4. |
| | "We intend to continue to rapidly grow our business and profitability by continuing to offer compelling value to our members. We are focused on driving growth through the following levers: increase recruitment of new subscribers to expand our member base through a growing influencer community, effective marketing and agile, brand-led innovations." *Id.* at S-6. |
| | "We now innovate throughout the year, which helps reduce the seasonality of our business and increases the excitement around our brand." *Id.* at S-7. |
| | Risks: "our ability to continue to develop new, innovative services and products and enhance our existing services and products or the failure of our services, products or brands to continue to appeal to the market, or our ability to successfully expand into new channels of distribution or respond to consumer trends; the ability to successfully implement new strategic initiatives; the effectiveness of our advertising and marketing programs, including the strength of our social media presence; . . . the seasonal nature of our business." *Id.* at v-vi. |

| Date / Source | Disclosure |
|---|---|
| May 17, 2018 / Company Conference Presentation Tr. | "Getting new voices on the brand is making a difference. Typically, 2/3 of the people in our program have done Weight Watchers before, 1/3 of the people are new to the brand. In Q1, in the U.S., that 1/3 ratcheted up to 40% [of] people who joined us were new to the brand. I think that shows the power of the new integrated marketing messages we have. And broader audiences, young moms, brides-to-be and men [are] very accessible through new marketing channels, including digital marketing." Ex. T at 6. |
| Aug. 6, 2018 / Press Release & 8-K | "We have embarked on an exciting journey – from being the global leader in weight management to becoming the world's partner in wellness. We are looking forward to the upcoming launch of our first-ever member rewards and loyalty program and to presenting our brand in a new, modernized and culturally-relevant way. We expect that these moves will appeal to both new and existing members who are looking for a partner and a community to inspire their wellness journey." Exs. Z, AA. |
| Aug. 6, 2018 / Earnings Call For 2Q2018 Tr. | "By presenting WW in new ways, we're starting to attract a broader and more diverse audience, bringing in many new members who may not have considered Weight Watchers as a program for them in the past. Similar to what we saw in the first quarter, in the U.S., more than 40% of our member signups in Q2 were new to WW, an increase in the proportion of first-time members compared to recent years." Ex. BB at 4.<br><br>"This summer, we launched our first Summer of Impact campaign, and we are pleased with the lift it has given our performance, with signups improving significantly in what has historically been offseason for WW. People want to get healthy [year-round], not just in January. And as we move to WW 365 mindset, we will begin to have activations and events year-round." *Id.* at 4-5.<br><br>"From bringing WW 365 to life with Summer of Impact, launching WW Good to rolling out new digital features and bringing more inspiring content to our global community, and to our highest subscriber base retention and engagement in our history. These are among just a few of our highlights from this past year, and we are only at the beginning of our evolution. We've embarked on an exciting journey. From being the global leader in weight management to becoming the world's partner in wellness. To be the brand that democratizes wellness for all and the embodiment of our purpose. We inspire healthy habits for real life for people, families, communities, the world, for everyone." *Id.* at 8.<br><br>"We are very focused on all elements of diversity. So we think about age, gender, ethnicity, geography, and [are] very focused on areas of lifestyle and age. So cohorts like young moms and young dads and broader audiences, that's been very important. And it's evident in the 40%, or north of 40%, new into the program, which prior was significantly lower than that." *Id.* at 10. |

| Date / Source | Disclosure |
|---|---|
| Aug. 7, 2018 / 2Q2018 10-Q | Risks: "our ability to continue to develop new, innovative services and products and enhance our existing services and products or the failure of our services, products or brands to continue to appeal to the market, or our ability to successfully expand into new channels of distribution or respond to consumer trends; the ability to successfully implement new strategic initiatives; the effectiveness of our advertising and marketing programs, including the strength of our social media presence; . . . the seasonal nature of our business." Ex. CC at 23. |
| Nov. 1, 2018 / Earnings Call For 3Q2018 Tr. | "In addition to our rebrand, this year, we initiated the Wellness 365 strategy with our first summer marketing campaign." Ex. JJ at 5. "Our summer marketing campaign worked well, continuing the momentum from earlier in the year and presenting WW in a more modern and vibrant way in our first global integrated campaign. However, as we moved into the fall season, the campaign wasn't quite as resonant, especially when comping against strong performance a year ago, where we were also highlighting a strong weight loss claim." *Id.* at 5. "People have always associated our brands with real results and that remains a valuable part of our brand and legacy. If you ask anyone why [they] joined, stayed with or returned, why WW? Their immediate response is, it works. It is a statement that says we can help people achieve sustainable results regardless of their wellness goals. Wellness that works is for everyone." *Id.* at 6. "Similar to what we saw in the first half in the U.S., more than 40% of our member sign-ups in Q3 were new to WW. An increase in the proportion of first-time members compared to recent years. In addition, approximately 17% of Invite a Friend sign-ups in the U.S. are men, a notable increase compared to our overall average of about 10%." *Id.* at 6. "However, bear in mind that was about 2/3 of the signups [through Invite a Friend] being first-time members. We are attracting members that we'd likely not have reached otherwise adding significant value over the lifetime of these subscriptions." *Id.* at 7. |
| Nov. 2, 2018 / 3Q2018 10-Q | Risks: "our ability to continue to develop new, innovative services and products and enhance our existing services and products or the failure of our services, products or brands to continue to appeal to the market, or our ability to successfully expand into new channels of distribution or respond to consumer trends; the ability to successfully implement new strategic initiatives; the effectiveness of our advertising and marketing programs, including the strength of our social media presence; . . . the seasonal nature of our business." Ex. KK at 23. |

| Date / Source | Disclosure |
|---|---|
| Nov. 14, 2018 / Company Conference Presentation Tr. | "We integrated Invite a Friend in the app, we know if people do it together . . . they tend to have greater success more sustainably. . . . Actually, the interesting anecdote to that is 70% of the people were new to WW and we had the highest, we had 20% penetration of men which normally, it's about 10%." Ex. LL at 5, 7.<br><br>"The reason Wellness that Works, when you interview anyone who's been affiliated with the brand and you say, why did you join? Why did you come back to this brand? Why do you stay? The first thing that people say is it works. So now, we're recognizing our heritage but now, we're giving people so much more." *Id.* at 8. |
| Feb. 26, 2019 / Press Release & 8-K | "While we are proud of our accomplishments in 2018, we had a soft start to 2019 versus last year's strong performance with the launch of WW Freestyle. Given our Winter Campaign did not recruit as expected, we have been focused on improving member recruitment trends. We quickly moved to course correct, including introducing new creative with a stronger call-to-action and further optimizing our media mix." Exs. OO, PP.<br><br>"While we are disappointed with our start to 2019, we are confident that our strategy to focus on providing holistic wellness solutions leveraging our best-in-class weight management program is the right path to support long-term sustainable growth. Looking ahead, I'm happy to say that Oprah Winfrey will play a central role in our upcoming TV and digital marketing campaign for Spring, bringing to life a clear message on how WW is the program that works. Together with Oprah, we are also working on an initiative to galvanize and bring together communities through a series of digital and live experiences and events to accelerate WW's impact and allow us to reach new and diverse audiences. We will announce more details in the coming months, but anticipate the initiative will kick off later in 2019." Exs. OO, PP. |
| Feb. 26, 2019 / Earnings Call For 4Q2018 Tr. | "After an outstanding year for WW in 2018, our start to 2019 and winter recruitment performance has been very disappointing as reflected in the financial outlook we're providing today. Our winter campaign, while it did help drive positive perception and relevancy of the WW brand through its message of the why of WW and the livability of Freestyle, was not as effective at driving positive recruitment growth, especially when lapping the phenomenal success of the original launch of the WW Freestyle program in the prior year period. In addition, given the particularly competitive winter diet environment, the campaign did not drive recruitment of our significant universe of lapsed members." Ex. QQ at 4.<br><br>"I will discuss our winter season performance and 2019 priority area shortly, but first I want to review our 2018 performance. 2018 was an exceptional year for WW across every metric. The tremendous response to WW Freestyle drove positive member recruitment in every quarter of the year." *Id.* at 5.<br><br>"Marketing execution. Our winter advertising did not drive consumers, particularly our former members, to action in the way we hoped. To improve performance, we quickly conducted research and identified key areas to |

| Date / Source | Disclosure |
|---|---|
| | optimize, including reinforcing WW as the new Weight Watchers. We also adjusted and had new creative in market within weeks. These actions improved the trend, but we have more to do to ensure our marketing leads to action among both our core audiences and new." *Id.* |
| | "So let me bucket this into what were external factors and, let's call it, what were self-inflicted factors. And the combination of that became the perfect storm as we went into 2019. So number one, we were anniversarying what was truly a Freestyle phenomenon. Largest recruiting efforts in the company's history, most successful program. And clearly, we had plans in place to do that, but the enormity of that was significant. The second is we're in a very competitive environment. So we have keto becoming a cultural meme. And these things happen very so often. And we are not going to change our DNA. We've lived through this for 57 years and we're not going to play a game and we never have. We're going to be science-informed and we're sustainable for the long-term, but that does affect lapsed member recruitment when we are not lapping something new. And then the third piece was our marketing as a whole, which was very geared to both attracting new members as well as lapsed members. We came out with a significant, emphatic and Freestyle campaign. And again, as much as it was great that it gave us relevance in performance, we need recruitment and it did not do what we needed it to do. And if I was going to assess what the what was, it wasn't granular enough. I think it needed to be more weight loss-focused, especially in the January season, and more aggressive bridge from Weight Watchers to WW needs to be more overt. So that was self-inflicted. Now, what we did very quickly were make changes that are having positive impact, but given the magnitude of January recruitment, it's a significant headwind." *Id.* at 12. |
| | "On the flip side, what you're talking about, the reason we are seeing retention is that we are providing our members with a huge amount of assets if you just look at what we launched over the past year, and we'll continue to do that. And we want to continue growing retention, but in our business, we have to recruit and that clearly is our focus certainly for the balance of the year, to refine and accelerate our marketing efforts." *Id.* |
| Mar. 7, 2019 / Company Conference Presentation Tr. | "So if you think about what's been built as an ecosystem that didn't exist a year ago, all to add value to what we give to our members, which is really the filter that we look at every single day. That's why retention is at an all-time high. That's why our brand perception is at an all-time high. Now having said that, we were entering 2019 completely knowing we were anniversarying what we did and believing that we were going to be able to run a big, anthemic brand campaign along with the Freestyle recruitment campaign. And we realized very quickly, and responded as quickly as we could, that it was not doing both. It was delivering on the brand, but it wasn't recruiting and it wasn't bringing back lapsed members in such a way. So the teams have been working diligently since identifying that on kind of stabilizing the business, and we've clearly seen sequential improvement since the beginning of the year." Ex. TT at 5. |

| Date / Source | Disclosure |
|---|---|
| Mar. 12, 2019 / Company Conference Presentation Tr. | "So we've done a lot of diagnostics, as you will. I mean you have to be honest with yourself, but you also have to get the qualitative and quantitative results to say what is it you['re] course correcting, what is it you're doing. And while, unequivocally, people want to lead healthier lives and they want to look at it through the lens of health and wellness, we know that one of the first things that 75% plus of people want to do is lose weight. And even though there was weight messaging within our campaign, it was not as, let's call it, clear in functionality as maybe we had in the past. So we know that's one thing. Number two, there's definitely recognition certainly as the WW in certain cases, but we need to have a better bridge between that. So what you probably have seen in any of the assets that are out there right now [is] WW, the new Weight Watchers, and we will be utilizing that effectively as well throughout. And then I'd say the last piece, as much as the people who are familiar with it are thrilled with all of the assets that we've added over the past year and what is at their fingertips 24 hours a day, not everyone has the true understanding of what that is. So you're going to see a lot more communication around what it is we really provide people. Certainly, including the best weight loss on the planet." Ex. UU at 6. |
| May 14, 2019 / Company Conference Presentation Tr. | "So if you look at the split, when we launch a major new program or innovation, right, it used to be that about 70% of the people or people who've been affiliated with the brand before 30% new, that has shifted to 60-40." Ex. WW at 9. |
| Aug. 6, 2019 / Earnings Call For 2Q2019 Tr. | "While total global recruitment was still slightly negative for Q2 as a whole, I am pleased to say that recruitment for digital members was positive in the second quarter, and we expect total recruitment to also turn positive in Q3. Recruitment channels, such as Invite a Friend and In-App Purchase, continue to work well for us and are highly effective in attracting first-time members." Ex. XX at 6.<br><br>"We have seen a mix of both new and lapsed in the steady momentum of the recruitment growth, but I will say where that lapsed growth accelerates dramatically is when we launch new innovation. And as I mentioned on the call, what we're excited about is this innovation should appeal to both new, current and lapsed. But that's where we should see an accelerated momentum of lapsed. But for now, we have been recruiting both new and lapsed in this resurgence of recruitment." Id. at 11.<br><br>"[B]ehavior focused on a program tends to be remarkably consistent whether or not they're first-time users, done WW many times before, what offer they join on. So our retention's strong and making progress across the board." Id. at 16. |