**Appendix B**

WW – Disclosures Regarding Innovations

| Date / Source | Disclosure |
|---|---|
| Feb. 7, 2018 / WW Special Call Tr. | "So in the next few months, we will be unveiling a new articulation for our brand through the lens of our new purpose, which will be rolled out later this year . . . we're doing this to meet consumer expectations of what a modern health and wellness brand is today. So we've made the decision through our purpose filter to remove all artificial sweeteners, flavors, colors and preservatives from any product that carries our brand. . . . And as a beginning, to take us to a next level, I'm also excited to announce a new partnership with Fresh Realm, the leading challenger brand in the fresh food market." Ex. J at 18. |
| | "Now we also know that the first quarter, as we've seen, is a great time to engage people in getting healthier in the new year, but people want to get healthy all year around. So we're announcing a summer of impact, a global campaign launching in May, which will celebrate FreeStyle . . . showing how we can be a power partner for health in people's lives all year long." *Id.* at 18. |
| Feb. 27, 2018 / Earnings Call For 4Q2017 Tr. | "Later this year, we'll unveil a new articulation for our brand, and we expect to modernize our branding to be even more culturally relevant so we can reach people in a new powerful way. This evolution will touch every aspect of our brand globally, digitally and physically from product packaging to logos to app design." Ex. K at 8. |
| | "In addition to our branding evolution, to achieve the impact we want to have in the world, our purpose must guide everything we do. Therefore, we have decided to removal all artificial sweeteners, flavors, colors and preservatives from any product that carries our brand." *Id.* at 9. |
| Feb. 28, 2018 / 2017 10-K | "These forward-looking statements are subject to risks, uncertainties, and assumptions, including, among other things: . . . our ability to develop new, innovative services and products and enhance our existing services and products . . . " Ex. L at 9. |
| | "Our future success depends on our ability to continue to develop and market new, innovative services and products to enhance our existing services and products. . . . We may not be successful in developing, introducing on a timely basis or marketing any new or enhanced services and products.  Additionally, new or enhanced services or products may not appeal to the market's perceptions of us. As we announce new articulations of our brands…the marketplace may not embrace or accept them . . . " *Id.* at 12. |
| | "We believe that our business could be adversely impacted by: . . . a failure to develop and market new, innovative services and products . . . " *Id.* at 36. |

| Date / Source | Disclosure |
|---|---|
| Mar. 8, 2018 / Press Release | "Today, WW announced the launch of the WW Healthy Kitchen™: a collection of inspirational and innovative products, content and experiences designed to make it easier than ever to cook and eat healthier at home and on-the-go."  Ex. M. |
| Mar. 8, 2018 / Company Conference Presentation Tr. | "And so the development of FreeStyle in the U.S. . . . which is our newest program in the history of the company. And we want to be known for agile innovation within what I call the programmatic areas of business."  Ex. N at 7.<br><br>"So I love this idea that we've really adopted agile innovation and how do we really listen to our members and continue to give them what's going to make it easier and more efficacious to them. So I do believe we have runway to further maximize Freestyle but will absolutely continue to innovate it."  *Id.* at 9.<br><br>"I always think and I'm a big believer that your biggest risk as a company is not taking risk and not be willing to disrupt yourself to keep moving forward. And so we have to make sure that our culture is nimble, that our culture is accountable, that our culture is a culture of innovation, a culture that's using data to make informed decisions."  *Id.* at 13. |
| May 3, 2018 / Earnings Call For 1Q2018 Tr. | "Our business has never been stronger, supported by a mobile first technology platform, an agile development approach . . . and a relentless focus on consumer insights as we expand our impact manifesto to encompass wellness."  Ex. P at 6.<br><br>"I'd like to highlight five key initiatives that will have impact on 2018 and beyond. The first is Summer of Impact. People want to get healthy year-round, not just in January. . . . We're preparing to launch our Summer of Impact, a global campaign celebrating the FreeStyle view. . . . As part of this campaign and to build community, we will be taking WW on the road and to events . . . . We're expanding our partnerships. . . . As announced previously, in the U.S., we're working with Fresh Realm . . . launching WW Fresh . . . . Together with our partner Gibson Overseas, a leading producer of kitchenwares, we debuted the WW Healthy Kitchen line of tools and products."  *Id.* at 8.<br><br>"I'm excited that later this year, we will be launching WW's first ever integrated rewards and recognition program. But unlike other loyalty programs you may be familiar with, WW Rewards will not be about dollars spent. We will be rewarding members for positive behaviors and actions that we know lead to healthy habits."  *Id.* at 9. |

| Date / Source | Disclosure |
|---|---|
| May 4, 2018 / 1Q2018 10-Q | "These forward-looking statements are subject to risks, uncertainties, and assumptions, including, among other things: . . . our ability to develop new, innovative services and products and enhance our existing services and products . . . ."  Ex. Q at 22. |
| May 7, 2018 / Prospectus | "These forward-looking statements are subject to risks, uncertainties, and assumptions, including, among other things: . . . our ability to develop new, innovative services and products and enhance our existing services and products . . . ."  Ex. R at v. |
| May 14, 2018 / Final Prospectus Supplement | "These forward-looking statements are subject to risks, uncertainties, and assumptions, including, among other things: . . . our ability to develop new, innovative services and products and enhance our existing services and products . . . ."  Ex. R at v.<br><br>"We are focused on driving growth through the following levers:  increase recruitment of new subscribers to expand our member base through a growing influencer community, effective marketing and agile, brand-led innovations . . . "  *Id.* at S-6.<br><br>"We are continually developing innovative services and product offerings with enhanced digital capabilities to accelerate our growth in both new and existing geographies."  *Id.* at S-7.<br><br>"We are focused on using consumer insights to innovate and develop new products and services to enhance our member experiences and increase member retentions. We have developed and formed strategic partnerships to offer new innovative offerings for our customers, including fresh, convenient, ready-to-cook meal kits to be sold under WW Fresh, and kitchen tools and products sold under WW Healthy Kitchen. We now innovate throughout the year, which helps reduce the seasonality of our business and increases the excitement around our brand. For example, our "Summer of Impact" campaign will increase our visibility during the summer months."  *Id.* at S-7. |
| May 17, 2018 / Company Conference Presentation Tr. | "The other thing I'd point to is innovation, agile innovation, we were externally focused, not insular as we perhaps . . . used to be. In particular, innovation, our food program that people follow when they're on the program, the food algorithm that nudges people towards healthier choices."  Ex. T at 5. |
| May 30, 2018 / Press Release | "Today, WW is launching WW Good™, a global social impact campaign that aims to make health and wellness more accessible to all . . . . The first efforts to support WW Good begin this summer, as part of the company's "Summer of Impact" initiative, which aims to demonstrate how WW can be a powerful partner in health all year – whether that's improving people's personal health or having a positive impact on the health of communities." Ex. X. |

| Date / Source | Disclosure |
|---|---|
| June 19, 2018 / Press Release | "WW announces that it has launched a global, summer marketing campaign that celebrates the livability of the WW Freestyle™ program and how it's possible to enjoy the food, fun, and friends-and-family occasions tied to the season, while continuing to develop healthy habits. The campaign is part of the company's 'Summer of Impact' and marks two firsts for WW: It's the first time the company has implemented a truly global marketing campaign driven by a central idea and showing up similarly across all WW markets. It is also the first time it has launched a fully integrated marketing campaign in the summer. This campaign is in line with WW's strategic vision announced in February to make wellness accessible to all and to inspire healthy habits for real life." Ex. Y. |
| Aug. 6, 2018 / Earnings Call For 2Q2018 Tr. | "This summer, we launched WW Good, an inspiring initiative to unite our global community. Through a series of six free mini festivals happening over the course of this summer across North America, we're bringing people together in fun events, featuring inspirational speakers, interactive group fitness activities… healthy food, free engagement opportunities for all ages." Ex. BB at 5.<br><br>"2018 is on track to be an important and memorable year for WW. Our business is strong, supported by a mobile-first technology platform and agile development approach . . . [a]s we make the next steps to move to a holistic wellness platform, we are modernizing our brand to be more culturally relevant to attract a more diverse audience and to drive continued engagement." *Id.* at 5.<br><br>"From bringing WW 365 to life with 'Summer of Impact,' launching WW Good to rolling out new digital features and bringing more inspiring content to our global community . . . [t]hese are just a few of our highlights from this past year, and we are only at the beginning of our evolution . . . . [O]ur brand needs to evolve as well. . . . We will be evolving the articulation of our brand to present ourselves in a modernized and even more culturally relevant way that highlights wellness." *Id.* at 8.<br><br>"In the U.S., we've recently launched a beta with Headspace, a global leader in meditation and mindfulness, bringing exclusive content to the WW app and into meeting rooms. We are excited by the potential of offering a broader integration, and we have plans to add more and more wellness content this year." *Id.* at 8.<br><br>"We have been executing while evolving, and our focus on organizing for impact. We are strengthening our teams and putting the building blocks in place to have a world-class, tech-enabled global organization. We're adding tech and digital product talent to fuel innovation." *Id.* at 9.<br><br>"[W]e're absolutely investing to drive future growth. If you look at . . . just the things we've got launching now, and in the next few months, from the Headspace beta, and further wellness opportunities, to rewards, to our brand articulation, to WW Fresh, to whole new packaging for our products, investment in our tech and products and brand." *Id.* at 11–12. |

| Date / Source | Disclosure |
|---|---|
| | "Yes, and we have not yet really heavily rolled out kind of our Invite a Friend marketing." *Id.* at 12. |
| Aug. 7, 2018 / 2Q2018 10-Q | "These forward-looking statements are subject to risks, uncertainties, and assumptions, including, among other things: . . . our ability to develop new, innovative services and products and enhance our existing services and products . . . ." Ex. CC at 23. |
| Sept. 24, 2018 / Press Release | "To reflect the next stage of the company's evolution to focus on overall health and wellness, Weight Watchers International, Inc. today announced that the company will become WW, honoring its legacy while broadening the role it plays in helping everyone live healthier lives. A new tagline, 'Wellness that Works.™' will be used globally to reflect the company's heritage and overall approach to health and wellbeing of inspiring powerful habits rooted in science . . . . The following updates will be phased launches, beginning on October 4: WellnessWins . . . , Partnership with Headspace . . . , FitPoints 2.0 . . . , Connect Groups . . . , Healthy Habits Focus in App . . . , Voice Integration with Amazon Alexa and Google Assistant . . . , WW Products [and] . . . , New Brand Identity and Launch." Ex. GG. |
| Oct. 2, 2018 / Company Conference Presentation | "[J]ust last week on September 24, we announced that Weight Watchers is becoming WW, reinforcing our mission to focus on overall health and well-being. We introduced a tagline for our brand, 'Wellness that Works,' and announced several enhancements to our leading digital platform, including Wellness Wins, a first-of-its-kind member rewards program." Ex. HH at 4. |
| Oct. 4, 2018 / Press Release | "Today, WW launches WellnessWins™, an innovative rewards program that recognizes members for everyday behaviors that are proven to lead to healthier habits. Members will earn 'Wins' for tracking meals, activity and weight, as well as for attending WW Wellness Workshops. Wins can be redeemed for a range of products, services and experiences designed to inspire members on their wellness journeys – from custom WW products available exclusively for members to special offerings and experiences curated through new partnerships with imaginative companies such as ClassPass, Rent the Runway, and Thrive Market." Ex. II. |
| Nov. 1, 2018 / Earnings Call For 3Q2018 Tr. | "Our pipeline is strong in terms of the activities we have planned in the fourth quarter leading into our important winter season." Ex. JJ at 4.<br><br>"[T]his year, we initiated the Wellness 365 strategy with our first summer marketing campaign. We brought WW Good mini festivals to six cities across North America to bring wellness to all. We launched the first WW Freestyle Café: BKLYN at the Barclays Center . . . . This past summer, we added an Invite a Friend feature into our mobile app." *Id.* at 5. |

| Date / Source | Disclosure |
|---|---|
| | "As I mentioned earlier, we have many exciting initiatives underway and more launching in the fourth quarter to further drive recruitment as well as retention in 2019. Let me first touch on what we're doing on the digital front as WW moves beyond weight to wellness and continues to innovate as a technology experience company. Last month in the U.S., we launched our first loyalty and rewards program . . . . The new FitPoints will be personalized to each individual within the WW app, based on their height, weight, age and sex . . . . We are further enhancing our fitness content through a new partnership with Aaptiv, a leading provider of premium digital health and wellness content. Aaptiv is developing a selection of exclusive audio-based fitness classes to WW members. Later in November, this content will be integrated into the WW app for U.S. members . . . . We previously discussed an initial pilot we did this summer with Headspace, a global leader in meditation and mindfulness. Following this successful pilot, we formed a broader partnership and we will be embedding Headspace content in our app, exclusive content, which is expected to start next week . . . . We're also happy to be bringing more personalization and relevance to our WW community in Connect. In the coming weeks, we will be launching Connect Groups, a new way to strengthen WW's community . . . . So with inspiration and community from Connect, gamification from WellnessWins, meditation from Headspace, and fitness content from Aaptiv, all on top of our leading program for nutrition, we're starting to build out a digital platform that has the opportunity . . . to be more fully integrated into our members lives . . . . In January, our new line of WW consumer products, which have been entirely reformulated, reimagined, repackaged will be available to consumers . . . . In addition, we're excited to be making our new product line more broadly available in Q1 with the launch of our first own WW branded marketplace on Amazon . . . . Our WW Fresh quick-prep preportioned meal kits are now being piloted . . . . In addition, I'm excited to announce that WW is partnering with Blue Apron to introduce WW FreeStyle-inspired dishes to Blue Apron menus beginning in January 2019." *Id.* at 8–10. |
| Nov. 2, 2018 / 3Q2018 10-Q | "These forward-looking statements are subject to risks, uncertainties, and assumptions, including, among other things: . . . our ability to develop new, innovative services and products and enhance our existing services and products . . . ." Ex. KK at 23. |
| Dec. 10, 2018 / Press Release | "WW, a global wellness company and the world's leading commercial weight-management program, has officially launched new digital innovations to enhance the WW Digital member experience, including a new partnership with Aaptiv, a leading provider of premium digital fitness content with the number one audio fitness app. Now, when people sign up for WW Freestyle™, the most effective and liveable program in the company's history, they will have access to these new digital enhancements as well as behavior change expertise that spans across food, activity, and mindset on the WW app. Members can now track their activity, including Aaptiv workouts, with FitPoints 2.0, an evolution of the FitPoints® system designed to encourage activity choices based on what will have the greatest impact on an individual's health and wellness. The new FitPoints® is personalized |

| Date / Source | Disclosure |
|---|---|
| | to each individual within the WW app – based on their height, weight, age and sex – so members know exactly what each activity is worth to them . . . . To help members maintain a positive mindset, WW has partnered with Headspace, a global leader in meditation and mindfulness, to deliver curated content for the WW app . . . . To strengthen the WW community within the app, WW launched Connect Groups to help people find other members like them. Groups are based on: Food, Life Stages, Wellness Journey, Activity, Mindset and Hobbies." Ex. MM. |
| Dec. 20, 2018 / Press Release | "Today, WW and Blue Apron announced WW x Blue Apron, a new partnership that will feature a weekly rotating selection of recipes inspired by the WW Freestyle™ program and available for home delivery. Known for creating incredible meal experiences, the Blue Apron culinary team designed the recipes, which emphasize diverse cuisines, high quality ingredients, and unique flavors, in close collaboration with WW nutrition and wellness experts. The meals will be available for all to order exclusively through Blue Apron's digital platform beginning December 26." Ex. NN. |
| Feb. 26, 2019 / Earnings Call For 4Q2018 Tr. | "[W]e accomplished a great deal in 2018, including: . . . launching FitPoints 2.0 based on the latest science, which gives members a more personalized approach to activity; in addition we launched our partnership with Aaptiv to incorporate unique audio fitness content . . .; we also launched a partnership with Headspace to provide our members with proprietary content modules in our app . . . . We launched WellnessWins, our personal rewards and loyalty program . . . . We personalized our Connect platform with the launch of Connect Groups . . . . We relaunched our brand as WW, Wellness that Works . . . . And ahead of January 2019, we launched all elements of the WW Healthy Kitchen by partnering with Blue Apron to curate a line of WW FreeStyle-inspired healthy and delicious meal kit recipes . . . . Globally, we launched an entire new line of WW products . . . which are now also available in our recently launched WW Amazon marketplace. We launched our first WW FreeStyle Café . . . and expanded our WW Fresh offerings around the Globe." Ex. QQ at 5.<br><br>"There are 5 key priorities, each aligns with our key objective of recruitment, retention and elevating the brand. They are marketing execution, studio performance, 2020 innovation, personalization and creating wellness events and experience." *Id.*<br><br>"For our 2020 innovation, we believe in ongoing innovation informed by science. We also know that newness in our program appeals not only to those who've not tried WW before, but also to former members who have an affinity for the brand and know that WW works . . . . While we're not going to provide details today on what we will be introducing for 2020, we have been working for over a year on our next evolution of innovation, leveraging the latest in food science, behavioral science and consumer preferences to make WW even better for our members." *Id.* at 9. |

| Date / Source | Disclosure |
|---|---|
| Feb. 26, 2019 / 2018 10-K | "These forward-looking statements are subject to risks, uncertainties, and assumptions, including, among other things: . . . our ability to develop new, innovative services and products and enhance our existing services and products . . . ." Ex. RR at 9.<br><br>"Our future success depends on our ability to continue to develop and market new, innovative services and products to enhance our existing services and products . . . . We may not be successful in developing, introducing on a timely basis or marketing any new or enhanced services and products. Additionally, new or enhanced services or products may not appeal to the market or the market's perceptions of us. As we announce new articulations of our brands, including our evolving focus on WW . . . the marketplace may not embrace or accept them . . . ." *Id.* at 11.<br><br>"We believe that our business could be adversely impacted by: . . . a failure to develop and market new, innovative services and products . . . ." *Id.* at 35–36. |