**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WEIGHT WATCHERS INTERNATIONAL, INC. SECURITIES LITIGATION | No. 1:19-cv-02005-WHP |

## <u>DECLARATION OF GEORGE S. WANG, ESQ.</u>

I, George S. Wang, Esq., submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.    I am a member of the law firm of Simpson Thacher & Bartlett LLP, attorneys for Defendants. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint. I am familiar with the matters set forth in this declaration from my personal knowledge, review of the files in the possession of my firm, and discussion with others at my firm.

2.    I have organized the exhibits to this Declaration in chronological order for the Court's convenience.

3.    Attached hereto as Exhibit A is a true and correct copy of a WW International, Inc. ("WW") Press Release, dated December 3, 2012, titled *New Weight Watchers 360: Finally, a Weight-Loss Program Built for Human Nature*.

4.    Attached hereto as Exhibit B is a true and correct copy of a WW Press Release, dated December 16, 2013, titled *Weight Watchers Takes The Focus Off Big Resolutions In 2014 And Encourages A "Simple Start" With Its New Two-Week Starter Plan*.

5.    Attached hereto as Exhibit C is a true and correct copy of a WW Press Release, dated December 15, 2014, titled *Introducing Never Before Offered Ways To Do Weight Watchers*

*Anytime, Anywhere: New Weight Watchers Personal Coaching Offering And Revamped Digital Essentials Offering Including New 24/7 Expert Chat*.

6.     Attached hereto as Exhibit D is a true and correct copy of a WW Press Release, dated December 7, 2015, titled *Weight Watchers Introduces the Beyond the Scale Program: A Personalized Approach to Eat Healthier, Discover Fitness That Fits, and Fuel Inner Strength*.

7.     Attached hereto as Exhibit E is a true and correct copy of a WW Press Release, dated December 15, 2016, titled *Weight Watchers Unveils New Apple Watch Subscription Plan*.

8.     Attached hereto as Exhibit F is a true and correct copy of a transcript of WW's Earnings Call for 3Q2017, dated November 6, 2017.

9.     Attached hereto as Exhibit G is a true and correct copy of a WW Press Release, dated December 4, 2017, titled *Weight Watchers Introduces New WW Freestyle™: Better Results And More Flexibility Than Any WW Program*.

10.     Attached hereto as Exhibit H is a true and correct copy of WW's Form 8-K, dated February 7, 2018.

11.     Attached hereto as Exhibit I is a true and correct copy of a WW Press Release, dated February 7, 2018, titled *Weight Watchers Announces Strategic Vision to Make Wellness Accessible to All, Inspiring Healthy Habits for Real Life*.

12.     Attached hereto as Exhibit J is a true and correct copy of a transcript of WW's Special Call, dated February 7, 2018.

13.     Attached hereto as Exhibit K is a true and correct copy of a transcript of WW's Earnings Call for 4Q2017, dated February 27, 2018.

14.     Attached hereto as Exhibit L is a true and correct copy of WW's 2017 Form 10-K, dated February 28, 2018.

15. Attached hereto as Exhibit M is a true and correct copy of a WW Press Release, dated March 8, 2018, titled *Weight Watchers Launches WW Healthy Kitchen™ To Inspire Healthier Habits At Home And On-The-Go.*

16. Attached hereto as Exhibit N is a true and correct copy of a transcript of WW's Company Conference Presentation with UBS Investment Bank, dated March 8, 2018.

17. Attached hereto as Exhibit O is a true and correct copy of WW's Proxy Statement, dated April 5, 2018.

18. Attached hereto as Exhibit P is a true and correct copy of a transcript of WW's Earnings Call for 1Q2018, dated May 3, 2018.

19. Attached hereto as Exhibit Q is a true and correct copy of WW's 2018 Form 10-Q, dated May 4, 2018.

20. Attached hereto as Exhibit R is a true and correct copy of WW's Prospectus, dated May 7, 2018 and Prospectus Supplement, dated May 10, 2018 and filed May 14, 2018.

21. Attached hereto as Exhibit S is a true and correct copy of WW's Registration Statement Form S-3, dated May 7, 2018.

22. Attached hereto as Exhibit T is a true and correct copy of a transcript of WW's Company Conference Presentation with J.P. Morgan Chase & Co., dated May 17, 2018.

23. Attached hereto as Exhibit U is a true and correct copy of a Form 4 filed on behalf of Westend S.A., dated May 17, 2018.

24. Attached hereto as Exhibit V is a true and correct copy of a Form 4 filed on behalf of Nicholas P. Hotchkin, dated May 17, 2018.

25. Attached hereto as Exhibit W is a true and correct copy of a Form 4 filed on behalf of Mindy F. Grossman, dated May 17, 2018.

3

26.     Attached hereto as Exhibit X is a true and correct copy of a WW Press Release, dated May 30, 2018, titled *Weight Watchers Launches WW Good: A Social Impact Campaign to Help Communities Get Healthier.*

27.     Attached hereto as Exhibit Y is a true and correct copy of a WW Press Release, dated June 19, 2018, titled *A New Season of Health: Weight Watchers Launches First-Ever Global, Summer Marketing Campaign.*

28.     Attached hereto as Exhibit Z is a true and correct copy of WW's Form 8-K, dated August 6, 2018.

29.     Attached hereto as Exhibit AA is a true and correct copy of a WW Press Release, dated August 6, 2018, 2018, titled *Weight Watchers Announces Strong Second Quarter 2018 Results.*

30.     Attached hereto as Exhibit BB is a true and correct copy of a transcript of WW's Earnings Call for 2Q2018, dated August 6, 2018.

31.     Attached hereto as Exhibit CC is a true and correct copy of WW's Form 10-Q, dated August 7, 2018.

32.     Attached hereto as Exhibit DD is a true and correct copy of a Form 4 filed on behalf of Westend S.A., dated August 16, 2018.

33.     Attached hereto as Exhibit EE is a true and correct copy of a Schedule 13D filed on behalf of Westend S.A., dated August 16, 2018.

34.     Attached hereto as Exhibit FF is a true and correct copy of a Form 4 filed on behalf of Nicholas P. Hotchkin, dated September 4, 2018.

4

35.    Attached hereto as Exhibit GG is a true and correct copy of a WW Press Release, dated September 24, 2018, titled *Weight Watchers Becomes WW, Reinforcing Its Mission to Focus on Overall Health and Wellbeing.*

36.    Attached hereto as Exhibit HH is a true and correct copy of a transcript of WW's Company Conference Presentation with Deutsche Bank, dated October 2, 2018.

37.    Attached hereto as Exhibit II is a true and correct copy of a WW Press Release, dated October 4, 2018, titled *WW Launches WellnessWins™ Member Rewards Program To Inspire Healthy Habits.*

38.    Attached hereto as Exhibit JJ is a true and correct copy of a transcript of WW's Earnings Call for 3Q2018, dated November 1, 2018.

39.    Attached hereto as Exhibit KK is a true and correct copy of WW's Form 10-Q, dated November 2, 2018.

40.    Attached hereto as Exhibit LL is a true and correct copy of WW's Company Conference Presentation with Morgan Stanley, dated November 14, 2018.

41.    Attached hereto as Exhibit MM is a true and correct copy of a WW Press Release, dated December 10, 2018, titled *WW Launches New Digital Innovations To Inspire Healthy Habits.*

42.    Attached hereto as Exhibit NN is a true and correct copy of a WW Press Release, dated December 20, 2018, titled *Introducing WW x Blue Apron: Inspiring Healthier Home Cooking.*

43.    Attached hereto as Exhibit OO is a true and correct copy of WW's Form 8-K, dated February 26, 2019.

44.     Attached hereto as Exhibit PP is a true and correct copy of a WW Press Release, dated February 26, 2019, titled *WW Announces Fourth Quarter and Full Year 2018 Results.*

45.     Attached hereto as Exhibit QQ is a true and correct copy of a transcript of WW's Earnings Call for 4Q2018, dated February 26, 2019.

46.     Attached hereto as Exhibit RR is a true and correct copy of WW's 2018 Form 10-K, dated February 26, 2019.

47.     Attached hereto as Exhibit SS is a true and correct copy of WW's Form 8-K, dated February 26, 2019.

48.     Attached hereto as Exhibit TT is a true and correct copy of a transcript of WW's Company Conference Presentation with UBS Investment Bank, dated March 7, 2019.

49.     Attached hereto as Exhibit UU is a true and correct copy of a transcript of WW's Company Conference Presentation with Bank of America Merrill Lynch, dated March 12, 2019.

50.     Attached hereto as Exhibit VV are relevant excerpts of a true and correct copy of WW's Proxy Statement, dated April 5, 2019.

51.     Attached hereto as Exhibit WW is a true and correct copy of a transcript of WW's Company Conference Presentation with Goldman Sachs, dated May 14, 2019.

52.     Attached hereto as Exhibit XX is a true and correct copy of a transcript of WW's Earnings Call for 2Q2019, dated August 6, 2019.

53.    Attached hereto as Exhibit YY is a true and correct copy of a transcript of the September 20, 2019 Pre-Motion Conference before this Court.

54.    Attached hereto as Exhibit ZZ are true and correct copies of WW's Form 8-Ks from 2015 through 2018 announcing quarterly results, provided in composite form.

Dated: October 31, 2019
       New York, New York

                                              /s/ *George S. Wang*
                                              George S. Wang, Esq.