# EXHIBIT A

Press Release - WW (Weight Watchers)

# Press Release

# New Weight Watchers 360°: Finally, a Weight-Loss Program Built for Human Nature

## Building on Its Successful PointsPlus® Program, Weight Watchers Introduces A Revolutionary Approach that Makes Healthy Choices Second Nature

Company Release - 12/3/2012 7:00 AM ET

NEW YORK, Dec. 3, 2012 /PRNewswire/ -- In a world where the average person makes more than 200 food-related decisions each day – *of which they are only aware of about 15[i]* – people need more than knowledge to lose weight and learn to keep it off. Today, Weight Watchers International, Inc. (NYSE: WTW) launches **Weight Watchers 360°** - the weight-loss program built for human nature and that builds on tracking *PointsPlus*® values and is designed to help make healthy choices second nature.

To view the multimedia assets associated with this release, please click http://www.prnewswire.com/news-releases/new-weight-watchers-360-finally-a-weight-loss-program-built-for-human-nature-181621901.html

With the launch of *PointsPlus*® in late 2010, Weight Watchers took a critical step in delivering a program that nudges members toward more satisfying and nutrient dense foods.  And research shows that with Weight Watchers meetings and eTools, people can lose *five times* more weight than those who try to lose weight on their own[ii]. Now, **Weight Watchers 360°** offers a breakthrough approach with the *PointsPlus*® plan as its foundation plus new curriculum and tools to help members manage their food environment and establish daily routines that can become long-term healthy habits.

"In 2013, Weight Watchers will celebrate our 50th anniversary and as we embarked on that milestone we reflected on how different the world is now than it was in 1963," said David Kirchhoff, President and CEO, Weight Watchers International. "We have learned so much over these 50 years and **Weight Watchers 360°** brings all of that learning and experience together to create a program that is perfectly designed for the world we live in today."

### *A Fresh Perspective*

"Emerging science on hedonic hunger inspired us to rethink our approach, because tempting food has never been more available than it is today," said Karen Miller-Kovach, Chief Scientific Officer, Weight Watchers International.  "Functional magnetic resonance imaging (fMRI) allows us to see how the mere thought or sight of tempting foods, high in fat and sugar, light up reward centers in the brain. In other words, it's human nature for you to eat a healthy and satisfying meal, but then not be able to resist that piece of chocolate cake."

"It's literally wired into our brains to eat delicious foods when they're in front of us," said Kirchhoff. "And with food cues all around us, we need to learn how to clean up the places where we live and work, plan for the situations where we have little control, and establish routines that help make the healthy choice the automatic choice."

### *A Fresh Approach*

The new **Weight Watchers 360°** program includes:

- **Building on Tracking:** In addition to tracking *PointsPlus*® values, members and subscribers following the **Weight Watchers 360°** program will receive specific learning, guidance and tools about re-vamping your **spaces** (home, office, car, handbag, etc.), planning for **situations** (parties, happy hour, eating out, travel, etc.), and incorporating simple **routines** into every day until they become second nature.

- **With You Whenever, Wherever, However You Need It:** The **Weight Watchers 360°** approach will:
  - *Make Weight Watchers meetings more active, engaging and interactive so you attend more meetings and get the most out of each one*
  - *Make Weight Watchers digital tools for eTools subscribers more robust, interactive and seamlessly integrated into the program*
  - *Make individual attention – at Weight Watchers stores and by phone – more available for those who need or want extra guidance and support*

"No one is perfect and you shouldn't have to be to lose weight eating real food in the real world," said Kirchhoff. "**Weight Watchers 360°** is designed to help our members systematically, yet simply, find a healthy lifestyle to lose the weight and learn to keep it off. It is built to recognize our vulnerabilities and to harness our strength."

### *A Fresh New Look*

As part of the program overhaul and looking forward to the next 50 years, Weight Watchers also gave its brand a new, highly modern visual system that brings to life the transformation members experience when they adopt a new lifestyle that can lead to significant weight loss.

The new visual system has been implemented in digital channels and on the cover of the January/February issue of Weight Watchers magazine. As part of the continuation of a phased approach to transforming the Weight Watchers store experience, which has been implemented in more than 65 percent of company-owned locations in the U.S., the new look will begin appearing at retail in late December.

### *About Weight Watchers International, Inc.*

Press Release - WW (Weight Watchers)

Weight Watchers International, Inc. is the world's leading provider of weight management services, operating globally through a network of Company-owned and franchise operations. Weight Watchers holds over 45,000 meetings each week where members receive group support and learn about healthy eating patterns, behavior modification and physical activity. WeightWatchers.com provides innovative, subscription weight management products over the Internet and is the leading Internet-based weight management provider in the world. In addition, Weight Watchers offers a wide range of products, publications and programs for those interested in weight loss and weight control.

[i] Wansink B, and Sobal J. Hidden persuaders and 200 Daily decisions. Environment and Behavior. 39:1 (2007): 106-23.

[ii] Weight loss results after 12 weeks from a randomized clinical trial funded by Weight Watchers comparing people who were provided access to Weight Watchers meetings and eTools (including Mobile) to people who were asked to lose weight on their own and provided weight-loss educational materials.

SOURCE Weight Watchers International, Inc.