# EXHIBIT B

Press Release - WW (Weight Watchers)

# Press Release

# Weight Watchers Takes The Focus Off Big Resolutions In 2014 And Encourages A "Simple Start" With Its New Two-Week Starter Plan

**Ambassador Jessica Simpson returns to Weight Watchers with Simple Start: The simplest plan ever from Weight Watchers**

Company Release - 12/16/2013 7:00 AM ET

NEW YORK, Dec. 16, 2013 /PRNewswire/ -- Remember the days when you thought anything was possible? Well, it still is. Weight Watchers International, Inc. (NYSE: WTW) is helping consumers to make this feeling a reality by offering an easy-to-follow path to a new beginning with the debut of its *simplest plan ever*: **Simple Start**. The world's leading provider of weight management services introduces the new two-week starter plan with a national advertising campaign delivering a message of hope and possibility using the metaphor of childhood that is meant to encourage people to find their new beginning with Weight Watchers.

Research shows that getting off to a strong start in the initial phase of a weight-loss program has proven to be an important indicator of success[1]. With a focus on that very concept, the new **Simple Start** plan is designed to provide a helpful on-ramp to weight loss success with the Weight Watchers *PointsPlus*® program.

"With weight loss being at the top of traditional resolution lists, we know that the first couple of weeks are very important to one's motivation and success. Focusing on a big weight loss goal at the start can feel overwhelming, but we believe the powerful combination of Simple Start and our supportive approach will bring added optimism to making losing weight and getting healthy a reality," said Cheryl Callan, Senior Vice President of Marketing, Weight Watchers. "This year's winter campaign taps into the feelings and possibility of a new beginning as we enter the New Year. As part of that new beginning, we're encouraging people to leave their too big New Year's resolutions at the door in favor of a simple, doable approach that gets you started losing weight right away."

**The Simplest Plan Ever**
The new **Simple Start** plan from Weight Watchers centers on an easy way to get off to a great start losing weight with a new corresponding mobile app:

- For two weeks, members can choose from a suggested menu of no-brainer meals built from good-for-you foods without a focus on tracking *PointsPlus*® values.

- **Simple Start** is built on a foundation of satisfying Power Foods, which are the healthiest and most filling food choices within categories, including whole grains, lean proteins, non-fat dairy and fresh fruits and vegetables.

- All the work has been done in advance: more than 30 simple and delicious meal ideas for breakfast, lunch and dinner along with mix-and-match DIY options for endless creativity; daily snacks and indulgences; beverage suggestions; ideas for swaps and flavor boosts; tips for dining out; and even photos of recommended portion sizes.

"People have enough to think about as they enter the New Year. With Simple Start, Weight Watchers is making it easier for members get off to a great start," said Gary D. Foster, Ph.D., Co-Chief Scientific Officer, Weight Watchers. "We know our members need guidance on smart choices wherever they are, which is why developing a mobile app for Simple Start was a priority. This app is going to be a helpful companion along the way, providing Simple Start meal suggestions, tips and reminders and motivational support."

**Jessica Simpson Started Losing Weight Right Away with Simple Start**
After giving birth to daughter Maxwell and shedding more than 50 pounds on Weight Watchers last year, ambassador Jessica Simpson had a "very different" second pregnancy with her son, Ace. Although she was not following Weight Watchers while she was pregnant, she embraced many of the strategies she learned to make better and healthier choices while also staying active. Simpson eased back into Weight Watchers with the two-week **Simple Start** plan and will be featured in advertising and other communications. One of the first to experience the new plan, Simpson is now off and running – literally, with a toddler to chase around, but also on her path to feeling and looking great while enjoying every step of the way.

**New Year, New Beginning, New Ads**
Launching December 25, the Weight Watchers 2014 winter ad campaign introduces the new **Simple Start** plan with inspirational spots depicting carefree scenes of childhood moments when anything seems possible – swinging higher and higher on a swing, jumping on a trampoline without a care in the world, riding a bike with hair blowing in the breeze, and waving a magic wand to see what might transpire. The spots conclude by encouraging viewers to start losing weight right away with **Simple Start** and jumpstart a whole new beginning with Weight Watchers.

Developed for Weight Watchers by McCann Erickson, the broader campaign includes print, broadcast and digital advertising, as well as prominent placement during *Dick Clark's New Year's Rockin' Eve with Ryan Seacrest 2014* on ABC, which will include a performance by Weight Watchers ambassador and inspiring success story Jennifer Hudson.

**About Weight Watchers International, Inc.**

Weight Watchers International, Inc. is the world's leading provider of weight management services, operating globally through a network of Company-owned and franchise operations. Weight Watchers holds over 40,000 meetings each week where members receive group support and learn about healthy eating patterns, behavior modification and physical activity. WeightWatchers.com provides innovative, subscription weight management products over the

Internet and is the leading Internet-based provider of these products in the world. In addition, Weight Watchers offers a wide range of products, publications and programs for those interested in weight loss and weight control.

1. Nackers, L. et al. (2010) The Association Between Rate of Initial Weight Loss and Long-Term Success in Obesity Treatment: Does Slow and Steady Win the Race?. Int.J. Behav. Med. 17:161–167.

SOURCE Weight Watchers