# EXHIBIT C

Press Release - WW (Weight Watchers)

# Press Release

# Introducing Never Before Offered Ways To Do Weight Watchers Anytime, Anywhere: New Weight Watchers Personal Coaching Offering And Revamped Digital Essentials Offering Including New 24/7 Expert Chat

## New Personal Coaching from Weight Watchers-Certified Coaches Who Have Successfully Lost Weight

Company Release - 12/15/2014 9:00 AM ET

NEW YORK, Dec. 15, 2014 /PRNewswire/ -- Weight Watchers International, Inc. (NYSE: WTW) today introduces an entirely new offering – **Weight Watchers Personal Coaching** – as well as a revamped digital **Essentials** offering, which includes on-demand **24/7 Expert Chat** with Weight Watchers-certified Coaches.

**New Weight Watchers Personal Coaching**

"For the first time, our members can access a dedicated Weight Watchers-certified Coach who can provide one-on-one support that is tailored to the member's lifestyle and schedule," said Lesya Lysyj, President of North America, Weight Watchers. "All Coaches have successfully lost weight on Weight Watchers and can provide inspiration, motivation and accountability throughout a journey that is far from easy."

New Weight Watchers Personal Coaching includes:

- An initial assessment so the Coach can learn more about the member's lifestyle and to provide a moment of self-reflection
- An initial a phone conversation with a Coach at a time that works for the member to talk about what they hope to achieve and to work with the Coach on a customized action plan with goals for the week
- Unlimited access to a Coach throughout the member's journey via phone and email as well as text message encouragement and reminders unique to their action plan

"At Weight Watchers, behavior change has always been the foundation of achieving long-term weight loss goals," said Gary Foster, Chief Scientific Officer, Weight Watchers. "Behavioral science proves the need to go beyond the basics of food guidance and education, and create a personalized approach. Our new coaching offering helps our members to define their specific problem, develop an individualized solution, and, most importantly, create a customized action plan."

**New On-Demand 24/7 Expert Chat with Weight Watchers-Certified Coaches**

Every Weight Watchers subscription now includes access to a live Coach anytime, anywhere and for any reason with new **24/7 Expert Chat**. Coaches who have successfully lost weight on Weight Watchers are available to subscribers through 24/7 Expert Chat for instant advice on how to get started, get back on track, and stay motivated. This new feature is available to all Weight Watchers subscribers through online and mobile chat, 24 hours per day, seven day a week.

**Essentials**, a new offering for subscribers following the Weight Watchers plan entirely online, will have access to on-demand support through 24/7 Expert Chat. This greatly enhances the value proposition by providing a human connection in the online offering for the first time. Members who attend meetings via subscription also will be able to use this one-on-one support along with the power of shared learning they find in the meeting room.

**More Choice, More Flexibility, More Customization**

Thousands of Weight Watchers Coaches across the U.S. have been trained and certified by Weight Watchers to bring this new level of personalized and on-demand support to members. The following offerings are available in the U.S. with pricing effective December 21, 2014:

| Offering | Description | Price |
|---|---|---|
| **Essentials** | Follow the Weight Watchers plan entirely online with new 24/7 Expert Chat real-time support and access to all the Weight Watchers digital tools and apps. | **$19.95** base rate per month |
| **Meetings + Essentials** | Get face-to-face support from a Coach who has lost weight with Weight Watchers and exchange experiences with a group of like-minded peers. Includes new 24/7 Expert Chat real-time support and access to all the Weight Watchers digital tools and apps. | **$44.95** base rate per month |
| **New Weight Watchers Personal Coaching + Essentials** | One-on-one support and personalized planning from a Weight Watchers-certified Coach who has been in your shoes – all by phone, email and text on the member's schedule. Includes new 24/7 Expert Chat real-time support and access to all the Weight Watchers digital tools and apps. | **$54.95** base rate per month |

| Total Access | All the support Weight Watchers offers – new Weight Watchers Personal Coaching, new 24/7 Expert Chat and Meetings – plus access to all the Weight Watchers digital tools and apps. | $69.95 base rate per month |
| --- | --- | --- |

## An Honest Conversation

Weight Watchers also introduced **"Help with the Hard Part"** – a bold, new campaign sharing the truth that losing weight isn't easy, simple or fun. The world of weight loss is full of false promises of fast and easy results, where fad diets and quick fixes come and go, leaving disappointed and frustrated people in their wake. By taking an honest approach, Weight Watchers wants to shift the focus from guilt and shame to a hopeful message that we can help people with the hard parts of managing their weight.

"It's time to give ourselves a break and acknowledge that our complex relationship with food and the overwhelming food-rich environment we live in makes losing weight really hard," said Lesya Lysyj, President of North America, Weight Watchers. "Our entire philosophy and program is built on helping people to change their relationship with food for good, providing the inspiration, accountability and support to deal with the reality of their world."

The initial television spot – which began airing on November 30 – illustrates one of the hard parts of losing weight: Our complex and emotional relationship with food. To the tune of "If You're Happy and You Know It," the spot explores many situations where we eat out of habit, but not from hunger. We eat because we're happy, sad, bored, tired, or stressed – among a slew of other triggers – which makes managing weight more challenging.

The new campaign will have several phases of consumer communication that will illustrate how Weight Watchers helps with the hard parts of weight loss. "Help with the Hard Part" will be supported by a fully integrated marketing campaign that includes digital, social and PR.

The holidays present some of the toughest food choices of the year, and to provide ongoing support during and after the holidays, Weight Watchers is offering new members a free month of Personal Coaching (when consumers purchase a three month Personal Coaching Savings Plan by December 28, 2014) to help members get through the holidays and start the New Year with a plan in place. Visit www.weightwatchers.com/freemonth for more information.

## About Weight Watchers International, Inc.

Weight Watchers International, Inc. is the world's leading provider of weight management services, operating globally through a network of Company-owned and franchise operations. Weight Watchers holds more than 40,000 meetings each week where members receive group support and learn about healthy eating patterns, behavior modification and physical activity. Weight Watchers provides innovative, digital weight management products through its websites, mobile sites and apps. Weight Watchers is the leading provider of digital weight management products in the world. In addition, Weight Watchers offers a wide range of products, publications and programs for those interested in weight loss and weight control.

Contact:
Stephanie Schulman
Stephanie.Schulman@weightwatchers.com
212-817-4262

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/introducing-never-before-offered-ways-to-do-weight-watchers-anytime-anywhere-new-weight-watchers-personal-coaching-offering-and-revamped-digital-essentials-offering-including-new-247-expert-chat-300009324.html

SOURCE Weight Watchers International, Inc.