# EXHIBIT D

# Press Release

## Weight Watchers Introduces the Beyond the Scale Program: A Personalized Approach to Eat Healthier, Discover Fitness That Fits, and Fuel Inner Strength

Company Release - 12/7/2015 8:00 AM ET

NEW YORK, Dec. 7, 2015 /PRNewswire/ -- Weight Watchers International, Inc. (NYSE: WTW) today introduces our breakthrough **Beyond the Scale** program, a holistic approach to a healthier, happier life that encompasses the evolving needs, mindsets and science around weight management.

The new program includes:

- **New SmartPoints™ plan to make healthy eating simple:** The new system delivers weight loss while using the latest nutritional science to go beyond both calories and the previous Weight Watchers PointsPlus system. **SmartPoints** is the plan Oprah Winfrey has been using to lose weight and eat healthier since she became a member in August.

- **New fitness approach that fits a busy life:** Members receive personalized activity goals and have access to the new **FitBreak by Weight Watchers™** app, which helps turn moments of downtime into up time.

- **A personalized program that serves each member's lifestyle, goals and challenges:** Based on an assessment, members get daily and weekly **SmartPoints** targets, personalized activity goals and relevant content designed to help **find and fuel inner strength**.

"We're meeting members where they are today, inspiring and guiding healthier choices not only to lose weight but realize benefits that go beyond just the number on the scale," said Jim Chambers, President and CEO, Weight Watchers International, Inc. "Beyond the Scale delivers more ways than ever for you to personalize your program, define your success, and guide you on your road to healthier living."

"We developed our new program from the ground up using the latest scientific learnings to go beyond calorie-counting and deliver against a much broader set of objectives than just the number on the scale.  With SmartPoints, we're delivering weight loss results while nudging members toward an eating pattern that includes more lean protein, fruits and vegetables, and less sugar and saturated fat. Everything is still on the menu, while taking our strongest stance ever on eating healthier foods," said Gary Foster, Chief Scientific Officer, Weight Watchers International, Inc. "What's more, in Beyond the Scale, you find ways to fit fitness into your life and tap into the confidence you need to start, the motivation to stay inspired, and the positive energy to keep going, because clinical evidence shows that happier people tend to make healthier choices."

"Weight Watchers has given me the tools to have accountability to myself," said Oprah Winfrey. "I invite anyone who has tried to lose weight before – including with Weight Watchers – to join me and find a new way of being."

**Eating healthier with new SmartPoints**
Counting calories and the PointsPlus system focused only on the weight loss part of the equation. In its strongest stance ever on eating healthier foods, Weight Watchers is changing the PointsPlus system and launching **SmartPoints.** The new **SmartPoints** plan makes healthy eating simple by translating complex nutritional information into one simple number. The new plan nudges members toward a pattern of eating that includes more lean protein, fruits and vegetables, and less sugar and saturated fat. All fresh fruits and most vegetables are zero **SmartPoints**.

**Moving more with fitness that fits your life**
The new fitness approach in **Beyond the Scale** meets members where they are with a personalized activity goal – whether they want to get active and don't know where to start or are ready to take it to the next level.

With the addition of the new **FitBreak** app, people have more than 70 options that will inspire them to move more throughout their day. Whether at work, at home or outside, there's a **FitBreak** for every situation and members can see how each **FitBreak** adds up with seamless integration into the Weight Watchers app.

**A personalized approach**
The **Beyond the Scale** program begins with a personal assessment that captures information about the member's lifestyle, goals and challenges. Based on the assessment, each member gets a personalized program that includes daily and weekly **SmartPoints** targets, a personalized activity goal, and content tailored to their unique needs.

The new **Beyond the Scale** program is delivered and amplified through:

- **Connect**, a new social tool that ensures the power of the Weight Watchers community is always in the palm of your hand.

- A **refreshed meeting experience**, with a sharpened focus on members' goals on and off the scale, a more motivating and social environment, and more holistic content.

For more information, visit www.weightwatchers.com.

**About Weight Watchers International, Inc.**
Weight Watchers International, Inc. is the world's leading commercial provider of weight management services, operating globally through a network of Company-owned and franchise operations. Weight Watchers holds more than 36,000 meetings each week where members receive group support and learn

Press Release 4 WW (Weight Watchers)

about healthy eating patterns, behavior modification and physical activity. Weight Watchers provides innovative, digital weight management products through its websites, mobile sites and apps. Weight Watchers is the leading provider of online subscription weight management products in the world. In addition, Weight Watchers offers a wide range of products, publications and programs for those interested in weight loss and weight control.

**FOR MORE INFORMATION, CONTACT:**

For Media Inquiries:
Jenny Zimmerman, Weight Watchers
212.589.2784
Jenny.Zimmerman@weightwatchers.com

For Investor Inquiries:
Corey Kinger for Weight Watchers
212.986.6667
kinger@braincomm.com



Logo - http://photos.prnewswire.com/prnh/20151206/293519LOGO

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/weight-watchers-introduces-the-beyond-the-scale-program-a-personalized-approach-to-eat-healthier-discover-fitness-that-fits-and-fuel-inner-strength-300188665.html

SOURCE Weight Watchers International, Inc.