# EXHIBIT E

# Press Release

## Weight Watchers Unveils New Apple Watch Subscription Plan

Company Release - 12/15/2016 8:00 AM ET

NEW YORK, Dec. 15, 2016 /PRNewswire/ -- Weight Watchers International, Inc. (NYSE: WTW) announces today a new subscription plan that includes a new Apple Watch Series 2 with the purchase of a Weight Watchers Online*Plus* membership, making the program easier and more personal with plan information and notifications available right on the member's wrist.

"At Weight Watchers, we understand that each member's journey is unique and the more personalized the tools and support can be, the better," said Stacey Mowbray, President of Americas at Weight Watchers International, Inc. "By offering an Apple Watch paired with our Online*Plus* plan, we're making tracking tools and essential information available on the member's wrist, which comes in handy when you want to voice search for food and activity, check your SmartPoints total for the day or see how close you are to reaching your activity goal without picking up your iPhone."

"Weight Watchers and Apple share the belief that moving more each day has a powerful impact on people's lives," said Jeff Williams, Apple's Chief Operating Officer. "We are thrilled that Weight Watchers will be helping their members live a healthier day with the addition of Apple Watch to their Online*Plus* program."

With the upgraded Weight Watchers app, members will receive positive, motivating notifications throughout the day, such as badges upon reaching milestones/goals, nudges as members close in on fitness goals and helpful reminders to stay on track with the plan. Additionally, the app is compatible with the Health app on iPhone.

Because the Weight Watchers Apple Watch Subscription Plan includes membership to Online*Plus,* members can follow the program completely online via the mobile app. They have access to all the digital tools included in the Beyond the Scale program, including:

- The SmartPoints® food plan
- Tailored and adaptive activity goals
- A personalized program that serves each member's lifestyle, goals and challenges
- 24/7 Chat support from a trained coach who has lost weight on Weight Watchers
- Access to Connect, a community exclusive to Weight Watchers, where members share their journeys in a safe and positive social environment.

New Online*Plus* members can sign up for the Weight Watchers Apple Watch Subscription Plan with an initial installment fee of $99.95 and monthly payments for 12 months thereafter of $34.95.

For more information and to sign up for the subscription plan, visit https://www.weightwatchers.com/us/applewatch.

**About Weight Watchers International, Inc.**
Weight Watchers International, Inc. is the world's leading commercial provider of weight management services, operating globally through a network of Company-owned and franchise operations. Weight Watchers holds more than 32,000 meetings each week where members receive group support and learn about healthy eating patterns, behavior modification and physical activity. Weight Watchers provides innovative, digital weight management products through its websites, mobile sites and apps. Weight Watchers is the leading provider of paid digital subscription weight management products in the world. In addition, Weight Watchers offers a wide range of products, publications and programs for those interested in weight loss and weight control.

**FOR MORE INFORMATION, CONTACT:**
Jenny Zimmerman, Weight Watchers
212.589.2784
Jenny.Zimmerman@weightwatchers.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/weight-watchers-unveils-new-apple-watch-subscription-plan-300378902.html

SOURCE Weight Watchers