# EXHIBIT G

Press Release - WW (Weight Watchers)

# Press Release

# Weight Watchers Introduces New WW Freestyle™: Better Results And More Flexibility Than Any WW Program

## New Program Boasts More Than 200 Zero Points® Foods Including Eggs, Seafood, Beans and Corn

Company Release - 12/4/2017 7:00 AM ET

NEW YORK, Dec. 4, 2017 /PRNewswire/ -- Today, Weight Watchers International, Inc. (NYSE: WTW) launches WW Freestyle, a new program that builds on the highly successful and effective SmartPoints® system by expanding zero Points foods from only fruits and vegetables to a list of more than 200 delicious, satisfying foods. In a six-month clinical trial, WW Freestyle produced better weight loss results among participants than in clinical trials of previous Weight Watchers programs[1].



"When I first heard about it, I thought it was too good to be true – the fish, beans and corn in my favorite tacos are now zero Points!" said Oprah Winfrey. "I thought the SmartPoints system was livable before, but Freestyle brings an even greater level of ease."



As always with Weight Watchers, every food and beverage is still on the menu, and now members have the freedom to eat many more foods without tracking or measuring, including eggs, corn, all fish, all seafood, skinless chicken breast, skinless turkey breast, non-fat plain yogurt, beans, peas, lentils and tofu. For even more flexibility, up to four unused SmartPoints each day automatically rollover for members to use as they wish on another day.

"For people to successfully lose weight and live healthier, simplicity and flexibility are key," said Gary Foster, Ph.D., Chief Scientific Officer, Weight Watchers International, Inc. "The new Freestyle program offers a wide range of zero Points foods that guide members toward a healthier pattern of eating. It gives people the freedom and flexibility they need to make significant changes on and off the scale. The results are the best we've ever seen for a Weight Watchers program in a clinical trial."

In a six-month clinical trial of the WW Freestyle program, conducted at the University of North Carolina Weight Research Lab, participants experienced significant benefits both on and off the scale[1]:

- Participants experienced an average weight loss of 7.9 percent after six months

- 93.6 percent of participants agreed WW Freestyle helps them feel healthier

- Participants reported significant reductions in food cravings and hunger

- Among those who reported trying to lose weight in the past, 82.2 percent of participants reported that WW Freestyle is easier to do and 92.6 percent reported that it gives them more flexibility in their food choices compared to other times they've tried to lose weight in the past

"We're constantly innovating to make our program even simpler and more livable," said Mindy Grossman, President and Chief Executive Officer, Weight Watchers International, Inc. "Freestyle is simple, freeing, and it delivers results. It helps you live your best life."

For more information on WW Freestyle, please visit www.weightwatchers.com.

**About Weight Watchers International, Inc.**

Weight Watchers International, Inc. is one of the most recognized and trusted brand names among weight-conscious consumers. Weight Watchers provides commercial weight management services through a global network of Company-owned and franchise operations and offers innovative, digital weight management products through its websites, mobile sites and apps. These services and products are built on the Company's weight management program, which helps millions of people around the world lose weight through sensible and sustainable food plans, activity, behavior modification and group support. Weight Watchers has an unparalleled network of service providers to assist members on their journey and also offers a wide range of products, publications and programs for those interested in weight loss and healthier living.

[1] Six-month pre-post study on 152 participants, conducted by Deborah Tate, Ph.D. and colleagues at the University of North Carolina at Chapel Hill, Weight Research Lab. Study funded by Weight Watchers.

**FOR MORE INFORMATION, CONTACT:**
Jenny Zimmerman, Weight Watchers
212.589.2784
Jenny.Zimmerman@weightwatchers.com

View original content with multimedia:http://www.prnewswire.com/news-releases/weight-watchers-introduces-new-ww-freestyle-better-results-and-more-flexibility-than-any-ww-program-300565569.html

SOURCE Weight Watchers International, Inc.