# EXHIBIT J

**S&P Global**
Market Intelligence

# Weight Watchers International, Inc.

# NasdaqGS:WW

# Special Call

# Wednesday, February 07, 2018 3:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# **Table of Contents**

Call Participants .................................................................................... 3

Presentation .......................................................................................... 4

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Corey Kinger**

**Debra Benovitz**
*Senior Vice President of Global
Consumer Insights & Social Impact*

**Gary D. Foster**
*Chief Scientific Officer*

**Hannah Spring**

**Laura Smith**

**Lauren Salazar**

**Michael Korcuska**
*Chief Product Officer*

**Michael Lysaght**
*Chief Technology Officer*

**Mindy F. Grossman**
*President, CEO & Director*

**Nicholas P. Hotchkin**
*CFO, President of Emerging
Markets & Operating Officer of
North America*

**Nicolas Chikhani**

**Oprah Winfrey**
*Director*

**Reema Amin**

**Stacie Sherer**
*Senior Vice President of Corporate
Communications*

**Stephanie Fitzgerald**

**Ute Gerwig**

**ATTENDEES**

**Alicia Sissac**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Corey Kinger**

Hello, everyone. Welcome to Weight Watchers Global Community Event. Before we begin, a few announcements. Today's event is being broadcast live from Alice Tully Hall at Lincoln Center for the Performing Arts in New York City.

A recorded replay of today's event will also be made available at weightwatchersinternational.com for at least 90 days. Materials from today's event will be distributed to employees following the event and will be made available on weightwatchersinternational.com.

Today's presentation will contain forward-looking statements, which are subject to various risks and uncertainties that could cause actual results to differ materially from those discussed here today. All forward-looking statements are made as of today and except as required by law, the company undertakes no obligation to publicly update or revise any such statements, whether as a result of new information, future events or otherwise. Information regarding forward-looking statements and the risks and uncertainties of such statements are available in our filings and in our event materials. And to our employees here in person today, please silence your mobile devices and refrain from flash photography. Thanks, again, for joining us today. Enjoy the presentation.

[Presentation]

**Mindy F. Grossman**
*President, CEO & Director*

Wasn't that amazing? Morning, everyone, or good afternoon, depending on where you are on the wall and a big shout-out to France, stay warm in the blizzard.

Really glad to see everyone here today. And again, I want to extend a warm welcome to those of you who're joining us by live stream from all over the world. So I don't have to tell you Weight Watchers is life changing. They just did. And for a lot of us here today, Weight Watchers is so much more than a number on the scale.

In 1963, when our company began, the world was a very different place. But 1963 was the year everything happened. It was the start of Beatlemania; Coca-Cola released its first diet soda, TaB, remember that; a Russian cosmonaut became the first woman in space; the smiley face made its first appearance. It was also the year we lost our heroes, but the year we took great strides forward for change. Martin Luther King Jr. gave us "I have a dream" speech on the steps of the Lincoln Memorial in Washington, D.C., in front of a quarter of a million people. And 1963 was the year a woman named Jean Nidetch started Weight Watchers.

By the end of the '60s, a person had walked on the moon; what we now call the Internet, the ARPANET, booted up for the first time; Woodstock ushered in a new era of freedom; the first Concorde flight bridged continents; and this beautiful building we're broadcasting from at New York's famed Lincoln Center opened its doors for the first time.

And Weight Watchers became a movement, motivating millions of people to change their lives for the better. And this is an exciting moment to be part of Weight Watchers. In many countries around the world, we inspire people to make healthier choices, to move more, to connect with others, to celebrate their victories and overcome their challenges. We help them be healthier, be happier and be more than they ever imagined possible.

We don't just help people lose weight, we help them gain the confidence to change their lives for the better. And today, that's more important than ever. And Weight Watchers is more relevant and more needed than ever. Why? Because people all over the world want to be healthier, and they want to be part of something bigger than themselves.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And certainly, wellness is bigger from a business perspective. So the U.S. weight-loss market was worth about $60 billion in 2017, but the global wellness industry is almost a $4 trillion market. Wellness has become a phenomenon, and people are coming together to talk about it, to learn about it, to do it and to live it. From trackers to group classes, fitness has become fun and shareable, and for the world that's focused on wellness, is a new way of life. But for us, wellness is our heritage. We've been living it for years. We're already there ahead of the curve. In fact, it's the world catching up with us. And that's important because even though people are thinking in a healthier way, they aren't getting healthier. Worldwide obesity has nearly tripled since 1975. As of 2016, more than 1.9 billion adults were overweight, and of this number, 650 million were obese. So in the U.S. alone, more than 70% of adults and more than 33% of children are overweight or obese. And the rise in obesity is tied to a decline in life expectancy.

In fact, this is the first time life expectancy in the U.S. has declined 2 years in a row since 1962 and 1963, there's that year again. We can help solve that paradox. And we know there's no magic pill, no quick fixes, takes effort and commitment and community. And that's what we offer the world, science that keeps evolving to reflect what works right now, choices with programs like Freestyle, designed to fit into their lives, not the other way around, and community to connect you with others who are on the same journey.

Look at the difference it made in my life, in your life, and look at all the amazing work done by all of the people in this room and all of you joining us from around the world to inspire people to make change happen.

People often ask me, who is your competition? It's not another company. Our competition is people believing they can become healthy or they can lose weight or they can be better on their own. Only 5% of people use a commercial weight-loss program. We want to be the partner of the other 95%, a partner to help them, inspire them and be part of their journey to lead healthier lives. This is our opportunity. The world does not need another diet. The world needs a leader in wellness, a brand that can bring wellness to everyone, not just a few. The world needs Weight Watchers. And that's why we're here today to take a much closer look at why we do what we do and to share with you a new way to tell our story to the world.

We are not changing who we are. We're changing the conversation about what makes us unique. And changing our mindset, so we can change how the world sees us. We start by laying a foundation for the impact we seek, articulating who we are, where are we going and how we will get there. We call this our impact manifesto.

Impact. Because it will influence how we all think internally and externally about our company for years to come. And manifesto, because we're declaring it today for the whole world to see.

Every day, we tell our members, "Keep your why close by." And today, we're going to do just that. We're going to talk about why Weight Watchers is more essential than ever and give you some new tools to help you share what we stand for. We've got a big message today, and we want you to be the first to hear it. We believe our story is so powerful and important, we have also invited the world to join us. We've a packed house in this room, and we're connecting and sharing with more than 18,000 of our employees around the world tuning in right now on Facebook Workplace. From Belgium to Brazil, we all want the same thing, to make the world a happier, healthier place for everyone.

Weight Watchers is a community. It's supportive, it's social, it's inspirational. And it gives people everything they need to lead healthier lives right now. You know it. I know it. The problem is the world doesn't know it yet. But today, we're going to take a big step forward together to change that.

[Presentation]

**Debra Benovitz**
*Senior Vice President of Global Consumer Insights & Social Impact*

Hi, everyone. I'm Deb Benovitz, and I have the unique privilege of talking to consumers all day, every day. And I hear many of the same things over and over again, misperceptions about our brand that keep us from reaching the people who need it the most. To break through to what's true and real, we need to look at how people really think about health today. And it's clear that it's changing. People used to hide their dieting. Now they share openly how they eat, even what they eat, and there's a pride about what people

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have in their fridge. People can't wait to tell me when they're trying carb-free, Paleo, gluten-free or even a cleanse. It's a signal that we're more comfortable talking about health than we ever were before, and that is a real cultural shift.

Over the last couple of years, we've spent a lot of time looking at what's behind these changes to understand what motivates and excites our existing members and potential new members, too. We talk to people all over the world, in every country, from every walk of life. And I'm here today to share some of the insights we learned about today's consumers, which have helped shape our new thinking and can empower all of us to share our purpose with the world.

So to learn what people really thought, we asked them, "When it comes to health and wellness, what is important to you?" Some of what we found out may surprise you. Truth #1, people need inspiration, not just information or even support. The weight loss journey is an emotional one. It's filled with ups and downs and plenty of plateaus. Often, the difference between making progress and giving up is how you feel inside. So while we need to give people tools they can use, that's the information part, we also need to acknowledge how they feel and inspire them to keep them motivated and moving forward every day on their journey. How do we do that? First and foremost, we have outstanding leaders, who inspire our members every day, and I'd really like to give them a shout-out here today.

Our leaders truly embody what we mean by inspiration, giving motivation, encouragement and empathy. Connect is also another great example, delivering both information and daily inspiration. Our members feel inspired by connect hashtags like transformationtuesday, one of the most popular for obvious reasons, because people love seeing what's possible, and it inspires them to imagine what they themselves can be.

Truth #2, healthy is the new skinny. Increasingly, people who join Weight Watchers are interested in something more than getting into a size 8 jeans. They want to feel healthy and happy at every size. Many of our members do care about numbers, but not just the number on the scale. They care about keeping their A1c numbers down or their cholesterol counts or lowering their blood pressure, so they can get off medication and just feel better. It's about quality of life, being able to get down on the floor with your kids, get comfortable in an airplane seat, so you don't have to miss a family vacation and be able to do things you'd never imagine before, starting with a walk to the mailbox, a walk around the block, then working up to a 5K like so many of our members do.

To get there, they want to develop behaviors that will improve their quality of life without having to make dramatic changes that aren't realistic or sustainable. And that brings me to truth #3. People want healthy habits that fit into their lives. They're looking for small, incremental, sustainable changes that make a big difference every single day. Weight Watchers gives people strategies to help them achieve that with programs like Freestyle that are flexible, adaptable and realistic to how people live, so they can make it work and they don't have to put their lives on hold in order to get healthier. Because ultimately, it's not about lifestyle, it is about livability, and that is truth #4.

In a perfect world, being healthy would be easy, but nobody lives in a perfect world. People have families, jobs, parties, cravings, curveballs and challenges that they face every single day. The good news is Weight Watchers knows that, and people tell me that Weight Watchers is the only program that really does livability well. It's not perfection we're aiming for, it's progress. Real strategies for real life that lead to real change. And to achieve that, people need others around them who can relate to what they're going through. They need to know they are not in it alone, and that leads me to truth #5. Community, community, community. That is a big one for us. Our members know they can't do it alone. Family, friends, colleagues that all adds up to better health, not just for you but for everyone around you. From that very first meeting in Jean's living room to today, Weight Watchers has always been about creating community. We were there first, and we own it. Today, we're finding new ways to bring communities together, like Weight Watchers Cruises, where people can meet other people who share a common goal and experience joy in the journey. For people in search of community, which is all of us today, that's a game changer.

And finally, truth #6. People crave purpose in their lives and in the brands they choose. People want their lives to have meaning, to have a compelling why. People need purpose and purpose matters. Studies show that people who live with purpose are happier and more fulfilled. Our members get that. And brands

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

need purpose, too, a reason for being, a shared mission that's meaningful to our customers that drives us forward and helps us stay focused as we go. And there is no one in this world who knows more about the importance of purpose than our dear friend, Oprah Winfrey.

[Presentation]

**Mindy F. Grossman**
*President, CEO & Director*

Great words. So for decades, we've been moving toward this moment, and the time has come for all of us to embrace our purpose and fulfill our promise to stand for more than losing weight.

So today, we're unveiling our new purpose, the way we'll tell the world exactly what we stand for, a new way of thinking about Weight Watchers going forward, and we're excited to share with you.

And it all begins with a very simple statement: we inspire healthy habits for real life, for people, families, communities, the world, for everyone. Inspiration is what this is all about. We're a community, inspiring each other to build lives of health, of joy and connection. And it is an emotional journey. And we need to know we're not in it alone. And that somewhere, someone relates to how we feel and is there to share their story. And it's one of the reasons why all of this works because our journeys are fueled by each other's.

But change is big. And so where do you begin? You begin with healthy habits, small acts of purpose, repeated over and over until they become second nature. It's like bringing little rituals of health into our lives, from the first thing we do in the morning, to how we end each day. And unlike quick fixes, habits stick. And once made, they're really difficult to give up. And before we know it, healthy habits shape how we live, how we feel and who we become. So we put science to work for us, to find out what triggers us, what motivates us, what nudges us along each of our journeys. We turn science into healthy life-changing habits. And we believe healthy should fit into your life, not the other way around.

So we meet you where you are, however you're feeling, wherever you are in your journey, and we build our approach to work for your life, not some imagined airbrushed one. Life in all its fullness because we're going for real; real health, real progress, real life. And we believe in the ripple effect of change because when one person chooses healthy habits, their families change, too. They inspire their colleagues, their friends. So person by person, community by community, health spreads. This is our purpose. Making healthy habits accessible to all, not just the few. Creating a world filled with greater health and happiness for everyone.

We inspire healthy habits for real life, for people, families, communities, the world, for everyone. This is our new purpose and our new words to live by. And it's a shift in how we think about ourselves and how want the world to think about us. From a weight loss program accessible to a few to a community that brings wellness to the world. And this new purpose isn't just words on a page. It's an ambitious reason for being that will drive every business decision and every community action we take. And we want you to get excited about it and to embrace it and to share it.

And we also want you to understand what this new purpose means to you and to the work you do every single day. It means we need to reimagine how we work internally together, from how we collaborate to how we make decisions to the kind of projects we prioritize and to the behaviors that form the very basis of our culture. So to create that kind of impact we're talking about today, we need to keep 3 fundamental ideas in mind.

First and foremost, we all need to think with a global mindset. And that isn't just about geography. It's about taking everyone into account when we make decisions and thinking about who we serve and how we can make their experience rewarding. It's about integrating our physical and our digital channels, so our members have a seamless consistent experience no matter where they're connecting with us.

Second, we need to become brand-led. This means the decisions that we make will be guided first and foremost by our purpose. If something doesn't fulfill our purpose, we shouldn't be doing it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And third and very important. We will always keep human impact at the heart of every decision we make to honestly assess if what we're doing truly meets the functional and the emotional needs of the people we serve.

[Presentation]

**Nicolas Chikhani**

Hi, I'm Nick Chikhani.

**Alicia Sissac**

And I'm Alicia Sissac. And our new purpose gives us a shared perspective on everything we do, and it grew out of 3 simple tenets.

**Nicolas Chikhani**

This is first near and dear to everything we do. We know you and meet you where you are. This tenet is about personalization. For my team, that means creating digital experiences that meet you where you are. When we are developing digital experiences, we provide different levels of personalization. One way we do it is obvious, calling you by name, for instance, or customizing your daily points target based on your height, weight and personal goals. But personalization isn't just about what you see, it's about how you experience our brand wherever you are. Imagine you're using the barcode scanner in our app. Our analysts discovered a few years ago that we only had a 70% success scan rate. To improve that, our product team found a creative solution, crowdsourcing. Now our members enjoy a 99% success rate when they scan products. How does that relate to personalization? It means we're able to provide a digital platform that works for you, whether you live somewhere brands are limited or where there's more specialty foods on the shelves.

Finally, there's a deeper level of personalization, being mindful of ways we engage our members. That means using predictive models to recommend post and connect you're more likely to be inspired by or suggest recipes you might like based on your past scanned items and tracking behavior. Together, data engineering, analytics and data science are a powerful trifecta that allows us to leverage the gold mines of data that we have at our disposal.

It's for the greater good, making our members more successful, whoever they are, wherever they are. And that's the power of data and analytics at WW.

**Alicia Sissac**

And I'm here to talk about a different kind of power, people power. As a Weight Watchers leader, these words are the words that I live by every day. Each member walks into the meeting room looking for something different. No matter their goal or their why, we're ready to listen and support them in any way that we can without judgment and with our whole heart.

I want to share a conversation that I recently had with Tasha. Tasha has been a Weight Watchers member for 3 years. And over the last year, she hasn't lost any weight, but she never missed a single meeting. A couple of months ago, I decided to have a conversation with Tasha. I told her that I was there to support her in any way than I could and asked if there was anything that I could do to help her reach her goal. She grabbed my hands, looked at me and said, "Thank you for caring. My life has been a bit crazy, and even though I haven't lost any weight, had it not been for the meetings, I would have gained at least 20 to 30 pounds this year. Just showing up has saved my life."

We cry with members, we laugh with members, we celebrate, and we commiserate with them. I know what it's like to be a member because I'm a member too. And had it not been for Weight Watchers and the amazing people who supported me on my journey, I would have never reached my goal. I'm a better me, I'm a healthier me because of a program that works and because of champions who were there for me. So it's now my responsibility, it's our responsibility to make sure that we meet members where they are so that they can get to where they want to be.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nicolas Chikhani**

Healthier members build powerful habits, is one of the ways members like Tasha can get there. And Ute and Laura can tell us more about that.

**Ute Gerwig**

Hi, I'm Ute Gerwig.

**Laura Smith**

And I'm Laura Smith. And we're going to talk about this next tenant (sic) [ tenet ]. We help you build powerful habits rooted in science.

**Ute Gerwig**

40 pounds, 4 times. Barbara was sitting across from me and close to tears. I know the struggles she's had. She's lost 40 pounds and regained them every year, for 4 years. She told me, "I really want to make lasting changes. I need to adopt better habits and change my attitude. I cannot keep doing this." It occurred to me in that moment, as long as people see weight management as a project and not as a way of living, there's a big risk. This will happen again and again. So what can we do to help our members build powerful habits, rooted in science, to prevent this? We provide a program that guides you in all 3 dimensions: food, activity and mindset. Using the latest food science, we make healthy eating simpler. That's what SmartPoints is all about, taking complicated food labels and nutritional information and making them easier to track.

We also help members incorporate movement into their lives, so what starts small can become a habit that's hard to give up. Focusing on changing their mindsets is a new and exciting part of our program. It's key on how we shift the whole paradigm around health and helping members to reboot how they see themselves, how they feel about their journey and how health fits into their lives. So it's not a chore, but it's a challenge they can conquer. It's -- for members like my friend Barbara, these powerful habits, rooted in science, will be crucial in unlocking lasting change.

**Laura Smith**

These powerful habits we're developing for members like Barbara must meet 3 requirements. One, lead to results both on and beyond the scale. Two, fit into everyday life. And three, always be based in science. Our latest program innovation, Freestyle, helps members to identify foods that can be easily incorporated into a healthy pattern of eating. By simplifying their decisions, we're actually freeing them up to enjoy what they eat and find go-to food choices they can always keep in their fridge and focus on when eating out, making it much easier to make healthy decisions.

There's a sense of flexibility here that breeds livability. In terms of activity, the science is so clear, helping our members build habits, so they regularly move more, in ways they enjoy, can improve their quality of life beyond the scale, so they sleep better, have reduced stress and see an improvement in their moods. Our FitPoints program today is a great step towards more positively impacting our members' behavior, but obviously, we can do so much more.

Right now, we're evaluating how our activity program shows up, what added value our algorithms can provide and what a more personalized experience could look like, including the exploration of partnerships. As Ute mentioned, the tools and techniques we're giving members to help them to develop more healthy and productive thought patterns will also ensure that these new behaviors become sustainable habits. Our future plans include expanding and bridging mindset program elements across all member touch points, both off and online.

**Ute Gerwig**

Shifting members' mindsets to help them to find what and who will inspire that journey is essential. To learn more about that, we'll hear from Reema and [ Jasmine ].

**Reema Amin**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Hi, I'm Reema Amin.

**Unknown Attendee**

And I'm [ Jasmine Fuentes ]. And we're here to talk about our final tenet. We enable you to find and form inspired communities.

**Reema Amin**

As a company, we've always been social, harnessing the power of community to help individuals who have the same goals form deep, meaningful and real relationships. And we use social media to help people forge those bonds no matter where they live, who they know or what their background is.

As part of the social media team, my mission is to showcase the livability of our program, while cultivating meaningful connections. One way we do that is by giving members a platform to share their experiences with their own communities on Facebook, Instagram, Twitter, Snapchat and more. Are you a teacher trying to figure out how to navigate your school day? Dubdub teachers have got you covered. Had a bad day and need a little pick me up? The dubdub family is there to support you. We're also reaching out to build our networks. Across the globe, we have over 200 member ambassadors, who share their ins and outs of their Weight Watchers journey every single day through their personal social media accounts. They've opened up their lives to strangers, friends, families and acquaintances and inspired so many individuals to join our community and make healthy changes in their lives. And that community keeps growing.

As many of you know, just last month, music mogul, entertainer and father, DJ Khaled joined our Weight Watchers family as a social media ambassador. He has been sharing his journey of the greatness with his 9-million-plus Instagram followers and millions more on Snapchat. He is inspiring a whole new generation to join him as he does. His determination, energy and positivity is electric. But don't take my word for it. Check out these clips from Khaled himself.

[Presentation]

**Reema Amin**

At Weight Watchers, we're focused on the journey. DJ Khaled became a member to be healthy, and he is chronicling that journey every step of the way. As he says, he doesn't lose, he wins. So we've made the decision to lose the expression, before and after, because our members' journeys are so much more about then and now, a journey of health with no beginning, middle or end.

**Unknown Attendee**

And we know that journey isn't always perfect. So we've created Connect to be the safe space to share the less-than-perfect moments where you can bring your whole self and be vulnerable and share how you're really feeling and where every struggle is unique and embraced. It's like no other digital space because it's where people come to find empathy and inspiration from perfect strangers. And I don't have to tell you how rare that is to find today. Connect is inspiring because it's a place where people learn from others how it's done, from finding a recipe for 2-ingredient dough to seeing a transformation photo to motivate their own journeys. People on Connect shower each other with positivity because they know. They know that this -- that the journey takes effort, but that with the support of a community, getting healthier can be done, and best of all, with Connect, you don't have to do it alone.

To make the experience even stronger, we're adding a notification badge on Connect. So now you'll know when there's some love waiting for you. And a reply button to make it easier than ever to keep the conversation going. And if a member has left you a kind comment, now you can add a like to keep on spreading the love. These small changes add up to a big difference in our member experience and help them create an even stronger community. And the most exciting part, these changes will be available this weekend.

**Reema Amin**

So thanks to all of our teams for all of their hard work in making these moves come to life.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mindy F. Grossman**
*President, CEO & Director*

So let's give another round of applause to all the people you've just heard from. This team and teams around the world have been working so hard developing the impact manifesto we're launching today. And for me, it's amazing and truly inspiring when I hear people talk about our new purpose, and I want to know what you think of it, too. So we're going to try a little something different right now. So under your seats, you'll find a blank card and a marker. Take them all out. All around the world. Now have a look at the purpose up here on the screen behind me and take a minute to read it to yourself and think about what these words mean to you, for your team, for your leaders, for your members, how does it make you feel? What's the one word that comes to mind? Write that word down on the card in front of you big and bold, as you can. Don't think too much about it. I know everyone here, you're going to think too much about it. And if you're joining us on Facebook Workplace, feel free to comment directly. Oh, look! Hi, Germany; hi, Brazil; hi, Canada; hi, Kansas City; France, I know the only reason you're not up there is you're in the snow. But write those words down.

Everybody got it? Got your word? Okay. Now let's all stand up. You need a break. All stand up. Fabulous. I see proud, I see transformed, I see hopeful, I see positive, I see amazing, I love the word amazing. I see love. I see happy. I see sustainable. I see excited, excited, we've got lots of excited. I see life or live, both. And I see the smiley face from 1963. And I see motivated. And so many more, inspired. Unbelievable words. And this is how we want everyone to feel. And thank you for sharing. And thanks, everybody.

Okay, let me look at some words here that I could see. Inspired, I get a lot of inspired. Great, yes, okay. Spectacular, I recognize you. So there's as many reactions to the new purpose as there are people in our community. But each and every one of us can relate in our own way. And how we each feel individually about our purpose is so important because we're the ones who are going to carry this message out into the world. So we're going to connect these words now for a special project we're working on, so if you can pass them to the left or to the right, if you're here today. If you're -- the last person on the end of aisle, just hold on to them, somebody will come and get them. And if you're joining us by webcast, hang on to those, and your team will collect them. I'll give you a minute.

Okay. I love that everybody follows directions so well, it's really good. So ultimately, our purpose is something we need to embrace day-to-day in everything we do, so we can drive our business forward with a mission at its core. This will ensure that we move as one team with a shared goal in mind.

So I want to bring out Nick Hotchkin, our CFO, to give us a look at that goal, what it is and how we're going to achieve it. Best CFO ever.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Thank you, Mindy. Hi, everybody. As we enter our next phase, we have 3 major goals we're working towards by the end of 2020. Strengthening our reputation, better defining and growing our impact, and expanding our business. Our first goal is to strengthen our reputation. And to this end, I want to say, we've seen an incredible response to our recently launched Freestyle, Flex, Liberté and Your Way+ plans, with more people engaging with Weight Watchers and we're getting unprecedented PR for the brand and our business. So it's clear, we've got momentum. We want to use that momentum to become known for bringing wellness to all. We want to reach people of all ages, genders, ethnicities, lifestyle changes -- lifestyle stages, geographic locations and income because our ambition is to be the health leader for everyone, not just the few.

We also want to better define our brand impact. What does that look like? It means helping 10 million people adopt healthy habits. 5 million in our program and an additional 5 million engaging with us in other ways, like taking a cruise, engaging with our content or connecting with us on social media. It's not about how many impressions we make or the number of people who see our ads, it's about true emotional engagement that inspires people to take action or have a real connection with us.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And finally, our third goal is to expand our business by the end of 2020 with the aim of exceeding $2 billion in revenue. To get there, we'll need to focus on strategic investment, managing our cost structure responsibly and making sure our growth rate of profit exceeds our growth rate of sales. So how can we do that?

With continued robust member recruitment growth and keeping people in our plan longer. We also need to expand the scope of our business and find new ways to share our mission through products, licensing and health solutions, and we'll need to get more social. So word of mouth can have a ripple effect for our brand. That will help us reduce the amount of time we need to spend recruiting, so we can focus more directly on actually changing people's lives.

**Mindy F. Grossman**
*President, CEO & Director*

So the new purpose we introduced earlier today is the first step in helping us to achieve these goals. And to achieve the kind of impact we want, we need to make bold business moves to put our vision into place in real, tangible ways. The kind of bold moves our members take every day on their personal journey, you're going to hear them now.

[Presentation]

**Unknown Attendee**

Hi, I am Nicolette [ Hinn ].

**Stacie Sherer**
*Senior Vice President of Corporate Communications*

And I'm Stacie Sherer. And bold moves like our member Caroline's are what moving forward with purpose is all about. And as a brand we need to do that too, to support the bold moves that our members make in the lives every day. Our first bold move is a big one: to become a global purpose-driven brand.

**Unknown Attendee**

What does this mean to us? As a person who leads our teams and our marketing teams in Germany and Switzerland, I know how important being a global brand is. The vision we've been outlining here today is one we all share around the world. To make it unified, we need to stand for the same things in the same way. Why? In today's world, you see as an average or every person sees as an average 4,000 ads a day, but remembers fewer than just 100. Research shows it's much easier to get into consumer's memory if you show up in a consistent and simple way, no matter where we are. So no matter which country we are in, we need to integrate our brand in the same way. So for instance, this means using the same vocabulary, no matter what language we're speaking. Referring to zero-point foods rather than free foods. Speaking of ourselves as a health partner rather than a weight-loss program. Small changes like this can help us to make a big difference and an impact we want to make with the brand, and we will succeed in the future.

**Stacie Sherer**
*Senior Vice President of Corporate Communications*

To make the impact we want to have in the world, our purpose must guide everything we do. So we've created a purpose filter, a series of questions designed to lead us through a thoughtful decision when choosing between many options, reveal ways to improve what we already have or surface a crucial conversation that needs to be explored.

In seeking to inspire, we'll ask ourselves, will this inspire people to make progress? Will it reinforce a sense of community or attract a new community? Will this help us to show up in a clear, simple way? Will this help us to build an aspirational brand? In helping people to build powerful habits, we'll ask ourselves, is this supported by the best in science? Would health-conscious consumers give this a thumbs up? Will this help people to sustain healthy habits? Will this make people more aware of the choices they're making? In meeting people where they are, in their everyday lives, we'll ask ourselves, can most people

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

afford and access this? Will this help us look, feel and sound like we'll fit into everyday life? Will this help us diversify the kinds of people we reach? Whether that's by age, life stage, gender, race, ethnicity or geography? If a partnership campaign, product or any other choice we're considering doesn't fit our purpose, we won't do it. This tool is designed to ensure that everything we do ladders up to our purpose. And at the end of the day, we'll ask ourselves, does this make us proud of our impact? For example, we know that wine is the second most frequently tracked beverage by our members after coffee. And that makes a -- making a glass of wine that fits into everyday life will inspire people to make progress and help them to sustain healthy habits. So we worked with winemaker, Truett Hurst, to introduce Cense wine, which is lower in SmartPoints. That makes us proud of our impact.

**Unknown Attendee**

Using the purpose filter to evaluate our practical decisions is one way we can use to ensure making smart choices for our brand. And hiring the right people is another. So we will focus on attracting a workforce that's diverse to deliver on our purpose and create bigger impact. People crave meaning in their work, and we can offer the brightest and the best an opportunity to know that what they do makes a difference in people's life and in the world.

**Stacie Sherer**
*Senior Vice President of Corporate Communications*

We also want to make sure the people we serve are diverse too. As a global purpose-driven brand, we have the capability and responsibility to make communities healthier by making healthy habits accessible to all. That means communities that are underserved as well as those suffering from public health crises and in critical need. Our science-based, evidence-proven program can make a social impact and create a social movement to help communities become healthier. A movement doesn't just happen, it begins with a spark that spreads through connections and ignites a community. We want to light that spark and create a social movement for healthier living for everyone. And our first efforts will launch this summer.

**Unknown Attendee**

Integrating and unifying our communities is a big part of creating that movement. And our next 2 speakers, Michael and Michael, will tell us more about our plans for that.

**Michael Lysaght**
*Chief Technology Officer*

Hi, I'm Michael Lysaght.

**Michael Korcuska**
*Chief Product Officer*

And I'm Michael Korcuska. And our next bold move is to integrate and unify inside and out.

**Michael Lysaght**
*Chief Technology Officer*

At Weight Watchers, the desire to help others runs deep within our DNA. I've never worked at a company where so many positive, passionate people have been so singularly focused on making others successful on their transformative journeys. Over the last few years, we've worked incredibly hard to build a new technology platform to support our members' needs, whilst transforming into an agile organization and hiring hundreds of people. It hasn't always been easy. The fast-paced nature of a technology culture can sometimes feel at odds with the very human needs of our members. That said, I've seen major changes over the last 12 months. As we rolled out our new Freestyle program, everyone in the company was involved. Science and insights leading the innovation. Tech and product made it real for our customers. Marketing, PR, the operations team and every employee in the field made sure every member who walked into door understood what the changes meant for them, not just in the U.S., but around the globe. HR, legal and finance supported everyone all the way. We all worked incredibly hard together in a true agile manner and our hard work is paying off. Having recently launched Facebook Workplace globally, which some of you are using today for the very first time, we're also continuing to look for new tools to help us

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

collaborate better. So no matter where you are around the globe, no matter what your function, you will be empowered with the tools you need to get it done. When we say we're better together, we really mean it.

Now as a tech guy, I'm clearly obsessed with the digital aspect of our business, but the physical spaces where we're showing up are critically important to us as well. Which is why I'm super excited to share sneak peak of a new office space we're going to open in San Francisco where we can grow our tech team. As you'll see from the artist's renditions -- renderings, it's going to be amazing, a real world-class destination that will help us to grow our space and capacity, so we can grow our tech and product teams there as well as in New York City and in the U.K.

**Michael Korcuska**
*Chief Product Officer*

This new San Francisco office will give us the kind of integrated experience internally that we're also hoping to create for our members, both offline and online. As a business that began face-to-face, it's essential that our members have a unified experience with our brand, whether it's in a meeting room every week, online at weightwatchers.com, or through our app and Connect community. When we launched our digital experience way back in 2001, we were a leader in building an online business. But times have changed and so are the needs of our members. Connect is an awesome social experience. We want to make it even more amazing by helping members find supportive communities because we know it's easier to build and sustain healthy habits when you do it with others. Many of our members appreciate the support and coaching they receive in our meetings. So we'll leverage new tools to make those meetings more integrated with our vision for the future. Using technology, for instance, to simplify the check-in process and find other ways to support our leaders, so they can spend as much time as possible inspiring and coaching our members.

One of the things we're talking a lot about today is being a partner for people in health and wellness. You've got Amazon for shopping, Netflix for video content, Spotify for music. Weight Watchers should be your everything app for health and wellness. By making these changes, we'll give our members a more seamless, personalized experience through the channels they prefer and across all touch points.

Before I hand it back to Michael, though, I want to give a personal shout-out to my daughter, who turns 15 today. Happy birthday, Daphne.

**Michael Lysaght**
*Chief Technology Officer*

Wonderful. As we all know, personalization is really important to our members. Here is Stefan and Stephanie to tell us more about that.

**Stephanie Fitzgerald**

Hi, I'm Stephanie Fitzgerald.

**Unknown Attendee**

And I'm [ Stefan Ryan ] and our third bold move is to personalize all that we do.

**Stephanie Fitzgerald**

The idea of personalization certainly isn't new, but it's constantly evolving. Today, adding a member's name or providing content based on a large general segment is just a given. Moving forward, our mission is to go deeper. And to provide members with a deeply human and personal experience, one that truly meets them where they are. Imagine being able to identify a need for inspiration, encouragement or a simple check-in without a member telling us, and in some cases, before they're even aware they need it. What makes this approach so powerful isn't just our ability to connect at the right moment, but with the right message and through the right channel. Because every member's journey and their communication preferences are unique. Therefore, our approach to service can't be one size fits all. We have a responsibility and a privilege to identify the moments that matter and the channels to provide

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

support that are deeply personal for each of them. Whether that means sending a gift to congratulate Vanessa for achieving fitness goals she set or texting Jennifer positive reinforcement and an article she might like after we noticed that her 4-week weight loss streak comes to an end. These are those moments that will set us apart. Because these are the moments that matter. And you'll be excited to learn, we've already started this work. In December, a cross-functional collaborative team began mapping out the framework of the member journey and a road map to begin providing this experience.

**Unknown Attendee**

Each of our members has a different reason for joining Weight Watchers. Here's just one story among many.

[Presentation]

**Unknown Attendee**

So make sure we're giving members like Allen an experience that feels more tailored to what they need, who they are and how they live. We need a culture that's both data-driven and human-centered. That may sound like a contradiction. But when done right, data-driven and human-centered go very much hand-in-hand. We need to listen to and act on what our members tell us about their needs and wants. But we also need to be alert for what they might not be telling us. Maybe, they would prefer a virtual meeting because it's more convenient for them. Maybe they're secretly searching for other members who are just like them to help them work the plan. Or maybe they'll want something else entirely and that's the point.

Rather than speculate, we'll use data to find out what they need most, by looking for subtle signals and the kinds of choices our members make and the actions they take. In this way, we will become more data-driven in order to become more human-centered.

**Stephanie Fitzgerald**

Becoming more human-centered means expanding and deepening our communities. And to learn more about that, we'll hear from Lauren and Matt about bold move #4.

**Lauren Salazar**

Hi, everyone, I'm Lauren Salazar.

**Unknown Attendee**

And I'm [ Matt Short ] from Australia. And we're here today to talk about our fourth bold move, which is how we're going to deepen and expand inspired communities.

**Lauren Salazar**

What an exciting day. Are we all pumped? Yes. As I think about all of us gathered here today and I know watching in rooms around the globe, I think about this would just be another ordinary Wednesday, except we've come together united in purpose. And that reminds me of the power that exists in events. See, events are these magical moments when we gather to break up the routine of everyday life, to share a common experience, to learn, to feel, to move, to get swept up in moments that stay with us for days and weeks to come. These experiences become little wealth springs of positivity and hope and joy that can fortify and sustain us in the face of ups and downs.

So now, we're focused on developing even more ways that we can share and celebrate and learn from each other. The Weight Watchers cruise is a great example. They give people a chance to experience an incredible vacation, complete with amazing food, connecting with other members and having fun, all without losing sight of the healthy lifestyles and habits that they're creating for themselves in their everyday lives.

We are going to continue to build on that success with even more opportunities in wellness, travel, partnerships. The possibilities are endless and the world is literally our zero-point oyster.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Unknown Attendee**

The community that we're building here today is really the heart of our success. And as you've heard a lot about today, it's a real key differentiator for our brand and the heart of our community is our culture, which is built on some very simple, very basic human needs. The need to belong, to be social and to coexist is very, very old. It's part of the human race. It's almost in our DNA. And today, technology makes it even easier than ever to connect with other people. So whether that's in person or virtually, we're able to participate and be one. And it's here that, that intersection of this almost ancient instinct in this modern world, today is a clear place for our brand and incredible opportunities for us to create a thriving network that's both meaningful, but importantly, goes beyond our traditional membership approach. And boy, as a brand, do we know community, right? So we've got 30,000 meetings a week around the world. You can see it in action with 1 million posts on Connect, and globally, we've got over 3 million members.

And with all that, we constantly look for ways to improve our community's experience, so we can give them all better ways to come together. So I want you to imagine that in our future, being part of our community won't just mean attending a weekly meeting or posted on Connect. What it will mean is, it will give our members new ways to find meeting leaders, to find other people like themselves, so whether it's by life stage, whether it's by goal or even where they live by location. And we'll also create new ways for those people that haven't have the chance to experience Weight Watchers to experience our very special community. And I, like so many people in the room today and so many people watching around the world, have experienced firsthand, the power of Weight Watchers through my weight loss. As a member myself, it's literally changed my life and my family too. And I find it very difficult, I can never really express my true gratitude in words. For me, at a time when I most needed it, there was a community that I could be part of in order to become the person that's standing here before you today. And I'm dedicated as I know every single person in this room and every single person watching at home is, that we grow and expand our influence and use this culture of positivity of inclusiveness to change even more people's lives for the better.

**Lauren Salazar**

Yes. What we can do together is remarkable. So to help us on the scale of that change, Gary and Hannah will be introducing bold move #5.

**Gary D. Foster**
*Chief Scientific Officer*

Hi, everyone, I'm Gary Foster.

**Hannah Spring**

And I'm Hannah Spring, and our final bold move is to own scalable behavior change.

**Gary D. Foster**
*Chief Scientific Officer*

So if we're going to own scalable behavior change, what is scalable behavior change? It's not just about what you do, it's about how you do it. It's about how to turn occasions into habits, how to turn expensive and exclusive clinic-based programs into convenient and accessible community-based programs. Scalable behavior changes positive, not punitive. It's something you do for yourself, not against yourself. For 54 years, we've successfully scaled effective, accessible, science-based approaches to develop healthy habits for weight management.

Today, we're announcing our global intention to bring science and scale to areas beyond weight management. We'll invest in research areas that bring health and wellness benefits that simply can't be measured on the scale. As always, we'll be guided by the sweet spot between where science and consumer insights intersects. That's what scalable behavior change is.

To be clear, we're still committed to our state-of-the-art weight management approaches. But today, we pledge to do even more than that. It's a plus, not an instead of. As you heard from Ute and Laura, we have a strong, proud tradition of leveraging behavioral science to help people develop healthy habits in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the real world. You heard from them about how we take the nutritional complexity of a food label and translate that into a simple SmartPoints value that nudges our members to make healthier choices. More recently, as you well know, with Flex, Freestyle, Liberté and Your Way+, we advantage foods that are the cornerstone of a healthy eating pattern. So what? The so what is the science-based approaches shift behaviors from depriving and time-limited diets to livable and sustainable patterns of healthy eating. That's a big accomplishment, and I think one that we can all be very, very proud of.

While we and our members know that science is the bedrock of our approach, there are many outside of our brand who may be less familiar with how we leverage science in all that we do. And I think it's important to note here that we're not just consumers of science, we create it as well. So while our science team certainly keeps up with all the latest research findings from others, we actively contribute to the scientific literature. Recently, we published studies evaluating the effects of behavioral economic incentives on long-term weight loss maintenance and have examined the specific types of social support that either help or hinder a weight loss journey.

Today, as part of our commitment to make wellness accessible to all, we will increase the diversity in the clinical trials that we conduct. While this and all the research that we do is helpful to our programs' continued evolution, it also serves the entire scientific community.

**Hannah Spring**

We've known for decades that being more physically active and having a more growth-oriented mindset makes people both healthier and happier. It's just a fact. So we're always looking for ways to more deeply integrate mindset and activity into our products. And our digital products present a pretty stunning and unique opportunity to meet our members wherever they are in their journey and literally wherever they are in the world, in homes, in a gym, at the school, on your commute, anywhere you are. We're working to give them the right tools at the right time and the right place, with new fun, challenging and achievable approaches. Like encouraging them to turn an occasional walk into a more regular habit of exercise. We're also encouraging them to practice gratitude by thinking of 3 good things that happen in their day. We want to be there to help them quiet that I-can't when the negative voice is strongest. Weight Watchers was built on a deep understanding of what makes people tick. We leverage the most fundamental aspects of human nature, social proof, accountability, the list goes on and on. And our reliance on proven behavioral science is one of the reasons that we are consistently ranked the most effective weight management program and what makes us an advocate and an authority for health in the world.

So over the next few years, we're going to scale that same reliance on science, not just for our members, but also for how we do business more universally, for developing more interactive, immersive meeting room experiences to streamlining the way that members sign up. So we want to become the go-to choice for members or so be the go-to choice for members and also for investors who are interested in wellness and tech.

**Gary D. Foster**
*Chief Scientific Officer*

Our research knowledge and expertise on behavior change has the potential to make an even greater social impact than we do now, not just in weight management, but in health and wellness far beyond the scale. By participating in behavior change summits, funding conferences for scientists and taking a more public thought leadership position, we will lead the way on sustainable behavior change, not just for our members but for society at large. Thank you.

**Mindy F. Grossman**
*President, CEO & Director*

Thank you, everyone. It's great. So these examples are pretty powerful, and as Gary was saying, these bold moves are ultimately about making a larger social impact. But anyone that knows me knows that I've challenged everyone to think 10 times bolder. And to establish Weight Watchers as a true innovator and a brand through its actions, and can have greater impact for both humans and business. So I'd like to share

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

with you a few more things that are coming under those bold moves that we're implementing strategically over the next 3 years to help us make that impact.

So in the next few months, we will be unveiling a new articulation for our brand through the lens of our new purpose, which will be rolled out later this year. This new articulation will touch every aspect of our brand globally, digitally, physically, from product packaging to logos to app design. And this new look and feel will help our brand even be more culturally relevant, so we can reach more people in a more powerful way. And we're doing this to meet consumer expectations of what a modern health and wellness brand is today. But we need to go further to make sure our brand aligns with our values. So we've made the decision through our purpose filter to remove all artificial sweeteners, flavors, colors and preservatives from any product that carries our brand. But interesting, it's not just part of a bold move, it becomes a big game-changer for us that will enable us to truly own the healthy kitchen, in products, in food, in content and experiences. And as a beginning, to take us to a next level, I'm also excited to announce a new partnership with Fresh Realm, the leading challenger brand in the fresh food market. So we're working them to create WW branded fresh convenient ready-to-cook meal kits and individual products, which will be available at grocery retail rolling out in the second half of this year.

So this partnership will give us a remarkable opportunity to deliver on our promise of convenience and making healthy cooking accessible to everyone and easier to fit into our members' busy lives. It's rolling out in the U.S. but we have a lot of work underway in many other countries.

Now we also know that the first quarter, as we've seen, is a great time to engage people in getting healthier in the new year, but people want to get healthy all year around. So we're announcing a summer of impact, a global campaign launching in May, which will celebrate Freestyle, Flex, Liberté, Your Way, showing how we can be a powerful partner for health in people's lives all year long. And it's going to be around food, family, fun and healthy. And one way we can do that is by ensuring that healthy habits are learned early. I know that firsthand. When I was 14, I went to a Weight Watchers meeting with my mother. I was feeling very insecure. I had this desperate desire to be a cheerleader, but I didn't have the confidence. And what happened, I did it with my mom, I lost weight, I felt better, I had the confidence, and I made cheerleading. It should be up there somewhere.

Okay. I wasn't blond then. Something must have happened. That meeting really changed my life. And I maybe wouldn't be here if I hadn't done that. So I know Weight Watchers could do the same for teens all over the world today. Kids in the U.S. now spend more than 7 1/2 hours a day in front of a TV, a video game or a computer screen. They don't eat vegetables, they skip breakfast, they drink soda, they don't exercise and their diets are full of added sugar, sodium and saturated fat and this is not just a U.S. issue. Problem is global. And it's time to reverse that trend. And we know from our data that members who do Weight Watchers with another member in the same household get healthier together. So as part of our summer impact campaign globally, we will give all teens, ages 13 to 17, they will have free, free access to Weight Watchers when they join with an adult in summer '18, helping those who need healthy habits develop them at a critical life stage. And we're very excited about the potential impact this could make on the next generation and on families as a whole.

And just this week, a study conducted by the University of Connecticut was published that referenced the ripple effect. And after following couples in a 6 months' trial, they found that when one partner in a couple follows Weight Watchers, their spouses lost weight as well. So the ripple effect is real. And we think our own employees should benefit from it too. So to help encourage all of us to lead healthier lives, we're going to be announcing new wellness benefits, personal development opportunities and friends and family memberships for all Weight Watchers team members over the next few months.

So together, these bold moves and the actions underneath each of them will help us live out our vision to reach our goals by 2020. We -- not every company can claim it deeply impacts the lives of millions. We can. For years, we've inspired people to come together and begin a journey of positive lasting change. We see evidence in their stories. The stories today, every day, across the globe. But our greatest potential lies ahead of us. We see a future in which we touch every person's lives and inspire the families and communities that nurture us and nudge industry and society towards higher standards and create a world where wellness is accessible to all, not just a few, all over the world in countries we already serve

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and beyond. So everything we've worked for in the past has led up to this moment. Our new purpose is exciting because it means the impact we can have is limitless. We are so fortunate to have Oprah as a board member, a thought leader and an inspiration in this mission. And when we shared our new purpose with Oprah, this is what she had to say.

[Presentation]

**Oprah Winfrey**
*Director*

Hello. A country, a continent, a world. Weight Watchers family. Hello. You look good. This has been, to use Allen's word, I love him, I love the gay guy who said amazing. This whole session I've been back there watching the whole time, and I just had to come out and say, hey, how are you doing? First of all, sit down. I love -- I got to tell you why I love Weight Watchers so much. Do you know, everybody has watched my up and down, up and down, up and down struggle. And I used to dread the holidays because, for me, the holidays meant at least an 8- to 12-pound gain. It's starting Thanksgiving, we try to keep it under 5 before Christmas and then an 8- to 12-pound gain. And then, I started having those big gatherings at my house with all of my girls from South Africa. And there'd be chefs cooking and there'd be cronuts and everybody's like Instagram-ing their cronuts and oh, what am I going to do? Because a cronut, as you know, is 53 points in one. But I'm -- the reason I love Weight Watchers, the past 2 Christmases, the past 2 holidays, Thanksgiving from beginning to end, I never gained a pound.

And do know why that is? You know why that is? It's because healthy is the new skinny. Healthy is the new skinny. And I got to tell you, 64, 64, I never felt better, I never felt stronger, I never felt healthier, I never felt more vibrant, more alive because I've been living these principles and purpose of creating wellness as a daily way of being in my life. And I have to say that what is so powerful to me about what we're doing and what has been said here today and what you've just heard is that it actually goes beyond having a vision to having clear actions. It's one thing to have a vision. Vision is all very nice. But you need clear actions that will take us there because words are powerful, but actions are actually critical. And the words don't mean anything unless you have a way of executing, and I'm so proud of everybody in this room, everybody that's been on stage that has contributed to this new vision, but a plan of action to execute and to allow this brand to live its full possibility. And the thing -- we each have a role to play in bringing this wonderful purpose to life. I'm moved and inspired by the passion that I've seen from all of the members, especially on stage and I know that extends to the entire team around the world. So thank you all. I can't wait to see what we all are going to do together. I believe in this brand. I believe from the beginning of my early career that we each are here to extend in kindness and goodness through our force of good. Ourselves, to help other people lead better lives. And it just excites me that this brand that I joined a couple of years ago because I didn't know what else to do because -- I was in such bad shape, Weight Watchers called me. I was wobbling around and Weight Watchers said, "Let us help you help yourself." But what excites me is this new opportunity because all of my live I have been touching people's lives. And I know as you all in this room know that people just want to do and be the best they can. And now we are here to help elevate them to that higher purpose for themselves.

And you know what excites me the most? When I first came to this company, I didn't think that we could get there. I didn't think that we could get there because I did not believe that we had the leadership to get us there. And I said to the board, the board members, we need somebody. We sit here with all these ideas, we need somebody who can get us there because words are wonderful, actions are critical.

And the person I knew could get us there who's one of the best leaders I have ever seen or experienced, and the reason I wanted her to come board this company is because I like to surround myself with people who are even better than I am. I think I'm pretty good. But I want to surround myself with people who are great and from the first moment that I met Mindy Grossman, I said, I want to be like her. I want to be like her. Come on out here, Mindy Grossman. I cannot tell you what a strong powerful warrior, dynamic leader, woman this is. When I say what I say to you, the future is so bright, it burns my eyes, because this warrior woman is leading the ship, that is why.

**Mindy F. Grossman**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, thank you.

**Oprah Winfrey**
*Director*

It's scary what's about to happen. We're going to be fearless, don't be scared. It's scary what's about to happen. We're about to change the way people all over the world see the possibilities for themselves, led by Mindy Grossman.

**Mindy F. Grossman**
*President, CEO & Director*

Thank you. My inspiration. This has been an unbelievable morning. And to have you as part of this means so much to everyone, but to have all of you as part of this means so much to me. And it's really time to embrace our role as a leader for healthy lives all over the world, but to become more than a brand, to become a movement, million strong because it just is not about us. It's about all of us together on a shared journey with a common purpose uniting us, inspiring lives that are healthier and world that is happier for everyone. Thank you.

**Oprah Winfrey**
*Director*
Thank you. Healthy is the new skinny.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.