# EXHIBIT M

# Press Release

# Weight Watchers Launches WW Healthy Kitchen™ To Inspire Healthier Habits At Home And On-The-Go

**Weight Watchers Showcases Partnerships with Gibson Overseas, Inc., FreshRealm, LLC, and New Member and Brand Ambassador Chef Eric Greenspan at the 2018 International Home + Housewares Show**

Company Release - 3/8/2018 8:00 AM ET

NEW YORK, March 8, 2018 /PRNewswire/ -- Today, Weight Watchers International, Inc. (NYSE: WTW) ("WW") announced the launch of the WW Healthy Kitchen™: a collection of inspirational and innovative products, content and experiences designed to make it easier than ever to cook and eat healthier at home and on-the-go. Delivering on the company's new purpose to inspire healthy habits for real life, WW will unveil the WW Healthy Kitchen at the 2018 International Home + Housewares Show in Chicago, IL, on March 10-13 and showcase strategic partnerships, including:

- **WW Healthy Kitchen tools and products, developed in partnership with Gibson Overseas, Inc.:** To make it easier for people to incorporate healthy habits in their lives, WW has partnered with Gibson Overseas, Inc., one of the nation's leading producer of kitchenwares, to develop a new collection of branded kitchen tools and products—including more than 100 health-conscious items, from prep to cookware to storage. The WW Healthy Kitchen line of tools and products, which will debut at the show, will be available at retail stores at the end of 2018.

- **Healthy and fresh quick-prep meal kits available at grocery retail, created in partnership with FreshRealm, LLC:** WW is working with fresh food industry innovator FreshRealm, LLC, to develop and roll-out fresh and convenient, quick-prep meal kits and individual products at grocery retail in the second half of 2018.

- **WW Freestyle™-inspired recipes curated by new WW member and brand ambassador, Chef Eric Greenspan**: Chef Eric Greenspan, acclaimed chef and restaurateur, author and television host, has joined WW as a member and new brand ambassador. As a member following the WW Freestyle program, Chef Eric has developed several WW Freestyle-inspired recipes, including healthier versions of his delectable, comfort food-style fare. At the International Home + Housewares Show, he will host a cooking demonstration to showcase some of his favorite new recipes cooked with WW Healthy Kitchen tools and products.



"At WW, our goal is to be a partner to everyone on their pursuit toward healthier living," said Mindy Grossman, President and CEO of Weight Watchers International, Inc. "We know people today need the tools, inspiration and community to develop healthy habits in their day-to-day lives. Whether through a collection of delicious and satisfying recipes, custom WW kitchen tools, or fresh, quick-prep meal kits, we are delivering the solutions that make healthy eating and cooking accessible, easier, and simpler for all."

**Gibson Overseas, Inc.**
As part of the WW Healthy Kitchen, WW is launching a line of more than 100 products and tools – ranging from cookware to storage and meal prep tools – with Gibson Overseas, Inc.

Sample products in the line include:

- **Products that provide healthy, on-the-go options**, such as water bottles with built-in tea or fruit infusers, as well as storage and containers with compartments for easy, fresh food on-the-go

- **Tools to make meal prep simple**, including a pineapple corer; combo spiralizer/juicer; and cutlery sets with stainless steel blades and a non-stick coating, to make it easier to cut and slice vegetables

- **Products that help you cook healthier**, including nonstick pans with a new Teflon Platinum scratch-resistant coating and pour spouts to help drain away fats like oil and butter while cooking

- **Tools that encourage healthier portion sizes**, including measuring cups, mixing bowls and pots with internal measuring marks

"For generations, our mission at Gibson has been to provide customized solutions," said Sal Gabbay, CEO of Gibson Overseas, Inc. "It's powerful to know by partnering with WW to develop this distinct and superior line of products and tools, we will make a significant impact on people's lives. These products are simple, convenient and specifically tailored to help people eat healthier on their journey to health."

**FreshRealm, LLC**

In an effort to make healthy cooking accessible to everyone, especially those leading busier lives, WW is also working with FreshRealm, LLC, a leading innovator in the fresh foods industry. WW and FreshRealm, LLC will develop WW-branded quick-prep, pre-portioned meal kits and individual fresh food products, which will be available at grocery retail.

"There has been a shift in what people demand as it relates to the food they consume; people are busier so they want convenience, but they also desire fresh foods – whether they are on-the-go or at home with their family," said Michael Lippold, Founder & CEO of FreshRealm, LLC. "We're working closely with WW to deliver on all these points with a distinguished product line of healthy and delicious quick-prep meals."

**Chef Eric Greenspan**

With the new WW Freestyle program, people have more freedom and flexibility than ever before to eat what they love while learning the skills to help them live their best life. Chef Eric Greenspan has already seen success on the WW Freestyle program, incorporating healthier techniques and approaches to recipe development into his dishes.

"While I am the king of comfort food, WW Freestyle has taught me how to implement healthier choices into my dishes," said Chef Eric Greenspan. "The program is empowering and liberating, and the new WW Healthy Kitchen tools make eating and cooking healthier, fun and simple. You can't beat that."

The launch of the WW Healthy Kitchen follows an earlier announcement that WW will remove all artificial ingredients from products that carry the WW brand. Additional ways the WW Healthy Kitchen will come to life in the near future include the introduction of new kitchen products, content and experiences – from cookbooks to WW cooking classes – with a renewed focus on delivering healthy choices and inspiring healthy habits for real life, for everyone.

**About Weight Watchers International, Inc.**

Weight Watchers is a global wellness company and the world's leading commercial weight management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group meetings, members follow our livable and sustainable program that encompasses healthy eating, physical activity and positive mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the Weight Watchers approach to healthy living, please visit www.weightwatchers.com. For more information about our global business, visit our corporate website at www.weightwatchersinternational.com.

**FOR MORE INFORMATION, CONTACT:**

Brooke Theiss, Weight Watchers
212.817.4266
Brooke.Theiss@weightwatchers.com

C View original content with multimedia:http://www.prnewswire.com/news-releases/weight-watchers-launches-ww-healthy-kitchen-to-inspire-healthier-habits-at-home-and-on-the-go-300610393.html

SOURCE Weight Watchers International, Inc.