# EXHIBIT N

**S&P Global**
Market Intelligence

# Weight Watchers International, Inc.
# NasdaqGS:WW
# Company Conference Presentation

**Thursday, March 08, 2018 2:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ................................................................................... 3

Presentation ....................................................................................... 4

Question and Answer ............................................................................ 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Mindy F. Grossman**
*President, CEO & Director*

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

**ANALYSTS**

**Michael Lasser**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Michael Lasser**
*UBS Investment Bank, Research Division*

Good morning, everyone. I'm Michael Lasser. I'm the hardline/broadline retail analyst at UBS. It is my distinct pleasure to introduce Weight Watchers today. Weight Watchers and Mindy really don't need much of an introduction, but just in case, Mindy has been President and CEO of Weight Watchers since July of 2017. Prior to that, she served as CEO of the Home Shopping Network. And she's held executive promotions at Nike and Ralph Lauren. To my left is Nick Hotchkin. Nick has been CFO of Weight Watchers since 2012. One point I would make on Weight Watchers is that I don't know that there's been a company on this planet that's added as cool a talent in the last few years as Weight Watchers between Oprah, DJ Khaled and Mindy Grossman. With that, I'm going to let Mindy say a few words.

**Mindy F. Grossman**
*President, CEO & Director*

I don't know. I've never been put in that threesome.

**Michael Lasser**
*UBS Investment Bank, Research Division*

That's a pretty cool trio, right? Well, this should be fun. So Mindy is going to provide a few opening remarks and we'll get into Q&A. As a reminder, if you have any questions you want us to read into the conversation, please feel free to use the app and we'll do so.

**Mindy F. Grossman**
*President, CEO & Director*

Well, thank you for the introduction. I'm glad to be here. So as you said, I've been at the company since July. But more importantly, why did I leave where I was to join the company? I've been spending a lot of time the last couple of years in my prior position really thinking about: Where is the consumer going next? What is happening with technology? And started speaking on this idea of technology plus meaning equals healthy people live more connected lives and that's the brands of the future. We're going to have to do that and they were going to have to have purpose and they're going to use technology to create meaning, which took me very much down the path of health and wellness and started thinking about how we were going to pivot in a retail business to significantly focus much more on things like health and wellness and sleep and eating and all these things. And so when I looked at Weight Watchers and I looked at this brand that's been around since 1963 and unequivocally has the best product on the planet for helping people eat healthier and lose weight, but saw this incredible opportunity for this brand to now transform from just wait to a more holistic point of view on health and wellness and helping people lead more connected, healthier lives and being in a community that's going to do that. So now that I've been at the company, I believe even more than the outside looking in, that our opportunity is significant. But more so than significant, if we do what I know we can do, yes, we will have a great financial return on equity, but the human return on equity that we can have for people is profound.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Michael Lasser**
*UBS Investment Bank, Research Division*

Doing well by doing good. You recently said, interestingly, that if Amazon is for shopping, Netflix is for media and Spotify is for music, Weight Watchers is for wellness. How do you create that association especially amongst this fickle consumer set that it's hard to capture attention?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. Look, our most personal and critical device that we have is our mobile phone. And it serves not just as a device, but your go-to for the things that are important to you. And we believe that as we transform our business from weight to wellness, there's no beginning and end right? So we want to be part of the journey of helping people continue to lead healthier lives, and that's ageless, right? What healthy means to you at 20, what healthy means to you at 40, and what healthy means to me at 60 are very different things. So how can we give you the tools of what should go in your body, how should you move, how you should think, how do we inspire and engage and educate, and more important, how do we give you a community? If you think about Weight Watchers when it first started, it started around what you eat to be healthy and it's built community. It started in Jean Nidetch's kitchen. And today, just to give you a perspective, we, of all of our members, all our members, they start with a digital platform. I think there's some misnomers out there that there are digital people and physical people. Everyone is a digital person. And Connect, which is our digital community within our app, is incredibly powerful, which is why we're probably one of the few companies that has as good a retention within our digital assets as in our physical assets. But then we also have 30,000 meetings a week, of people wanting to come together. So being a technology experience company with a human-centric overlay and community at the core of what we do, that transcends age, gender, race, ethnicity, life stage. So the amount of people that we can touch is significant.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

That's right. It's kind of bringing the richness of Weight Watchers' experience into the digital world has been a large part of our recent success. Mindy mentioned Connect. Also within our app, you have 24/7 click to chat, live coaching, but via text with a meeting leader who's been in your shoes, and that's really helping our digital growth also.

**Mindy F. Grossman**
*President, CEO & Director*

I mentioned that from its core, it was about the programmatic side of science and food and science is behind everything we do, community. But today, because of technology, personalization becomes a significant asset for us. And so the more we can invest in personalizing that journey and using the data to do that, the more integral we become to someone as their partner in health.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And where are you in that personalization journey today? Like, what -- as a member, what would that -- what would be personalized for me? And then, what is your vision on where you can go with that?

**Mindy F. Grossman**
*President, CEO & Director*

We've done a lot of good work, but we're actually in what I would say nascent stages of what we could ultimately do. Today, we customize your food program based on your gender, your age, your weight, et cetera. And we also customize your activity program to the point of what activity points you should

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have to support you and weight. In the future on what we're looking on and we keep adding additional elements is we want to be able to anticipate when you're stuck, right? We can know through, whether it's AI and data, when you stop tracking, how can we prompt you? How can we keep you on that journey more effectively? How can we use more data about you and what you like to do to prompt different activities and know when to do that? So ultimately, I want each person to feel like it's their WW. And it's been personalized for me, and in addition to that, I can even personalize my communities that I want to interface with.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Yes. You recently laid out some goals. You talked about $2 billion in revenue by 2020. Now this is in the context of a $65 billion market, so a fraction of really the potential opportunity showing how much potential upside there could be. So as part of your expectation, are you expecting to gain share? How fast do you think the market is going to grow over that time?

**Mindy F. Grossman**
*President, CEO & Director*

So let's first talk about the market.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Yes.

**Mindy F. Grossman**
*President, CEO & Director*

The market is $3.7 trillion. That's the wellness economy. When I think about our competition, and I get asked this all the time, our competition are people thinking they can get healthy themselves. It's not diet companies. They're out there and -- but what we want to do, about 5% of people use a commercial weight loss program. I really want to focus on the 95% of people that I can be the partner with and I can help. And I think that's really important that people understand who we are and why we're different and what we can accomplish. We spent the last 8 months or so, that we had a presentation in February, and announced where -- both our purpose. We inspire healthy habits for real life, for people, for families, for communities, the world, for everyone, and we believe that to our core. We're going to build that on our science, our community and personalization. And then we said there are bold moves that we're going to make. So by the end of 2020, we have goals for our brand, our reputation and our business. And in understanding the scalability of this business, if we achieve those goals by the end of 2020, the map starts working from there more geometrically. And we're being very strategic on how we do that. And we're also measuring our KPIs and we want to do that in a very specific way. It's not just reaching a revenue goal; it's understanding how are we diversifying our customer base. How are we being perceived as a wellness brand versus a weight-loss brand? How are we expanding our business across not just membership and retention, which obviously is still going to be the lion's share of our revenue by then, but we have a big opportunity in product. Certainly, I've got a lot of background in that and I think we have a real credible opportunity in the areas of healthy kitchen, in the areas of wellness travel, in the areas of wellness tech. And how do we maximize that and have it all ladder up?

**Michael Lasser**
*UBS Investment Bank, Research Division*

And you had some early success. The fourth quarter results were very good. Stock has been a beast, in part because of Mindy Grossman. Give us a sense of the early wins. What drove the results that we saw in the fourth quarter? And what do -- how do you see the path playing out from here to get to some of the goals you laid down for 2020?

**Mindy F. Grossman**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So I mentioned sometimes when you come into a company and you're talking about transformation, the first thing you kind of have to fix is your product. We have an unbelievable product. It's #1 globally. We have years and years of science, have an incredible Chief Scientific Officer. We have a scientific advisory board. We publish our own white papers. And so the development of Freestyle in the U.S., Liberté in France, et cetera, which is our newest program, is our simplest, most efficacious and most successful program in the history of the company. So certainly, that has driven a lot of momentum and in particular, coming into 2018. And we want to be known for agile innovation within what I call the programmatic areas of business. And so how do we take that and go beyond just food and into areas like activity and mindfulness? So that was a big element. I think the second thing, and Nick said it before, we truly are a technology experience company. And if you came into our offices in New York, San Francisco, that's what we are. The fact that we have the human aspect of it makes it that much more powerful because human-centricity is core to what we do. But the digital tools that we've developed over the course of a number of years are fantastic, so we can just build on top of them. And I think the third piece is when the first evolution of Beyond the Scale came out, we started the evolution of our content to have a different conversation with our audience and make it more holistically. So if you went into even within our meeting environments, where 5 years ago or 3 years ago, they'd be talking about diet and food, today they're talking about mindfulness and they're talking about the impact of sleep and they're talking about what this activity mean. So I think it's a combination of all of those things. And then I would say a fourth thing. I am very impressed by the people in the organization. Everyone there not only feels that they have a job, but they feel they're really creating human impact. And culturally, that's a very powerful thing. It's a powerful thing to attract talent, and it's a powerful thing to retain talent even through some difficult times. And if you add those up, culture, science, technology, human-centricity, those are pretty, pretty great equations.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Just to add to that. I'd say hearing from Mindy, clearly, that our growth is driven -- it's not driven by one thing, it's driven by many things across the board and that's why you see our growth is global. The return to growth in North America in '16, that growth became global in '17. And with the guidance we gave on February 27 for '18, you see that revenue guidance, mid-teens in NoA, North America, and the U.K.; low 20s in Continental Europe. So the improvements to our business are resonating globally and that's why we've got such a good platform to kick on and do the things that Mindy has described to continue to grow our revenue base.

**Michael Lasser**
*UBS Investment Bank, Research Division*

You have a great story to tell. How do you do it? How do you attract customers and tell your story in an economically viable way at this time when there's a lot of distraction out there? Like you said, the competition you're facing is just someone to move more, eat less, so they may not be motivated to join a program. What -- you've been a brilliant marketer throughout the career. What are the challenges that Weight Watchers is facing to acquire new customers and feed the system?

**Mindy F. Grossman**
*President, CEO & Director*

This is kind of how a marketer's dream.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Yes, I bet.

**Mindy F. Grossman**
*President, CEO & Director*

The power of storytelling and the power of what we can articulate in marketing, one of the things I love about Weight Watchers, somebody who's worked for lifestyle brands all their life, I got to the point where

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I said that the 2 most overly used words in retail are lifestyle and experience. Everybody wants to be a lifestyle brand. Everything is a great experience. What I love about Weight Watchers is we're about livability. We're about really giving people tools that fit into their life, with their families, with their friends. There's nothing you cannot not eat on Weight Watchers. And if you go in Connect, in our platform, there's 3 common themes that exist. And you can share. Number one, food, excitement about food. Now it seems oxymoronic, but because you can eat all these interval foods, people are sharing recipes and ideas and food and pictures; the second thing is success stories: I'm transformed, I feel healthy, I feel great; and then the third is people inspiring others who have been through the journey to help themselves. These are 3 of the most powerful marketing vehicles in today's world. Ultimately, you want shareability and you want to be able to storytell, and that's what we do. If you look at our marketing and in today's world, you will see evolutions in our marketing. The years past, where it was just big TV ads, go for recruit, it's much more dispersed today across so many digital channels and media, et cetera, that we have that many more platforms to be able to do that. I think another thing I feel very strongly about is the ability to use influencers to help share that story. So for example, we have 200 ambassadors around the world that came out of our Connect platform that have their own social followings and their own stories to tell. And for them, it's not about getting paid; it's about being recognized for their social influence. But there's other ambassadors as well. So for example, we just announced today -- I'm going from here to Chicago. We're doing a big event at the Chicago Houseware Show -- and we launched with Fresh Realm, that we will have all fresh meals to put together at home, very quick meal prep as well as single meal, called WW Fresh, that we'll be launching in grocery in the back half of the year. We're also launching a very significant product line called WW Healthy Kitchen with Gibson, over 200 SKUs, 100 products, all created to help you cook healthier within your kitchen, and it's part of our efforts to own the Healthy Kitchen in product, in content and in all areas. And then we've announced Eric Greenspan as our first chef ambassador. Eric was known as the king of comfort cooking and really now aims for himself to be healthier. So he's created recipes, and we're creating video content for him with the Gibson and other products that we're creating. And then we have DJ Khaled, who's been an incredible partner and ambassador. And what was important to him is that he gets healthy for his son and his family. So what's inspiring me even more is he's realizing it and inspiring other people to get healthy. So we are part of his 20-city tour with Demi Lovato. We have an extended semi kitchen truck that's doing pop-ups in every area and appearances. And we have been -- it's all been about Freestyle food, that his chef made the recipes. So that's another element. And then particularly in the U.S., we have certainly utilized Oprah in our marketing. So we see influencers, authentic influencers, who truly want to partner with us to have an impact on the health of the world. This is not about celebrity endorsement by any means. We're a very different approach. Also, if you look at what we are doing, which is very different, the days of hiding somebody in the closet and having them jump out and they've just lost 50 pounds and they throw their pants off, you will never see that from us. You will see journey and you will see livability and you will see real life. And that's what people want today. They want authenticity. So I think we have a great opportunity. We just hired our new Chief Brand Officer, Gail Tifford, from Unilever. She was one of the original architects of the Dove campaign. She was one of the cofounders of #SeeHer, about the girls and women in media. She has a real experience across food, across personal care, across beauty and big networks. So we're excited to continue to transform the business.

**Michael Lasser**
*UBS Investment Bank, Research Division*

You got to see this food truck. It's a food 18-wheeler, not a food truck. It's great.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

I'll just tell you. She didn't mention, Michael, being with Weight Watchers for 6 years, the level of integration across our marketing channels. Since Mindy's arrival, you saw that in our winter campaign. It's quickly ratcheting up to another level. And if you think about our business model, for a subscription business, over 80% of our revenues come from subscription. So by increasing the value we offer in a way that Mindy has described helps us in 2 ways: brings more people into the brand and is more likely by offering our members value that they stay with us longer. And one of the things I liked most about 2017 was in November, being able to say that our average length of stay had upticked to over 9 months in our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

program. That's a key driver of our business model and why we're so focused on initiatives to increase length of stay.

**Michael Lasser**
*UBS Investment Bank, Research Division*

So should we think about, in light of all the things you have going on from marketing side, your marketing spend going up to support, especially the lifetime value of your customer growing?

**Mindy F. Grossman**
*President, CEO & Director*

I would say, as a percent of sales, it won't. We will be more strategic and, I believe, efficient on that marketing spend. And I think the teams are also looking at the cadence of that spend. Traditionally, when we were just thinking diet, a very significant proportion of that spend was in the first quarter. And it's still kind of Pavlovian: It's January, it's going to come out. But we believe that people want to be healthy 12 months a year. We know that supported by Google Search. And we said we're going to really look at other time frames where we can look at some different things that we can do from a marketing rent. So this summer, globally, we are launching what we're calling Summer of Impact. So in the U.S., there will be Summer Freestyle, et cetera, and we're really going to celebrate family, food, healthy, fun, and bringing friends and family together, along those lines. So we're excited. It's going to give us the opportunity to test a lot of new things that we can then utilize for when we go into next year's season. And so I think you'll see us starting to post more throughout the year. And the more we test and learn, the more we can maximize the efficacy of that marketing spend. The beauty of digital marketing is you really have agility. And so the more we can test and the more we can learn, and I think the teams have really evolved in that regard.

**Michael Lasser**
*UBS Investment Bank, Research Division*

It's interesting you say that because the legacy Weight Watchers has been thought of having a lot of dependence on the first quarter and a lot of dependence on new introductions to the program. So it sounds like what you're seeing is, look, we're trying to take out some of the volatility and dependence on the first quarter and some of the volatility and dependence on new program launches.

**Mindy F. Grossman**
*President, CEO & Director*

But we're always going to want to see increases in our first quarter, right? It's still key. But what we want to do and how we're going to measure is the percentage increase in the other quarters where we've not necessarily put traditional marketing. So I think that's important. As far as the program goes, what I love about Freestyle is it's becoming a brand on its own. Actually, DJ Khaled even has a dance, so, yes.

**Michael Lasser**
*UBS Investment Bank, Research Division*

We won't ask you to display that dance that he's got now.

**Mindy F. Grossman**
*President, CEO & Director*

No, I'm not, I'm not, I'm not. So I love this idea that we've really adopted around agile innovation and how do we really listen to our members and continuing to give them what's going to make it easier and more efficacious to them. So I do believe we have runway to further maximize Freestyle but will absolutely continue to innovate it.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

How are you doing from a demographic perspective? Weight Watchers is kind of thought to be an older female. The key to success from here is really for you to tap into new demographics. Where are you imagining it?

**Mindy F. Grossman**
*President, CEO & Director*

So today, we're still about 90% female. But the reality is that becomes a self-fulfilling prophecy if you only market to a particular segment. So we're looking at diversity across all platforms, so age, gender, ethnicity, race, and then obviously, it depends by country, geography, but I feel very strongly about we have an opportunity with life stage. It's when people look at new things or in different places. So how do we galvanize young moms? So where do young moms go for information? Other young moms. So how can we build mom communities? How do we look at the segment where kids just left home and now it's more time for you and you want to get healthier? So we're measuring against all segments. It's been interesting, someone like DJ Khaled, when you see kind of his following, it certainly exposes us significantly to a younger, more diverse audience. And the most important thing, when you're looking to move a brand forward, you have to become part of the cultural conversation, even before you may see the numbers on a piece of paper, and we're seeing that happen. And if you look in Connect in particular in our digital assets, you'll see a more diverse environment. So we will have continued efforts there.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

As you think about in this new world of integrated marketing with the importance of digital and social, as we look at expanding our reach to broader audiences, it's not that long ago that if we wanted to try to attract a very different audience, it would have been a separate TV campaign and that would have been our main vehicle. Now we have so much more flexibility of vehicles to work on attracting different audiences.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. You're not going to see Weight Watchers for Men. That's not -- but you will see, even in -- we're in the process of working on our spring and developing summer campaigns, you will see more diversity within those campaigns, which I think is very important.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And can those campaigns attract millennials, given the differences of that population?

**Mindy F. Grossman**
*President, CEO & Director*

As I mentioned, there's a -- diversity is across a lot of different platforms. But what I find is that there's millennial to age and millennial to mindset. And you really had to sit back and go, what's important? Because what's important to millennials, a lot of that's also is important to other people. So how do we find the commonalities? It's no different than how we think of ourselves globally. What are the commonalities that exist in humans, no matter wherever they are? And how do we make sure that we're understanding that and creating products and programs for that? But then, how do we localize it so we have relevancy within those other markets?

**Michael Lasser**
*UBS Investment Bank, Research Division*

And there has been a proliferation of apps and different stuff to capitalize on wellness trends and digital trends. Have you noticed that it's more difficult to reach that younger demographic because of the crowdedness of the marketplace? Or Weight Watchers is so different that it doesn't matter?

**Mindy F. Grossman**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

I believe you value what you pay for, if in fact you get value, right? So our role and you open with we want to be the app for that, right? If we provide value that people recognize and we become that partner -- I mean, when you think about the cost of a digital membership, for example, that's a high-priced smoothie, right? So if we're going to give day-to-day value to people and be their partner, that's well worth it and then give them a content.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Interestingly, you mentioned smoothie because it reflects the fickleness, the changes that can quickly materialize within the wellness space. Smoothies come, cycle training, Barry's Bootcamp comes -- you can have the decision path of, do we follow waves' path or do we just choose our own and go with our own path? It sounds like you'll be mindful of those trends, but you've got a path that you're going to go down.

**Mindy F. Grossman**
*President, CEO & Director*

You have to be mindful of trends. But what's happening right now, there's -- I keep calling it the paradox. So I mentioned before you have this $3.7 trillion wellness economy. Everybody is talking about health and wellness. Nobody wants to use the word diet. And nobody is getting healthier, world is not getting healthier. There's also a scenario where there's this belief that wellness has been somewhat elite. We want to democratize wellness, and it's this wellness-for-all that's very important to us. And we -- everybody asks me who our customer is and I said, "I don't know, people with bodies," right?

**Michael Lasser**
*UBS Investment Bank, Research Division*

There's a lot of them.

**Mindy F. Grossman**
*President, CEO & Director*

There's a lot of them. So how can we provide that? And then importantly, in terms of what responsibility do I feel that we also have from a social point of view is we really also want to help underserved communities get healthier, and we want to partner with other businesses and brands, who, together, if we apply our strengths and our assets, we can have an impact on what is a health crisis around the world.

**Michael Lasser**
*UBS Investment Bank, Research Division*

We got a question from the audience: How are you allocating marketing spend across traditional and digital channels? And where are you seeing the best return on investment? You mentioned using social media. What's the distinct value proposition of each social media platform, Facebook, Instagram, Snapchat?

**Mindy F. Grossman**
*President, CEO & Director*

Okay. So you will see, and you have seen, that we have had more shifts in spend into digital channels. We still believe in television appropriately. And I don't even like -- coming from a former television network, I don't even like to call it that. Let's call it magnified digital content because it's not just used in broad base. It's the same thing as using your digital channels, but it's all the mechanism on where your broadcasting that. So today, though, you also have more tools at your disposal to measure the efficacy of TV, where you only used to be able to do that in digital. So we are very test and measure, and that discipline around data within the organization will continue to be heightened. As far as the social channels, we are a community-based organization. So social platforms are great. Facebook is a great global partner, Instagram -- so it's not just our internal social platforms, it's our external social platforms. And then in the future, where else can we have our content where we can put video and lifestyle content? So whether that's a Well+Good

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

or a POPSUGAR, we have a lot of partners that we can leverage and it's because we have storytelling content.

**Michael Lasser**
*UBS Investment Bank, Research Division*

What are you seeing in the trend of customer acquisition costs?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

While we are spending more marketing dollars this year, last year, we spent $201 million, we've guided to $240 million. As Mindy said, it's in line on a percentage of sales basis, but investing more in digital than social. With such a wonderful response this winter to our Freestyle program and the growth in gross adds or recruits that we're seeing, costs per customer acquisition is coming down.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And one of the beautiful elements of the Weight Watchers model, it's very scalable. It's got wonderful return on invested capital. As you work towards your goal of $2 billion of revenue, how should we think about margins scaling during that time?

**Mindy F. Grossman**
*President, CEO & Director*

Actually, coming from retail, this is beautiful.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

This is wonderful, right? This is such a high incremental margin, low CapEx, highly cash-generative business model. And that's why on February 7, when we laid down our multiyear goal to $2 billion-plus revenue by 2020, we also said that we expect it to grow our earnings at a faster rate than the growth of our sales. And we saw that last year, our gross margin leverage was 270 basis points. We've guided to about 300 basis points this year, with continued growth and a rich online mix. There's certainly a leverage in our gross margin line. And after that, it's all about investing sensibly and responsibly to drive the business across margin and G&A. And we'll invest for future, future growth while keeping a tight lid on all discretionary costs.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And where do you see the big buckets of investments that are necessary for Weight Watchers?

**Mindy F. Grossman**
*President, CEO & Director*

We will continue to invest in our digital assets.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Yes. The people? Systems?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. We just announced we're opening a fabulous new office in San Francisco around Labor Day because we know we have to go from being a technology company as well as attracting talent. We'll be expanding their as well as in New York and in Europe. That's talent that we need for expanding the ability to personalize our journey, investments in Connect, investments in data, AI, voice, everything that can

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

create the experience. And then we will have investments in elevating and making our physical and human-centric communities more powerful, but that will be over time. And then we're going to invest in our brand. I mean, those are really the key areas of the business.

**Michael Lasser**
*UBS Investment Bank, Research Division*

So you've got a good story. Looking out over the next couple of years, based on your observations, based on what you know, what are the risks that could stand in the way of you achieving the goals that you set out? What should we, as an investment community, be mindful of?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. Look, there's risk in every business, right? So I don't take competition lightly. I don't take technology lightly. I always think and I'm a big believer that your biggest risk as a company is not taking risk and not be willing to disrupt yourself to keep moving forward. And so we have to make sure that our culture is nimble, that our culture is accountable, that our culture is a culture of innovation, a culture that's using data to make informed decisions. And so that has to be our maniacal focus.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And you should have a good amount of free cash flow. How are you going to deploy that free cash flow over the next 2 years?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes. Look, in terms of our debt-to-EBITDAS ratio, we've seen rapid improvement in our balance sheet down to full leverage turns from the start of '17 to the end of '17. So about 5x levered today, with the -- in line with our guidance and, what we said, about $450 million of EBITDAS in 2018. We've got ample capacity to continue to invest in our business and our stated capital structure priorities to continue to improve our balance sheet, where we've said that by year-end '18, we'll be below 3.5x debt-to-EBITDAS leverage, which is, frankly, getting to our long-term goal well ahead of schedule.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Well, good. It's been a great conversation. Please join me in thanking Nick and Mindy on a really interesting story.

**Mindy F. Grossman**
*President, CEO & Director*

Thank you.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.