# EXHIBIT T



# Weight Watchers International, Inc.

## NasdaqGS:WW

# Company Conference Presentation

## Thursday, May 17, 2018 3:40 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

Call Participants .................................................................... 3

Presentation .................................................................... 4

Question and Answer .................................................................... 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Nicholas P. Hotchkin**
*CFO, President of Emerging
Markets & Operating Officer of
North America*

**ANALYSTS**

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research
Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Okay. Good morning, everyone. I'm Christina Brathwaite. I work under Andrea Teixeira covering household and personal care products. So right, this morning, we have the CFO of Weight Watchers, Nick Hotchkin. He's been the CFO since 2012 and we've figured since it's a slightly different story than what you've been hearing over the last couple of days. We give Nick a few minutes to explain the overall story. So if you'd like to start.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*
Thanks, so much for having us, Christina, and hello, everybody, and let me also introduce Corey Kinger, who runs Investor Relations for us. It's great to be here at this Technology Conference. And frankly, just by being here, it reflects the fact that Weight Watchers is such a fundamentally different company than we were when I joined in 2012. We're a technology experienced company that leverages our expertise in science and community to inspire healthy habits for real-life. And to give you a bit of background, we've got 4.6 million subscribers who all have access to our digital app and our online platform. And in terms of those subscribers, where a monthly membership subscription model, 80% of our revenues comes from those subscriptions. We've executed a broad transformation to stabilize the company and return it to a sustained growth. And our new CEO, Mindy Grossman, joined us last July and with Mindy at the helm, just really getting started in terms of realizing the full true potential of this brand.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Thanks. So if we could actually go on to the accelerating growth that you've seen. So revenue was down to 20% in 2015 and then expanded double-digit since then, up more than 24% in the first quarter of 2018. Can you just walk through the drivers of acceleration there? And what's been the key driver of success for you guys?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, and happy to. It's been a fascinating case study and transformation, and it's clear to see that the business has great momentum, and frankly, we've got the same great business model we have always had high margin, highly cash generative, now with the best cost structure we have ever had. Multifaceted transformation returning us to such a solid sustained growth. I'd highlight a few things where we are now versus where we were. The shift in strategy from diet to wellness was essential. And now we not only offer a healthy, livable food program, but increasingly offer value to our members in fitness or activity and positive mindset. Creating a leading mobile first-tech platform and world-class digital app was crucial to our journey because it allowed us to bring the magic of Weight Watchers into the digital space, community versus our embedded Connect social network in the app, and inspiration and support by our expert 24/7 click to chat from our meeting leaders. The other thing I'd point to is innovation, agile innovation, we were externally focused not insular as we perhaps used to be. In particular, innovation, our food program that people follow when they're on the program, the food algorithm that nudges people towards healthier choices. We've recently launched WW Freestyle that allows people to get the same great weight loss that they've always gotten on Weight Watchers program, that -- does it in the most livable way ever, and people are really responding well to 200 zero point foods on our current program that we launched in December.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Can you talk a little bit more about the Connect app and just get people kind of more familiar with what it is? How it's increased retention rates for you all? And how it's kind of helped you drive growth?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, it's a big part of our great new digital platform, and to give you some sense of the numbers, we've got 1.3 million unique members every month sinking into Weight Watchers using a fitness device. We've got 1.7 million members using Connect, 2.5 million members using our proprietary barcode scanner to help guide their healthy choices. And in terms of food tracking, people track food 260 million times a month. 260 million times to engage with us. Connect has been a special part of that, and imagine it as a Instagram style feed embedded within the app. So it's a private, trusted, safe community social media network embedded within our app. And the way people use it to share success on the program, to share tips on the program, to inspire others and to celebrate success is really quite remarkable. And it's probably been the biggest driver of our success in not only ending Q1 with 4.6 million record number of people in the brand, but a key driver of our business model, not only how many people we recruit, but how long they stay. Retention is at record levels, well over 9 months. And adding features, value-added features like Connect has been the biggest driver of that.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On that retention point, are you seeing shifts in your demographics in terms of who you're retaining more, is it retention across the board? And what are you seeing there and the key drivers of the improvement in retention?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Retention have been such a sticky metric for all the 6 years, I've been at the company, and before we're talking about retention in the 8- to 9-month range. As we've introduced features like Connect and also had success introducing more initial long-term commitment plans, 25% of the people who joined us in Q1 in the U.S. joined for initial 6-month stay, it's certainly helped us build retention. And going forward, as Mindy likes to say, we'd like to think of us having retention goals in terms of years, not months going forward. To demographics, we're certainly attracting a new population to Weight Watchers as we move forward and that's probably one of the biggest opportunities that we have to bring new audiences into the brand. Right now, our membership base is about 90% women, for example. But in Q1, certainly saw growth across all demographics, including man. And with the new digital marketing tools and social media marketing tools that we have, we got a great platform to attract new broader demographics to the brand.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And can you actually expand upon the male population within your customers? So recently, you've hired on a few new social media influencers who are targeting men specifically. Are you looking to shift demographics at all in terms of your customer base and how are you thinking about that longer term?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, I think we've definitely got an opportunity as we elevate our brand with Mindy leading the company to -- not only to continue to attract people who've done Weight Watchers before, but to attract new people to the brand. And you mentioned the broad influencer strategy that we have, new voices on the brand like Kevin Smith, like Chef Eric Greenspan, like DJ Khaled and obviously, with Oprah Winfrey, who we entered into a strategic partnership with, in October 2015, with her as an ultimate influencer. Getting new voices on the brand is making a difference. Typically, 2/3 of the people in our program have done Weight Watchers before, 1/3 of the people are new to the brand. In Q1, in the U.S., that 1/3 ratcheted up to 40% people who joined us were new to the brand. I think that shows the power of the new integrated marketing messages we have. And broader audiences, young moms, brides to be and men very accessible through new marketing channels, including digital marketing.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And on that marketing, so the Summer of Impact campaign, can you just explain a little bit, where it is, how it shifts your marketing cadence a little bit and your thoughts for in terms of smoothing out the seasonality of your business and how that should look longer term?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, it's a good point. Our business does follow a predictable seasonality. 40% of the people who join us do so in the first quarter. But frankly, historically, that's where we've focused our marketing spend and not a very efficient marketing model, though in Q1, the ratio of subscriber value to cost per acquisition was 5x, the highest it's been in years and we're leveraging that expertise and marketing efficiency into this Summer of Impact campaign. People want to be healthy year around, not just with the New Year's resolution. And so we're taking the opportunity to be much more visible in the Summer, both in our marketing and in our other channels to celebrate food, family and fun and be much more visible globally this summer as we continue to build our brand and our momentum.

**Christina Marie Brathwaite**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*JP Morgan Chase & Co, Research Division*

And then just to put some numbers behind it, so the 2020 revenue target for $2 billion in sales versus $1.3 billion in 2017. Can you just talk about the key drivers there? How much of it is improved retention, new customer acquisition, expanding into new markets? If you could put some quantification around there that it would be helpful.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, absolutely. So going from $1.3 billion in revenue in '17 to above 2020 -- above $2 billion in 2020, I would say about 80% of that growth will be driven by continued focus on recruitment and retention and broadening our audience reach in our existing markets. Other growth levers we have include products and licensing and partnerships, especially as we get into more activity and positive mindset opportunities with our brand. And then we have an opportunity in B2B or healthcare. It was a huge need in the employer market. It's only about a $60 million business for us today. And then if you look at our other opportunities, we're an international company, about 70% of our revenue comes from North America today, our other largest markets are U.K., France, Germany, Australia. We have a very small business in Brazil. Other than that, we're not in Latin America at all and we're not in Asia Pacific. So as we're building the capabilities for longer term international growth as part of our strategy. Also, we kind of laid out brand goals and number of people in the program goals in addition to those financial goals in 2020. We said that we want to grow to be 5 million people in our program by 2020, 5 million people engaging in the brand in different ways. We ended this quarter with a 4.6 million people in the brand. Given our normal seasonality, we'd expect to be at about 4 million people in the brand at the end of the year. That's what I reported on our last guidance. And flat 4 million would be well on the way to meeting that 5 million goal because I'm sure you'll recognize in terms of momentum to the flywheel of the subscription business that we know that if we meet our 2018 goals, we've got a tailwind heading into 2019, given the flywheel of the subscription business.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And then can you talk a little bit more about the B2B business? It's something that don't actually -- haven't provided much color on usually, but what's the opportunity there and can you talk about what your existing business is within that market?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, it's about a $60 million business today. So a fairly small business compared to the opportunity. We already have good relationships with major corporate players globally, where we give, for example, in United States by 200 corporates access to WW for their employees. So perhaps our biggest success so far is a wonderful partnership with the City of New York, where we're working with the municipality to provide Weight Watchers at subsidized rates to both their municipal employees and their retirees. And so this is a great opportunity for us in B2B, but I guess that the lion share of our growth to 2020 from continued gross adds for recruitment and retention gains on the B2C side.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Okay. And then within the 2020 targets, in terms of revenue, how are you thinking of the core meeting-only customer versus the online customer and that shift there?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, when you look at our 4.6 million subscribers today using the United States as an example, where people pay $19.95 a month to access all of our digital tools and 1.6 million people within that 4.6 million pay a premium of $44.95 a month to access face-to-face group meetings in the United States. Both are

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

critical businesses to us and we're thrilled that in addition to being global with Continental Europe been our fastest-growing market right now at 26% constant currency growth in Q1. In addition to being global, I'm thrilled that our growth was balanced within that 20% constant currency growth online, where digital growth is 37%, that premium price meetings business grew at 12%. So both businesses are important to us. Both have a wonderful incremental margin profile. And I'd expect our online business to continue to grow faster. There's a natural larger market as we all use our smartphones so much, but we're actively piloting different meeting experiences to attract those broader audiences I talked about.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And then can you actually circle back to pricing a little bit? How do you think about pricing initially? And are you able to raise it annually? Or how do you think about pricing longer term for both the online business and the meetings business?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Look for such a high incremental margin business, and you see that in our flow through of sales growth to profitability. So in 2017, we converted every dollar of incremental revenue to $0.56 of incremental operating income. Now with such a high incremental margin business, being as per subscription pricing and promotion is important to us. And we do a lot of learnings and testing on the behavioral economics to get people to join our brand and to also often -- offer incentives for people's initial month or 2 of stay since we know on average they're going to stay with us for well over 9 months. Pricing strategy overall, it's about adding value for the price we charge, adding features like enhancements to Connect, like our first as part of Summer of Impact, first opportunity embedded within the app to invite a friend to join you on your journey because we know people do better on our program, when they're not in it alone. And later this year, something I'm very excited about launching our first rewards program embedded in our app. And rewarding people not for how much they spend with us, but for the behaviors they take to help them on their weight loss journey. So I wouldn't expect to see us raise price, but consistently I'd expect you to see a strategically focus on adding value for our members. And this strategic platform of wellness is such a strong platform for us to add value to our members across not only our food program, but across actively and positive mindset,too.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Okay. Can you talk about the gross margins on your online business versus your meetings business and the incremental dollars there in a little more detail?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, both are great businesses, to the point that I'm pretty agnostic as to whether or not somebody chooses to join us in meetings or versus online. The online business all in has about a 80% gross margin, meeting business about a 40% gross margin. But recall that meetings member is paying 2x a month versus a purely online member. So both businesses are terrific contributors to our gross profit contribution. And now, in 2017, I think the percentage of our gross profit driven by online subscriptions was 48%, driven by meeting subscriptions was 38%. So both are important businesses to us.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And then, as you know, the online penetration continues to expand. You have the natural tailwind, mixed tailwind. Historically, your gross margins peaked around 59%. Can we see gross margins expand beyond that? And is there a natural ceiling that we should be thinking about?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I don't think there's a natural ceiling, and you're seeing with momentum that our revenue growth leads to gross margin expansion. So 430 basis points gross margin expansion in the Q1 -- on top of almost 300 basis points of gross margin expansion in 2017. 2 key drivers of that, the richer online mix is a factor as you've said, but also we have continued operating leverage in the business as you're seeing in our gross margin momentum. So with revenue growth, I'd certainly expect gross margin expansion to continue. And then because as you'd expect joining the transformation after initially taking $250 million of cost out of the cost structure, since then we've been managing marketing and G&A sensibly and so that while we're investing in the business, we're keeping marketing and G&A pretty flat as a percentage of sales. That's the basis on which we've said we're very comfortable not only having a target of $2 billion plus in sales, but as we work to get there as we aim to get there, expecting to have a rate of -- our profit grow at a faster rate than the rate of sales growth. So certainly expect margin expansion as we continue to grow.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And on the cost reduction, that was done historically. So $250 million, are we taking out of expenses? Can you talk about where you found efficiencies? Are there more on the horizon and how should we be thinking about that?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, it looks like $250 million like I mentioned that 5:1 ratio of subscriber value to cost per acquisition. It shows that kind of we're much more efficient than we used to be in our marketing spend and marketing spend at about $240 million today, way down from historical highs of over $350 million in 2012. And that's a better mix of working versus nonworking media and make mix shift from TV to digital and other channels that I'd expect to continue.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

How much currently is digital as a percentage of your real marketing spend? And how should we be thinking about that?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, digital marketing spend overall -- it's continuing to grow. I'd say the biggest piece of our spend right now is TV and production costs that are well over 50% of our spend. Digital is the next biggest component.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And should the TV spending continue to kind of come down, especially with influencers or I guess that'd be flat?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

I think as we use digital and social and influencer channels more effectively and also seeing the macro societal shifts impacting TV viewership, I'd expect our mix -- channel mix to continue to shift, and I think we have some good opportunities there to continue to be more efficient in our marketing spend.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Okay. The significant years of building out the platform for online is kind of behind you at this point. What -- where are the key levels of -- are next steps of investment from here? How do you think about that?

**Nicholas P. Hotchkin**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CFO, President of Emerging Markets & Operating Officer of North America*

It's a good question. We've been investing along the way in talent and I should add that Mindy has done a great job of attracting new talent. Since she has joined, Gail Tifford from Unilever to be our Chief Brand Officer, Michael Korcuska from LinkedIn to be our Chief Digital Product Officer. So we've been investing in talent along the way and we're really continuing to invest in our tech, in our product capabilities and platform to drive value proposition with consumers. We had 430 basis points of gross margin expansion this quarter. It would have -- probably have been over 500 basis points if we hadn't been continuing to invest in the business and our future.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And then, when you think about your balance sheet, the significant kind of cash flow that you have been generating, what are your priorities going forward?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, look, such a high margin cash-generative business that you see our balance sheet improving very quickly and you see that reflected in the rapid improvements in our ratings profile. So 4.5x leverage at the end of Q1, we stated when we gave our guidance, we expect it to be below our 3.5x long-term leverage target. Our debt-to-EBITDA target at this year-end and we'll get there and we plan to keep there. And so improving our balance sheet important clear first priority. Within that, obviously, continuing to invest in our business and our brand to fuel our future growth. And I wouldn't roll out selective tuck-in acquisitions along the way, particularly if it got a strong strategic and financial rationale and can accelerate our tech and our product capabilities and momentum. But I'd stress selective tuck-in and fully consistent with our balance sheet goals.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Can you talk about some of the past acquisitions that you've made to give a little more color there?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, we've made 3 tech product acquisitions over the '14, '15 time frame. 3 West Coast startups that really became the nucleus of what is now a wonderful tech and product satellite office for us in San Francisco, investing in new space there this year that'll house over a 100 digital product and software engineers. I've mentioned Connect, this embedded social media platform. The genesis of that was a company called Weilos that we acquired. All 3 of those acquisitions probably had aggregate purchase consideration of comfortably less than $20 million. So very targeted good spend. Another example of a recent acquisition was we purchased our Miami franchise.

To date, our North America network is around 90% company-owned versus franchise. But we purchased our Miami franchise for %3.25 million and that's becoming a great testing ground for some of those new meeting experiences, I've talked about and new approach to real estate strategy and meeting experience and how we attract different audiences through meetings as we go forward.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Would you think to use that -- you've been deleveraging for a sort of [ imperial ] time over the last year, but would you think to lever backup in order to buy an acquisition or you wouldn't necessarily go that large, how should we?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I would say we've been very clear that kind of over the long term being below 3.5x levered is a clear capital structure priority for us and our Board, obviously, fully supports that. I guess I like the acquisition activity to be more selective and tuck-in in nature based on what I know today.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And then can we circle a little bit to your Board. So just completed a successful secondary offering. Can you talk about the relationship that you all have with your largest shareholder in this and the kind of the dynamics on the Board there and the working relationship there?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, absolutely. Artal the financial sponsor who bought us from Heinz in 1999 and has been our largest shareholder since represented in the United States by Invus members on the Board, the U.S. investment arm, wonderfully passionate, engaged Board members in the 6 years that I've been here and they continue to be so. After last week's secondary, obviously, didn't involve the company buying or selling shares, but Artal reduced their stake in the company to 31%. We're still very engaged and passionate about our future. But of course, I don't speak for Artal or for any shareholder in terms of their future intentions.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

And then the other large shareholder, Oprah. If you could you talk a little bit about the relationship there and the work that she does on your Board in partnership?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, Just it's a wonderful company relationship with Oprah, and with Mindy as CEO with Oprah and her team. She brings such value to the company as a member, as a strategic adviser and as a board member. Wonderful thought partner for any of the strategic issues we're considering. We're just in regular contact with Mindy. And while our return to growth was driven by many things, as I suggested, and you can tell that and the fact that it's global growth with France and Germany being our fastest-growing markets right now. No question that in addition to the strategic shift to wellness and our new WW Freestyle program and our leading mobile platform. No question that Oprah amplified and accelerated our brand transformation where she's been such a wonderful spokesperson for us in the United States and who wouldn't want to have Oprah Winfrey on their Board.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

It's great. We're almost out of time. But I guess if we could circle back on the social media influencers again in general and Oprah's influence on the advertising strategy. How should we be thinking about the next kind of partners that you all think to engage in and try to get new customers coming on?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, I think when you look at our influencers strategy, obviously, from Oprah is the ultimate influencer to the new relationships I mentioned that we bought on the share, including the United States, DJ Khaled and Kevin Smith and Eric Greenspan, but also internationally, [ Allen Segura ] has been very important for us driving that wonderful growth in France. Different voices on the brand really has impact. I want to stress the best marketing we ever have and you see it in all of our advertising, real people and celebrities are real people talking about their success on the brand and word of mouth is an incredible driver of this brand and this company, and so that's why we're thrilled to have over 200 right now social ambassadors, who kind of selected or bought in from the ranks of WW membership. People who have social following,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

people who want to share their Weight Watchers experience, a whole broad influencer strategy is working very well for us and we'll continue to expand it.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Okay. We are just about out of time, unless we have one more question in the audience.

**Unknown Analyst**

My last question on what the -- Can you talk about your competition landscape, especially moving from diet to fitness?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

It's a great question. When we operate in such a large space about the pure weight loss and diet market and your approaching a $70 billion market. The wellness economy almost a $4 billion -- a $4 trillion economy. Our real competition is the roughly 95% of people that when they feel that they want to start a healthy lifestyle journey, feel that they can do it by themselves and don't need support from a company like ours. So the beauty of our shift to wellness, obviously, keeping our wonderful heritage and trust for being the brand that works for safe, sustainable, efficacious weight loss, but now being able to have a platform that includes fitness and activity and positive mindset that just gives us a much broader strategic platform on which to serve more people, but it's hard to think of direct competition for us. Our true competition is people who feel that they can succeed on the journey by themselves.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*

Thank you.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Thank you very much.

**Unknown Analyst**

Oprah's involvement, I mean could this will happen or I mean was this going to happen on its own? I mean, I'm just trying to gage a little bit of the Oprah effect?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Look, I think that's a great question, and I'll be the last person on the planet to ever underestimate the wonderful contribution that Oprah makes for our company as a Board member and as a strategic adviser and as an influencer for our brand in the United States. But I would say this transformation has driven by many things, not one thing. It's the WW Freestyle program that's resonating around the world, it is the shift to wellness strategy that is resonating around the world. 26% of constant currency growth in Continental Europe in Q1, double-digit revenue growth in all geographic markets. So the part of the program and the strategy is resonating globally. France and Germany, fastest growing markets, record recruitments in Q1. And obviously, in those markets, while Oprah is well known, she's not a part of our marketing messaging in any way, shape or form.

**Christina Marie Brathwaite**
*JP Morgan Chase & Co, Research Division*
Thanks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.