# EXHIBIT V

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL |
|---|---|---|

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * <br> Hotchkin Nicholas P | 2. Issuer Name **and** Ticker or Trading Symbol <br> WEIGHT WATCHERS INTERNATIONAL INC [WTW] | 5. Relationship of Reporting Person(s) to Issuer <br> (Check all applicable) |
|---|---|---|
| (Last)     (First)     (Middle) <br> 675 AVENUE OF THE AMERICAS, 6TH FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) <br> 05/15/2018 | ___ Director                          10% Owner <br> _X_ Officer (give title below)     ___ Other (specify below) <br> CFO & Pres., Emerging Markets |
| (Street) <br> NEW YORK, NY 10010 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |
| (City)     (State)     (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/15/2018 | | M | | 4,582 | A | $ 0 | 81,277 | D | |
| Common Stock | 05/15/2018 | | F | | 2,175 | D | $ 80.18 | 79,102 | D | |
| Common Stock | 05/16/2018 | | M | | 9,461 | A | $ 0 | 88,563 | D | |
| Common Stock | 05/16/2018 | | F | | 4,634 | D | $ 81.66 | 83,929 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**     SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit Award | $ 0 | 05/15/2018 | | M | | | 4,582 | 05/15/2018 | 05/15/2020 | Common Stock | 4,582 | $ 0 | 9,162 | D | |
| Restricted Stock Unit Award | $ 0 | 05/16/2018 | | M | | | 9,461 | 05/16/2018 | 05/16/2019 | Common Stock | 9,461 | $ 0 | 9,461 | D | |
| Restricted Stock Unit Award | $ 0 (1) | 05/15/2018 | | A | | 4,706 | | (2) | 05/15/2021 | Common Stock | 4,706 | $ 0 | 4,706 | D | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Hotchkin Nicholas P<br>675 AVENUE OF THE AMERICAS, 6TH FLOOR<br>NEW YORK, NY 10010 | | | CFO & Pres., Emerging Markets | |

## Signatures

/s/ Stephanie Delavale, as Attorney-In-Fact for Nicholas P. Hotchkin

05/17/2018

**Signature of Reporting Person

Date

## Explanation of Responses:

\*   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1) Each Restricted Stock Unit represents a contingent right to receive one share of common stock.

(2) Restricted Stock Units granted on May 15, 2018 will vest on the following schedule: one-third on May 15, 2019; one-third on May 15, 2020; and one-third on May 15, 2021.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.