# EXHIBIT X

# Press Release

## Weight Watchers Launches WW Good: A Social Impact Campaign to Help Communities Get Healthier

Company Release - 5/30/2018 8:02 AM ET

*Partnership with WE and Wholesome Wave Kicks Off as part of "Summer of Impact"*

NEW YORK, May 30, 2018 /PRNewswire/ -- Today, Weight Watchers International, Inc. (NYSE: WTW) ("WW") is launching WW Good™, a global social impact campaign that aims to make health and wellness more accessible to all. WW Good will ignite the WW global community of more than four million members and 18,000 employees, as well as their networks of family, friends and colleagues to support under-served communities and help them become healthier.



"As a global purpose-driven brand, we have the capability and are committed to make communities healthier and make healthy habits accessible to all, not just the few," said Mindy Grossman, President and Chief Executive Officer at Weight Watchers. "WW Good is an inspiring initiative that aims to unite our global community in a purpose beyond achieving personal success to help others live healthier, inspire healthy habits and create a world that's better for everyone."

The first efforts to support WW Good begin this summer, as part of the company's "Summer of Impact" initiative, which aims to demonstrate how WW can be a powerful partner in health all year – whether that's improving people's personal health or having a positive impact on the health of communities. WW has partnered with WE, an international organization that makes doing good, doable, by giving people the tools to take action on local and global causes, along with Wholesome Wave, a nonprofit that provides families in poverty with produce-purchasing power to make healthier food choices by providing affordable access to fruits and vegetables. Over the 12 weeks of summer, WW will donate a total of $650,000 to these non-profit organizations to support their efforts to make wellness accessible to people throughout the world.

The campaign will kick-off globally on June 9, with a social initiative that will encourage everyone – within and outside the WW community – to share one small change they are making to improve their health or the health of their communities, using the hashtag #wwgood on their personal social media accounts. For every public post on Twitter, Instagram and Facebook throughout the campaign, WW will donate $1 to ensure people have access to healthful foods, up to $100,000 (donation amount included in the aforementioned contribution commitment).

"We are thrilled to partner with WW on this first initiative to support WW Good," said Michel Nischan, Founder and CEO of Wholesome Wave. "Our efforts together will help families in poverty, providing them the immediate benefit of healthy fruits and vegetables, as well as generating enormous long-term gains for public health, local economies and the environment."

Also in June, WW Good will kick off a series of six, free mini-festivals in North America hosted by WE and supported by WW. Each event will feature inspirational speakers; interactive group fitness activities led by motivational fitness trainer Holly Rilinger; healthy food; and most importantly, community engagement opportunities for all ages. For every person who attends an event, WW will help one local family in need buy a month's worth of fruits and vegetables, distributed by Wholesome Wave.

"WE is excited to support WW's incredible community of engaged members and employees who are inspired to help others live well," said Craig Kielburger, co-founder, WE. "Together we will make a difference through service opportunities at the WW Good mini-festivals where families and groups come together to create a meaningful impact in their local communities."

The WW Good mini-festivals will take place throughout the summer in six cities in North America, starting on June 9 in Minneapolis and continuing on to Chicago, Dallas, Los Angeles and Toronto. On August 26, the series will conclude with a large culmination event in New York City featuring talent known for inspiring healthy habits, such as Holly Rilinger, "The Young Jamaican Trainer" Demarjay Smith, among others.

For more information about WW Good and how to get involved, please visit: www.weightwatchers.com/WWGood.

### About Weight Watchers International, Inc.

Weight Watchers is a global wellness company and the world's leading commercial weight management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group meetings, members follow our livable and sustainable program that encompasses healthy eating, physical activity and positive mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the Weight Watchers approach to healthy living, please visit www.weightwatchers.com. For more information about our global business, visit our corporate website at www.weightwatchersinternational.com.

**FOR MORE INFORMATION, CONTACT:**
Jenny Zimmerman, Weight Watchers
212-589-2784
Jenny.Zimmerman@weightwatchers.com

Press Release - WW (Weight Watchers)

C View original content with multimedia:http://www.prnewswire.com/news-releases/weight-watchers-launches-ww-good-a-social-impact-campaign-to-help-communities-get-healthier-300656367.html

SOURCE Weight Watchers