# EXHIBIT Y

# Press Release

# A New Season of Health: Weight Watchers Launches First-Ever Global, Summer Marketing Campaign

## Campaign Goes Live in June as part of Company's "Summer of Impact"

Company Release - 6/19/2018 7:58 AM ET

NEW YORK, June 19, 2018 /PRNewswire/ -- Weight Watchers International, Inc. (NYSE: WTW) ("WW") announces that it has launched a global, summer marketing campaign that celebrates the livability of the WW Freestyle™ program and how it's possible to enjoy the food, fun, and friends-and-family occasions tied to the season, while continuing to develop healthy habits.

The campaign is part of the company's "Summer of Impact" and marks two firsts for WW: It's the first time the company has implemented a truly global marketing campaign driven by a central idea and showing up similarly across all WW markets. It is also the first time it has launched a fully integrated marketing campaign in the summer. This campaign is in line with WW's strategic vision announced in February to make wellness accessible to all and to inspire healthy habits for real life.

"Historically, we have focused on the winter season because we know people are motivated in the new year to get healthy, but we know people want to live well all year long," said Stacey Mowbray, President of North America, Weight Watchers International, Inc. "Weight Watchers can be a powerful partner in wellness year-round, especially since the livability of our new Freestyle program makes it even simpler to get healthy while enjoying the best of summer."

The campaign brings to life how the freedom and flexibility of WW Freestyle allows members to enjoy summer however they choose and while living a healthy and happy life (view the :30 U.S. television ad featuring WW members here). The marketing campaign in the U.S. will feature WW ambassador DJ Khaled as he unveils his "major keys" to living on WW Freestyle this summer while spending time with his family. In addition, ambassadors Kevin Smith and Chef Eric Greenspan will share content via social and PR on how they're enjoying summer while continuing to get healthier. As a special tribute for Father's Day, all three ambassadors came together in a video appearing on WW social channels (Instagram and Facebook). showcasing how their families give them a powerful reason to adopt healthy habits.

The campaign will also support how living healthier is better when you do it together. The ease and flexibility of the WW Freestyle program has WW members wanting to share the experience with people they know who want to live healthier lives. And now, WW has made it more rewarding for people to invite friends and family into the program: When a member has someone they know join WW, they both get a free month added to their subscription plans. This benefit exists whether you are a current member or if you are just signing up for the first time. Additionally, the company – which has a global community of more than four million subscribers – has made it easier than ever for members to invite others to join, including a simple sharing capability within the WW app experience.

The integrated global campaign will be supported across broadcast, digital, eCRM, direct mail, social and public relations. WW engaged ad agency Translation to lead the creative development and ad execution for this global campaign.

Additionally, last month, WW announced another "first" as part of its "Summer of Impact" initiative: a global social impact campaign, "WW Good™," which aims to make health and wellness more accessible to all. Through a series of six mini-festivals throughout North America and a global hashtag campaign, WW Good will ignite the WW community, as well as their networks of family, friends and colleagues to support under-served communities and help them become healthier.

For WW Good, WW has partnered with WE, an organization that makes doing good, doable, by giving people the tools to take action on local and global causes, along with Wholesome Wave, a nonprofit that provides families in poverty with produce-purchasing power to make healthier food choices by providing affordable access to fruits and vegetables. Over the 12 weeks of summer, WW will donate a total of $650,000 to these non-profit organizations to support their efforts to make wellness accessible to people throughout the world.

For more information about WW and the WW Freestyle program, please visit www.weightwatchers.com and for more information about WW Good, please visit www.weightwatchers.com/wwgood.

**About Weight Watchers International, Inc.**
Weight Watchers is a global wellness company and the world's leading commercial weight management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group meetings, members follow our livable and sustainable program that encompasses healthy eating, physical activity and positive mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the Weight Watchers approach to healthy living, please visit www.weightwatchers.com. For more information about our global business, visit our corporate website at www.weightwatchersinternational.com.

**FOR MORE INFORMATION, CONTACT:**
Jenny Zimmerman, Weight Watchers
212-589-2784
Jenny.Zimmerman@weightwatchers.com

C View original content:http://www.prnewswire.com/news-releases/a-new-season-of-health-weight-watchers-launches-first-ever-global-summer-marketing-campaign-300668142.html

SOURCE Weight Watchers International, Inc.