# EXHIBIT DD

| **FORM 4** |
|---|

☐ **Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue.** *See* **Instruction 1(b).**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: December 31, 2014 |
| Estimated average burden hours per response... 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>Westend S.A. | 2. Issuer Name and Ticker or Trading Symbol<br>WEIGHT WATCHERS INTERNATIONAL INC [WTW] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>____ Director     _X_ 10% Owner<br>____ Officer (give title below)     ____ Other (specify below) |
|---|---|---|
| (Last)     (First)     (Middle)<br>VALLEY PARK, 44, RUE DE LA VALLEE | 3. Date of Earliest Transaction (Month/Day/Year)<br>08/14/2018 | |
| (Street)<br>L-2661 LUXEMBOURG, N4 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line)<br>___ Form filed by One Reporting Person<br>_X_ Form filed by More than One Reporting Person |

(City)     (State)     (Zip)

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/14/2018 | | S | | 6,000,000 | D | $76 | 14,818,300 | I | See footnotes (1) (2) |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**     SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Westend S.A.<br>VALLEY PARK, 44, RUE DE LA VALLEE<br>L-2661 LUXEMBOURG, N4 | | X | | |
| Minne Pascal<br>44, RUE DE L'INDUSTRIE<br>1040 BRUSSELS, C9 | | X | | |
| Artal Luxembourg S. A.<br>VALLEY PARK, 44, RUE DE LA VALLEE<br>L-2661 LUXEMBOURG, N4 | | X | | |
| Artal International S.C.A.<br>VALLEY PARK, 44, RUE DE LA VALLEE | | X | | |

| L-2661 LUXEMBOURG, N4 | | | | |
|---|---|---|---|---|
| Artal International Management S.A.<br>VALLEY PARK, 44, RUE DE LA VALLEE<br>L-2661 LUXEMBOURG, N4 | | X | | |
| Artal Group S.A.<br>VALLEY PARK, 44, RUE DE LA VALLEE<br>L-2661 LUXEMBOURG, N4 | | X | | |
| Stichting Administratiekantoor Westend<br>IJSSELBURCHT 3<br>NL-6825 BS ARNHEM, P7 | | X | | |

## Signatures

WESTEND S.A., By: /s/ Pascal Minne, Name: Pascal Minne, Title: Director

\*\*Signature of Reporting Person

08/16/2018

Date

ARTAL LUXEMBOURG S.A., By: /s/ Anne Goffard, Name: Anne Goffard, Title: Managing Director

\*\*Signature of Reporting Person

08/16/2018

Date

ARTAL INTERNATIONAL S.C.A., By: Artal International Management S.A., as its managing partner, By: /s/ Anne Goffard, Name: Anne Goffard, Title: Managing Director

\*\*Signature of Reporting Person

08/16/2018

Date

ARTAL INTERNATIONAL MANAGEMENT S.A., By: /s/ Anne Goffard, Name: Anne Goffard, Title: Managing Director

\*\*Signature of Reporting Person

08/16/2018

Date

ARTAL GROUP S.A., By: /s/ Anne Goffard, Name: Anne Goffard, Title: Authorized Person

\*\*Signature of Reporting Person

08/16/2018

Date

STICHTING ADMINISTRATIEKANTOOR WESTEND, By: /s/ Pascal Minne, Name: Pascal Minne, Title: Sole Member of the Board

\*\*Signature of Reporting Person

08/16/2018

Date

/s/ Pascal Minne

\*\*Signature of Reporting Person

08/16/2018

Date

## Explanation of Responses:

\*   If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)   Mr. Pascal Minne is the sole member of the Board of Stichting Administratiekantoor Westend. Stichting Administratiekantoor Westend is the parent of Westend S.A. Westend S.A. is the parent company of Artal Group S.A. Artal Group S.A. is the parent company of Artal International Management S.A., which is the managing partner of Artal International S.C.A. Artal International S.C.A. is the parent company of Artal Luxembourg S.A. Artal Luxembourg S.A. is the record owner of the shares.

(2)   Each of the Reporting Persons (other than to the extent it directly holds securities reported herein) disclaims beneficial ownership of the securities held by the other Reporting Persons, except to the extent of such Reporting Person's pecuniary interest therein, and, pursuant to Rule 16a-1(a)(4) under the Securities Exchange Act of 1934, as amended, each of the Reporting Persons (other than to the extent it directly holds securities reported herein) states that the inclusion of these securities in this report shall not be deemed an admission of beneficial ownership of all of the reported securities for purposes of Section 16 or for any other purpose.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.