# EXHIBIT FF

| FORM 4 |
|---|
| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person : Hotchkin Nicholas P | 2. Issuer Name and Ticker or Trading Symbol WEIGHT WATCHERS INTERNATIONAL INC [WTW] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) 675 AVENUE OF THE AMERICAS, 6TH FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 08/30/2018 | ___ Director ___ 10% Owner X_ Officer (give title below) ___ Other (specify below) CFO & Pres., Emerging Markets |
| (Street) NEW YORK, NY 10010 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/30/2018 | | M | | 15,382 | A | $ 49.4 | 99,311 | D | |
| Common Stock | 08/30/2018 | | M | | 13,308 | A | $ 56.36 | 112,619 | D | |
| Common Stock | 08/30/2018 | | M | | 23,545 | A | $ 44.53 | 136,164 | D | |
| Common Stock | 08/30/2018 | | M | | 22,906 | A | $ 33.34 | 159,070 | D | |
| Common Stock | 08/30/2018 | | M | | 56,325 | A | $ 5.25 | 215,395 | D | |
| Common Stock | 08/30/2018 | | S | | 54,028 | D | $ 75.1314 (1) | 161,367 | D | |
| Common Stock | 08/30/2018 | | S | | 77,438 | D | $ 76.0216 (2) | 83,929 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $ 49.4 | 08/30/2018 | | M | | | 15,382 | (1) | | 08/20/2022 | Common Stock | 15,382 | $ 0 | 0 | D | |
| Non-Qualified | | | | | | | | | | | | | | | | |

| Stock Option (right to buy) | $ 56.36 | 08/30/2018 | | M | | 13,308 | (4) | 11/15/2022 | Common Stock | 13,308 | $ 0 | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $ 44.53 | 08/30/2018 | | M | | 23,545 | (5) | 05/15/2023 | Common Stock | 23,545 | $ 0 | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $ 33.34 | 08/30/2018 | | M | | 22,906 | (6) | 11/15/2023 | Common Stock | 22,906 | $ 0 | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $ 5.25 | 08/30/2018 | | M | | 56,325 | (7) | 06/22/2025 | Common Stock | 56,325 | $ 0 | 0 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Hotchkin Nicholas P 675 AVENUE OF THE AMERICAS, 6TH FLOOR NEW YORK, NY 10010 | | | CFO & Pres., Emerging Markets | |

## Signatures

/s/ Stephanie Delavale, as Attorney-In-Fact for Nicholas P. Hotchkin          09/04/2018

‎‎‎‎‎‎‎‎‎‎‎‎**Signature of Reporting Person**                                                              Date

## Explanation of Responses:

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)   This transaction was executed in multiple trades at prices ranging from $74.755 to $75.43, inclusive. The price reported above reflects the weighted average sales price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the issuer, or a security holder of the issuer, upon request, full information regarding the number of shares sold at each separate price within the above range.

(2)   This transaction was executed in multiple trades at prices ranging from $75.51 to 76.48, inclusive. The price reported above reflects the weighted average sales price. The reporting person hereby undertakes to provide to the Securities and Exchange Commission staff, the issuer, or a security holder of the issuer, upon request, full information regarding the number of shares sold at each separate price within the above range.

(3)   The option, representing the right to purchase 15,382 shares, was granted on August 20, 2012 and vested 25% on the first anniversary of the grant date, 25% on the second anniversary of the grant date, 25% on the third anniversary of the grant date and 25% on the fourth anniversary of the grant date.

(4)   The option, representing the right to purchase 13,308 shares, was granted on November 15, 2012 and vested 100% on the third anniversary of the grant date.

(5)   The option, representing the right to purchase 23,545 shares, was granted on May 15, 2013 and vested 100% on the third anniversary of the grant date.

(6)   The option, representing the right to purchase 22,906 shares, was granted on November 15, 2013 and vested 100% on the third anniversary of the grant date.

(7)   The option, representing the right to purchase 56,325 shares, was granted on June 22, 2015 and vested 25% on the first anniversary of the grant date, 25% on the second anniversary of the grant date and 50% on the third anniversary of the grant date.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.