# EXHIBIT GG

Press Release - WW (Weight Watchers)

# Press Release

# Weight Watchers Becomes WW, Reinforcing Its Mission to Focus on Overall Health and Wellbeing

**Introduces New Tagline: "Wellness That Works.™"**

**WW App to Provide Enhanced Digital Experiences and First of Its Kind "WellnessWins™" Member Rewards Program Launching October 4**

Company Release - 9/24/2018 7:00 AM ET

NEW YORK, Sept. 24, 2018 /PRNewswire/ -- To reflect the next stage of the company's evolution to focus on overall health and wellness, Weight Watchers International, Inc. (NYSE: WTW) today announced that the company will become WW, honoring its legacy while broadening the role it plays in helping everyone live healthier lives. A new tagline, "Wellness that Works.™" will be used globally to reflect the company's heritage and overall approach to health and wellbeing of inspiring powerful habits rooted in science.

"We are committed to always being the best weight management program on the planet, but now we're putting our decades of knowledge and expertise in behavioral science to work for an even greater mission," said Mindy Grossman, President and Chief Executive Officer, WW. "We are becoming the world's partner in wellness. No matter what your goal is – to lose weight, eat healthier, move more, develop a positive mind-set, or all of the above – we will deliver science-based solutions that fit into people's lives. This is just the beginning of our journey to become the world's partner in wellness, and I am inspired by the potential for our impact."

"From the moment I chose to invest in the company and join the Board, I have believed that the role WW can play in people's lives goes far beyond a number on the scale," said Oprah Winfrey. "As Weight Watchers becomes WW, I believe we will continue to inspire people not only to eat well, but to move more, connect with others and continue to experience the joys of a healthy life."

**Enhanced Digital Experience with More Holistic Focus on Wellness**
To become a true partner in wellness, WW is evolving all aspects of how it is integrated in people's lives. As a technology experience company, WW is continuously innovating and has made several enhancements to the digital experience, from partnerships in voice and mindset to new and enhanced tools focused on activity tracking and community building. The WW app, used by millions of WW members around the world, will be updated on October 4 to reflect the new brand identity. The following updates will be phased launches, beginning on October 4:

**WellnessWins™**
To inspire healthy habits, WW announced today that it will launch WellnessWins, a first-of-its-kind program that rewards members for small, everyday behaviors that are proven to lead to healthier habits. Members will earn "Wins" for tracking meals, activity and weight, as well as for attending WW Wellness Workshops. Wins can be redeemed for exclusive products, services and experiences designed to inspire members on their wellness journeys. Results from a pilot program showed increased engagement, satisfaction and retention. The program has been operating in beta and will launch to all members in the U.S. on October 4, with launches in all international markets following in the first quarter of 2019.

**Partnership with Headspace®**
Mindset is an essential part of overall wellness, and WW has formed a partnership with Headspace, a global leader in meditation and mindfulness, to help develop customized content for WW members. An initial pilot in the U.S. embedding Headspace in the WW app showed a positive response. Content from Headspace will launch initially in English as part of the WW member experience and will later be offered in German and French – marking the first time that Headspace is creating content in a language other than English.

**FitPoints® 2.0**
Based on the latest science, WW will introduce an evolution of the FitPoints® system to encourage activity choices based on what will have the greatest impact on an individual's health and wellness. The new FitPoints® will be personalized to each individual within the WW app – based on their height, weight, age and sex – so members know exactly what each activity is worth to them. Just as all calories are not created equal, the same is true for activities: 100 calories burned walking is not the same as 100 calories burned lifting weights or running. And so the new algorithm encourages members to include high intensity and strength training in their activity plans, but still provides the ability to earn FitPoints® for all types of activities. Updated FitPoints® will be available in the WW app globally in December.

**Connect Groups**
WW is launching Connect Groups, a new way to strengthen WW's community and help foster meaningful relationships that inspire healthy habits. Community is one of the most powerful parts of the WW experience and an important element of wellness. Groups will deepen WW's Connect community in the app, which currently has on average 1.8 million unique users each month, by helping people to find other members like them, based on:

- Food (e.g., gluten-free, vegetarian, foodies)
- Life Stages (e.g., college students, new moms, brides/grooms, 20-somethings)
- Wellness Journey (e.g., newbies, maintaining)
- Activity (e.g., running, yoga, swimming, new to activity)
- Mindset (e.g., gratitude, mindfulness, self-compassion)

Press Release | WW (Weight Watchers)

- Hobbies (e.g., hiking, traveling)

Connect Groups will be available globally by December.

**Healthy Habits Focus in App**
WW will launch a healthy habits focus for members, which will make the program open to those who want to build healthy habits without focusing on weight loss. These members will have access to all the tools WW offers, including WW Freestyle to guide healthier food choices, FitPoints to become more active, community through Connect and content to help develop a positive mindset, and the new WellnessWins rewards program.

**Voice Integration with Amazon Alexa and the Google Assistant**
Today, WW is launching a beta version of voice integration with Amazon Alexa and the Google Assistant, which will enable WW members to use their voices to:

- Easily look up SmartPoints values for their food

- Get updates on their progress on their daily SmartPoints

- Easily track foods

- Quick-add SmartPoints to their tracker (e.g., "Add 5 Points to my lunch.")

A U.S. launch is planned for late Fall and will expand globally thereafter.

**WW Products**
In a further move toward wellness, starting in January 2019, every product sold directly to consumers by WW globally will have no artificial sweeteners, flavors, colors and preservatives and will reflect the new brand identity, instantly signaling this new reformulation and development to consumers.

**New Brand Identity and Launch**
The move to WW includes an entirely new brand identity – from logo and color palette to font and photography style – which will come to life across all brand touchpoints and member experiences leading with an all new WW app experience. A campaign launching the new brand will debut in late December and workshop locations will be refreshed in 2019.

"We will communicate the new articulation of the WW brand in many ways, one of the most important being our visual identity," said Gail Tifford, Chief Brand Officer, WW. "We listened to both our current and prospective members and created a new look and feel that is bold, strong and modern. It expresses the role we want to play in people's lives in becoming the world's partner in wellness."

**About WW**
**WW** is a global wellness company and the world's leading commercial weight-management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group workshops, members follow our livable and sustainable program that encompasses healthy eating, physical activity, and a positive mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the WW approach to healthy living, please visit ww.com. For more information about our global business, visit our corporate website at corporate.ww.com.

*This news release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on management's current expectations and beliefs, as well as a number of assumptions concerning future events. These statements are subject to risks, uncertainties, assumptions and other important factors. Readers are cautioned not to put undue reliance on such forward-looking statements because actual results may vary materially from those expressed or implied. The reports filed by the Company pursuant to United States securities laws contain discussions of these risks and uncertainties. The Company assumes no obligation to, and expressly disclaims any obligation to, update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Readers are advised to review the Company's filings with the United States Securities and Exchange Commission (which are available from the SEC's EDGAR database at www.sec.gov, at various SEC reference facilities in the United States and via the Company's website at corporate.ww.com).*

**For more information, contact:**
Megan Bishop, Teneo Strategy for WW
+1 917.544.0071
megan.bishop@teneostrategy.com

C View original content:http://www.prnewswire.com/news-releases/weight-watchers-becomes-ww-reinforcing-its-mission-to-focus-on-overall-health-and-wellbeing-300717434.html

SOURCE Weight Watchers International, Inc.