# EXHIBIT HH



# Weight Watchers International, Inc.

# NasdaqGS:WTW

# Company Conference Presentation

**Tuesday, October 02, 2018 9:35 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ................................................................... 3

Presentation ................................................................... 4

Question and Answer ................................................................... 7

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Nicholas P. Hotchkin**
*CFO, President of Emerging
Markets & Operating Officer of
North America*

**ANALYSTS**

**Bill Schmitz**

**ATTENDEES**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Bill Schmitz**

Good afternoon, everybody. And I'm Bill Schmitz from Deutsche Bank, and it's a great pleasure to introduce Weight Watchers this afternoon. As you've probably seen from some of the recent public disclosures, there's a terrific amount of momentum in the business. I think a lot of the initiatives on enrollment and new products and the digitization are really paying off. It looks like there's great momentum also continuing to the back half of the year. So without any more comments from me, I'd like to introduce Weight Watchers. Thanks.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Thanks very much. And hello, everybody, and thanks to Deutsche for hosting us today. I'm Nick Hotchkin, CFO and the President, Emerging Markets, for WW. And with me, I have Corey Kinger, who heads up IR; and Jarod Greenblatt, who leads FP&A and Treasury.

I joined WW 6 years ago, and my tenure has been an exhilarating case study in business transformation. And now under the leadership of Mindy Grossman, our CEO, who joined us in July 2017, we're just getting started to take the company to a whole new level.

Before we get started, please note our forward-looking statement disclosures.

We are WW. We are positioning Weight Watchers to be the defining brand in the wellness category. You have Netflix for entertainment, Amazon for shopping and Spotify for music. We want WW to be your wellness coach and partner.

2018 is such an exciting year for WW, and let me highlight 2 key dates. First, on February 7, we launched our Impact Manifesto, including specific growth and performance targets through 2020. And just last week, on September 24, we announced that Weight Watchers is becoming WW, reinforcing our mission to focus on overall health and well-being. We introduced a tagline for our brand, Wellness that Works, and announced several enhancements to our leading digital platform, including Wellness Wins, a first-of-its-kind member rewards program.

Let me chat a little bit about who we are. We're a multifaceted business, a technology experience company that I'll describe in 4 quadrants. Behavioral science and program innovation are at our core, reflected in our very successful WW Freestyle program. And we use the latest food science to make healthy eating simpler. And increasingly, you'll see us incorporating fitness activity into our program and offering content to inspire a positive mindset in our members. For example, we're excited to be partnering with Headspace. To the left, while we're primarily a subscription business model, we've got great opportunities to offer products and experiences to support people on their wellness journey. We'll shortly launch a new line of WW consumer products, and we're also launching WW Fresh meal kits in grocery as well as having success with our WW Cruises.

At the top, offering a leading mobile digital platform has been a game-changer for us. Our WW app is a wonderful tech experience, offering community via Connect, our embedded private social network for members, and 24/7 instant messaging support from WW coaches.

And finally, to the right, this leading tech platform mirrors the rich human engagement, the community accountability and support of the WW face-to-face experience in our studio locations.

Our members want a program that can fit into their lives. In addition, people crave purpose, and we aim to provide that purpose. We inspire healthy habits for real life: for people, families, communities, the world, for everyone.

Let's look at how that purpose is reflected in our numbers. As of the end of Q2 2018, we've had 4.5 million subscribers to WW globally, with 2.9 million being digital-only subscribers and 1.6 million also

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

subscribing to our in-person studio experience. We host 30,000 workshops each week, bringing WW members together for inspiration in the community. A key driver of our business is member retention, which has had an all-time high of well over 9 months. Approximately 80% of our revenue is subscription revenue, which speaks to the high-margin opportunity of our business. On average, in the first half of the year, we had 1.8 million unique visitors each month to Connect, our social media community for members embedded in our app. And our program, as always, is deeply rooted in science, with over 90 scientific studies published about the efficacy of our program.

Our geographic footprint represents real, untapped opportunity for our brand. Currently, 70% of our business is in North America, with our next largest markets being the U.K., France and Germany. All of our major markets are seeing growth this year, but we have such untapped opportunity in not only our existing markets, but also in other parts of the world, particularly Latin America and Asia.

Let me talk a little bit about our business model. Importantly, we've got the same great, high-margin subscription business model we've always had but with the best cost structure that we've ever had. We've got very low incremental costs to serve new members, and using the U.S.A. as an example, the majority of our members join with a 3-month or longer commitment and receive a discount for that initial period, followed by monthly renewals at $19.95 a month for online or $44.95 a month to also include meetings. We've got predictable seasonal trends with 40% of our annual member recruitment occurring in the first quarter. We continue to manage our costs responsibly with marketing and G&A relatively flat as a percent of sales even as we invest in the future growth. We have an effective marketing model with spend down substantially from historical levels.

Looking at historical sign-ups. U.S.A. sign-ups in the first half of this year, the ratio of subscriber value to cost per acquisition was 5:1, which is the highest ratio we've seen in years.

The high incremental margins in our meetings business really help fuel our business since the rents and the coach base salary is already paid for. And given our app is already built, we have high incremental margins in our highly scalable digital business also. And so with our asset-light business model, combined with these high margins, we generate strong cash flow, with the majority of our CapEx being tech-related and software capitalization.

The strong operating leverage in this business model has a particularly strong flow-through to profit. And in 2017, we generated $0.56 of incremental operating income for each incremental $1 of revenue.

As I've mentioned, looking forward, with the leadership of Mindy Grossman, our CEO, who joined a little over a year ago, we're just getting started to elevate the brand to realize its full potential. And you see in terms of where we've been that we're a very different company from the one I joined in 2012, and we've got a fantastic platform to take the company to the next level. When I look at where we were versus where we are, first, the shift to wellness from diet was essential. And our differentiated SmartPoints currency, which is fueled by our lovable WW Freestyle program, is very different from the food program that was becoming commoditized since it was so tightly linked to calorie counting. We're extremely focused on agile development processes, and we're now cloud-based with a world-class mobile app and leading digital features versus in 2013, having a clunky legacy web-based platform.

We've got a much more integrated marketing approach and are building our digital and social capabilities. And finally, we've still got cost discipline in the company. And while we took $250 million out of our cost structure between the year-end 2012 and 2015, we continue to keep a tight lid on all discretionary costs as we invest in our future growth.

In short, we're making the right, bold moves, and we have the beginnings of a brand-led culture to move us forward. And that's why you see such strong momentum in the business. We've had 9 straight quarters of top line growth, with our last quarter up 18%, and 10 straight quarters of end-of-period subscribers growth up 28% year-over-year at the end of Q2.

Importantly, our momentum continued in Q2 with total revenue up 22% year-over-year -- year-to-date '18 versus year-to-date '17. And gross margin expansion has been a strong part of this story. Gross

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

margin expanded 430 basis points, and operating margin was up 435 basis points in the first half of this year. And importantly, the strength in our business was global.

As a result, we're realizing the benefits of our transformation and have a rapidly improving balance sheet. With our high margin and asset-light business model, our revenue growth has translated into significant EBITDAS expansion. And if you look at the bottom right of this chart, you see the improvement in our balance sheet. Leverage is down nearly 4 turns from peak, and we're well on our way to achieving our 3.5x net debt-to-EBITDAS leverage target by year-end 2018.

With that backdrop, last November, given the strong business momentum and following upgrades from both Moody's and S&P, we chose to refinance our debt and are as thrilled with the reception that the company got in the Capital Markets as we successfully extended our debt maturities to 2024 and 2025, providing increased flexibility for the company. As you see, we now have a $1.5 billion flexible term loan and a $300 million bond. And given our financial and balance sheet momentum, we believe we may have an opportunity to reprice our term loan later this year.

Finally, looking to the future, we're targeting over $2 billion in revenue in 2020 with continued operating margin expansion. We have multiple growth levers, and our 3-year goal is to increase our revenue of more than $2 billion in 2020 versus $1.3 billion in 2017.

We expect about 80% of our revenue growth to be driven by continued positive recruitment and improvements in retention, what you see working for us today. But we also have further opportunities in consumer products, in licensing/partnerships, in B2B and new geographies. And as you can see in our performance, recruitment growth results in gross margin expansion.

In addition, while we invest for future growth, we're managing the business to keep marketing and G&A expenses relatively flat in terms of a percentage of sales. And therefore, we believe we have margin expansion upside, and that's why we say that our growth rate of profit is expected to exceed our growth rate of sales.

Putting it all together in our key investment highlights. Trusted brand; clinically-proven program; large wellness market, where our main competition is that 95% of the time where somebody starts a wellness journey, they feel that they can do it by themselves and don't need the support of our commercial program. Our business is driven by a world-class digital platform, and increasingly, you see us using celebrities and a broad influence of community to help direct our marketing messages. We have multiple growth levers and a high-margin subscription business model. And with Mindy at the helm and attracting the new talent as she has already since her arrival, we feel we're very well poised to meet our long-term goals and our 2020 targets.
With that, I'd be happy to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes?

**Unknown Attendee**

[indiscernible]

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, look, we have a very effective marketing model, and we're utilizing digital and social channels to our advantage. So we guided that marketing spend would be about $240 million for this year, up from $200 million last year as we invest in our growth. And going forward, we'd expect our marketing spend to grow in line with sales but to be relatively flat on a percentage of sales basis.

**Unknown Attendee**

[indiscernible] would grow it, that means [indiscernible]

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes. Look, I think it's a -- the Weight Watchers becoming WW is such a pivotal moment for our company. I'm so thrilled about it. It helps us really reinforce ourselves as a health and wellness brand and grow into new audiences and new demographics versus those we currently serve. And I think being WW will also open up partnership opportunities for us as other companies seek partners in the booming health and wellness space. I think there's a natural shift for us. So I think the combination of WW with the global tagline, Wellness that Works, really talks to where we've been and our heritage that we've developed over 50 years, which we're very proud of, and our leadership in weight loss management, we're proud that we're the best weight loss management program on the planet, but also speaks to the future opportunities that we have to have a more holistic approach to being a part of people's wellness journey. In terms of investment in it, we'll see the brand launch in full force in our winter marketing campaign. We'll always be on TV during our busy Q1 season, and that will be a great opportunity to display our new WW brand and our new Wellness that Works tagline and speak to the benefits that all people have, that everybody can have from doing WW. You see on the screen here a remodeled WW studio. And we'll have an opportunity to upgrade our WW studio assets as we go through the brand transition.

**Unknown Attendee**

[indiscernible] other you had is emerging markets. Can you talk about sort of the most compelling opportunities in some of the EMs, and then how you're sort of navigating some of the challenges in all that?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, it's such a global opportunity. And when you look at our footprint, we have a relatively small business in Brazil. We don't have a Latin America presence beyond that, and we don't have any presence in Asia. So I think emerging markets entry can be a great growth lever for us. I think, particularly in the years beyond 2020, it can be one of those levers that really propel the business. Through 2020, I'd expect the vast majority of our growth, about 80% of our growth, to come from attracting more people to the WW brand and -- by having people stay longer. And in terms of having people stay longer, in our announcement last week, we announced that we're becoming WW. We also announced some new features that we'll be rolling out here in short order. I'm particularly excited about Wellness Wins, our member rewards program. It's a first-of-its kind program. It's embedded in the app. And it rewards our members

for taking the behaviors to succeed on their healthy lifestyle journey. So think that most rewards programs being about how much money you spend with their brand, our program will reward people for tracking breakfast, for working out, for attending a meeting. And we've seen, from the success of our Connect embedded social network, that the more engagement points we offer people within our app, the more likely they are to enjoy being in our program and the longer they'll stay with us. So particularly excited about the launch of Wellness Wins later this week.

**Unknown Attendee**

Right. And then how about some granularity on the gap between the $1.3 billion sales now and the $2 billion you targeted for 2020?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes. We -- our guidance was $1.55 billion of sales in 2018 when we guided in August. So I'll say a good traction from $1.3 billion to $2 billion. And bear in mind, with our subscription model, we have some revenue already baked in to 2019 by virtue of having more people in the brand today. In our August conference call, we said that, that would represent a $0.50 upside in 2019, independent of how much recruitment growth we have in 2019, just the pure math of starting 2019 with more people in the brand, that $0.50, or it probably equates to about $75 million of revenue. And so you can see already, with the flywheel of the subscription business model before, the great things we've got coming to bring more people into the brand and have them stay longer in '19 and '20. We're well on track to our 2020 goals.

**Unknown Attendee**

[indiscernible]

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes. The fundamental of the business model is that we're such a highly cash-generative business, and that's why you've seen us being able to delever so quickly. Frankly, it's been at about a rate of about 0.5 turn of leverage coming off the balance sheet each quarter. We've publicly stated our long-term net debt-to-EBITDAS leverage goal of below 3.5x, and that will be there by the end of this year. You see our low CapEx model, and you've seen that we've got selected but limited targeted appetite for tuck-in acquisitions that works really well for us. We bought a company called Weilos. It's a West Coast startup that became Connect, this wonderful social network in our app, for example. And so I don't expect that strategy to change. And know we'll be below our 3.5x leverage target by the end of this year and have a substantial cash generation following that for future debt paydown, for investment in the business. Having a much improved balance sheet has been our clear capital structure priority, and frankly, I'm really pleased that we're achieving that so ahead of schedule.

**Unknown Attendee**

[indiscernible]

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes. I think the retention increases have more been driven by us offering new, exciting features in our programs. So bear in mind that when we add features to our digital program, all WW members have access to our digital assets, so it helps people attend workshops in WW studios also. And when I look at the biggest drivers of those retention gains, it's those touch points of engagement. So it's particularly things like a much more user-friendly, one full app, including not only one of the world's largest food databases but a wonderful proprietary barcode scanner that translates everything into SmartPoints. Connect has been a home run in terms of driving retention, and that's why I'm so excited about Wellness Wins as potentially the next catalyst of retention. It's certainly showed that much promise in our thorough pilots and testing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Bill Schmitz**

Great. Any more questions? Well, thank you very much. It was a great presentation.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*
Thank you very much.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.