# EXHIBIT II

Press Release - WW (Weight Watchers)

# Press Release

# WW Launches WellnessWins™ Member Rewards Program To Inspire Healthy Habits

## Innovative, app-based rewards program helps people make meaningful behavior changes that have a positive impact on health and wellbeing

Company Release - 10/4/2018 8:59 AM ET

NEW YORK, Oct. 4, 2018 /PRNewswire/ -- Today, **WW** (NYSE**: WTW**) launches **WellnessWins™,** an innovative rewards program that recognizes members for everyday behaviors that are proven to lead to healthier habits. Members will earn "Wins" for tracking meals, activity and weight, as well as for attending WW Wellness Workshops. Wins can be redeemed for a range of products, services and experiences designed to inspire members on their wellness journeys – from custom WW products available exclusively for members to special offerings and experiences curated through new partnerships with imaginative companies such as ClassPass, Rent the Runway and Thrive Market.

"As WW moves beyond weight to wellness and continues to innovate as a technology experience company, we want to enhance our digital experience in ways that are meaningful to people's lives," said Mindy Grossman, President and CEO, WW. "The new WellnessWins rewards program is a prime example of how we are meeting people at every step of their wellness journey, uniquely rewarding members for building healthy habits and unleashing a suite of new experiences, products and services that will help motivate them along the way."

"Our years of behavior change experience have revealed the importance of consistent inspiration in building healthy habits, and there is power and significance in small, everyday behaviors on long-term change," said Gary Foster, Ph.D., Chief Scientific Officer, WW. "In fact, results from a WellnessWins pilot program showed increased engagement and satisfaction among members."

**Rewarding Members for Building Healthy Habits**
With WellnessWins, simple but crucial steps that lead to healthier habits become Wins, which can be redeemed for Rewards.

- ***Wins*:** Wins are automatically earned through the WW app when members track their meals, activity, and weight, as well as attending weekly Wellness Workshops.

- ***Personalized Progress Updates:*** Members can see how many Wins they've earned in a day, a week, or overall in the Wins Dashboard in the WW app and in personalized email communications.

- ***Redeem Wins for Rewards:*** Members can browse rewards in the Journey tab in the WW app. Wins do not expire and can be redeemed at various stages of a members' journey.

**Unique Partnerships and Experiences for Members**
In addition to the exclusive products developed by WW for the WellnessWins rewards program, WW is partnering with 11 leading health and fitness, retail, wellness and lifestyle companies to provide members with fun and unique rewards opportunities. Through these partnerships, when members rack up Wins they can unlock premium rewards ranging from beauty products to fitness classes or a new wardrobe. Partners include:

- **Rent the Runway**, transforming how women get dressed every day through subscription plans and on-demand rentals of more than 600,000 styles ranging from work and weekend wear from over 550 designers.

- **Thrive Market,** an e-commerce platform providing members with access to the highest quality natural and organic products at 30–50% off retail.

- **Headspace,** the leading meditation and mindfulness app, helps build healthy routines into your daily life with hundreds of sessions on everything from stress to sleep.

- **Aaptiv**, a leading provider of wellness content that is transforming how people work out through its thousands of innovative audio-guided classes.

- **ClassPass**, a leading fitness membership connecting people to a variety of fitness experience at over 12,000 studio and gym partners in 50+ cities worldwide.

- **Proper Cloth**, the leading menswear brand specializing in premium quality custom fit shirts and tailored clothing.

- **Rock 'n' Roll Marathon Series,** the World's Largest Running Series with more than 550,000 runners taking part in 28 destination events around the world every year.

- **obé**, streaming live and on-demand fitness classes to members across North America seven days a week from their electric studio in NYC.

- **Kohl's**, serving families by offering exceptional values on apparel, shoes, accessories and home products in more than 1,150 stores in 49 states and on Kohls.com.

- **Nyakio,** a clean, green beauty brand with cruelty-free and 100% vegan luxury skincare products.

- **Footnanny,** old fashioned luxury footcare products that leave your feet feeling soothed and moisturized.

As a global, purpose-driven brand, WW also offers members the option to convert their Wins into a charitable donation via WW Good. WW Good, the WW global social impact movement, aims to support and enhance the health of underserved communities, helping to advance the WW mission to make wellness accessible to all.

WellnessWins is available for all WW members with the latest app upgrade on October 4th.

For more information, please visit ww.com.

**About WW**
**WW** is a global wellness company and the world's leading commercial weight-management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group workshops, members follow our livable and sustainable program that encompasses healthy eating, physical activity, and a positive mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the WW approach to healthy living, please visit ww.com. For more information about our global business, visit our corporate website at corporate.ww.com.

**For more information, contact:**
Brooke Theiss, WW
347.463.8239
Brooke.Theiss@weightwatchers.com

C View original content:http://www.prnewswire.com/news-releases/ww-launches-wellnesswins-member-rewards-program-to-inspire-healthy-habits-300724457.html

SOURCE WW