# EXHIBIT LL



# Weight Watchers International, Inc.

## NasdaqGS:WTW

# Company Conference Presentation

## Wednesday, November 14, 2018 6:40 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ......................................................................... | 3 |
| Presentation | ......................................................................... | 4 |
| Question and Answer | ......................................................................... | 5 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Mindy F. Grossman**
*President, CEO & Director*

**Nicholas P. Hotchkin**
*CFO & President of Emerging
Markets*

**ANALYSTS**

**Unknown Analyst**

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

All right, folks. Let's go ahead and get started here. Thanks for joining us. I'm Vinnie Sinisi, Morgan Stanley's Retail analyst. And we are very pleased to have WW, formerly known as Weight Watchers, with us today. Mindy Grossman, the CEO; Nick Hotchkin, CFO; and Corey Kinger from Investor Relations. Thank you guys very much for joining us today.

Just real quick, I have to do the obligatory disclosure read here and then we'll get going. So before we get started reading these disclosures, please note that important disclosures including my personal holding disclosures and Morgan Stanley's disclosures all appear in the handout available in the registration area and on the MS public website.

Some of the statements that we make today might be considered forward-looking. These statements involve a number of risks and uncertainties that could cause the actual results to differ materially. Any forward-looking statements made are based on assumptions as of today, and WW does not undertake any obligation to update them. Please refer to WW's 10-K for a discussion of risk factors that may affect actual results. That reading gets much easier as the day goes on.
All right. So with that, so thank you, guys, again, for coming today.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

I guess, Mindy, maybe just to kind of set the table a little bit here. You've been with the company now over a year, what would you say when you first started looking into WW, what intrigued you the most? What are, in your opinion, some of the biggest accomplishments over the year plus and then also, some of the challenges that are still there? And then we'll obviously dig deeper.

**Mindy F. Grossman**
*President, CEO & Director*

Absolutely. It's been an incredible year-and-a-bit exceeding my expectations, and I'll quantify that. I've spent almost 40 years in branded businesses and fashion and retail and media and digital and sport, et cetera. And I've always been known as somebody who loves legacy brands that have had great impact on people, that have the ability to either scale growth or with transformation, can accelerate growth. And when I started interfacing with WW and looking at this incredible 55-year-old brand who started around healthy eating and bringing community together, that has undeniably had transformational impact on so many people's lives with so much recognition, but the idea that the brand had both the permission and almost the responsibility to be that much more for people, based on where the consumer was going, people want things that will inform them, inspire them and when you think of who we define as our greatest competition, it's people thinking they can get healthy themselves. And we can now be the brand that can give people this ecosystem of support so they could live their best, healthiest lives. And when I looked at the business, I said this should be a 10x, 20x, this business should touch so many more people, but it needs to evolve. And it needs to be very relevant for how people perceive it today, we need to touch that many more people, and we need to give them more to help them to achieve what they want. So now that I've been at the company, I'm incredibly proud of the team for what they've accomplished not only in this year but what is going to be rolling out over the course of the next weeks and months and into 2019. And if you think about it, in one year, just in our digital assets, right, just in our digital assets, we went from being exclusively around weight and food and then today, with the launch of Freestyle in January, we have the most effective program that is performing better than any other program in the history of the company. We have -- we are launching FitPoints 2.0, taking our credibility in science and now integrating it into activities. So just like all 100 calories aren't equal, all activities are not equal so now, we personalize what your goal should be based on age, gender, height, weight, et cetera. You will have the integration of Aaptiv, so you will have on-demand audio fitness created exclusively for us. This week, we had the launch of Headspace within the app. Again, original content created exclusively for us, for every member. We had the launch of our first rewards program 4 weeks ago, which rewards you for the efforts you take on behalf of your health. We just launched Connect communities in Canada, it's now rolling out to every market. So not only will you have the ability to interface with our digital community, now you can define what communities you want, our young moms or college, et cetera. We integrated Invite a Friend in the app, we know if people do it together. Actually, the interesting anecdote to that is 70% of the people were new to WW and we had the highest, we had 20% penetration of men which normally, it's about 10%.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

Much higher than the usual, yes.

**Mindy F. Grossman**
*President, CEO & Director*

So apparently, everyone wants to do it with a guy, but it's okay. So just think of the value and this ecosystem that we are giving people to help them on their health journey. And then lastly, for the first time in the company's history, we have a program not just for healthy habits and weight loss, but we have a program that's just for healthy eating and habits. And we already anecdotally know that we have members who've joined -- well, at the same time, we've been reenergizing and have plans around our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

workshop businesses and our studio businesses. So if you think of just from a technology point of view, product point of view, brand point of view, with the launch of the new brand, which, as you can imagine, globally, touched every single thing that we did as a brand and as a company while we are continuing to drive the business results. But the more we think about it, the more value that we add, the more sustainable we become, the more important we become to people's lives, the more they stay with us, but most importantly, they continue on their path to being healthy.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

Okay, perfect. No, that's a very helpful backdrop and obviously, a lot that's been going on over the last 1.5 years or so here. I guess, maybe one other just question that we got quite a bit after your last round of results. Seasonality, it's something that you guys always talk about and obviously, as we all know, the New Year brings on new resolutions, it's a busy time for you guys, and an important time for you guys. You've made some comments in the past how one of your missions is to maybe spread it a bit more throughout the year. But how should we think -- I think there's some investor confusion to what extent you think that can change, at what rates? Maybe your thoughts there would be great.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. I think it's important for people to realize that whether we are weight or whether we are wellness, there's a seasonality to the momentum, just mentally of the trajectory of people engaging. And over time, yes, do we want to see some of that kind of normalizing out? But I think the reality is, it's basically Pavlovian that in January, people rethink what they want and they generally want to get healthy. So you're going to see that momentum and you're going to see a first quarter that is going to be seasonally, and you'll see that adjusted. And so what we've been trying to explain to people that at least in the near-term trajectory, you really need to look at the year-on-year versus quarter-by-quarter. Over time, as our retention, right, increases, and Nick will talk a little bit to that, I've said I'd like to be sitting up here talking about retention in years, not months, which solves some of that problem. But for now, we still will see some seasonality to the business, that's normal.

**Nicholas P. Hotchkin**
*CFO & President of Emerging Markets*

Yes. I think importantly, in our business, this year is following normal predictable seasonal trends. 40% of people who join us do so in Q1. That makes the end of Q1 our peak subscriber base. It makes year-end the low point of our subscriber base. So going from 3.2 million at the start of 2018 to a peak of 4.6 million at the end of Q1 into 4 million at the end of this year, it's not only normal seasonality, it's also doing exactly what we said we would do when we laid out our vision on the board news on February 7, showing trajectory to having 5 million people in the brand at the end of 2020. So we're on track.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

And then maybe just also more of a high-level question and then we'll get into some more of the initiatives. But when you look at the industry, and I know you said, Mindy, that your biggest competitor is the folks who thinks that they can do it alone, right, and that probably doesn't always come with great results. But if you look at the industry, you're talking a $4-plus trillion global market. You tell me if I have these numbers right, but healthy eating, nutrition and weight loss, about $702 billion of that overall market. You have some 2020 goals that are out there. So I guess, how do you guys think of your total addressable market, and then kind of the way in which you plan on continuing to gain share in the segment that you think is your most addressable?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. I'll tell you the way we really think about this. We see the addressable market being much larger than that. And we've done enough qualitative and quantitative work to know that given what we deliver,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

given what our programs are, there really isn't a cohort that we're not relevant to. So if you say it's people thinking they could get healthy themselves and they want a partner, it really broadens effectively who we can be partners with. And I think if you just define yourself in weight loss or diet, which we don't even use that word. I mean, I just -- it's important to note that we ask people what does healthy mean to you? We do not prescribe weight, we do not prescribe BMI. But if you want to lose weight, we will give you the best program on the planet. But I think we also have to define competition in different ways. Competition is also the last great experience somebody has, and we have to make sure that our digital assets, our personalization, how we're communicating with people, what the experience is, is very, very important. And I'm a believer and I've always said people value what they pay for. I just want to give them so much value that we're looked at as a necessity, not something nice to have. And how many free apps do we all have that we download once and then we never use again? We want to be that app that people utilize because it becomes part of their lives, and that is how we're looking at this.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

How about in terms of being part of one's life, obviously, the Freestyle program plays into that? As you mentioned before and even in terms of the mails you did through the Refer a Friend program. Now from -- it seems like that gave you guys much better reception than you were planning on, specifically the Refer a Friend program, 130,000 referrals during the quarter. So I guess when you kind of balance 2 things: first, how much of that do you think is driven by any pricing incentives versus just it is just easier to do with someone else? And then also the second part of that is, from past programs that may have been familiar, what types of retention do you get when you see kind of 2 folks doing it together?

**Mindy F. Grossman**
*President, CEO & Director*

Okay, so there are 2 metrics. If people do it together, they tend to have greater success more sustainably, so that answers both of them. I think the second thing, the way the Refer a Friend program works, if you refer a friend, they get a free month, you get a free month, and then whatever the offer is. And that's been very, very effective because the one thing that did surprise us was the 70% new number. We didn't think it was going to be quite as high, which was great. And that's why we're so excited and we've talked a lot about the program. And actually, watch out because on Friday, we'll be announcing kind of an event around that, which will be pretty exciting, but again...

**Nicholas P. Hotchkin**
*CFO & President of Emerging Markets*

It's a terrific program and we're going to make it even more impactful.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

Okay, okay. How about the -- along the lines of kind of marketing, the ad campaign that you guys had over the summer. I know you said it started out really strong, exceeded expectations. And then as you started to get into the fall, you had some kind of puts and takes there. So now that we are, of course, going into your greatest season, into the New Year, when you start to think about the winter ad campaign, what are some of the learnings that you had from the summer one? What works, what doesn't, and what can we expect to see this winter?

**Mindy F. Grossman**
*President, CEO & Director*

Sure. Let me give you some context. As you know, we ran the first summer campaign in the company's history. But not only was that a first, it was the first time that we launched a global, syncopated, every-market campaign. Over the course of the past year, we've reorganized the entire company to have a global center and then execution at the local level. So that was really the first element. And the reason we did it, we did it as the benchmark and the test for the big winter campaign. And as you saw, it's successful. We went into fall, we said to the local carry it for word, and we just didn't have the same

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

resonance. Look, if we still recruited 25% up, we still were up 14%. It just wasn't as high as we would've expected it to be. We made the decision not to run TV. I'm not saying that was the wrong decision, right decision but the campaign did not carry as heavy a lift that it needed to in digital. Now, what is the reason that you can tell our enthusiasm for winter? We are -- it is a global campaign, it is both what I call [ insemic ] and recruitment-oriented. It's also important to note, because I think some people had questions, there is absolutely a combination of where the brand is going and weight loss in the campaign of people achieving their -- what they wanted for themselves. We also tested the campaign in 5 different markets across more cohorts than we've ever tested a campaign, so people who weren't familiar with WW, people who were prior members, people who were existing members. And what we were excited about is across all the cohorts, both in terms of does it feel relevant to me and would I take an action, is delivered on. It's also the most comprehensive in terms of asset creation. And I think the last thing to note, as much as we're excited, that we are going to have new, powerful ambassadors. We have Oprah as an important element of the campaign. The core of the people that you will see showcased in that campaign are real member stories. So the idea is both people like me, people for me and people who inspire me. And that's what you'll see come winter.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

Okay. And maybe so with 2 things that you just hit on, important things to talk about. First, with the brand change, I guess, give us a little bit of a background, Mindy, if you will, on kind of what prompted that change. We know it's only been 1.5 months barely, so it's early. But what type of customer reception are you seeing? Was it the right move? And why don't we start there?

**Mindy F. Grossman**
*President, CEO & Director*

So it unequivocally was the right move on many levels. As much as we're certainly proud of what the company has done over the last 55 years around weight, that name is kind of a blessing and a curse. It impedes our ability to showcase ourselves as a more holistic brand. However, having transformed brands before, it was critical that we respect our legacy. And no matter what we did, we had to be surprising yet familiar. There's -- we could not be polarizing and not respect the people who've been in the brand their whole lives. I don't think what people realize, the WW mark has been used for over 5 years. That was the mark in our app, it has a very, very high recognition factor and we certainly tested that as well. The reason Wellness that Works, when you interview anyone who's been affiliated with the brand and you say, why did you join? Why did you come back to this brand? Why do you stay? The first thing that people say is it works. So now, we're recognizing our heritage but now, we're giving people so much more. The reaction has been overwhelmingly positive and actually, the first group you really have to test is within our organization because the 16,000 people we have in the field, most of them started by being a member. So it was very important to us that they feel as excited and as energized and as proud to be able to deliver more for people. And when you talk to what we used to refer to as a leader and they're now called wellness coaches and they're doing a lot of training, they are so proud of that, that they can talk to people on a more holistic way. Now, the actual consumer-facing edification of this, certainly, it's in our digital assets but we're just rolling out into all our physical assets, into all the products that we sell, into all our marketing. So the big amplification of that really starts after Christmas.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

Okay, all right, very helpful. And then the second thing you mentioned about the influencers, which of course, has been part of the story. And maybe just tie that into your retention rates. As you mentioned, that some point hopefully, we'll be talking about it in years instead of months. It's continued to increase. It was kind of sequentially about the same, but it's really had some nice increases over the last couple of years. So how would you tie, like your -- can you say that the influencers contributed to that? What type of jolts do you maybe see after some of these spokesfolks talk?

**Mindy F. Grossman**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. So if you think of the lens that we look at when we make a decision, right, and whether that's a partner or whether that's an influencer or whether it's someone -- whatever we do in terms of the product. Will it recruit, will it retain, or will it elevate the brand? Some things do all 3, some things are very targeted. So what we're doing on the influencer side is we're building a pyramid of influence in every country that we are in. And the base of our influencers and very powerful evangelists are people who started as members and have had very connected experiences with us, who have their own social followings. We don't pay them but we recognize them as influencers, and we'll do things like set them up to do a Freestyle taco fiesta party, whatever that is. So we give them recognition of social influence. The next level are what I would call micro influencers, people who have very engaged communities. That could be people in the fitness field, it could be those incredible Turkish chefs in the U.K. that has a following. So food, fitness, mindset, we have a body positivity blogger in France, so that's the next segment. Then on top of that would be what we would call celebrity influencer. And in some cases, they are local like Hélène Ségara in France who's been fantastic. I think France is a good example, as is North America, of having all the elements to drive success. And she's been very -- she was -- she's a judge on France's Got Talent, she's very well-known. We published her cookbook, it was wildly successful. So that's the next level and then up from there, what I would call true global influencers that can cut across all markets. We definitely know that, that does support recruitment because people go: okay, I respect them, they're authentic. That's a very big criteria for us and I want to be on the journey with them, right? So that's how we build that out and we determine. The difference today is our influencer base is not necessarily tied to weight loss. There are some that are but they're all tied to people's genuine desire not only to be healthy themselves but to help and inspire other people to get healthy.

**Nicholas P. Hotchkin**
*CFO & President of Emerging Markets*

I think I'll just cut in. In terms of retention, I think as we look into '19, the 2 biggest drivers of retention, I think it's going to be a continued strength of our Invite a Friend program. I think when people do our program together, both are more likely to stay longer with us. And then secondly, we're just very excited about this Wellness Wins program we've launched. I mean, rewarding people not for how many dollars they spend on our brand but for following the behaviors that we know will have them succeed in our program, it's really taken up nicely. And so if it does as well as it did in the pilots we ran, we'll be talking about retention over 10 months sometime in '19.

**Mindy F. Grossman**
*President, CEO & Director*

I can tell you, it's become very competitive even within our own group on the Wellness Wins. We've already seen a 20% increase in nutrition tracking and we've seen an 80% increase in activity tracking. More people integrating with their Apple Health app on their steps because they want to get the wins. And right now, everything that you can get a win for are kind of the obvious ones, right? You're tracking your food, you're tracking your activity, you're doing things. But going into 2019, we'll be activating Wellness Wins challenges and really doing other things. And if you think of -- again, if you go back to what that ecosystem is, it's what you put in your body, how you move your body, how your mind supports you, how you're motivated, and the community that you have to do it with. And if we could wrap that around everyone, we feel that, that will have a huge benefit for retention.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

All right, terrific. I have a bunch more questions, but I do want to open it to the audience. So anybody who want to start us up with some Q&A here?

**Unknown Analyst**

Since your #1 competitor is 'I'll do it myself', is it the price point that gets people to switch over? Or is it just the frustration? I'm just trying to understand, again, I struggle with your retention. For the benefits they get, it should be years, not months, so I'm on the same page. I just can't wrap my head around why

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it's been taking so long to get the retention to move up to where it would be a more normalized level for the benefits you derive.

**Mindy F. Grossman**
*President, CEO & Director*

So just to give you a perspective, everything that we're talking about, either is about 4 weeks old or hasn't launched yet. That's why we're talking that way now. There were certainly efforts to improve our experience, whether that's the physical or the digital and certainly, Freestyle having such an impact. That's got the retention from where it was to where it is today, but everything that we're talking about is just activating. So really, as Nick said, we should start to see that uptick in 2019 based on that.

**Unknown Analyst**

There's no price component -- I'm sorry, just a follow up. To someone that's just going to try to do it myself, do they think about a price point? Is there $10 dollars, you get a much higher level of trial than at $19.99? I just want to see if you've beta tested that.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. So again, I believe that people do value what they pay for. And if you look at what they will have for that price point, right, there was never any conversation on our end that we're going to raise the price point. We are just going to give so much for what people would want and need to engage with. Now, we're always looking at our offers and we're always looking at what our base price is, what other elements. We're doing a very big project right now around what's the future of coaching, what's the future of virtual coaching in groups, what are new elements of potential types of meetings? So there's a lot of things happening in parallel to everything else we're doing, and we're constantly looking at that.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

Other questions?

**Unknown Analyst**

I just wanted to get an update on your meal programs and the partnership that you have with Blue Apron. If you could provide any incremental color and maybe some initial tests that you've done with it, that could be positive or negative in your view.

**Mindy F. Grossman**
*President, CEO & Director*

Sure. So when we came out with our Impact Manifesto and we said we're going to be your partner in wellness, we had to put every single thing that we currently did through that filter. And we realized that we had products that we were selling that didn't live up to that. So we said we're going to discontinue selling any products that had artificial sweeteners, preservatives, weren't in the realm. And again, you don't have to eat Weight Watchers food. Most of these are kind of snacks or breakfast or things that support [ effort ]. So this -- so as part of that, starting in January, 100% of all the products we're selling to our direct channels have been reformulated or newly launched in all our new branding. And that was a Herculean task for the team. So it'll be 100% transition, and we'll also relaunch it through our own e-commerce site. And then early February, we're going to launch our first branded store on Amazon. In the Fresh space, we launched WW Fresh. That's in beta right now in a couple of markets. And that is quick, fresh meal prep in grocery. So dinner for 2, pick it up, you can put it together, heat it up, et cetera, under 10 minutes. And then the third is our partnership with Blue Apron for at-home entrées and meal delivery. And then if you look at the fourth pillar of healthy kitchen is where can we provide people with healthy options where they haven't had it before? So for example, the first WW Freestyle Café opened at Barclays Center in Brooklyn. Healthy Mediterranean, is doing quite well, Cat Cora. And then we have an item on every one of the menus. So think of it as how do we really stretch across, whether it's a kitchen in your home or outside. And to your earlier point, we obviously have done consumer testing, and they really

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

want these options. And what's interesting is it's not just our members who want these options. Our goal for doing much of this is to touch people even outside of our walls to get them more familiar with what we do. And so to Nick's point, when we set our goals for 2020, we set our goals both for how many people we want in our program but in addition to that, how many people do we want interfacing with our products, our brands, et cetera.

**Vincent J. Sinisi**
*Morgan Stanley, Research Division*

All right. Terrific. With that, we are out of time, but we do have a breakout directly after this, so please join us there. Mindy, Nick, Corey, thank you guys very much.

**Nicholas P. Hotchkin**
*CFO & President of Emerging Markets*

Thank so much.

**Mindy F. Grossman**
*President, CEO & Director*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.