# EXHIBIT MM

# Press Release

## WW Launches New Digital Innovations To Inspire Healthy Habits

**Company Launches Partnership with Aaptiv Among Other New Features to Further Personalize and Enhance Digital Member Experience**

Company Release - 12/10/2018 8:00 AM ET

NEW YORK, Dec. 10, 2018 /PRNewswire/ -- WW (NASDAQ: WTW), a global wellness company and the world's leading commercial weight-management program, has officially launched new digital innovations to enhance the WW Digital member experience, including a new partnership with Aaptiv, a leading provider of premium digital fitness content with the number one audio fitness app. Now, when people sign up for WW Freestyle™, the most effective and liveable program in the company's history, they will have access to these new digital enhancements as well as behavior change expertise that spans across food, activity, and mindset on the WW app.

**Aaptiv Content and FitPoints® 2.0 Personalize the WW Activity Experience**

- Through the partnership with **Aaptiv**, the WW app will include a selection of on-demand audio workouts customized for WW members, led by Aaptiv's expert personal trainers and set to motivating playlists. The content consists of nine curated workouts that support beginners, intermediates and those with more advanced fitness experience.
- Members can now track their activity, including Aaptiv workouts, with **FitPoints 2.0**, an evolution of the FitPoints® system designed to encourage activity choices based on what will have the greatest impact on an individual's health and wellness. The new FitPoints® is personalized to each individual within the WW app – based on their height, weight, age and sex – so members know exactly what each activity is worth to them.

"Our new partnerships and digital innovations will revolutionize the way people experience WW Freestyle, allowing for a more personalized, holistic wellness ecosystem," said Mindy Grossman, President and Chief Executive Officer at WW. "The products, experiences, and programs we continue to provide help people build healthy behaviors that fit into their lives and advance our goal of making wellness accessible to all."

"We are excited to partner with WW because we share the same mission of empowering everyone to live a healthier life," said Aaptiv founder and CEO Ethan Agarwal. "We've transformed how Aaptiv members work out through our world-class fitness content and training, and we look forward to providing WW members with a glimpse into the Aaptiv experience."

In addition to these new features to inspire people to move more, WW is continuously innovating its digital experience to provide millions of members around the world access to content, tools and resources that help them on their wellness journey. Additional new digital enhancements include:

**WW x Headspace® and Connect Groups Are Live**

- To help members maintain a positive mindset, WW has partnered with **Headspace**, a global leader in meditation and mindfulness, to deliver curated content for the WW app.
- To strengthen the WW community within the app, WW launched **Connect Groups** to help people find other members like them. Groups are based on: Food, Life Stages, Wellness Journey, Activity, Mindset and Hobbies.

"We are putting our decades of behavior change expertise to work, giving members access to resources and tools that will help them develop healthy habits for real life," said Gary Foster, PhD, Chief Scientific Officer at WW. "These new enhancements to our app will help inspire people to eat healthier, move more, develop a helpful mindset to ultimately, help them live healthier, happier lives."

WW members will have access to all of these new features through the WW app, which is included with a membership on the WW Freestyle program. WW Freestyle is proven to help people lose weight, sleep better, and feel happier[1].

For further information on WW please go to www.ww.com.

**About WW**

WW is a global wellness company and the world's leading commercial weight management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group workshops, members follow our livable and sustainable program that encompasses healthy eating, physical activity, and a positive mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the WW approach to healthy living, please visit ww.com. For more information about our global business, visit our corporate website at corporate.ww.com.

[1] Six-month pre-post study on 152 participants, conducted by the University of North Carolina at Chapel Hill, Weight Research Lab. Study funded by Weight Watchers. Sleep data and happiness data reported by trial participants after 6 months on WW Freestyle based on the Pittsburgh Sleep Quality Index and the Oxford Happiness Questionnaire.

**For more information, contact:**
Brooke Theiss
Brooke.Theiss@weightwatchers.com
347 463 8239

C View original content:http://www.prnewswire.com/news-releases/ww-launches-new-digital-innovations-to-inspire-healthy-habits-300762502.html

Case 1:19-cv-02005-WHP Document 94-30 Filed 10/31/19 Page 3 of 3

Press Release – WW (Weight Watchers)