# EXHIBIT NN

Press Release

# Introducing WW x Blue Apron: Inspiring Healthier Home Cooking

**WW and Blue Apron Debut Exclusive WW Freestyle™ Menu, Available to All Beginning December 26**

Company Release - 12/20/2018 8:01 AM ET

NEW YORK, Dec. 20, 2018 /PRNewswire/ -- Today, WW (NASDAQ: WTW) and Blue Apron (NYSE: APRN) announced WW x Blue Apron, a new partnership that will feature a weekly rotating selection of recipes inspired by the WW Freestyle™ program and available for home delivery.  Known for creating incredible meal experiences, the Blue Apron culinary team designed the recipes, which emphasize diverse cuisines, high quality ingredients, and unique flavors, in close collaboration with WW nutrition and wellness experts. The meals will be available for all to order exclusively through Blue Apron's digital platform beginning December 26.



"This partnership is all about bringing delicious, inspiring meals directly to your home," said Stacey Mowbray, President of North America at WW. "The recipes – based on WW Freestyle, our most effective and livable program to date – make cooking at home simpler, convenient and enjoyable."

"The passion, engagement, and enthusiasm of WW members closely mirrors the attributes of our community of home cooks," said Brad Dickerson, CEO, Blue Apron. "Our new WW Freestyle menu is designed to bring discovery and achievement to the home cooking experience, introducing consumers––including WW members and Blue Apron customers––to ingredients, techniques, and delicious meals that empower them to develop a wellness-inspired home cooking routine."

Furthering the WW mission to democratize wellness and Blue Apron's mission to make incredible home cooking accessible, the customized WW Freestyle menu will be an extension of the core Blue Apron meal experience.

With six new meals rotating weekly throughout the year, the menu will feature a variety of two-serving recipes that are also trackable in the WW mobile app. The first six meals available to order are:

- Crispy Baked Chicken with Kale, Potatoes and Caper Mayo
- Garlic Shrimp and Spanish Style Potatoes with Peppers and Onions
- Chipotle Sweet Potato Chili with Avocado and Cotija Cheese
- Togarashi Tilapia
- Blackened Pork Chops and Spicy Orange Salsa with Cauliflower and Kale Salad
- Za'atar Chicken Bowl with Creamy Mustard Dressing

The WW Freestyle program builds on the highly successful and effective SmartPoints® system by expanding ZeroPoint™ foods from only fruits and vegetables to more than 200 delicious, satisfying foods. WW Freestyle has been proven to help you lose weight, sleep more, and feel happier.[1]

The WW x Blue Apron partnership will be integrated across multiple touchpoints, including digital, mobile and offline platforms. For more information, please visit www.BlueApron.com/WW.

To learn more about Blue Apron, please visit www.blueapron.com.

To learn more about WW, please visit www.ww.com.

**About WW**

WW is a global wellness company and the world's leading commercial weight-management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group meetings, members follow our livable and sustainable program that encompasses healthy eating, physical activity, and a positive mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the WW approach to healthy living, please visit ww.com. For more information about our global business, visit our corporate website at corporate.ww.com.

Press Release - WW (Weight Watchers)

**About Blue Apron**

Blue Apron's mission is to make incredible home cooking accessible to everyone. Launched in 2012, Blue Apron is reimagining the way that food is produced, distributed, and consumed, and as a result, building a better food system that benefits consumers, food producers, and the planet. The company has developed an integrated ecosystem that enables the Company to work in a direct, coordinated manner with farmers and artisans to deliver high-quality products to customers nationwide at compelling values.

*This news release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on management's current expectations and beliefs, as well as a number of assumptions concerning future events. These statements are subject to risks, uncertainties, assumptions and other important factors. Readers are cautioned not to put undue reliance on such forward-looking statements because actual results may vary materially from those expressed or implied. The reports filed by the Company pursuant to United States securities laws contain discussions of these risks and uncertainties. The Company assumes no obligation to, and expressly disclaims any obligation to, update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Readers are advised to review the Company's filings with the United States Securities and Exchange Commission (which are available on the SEC's EDGAR database at www.sec.gov and via the Company's website at corporate.ww.com).*

[1] Six-month pre-post study on 152 participants, conducted by the University of North Carolina at Chapel Hill, Weight Research Lab. Study funded by Weight Watchers. Sleep data and happiness data reported by trial participants after 6 months on WW FreeStyle based on the Pittsburgh Sleep Quality Index and the Oxford Happiness Questionnaire.

**For more information, contact:**

Brooke Theiss, WW
347.463.8239
Brooke.theiss@weightwatchers.com

Nisha Devarajan, Blue Apron
nisha.devarajan@blueapron.com

View original content to download multimedia:http://www.prnewswire.com/news-releases/introducing-ww-x-blue-apron-inspiring-healthier-home-cooking-300769515.html

SOURCE WW