# EXHIBIT OO

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

# FORM 8-K

---

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of report (Date of earliest event reported): February 25, 2019**

---

# WEIGHT WATCHERS INTERNATIONAL, INC.

(Exact name of registrant as specified in its charter)

---

| Virginia | 001-16769 | 11-6040273 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**675 Avenue of the Americas, 6th Floor, New York, New York**      **10010**
(Address of principal executive offices)      (Zip Code)

**Registrant's telephone number, including area code: (212) 589-2700**

**Not Applicable**
(Former name or former address, if changed since last report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

---

## Item 2.02.    Results of Operations and Financial Condition.

The information contained in Item 2.02 of this Current Report on Form 8-K, including the text of the press release attached as Exhibit 99.1, is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section. The information contained in Item 2.02 and Item 9.01 of this Current Report on Form 8-K shall not be incorporated by reference into any registration statement or other document or filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

On February 26, 2019, Weight Watchers International, Inc. (the "Company") issued a press release announcing its financial results for its

fiscal quarter and fiscal year ended December 29, 2018. A copy of the press release is attached hereto as Exhibit 99.1 and incorporated herein by reference.

### Item 5.02. Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.

On February 25, 2019, Philippe J. Amouyal and Cynthia Elkins (the "Resigning Directors") notified the Company's Secretary of their respective resignations as directors of the Company, effective as of February 26, 2019 at 11:59 p.m. Neither of the Resigning Director's decision was the result of any disagreement with the Company or the Board of Directors of the Company (the "Board"). In order to fill the vacancy created by Mr. Amouyal's resignation, the Board unanimously elected Julie Bornstein as a Class III director of the Company, effective as of 12:00 a.m. on February 27, 2019. Ms. Bornstein's term will expire at the Company's 2019 annual meeting of shareholders (the "2019 Annual Meeting"). In order to fill the vacancy created by Ms. Elkins' resignation, the Board unanimously elected Tracey D. Brown (together with Ms. Bornstein, the "New Directors") as a Class I director of the Company, effective as of 12:00 a.m. on February 27, 2019. Ms. Brown's term will expire at the Company's 2020 annual meeting of shareholders, subject to her election by the Company's shareholders at the 2019 Annual Meeting as required under the laws of the Commonwealth of Virginia. Ms. Brown will also serve on the Board's Audit Committee.

There were no arrangements or understandings pursuant to which either of the New Directors was elected as a director, and there are no related party transactions between the Company and either of the New Directors reportable under Item 404(a) of Regulation S-K. The Board has affirmatively determined that each of the New Directors qualifies as an "independent director" under Nasdaq listing standards.

The New Directors will receive the Company's standard compensation provided to all the Company's non-employee directors for service on the Board (currently $150,000 per annum, payable quarterly, half in cash and half in fully vested common stock of the Company, no par value per share (the "Common Stock")). Ms. Brown will also receive the Company's standard compensation provided to members of the Audit Committee for service thereon (currently $10,000 per annum, payable quarterly, in cash). Such amounts shall be prorated with respect to fiscal 2019 based on the New Directors' time of service on the Board, and in the case of Ms. Brown, the Audit Committee, during the first fiscal quarter of 2019. All shares of Common Stock granted to a director are subject to transfer restrictions such that the shares cannot be sold or transferred until the earlier of (i) the director no longer serving on the Board or (ii) following the proposed sale or transfer of any such shares, the applicable director continuing to hold shares of Common Stock with a value of at least $600,000 in the aggregate, such value based on the closing price of the Common Stock on the date of such director's request for permission to consummate such sale or transfer pursuant to the Company's Amended and Restated Securities Trading Policy, and any successor policy thereof.

### Item 7.01. Regulation FD Disclosure.

A copy of the Company's press release announcing the New Directors' election to the Board has been furnished as Exhibit 99.2 to this Current Report on Form 8-K.

### Item 9.01.    Financial Statements and Exhibits.

(d) Exhibits.

| Exhibit | Description |
|---|---|
| Exhibit 99.1 | Press Release dated February 26, 2019 regarding financial results. |
| Exhibit 99.2 | Press Release dated February 26, 2019 regarding New Directors. |

2

---

### SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**WEIGHT WATCHERS INTERNATIONAL, INC.**

DATED: February 26, 2019

By:    /s/ Nicholas P. Hotchkin
Name:  Nicholas P. Hotchkin
Title:  Chief Financial Officer

3

Exhibit 99.1



**For more information, contact:**

**Investors:**
Corey Kinger, WW
212.601.7569
corey.kinger@weightwatchers.com

**Media:**
Megan Bishop, Teneo Strategy for WW
917.544.0071
megan.bishop@teneostrategy.com

**WW Announces Fourth Quarter
and Full Year 2018 Results**

*Provides Full Year 2019 Guidance*

- **End of Period Subscribers up 22% year-over-year to 3.9 million**

- **Total Paid Weeks in Q4 2018 up 23% year-over-year; Total Paid Weeks in FY 2018 up 26% year-over-year**

- **Revenues in Q4 2018 of $330 million, up 6%, or 7% on a constant currency basis, year-over-year; FY 2018 Revenues of $1.5 billion, up 16%, or 15% on a constant currency basis, year-over-year**

- **FY 2019 guidance: Revenues of approximately $1.4 billion and EPS range of $1.25 to $1.50**

**NEW YORK (Feb. 26, 2019)** – Weight Watchers International, Inc. (NASDAQ: WTW) ("WW") today announced its results for the fourth quarter and full year fiscal 2018 and provided its full year fiscal 2019 guidance.

"2018 was a significant year for WW. We launched WW Freestyle™, built an expanded technology ecosystem, rebranded to WW and reinforced our mission to become the world's partner in wellness," said Mindy Grossman, the Company's President and CEO. "While we are proud of our accomplishments in 2018, we had a soft start to 2019 versus last year's strong performance with the launch of WW Freestyle. Given our Winter Campaign did not recruit as expected, we have been focused on improving member recruitment trends. We quickly moved to course correct, including introducing new creative with a stronger call-to-action and further optimizing our media mix."

Grossman continued, "While we are disappointed with our start to 2019, we are confident that our strategy to focus on providing holistic wellness solutions leveraging our best-in-class weight management program is the right path to support long-term sustainable growth. Looking ahead, I'm happy to say that Oprah Winfrey will play a central role in our upcoming TV and digital marketing campaign for Spring, bringing to life a clear message on how WW is the program that works. Together with Oprah, we are also working on an initiative to galvanize and bring together communities through a series of digital and live experiences and events to accelerate WW's impact and allow us to reach new and diverse audiences. We will announce more details in the coming months, but anticipate the initiative will kick off later in 2019."

# Wellness that Works.



"2018 was an exceptional year, with strong member recruitment, revenue growth and margin expansion," said Nick Hotchkin, the Company's CFO. "However, due to the soft start to the key Winter Season, we expect member recruitment for 2019 to be below 2018 levels, resulting in lower revenue and earnings for the year. We are focused on driving member recruitment and exercising strict cost discipline, while continuing to invest in the areas that will drive future growth."

## Q4 2018 Consolidated Results

| (in millions except percentages and per share amounts) | Three Months Ended December 29, 2018 | | Three Months Ended December 30, 2017 | | % Change | % Change Adjusted for Constant Currency[1] |
|---|---|---|---|---|---|---|
| Service Revenues, net | $ | 288.8 | $ | 264.0 | 9.4% | 10.9% |
| Product Sales and Other, net | | 41.6 | | 48.5 | (14.3%) | (13.1%) |
| **Revenues, net** | $ | 330.4 | $ | 312.5 | 5.7% | 7.2% |
| **Operating Income** | $ | 80.3 | $ | 49.5 | 62.4% | 65.0% |
| Adjustments | | | | | | |
| Goodwill Impairment | | — | | 13.3 | | |
| **Adjusted Operating Income[1]** | $ | 80.3 | $ | 62.8 | 27.9% | 30.0% |
| **Net Income*** | $ | 43.8 | $ | 63.0 | (30.5%) | (29.0%) |
| **EPS** | $ | 0.63 | $ | 0.91 | (31.5%) | (30.1%) |
| **Total Paid Weeks** | | 53.8 | | 43.8 | 22.8% | N/A |
| Digital[2] Paid Weeks | | 34.7 | | 25.7 | 34.6% | N/A |
| Studio + Digital[3] Paid Weeks | | 19.2 | | 18.1 | 6.0% | N/A |
| **End of Period Subscribers[4]** | | 3.9 | | 3.2 | 22.4% | N/A |
| Digital Subscribers | | 2.6 | | 2.0 | 32.1% | N/A |
| Studio + Digital Subscribers | | 1.3 | | 1.3 | 7.1% | N/A |

Note: Totals may not sum due to rounding.

(1) See "Reconciliation of Non-GAAP Financial Measures" attached to this release for further detail on adjustments to GAAP financial measures.

(2) "Digital" refers to providing subscriptions to the Company's digital product offerings, including the Personal Coaching + Digital product.

(3) "Studio + Digital" refers to providing access to the Company's weekly in-person workshops combined with the Company's digital subscription product offerings to commitment plan subscribers. The "Studio + Digital" business also includes the provision of access to workshops for members who do not subscribe to commitment plans, including the Company's "pay-as-you-go" members.

(4) "Subscribers" refers to Digital subscribers and Studio + Digital subscribers who participate in recur bill programs in Company-owned operations.

*Except in the case of the financials attached to this release, "Net Income" refers to Net Income attributable to Weight Watchers International, Inc.

# Wellness that Works:



## Q4 2018 Business and Financial Highlights

- **End of Period Subscribers** in Q4 2018 were up 22.4% versus the prior year period, driven by growth in all major geographic markets. Q4 2018 End of Period Digital Subscribers were up 32.1% and End of Period Studio + Digital Subscribers were up 7.1% versus the prior year period.

- **Total Paid Weeks** in Q4 2018 were up 22.8% versus the prior year period, driven by growth in all major geographic markets. Q4 2018 Digital Paid Weeks increased 34.6% and Studio + Digital Paid Weeks increased 6.0% versus the prior year period.

- **Revenues** in Q4 2018 were $330.4 million. On a constant currency basis, Q4 2018 revenues increased 7.2% versus the prior year period.

    o  **Service Revenues** in Q4 2018 were $288.8 million. On a constant currency basis, these revenues increased 10.9% versus the prior year period. This increase was primarily driven by growth in the North America and Continental Europe markets.

    o  **Product Sales and Other** in Q4 2018 were $41.6 million. On a constant currency basis, these revenues decreased 13.1% versus the prior year period.

- **Operating Income** in Q4 2018 was $80.3 million compared to $49.5 million in the prior year period. After adjusting Q4 2017 operating income to exclude the $13.3 million goodwill impairment charge related to the Company's Brazil operations, adjusted operating income in Q4 2018 of $80.3 million increased 30.0% on a constant currency basis versus the prior year period. This increase in adjusted operating income was primarily driven by an increased mix shift toward Digital revenues and operating leverage on higher revenues in the quarter versus the prior year period.

- **Income Tax** in Q4 2018 was an expense of $0.9 million compared to a benefit of $54.7 million in the prior year period.

- **Net Income** in Q4 2018 was $43.8 million compared to $63.0 million in the prior year period.

- **Earnings per fully diluted share (EPS)** in Q4 2018 was $0.63 compared to $0.91 in the prior year period.

  o    Certain items affect year-over-year comparability.

   - The following items in the aggregate positively impacted Q4 2018 EPS by $0.17:
     - $0.12 per fully diluted share tax benefit due to the reversal of a valuation allowance related to foreign tax credits that have been fully utilized.
     - $0.05 per fully diluted share tax benefit due to the reversal of a valuation allowance related to certain net operating losses that are now expected to be realized.

## Wellness that Works:



   - The following items in the aggregate positively impacted Q4 2017 EPS by $0.54:
     - $0.82 per fully diluted share arising from the one-time net tax benefit principally due to a remeasurement of net deferred tax liabilities under the new U.S. tax law.
     - ($0.19) per fully diluted share arising from the goodwill impairment charge related to the Company's Brazil operations.
     - ($0.09) per fully diluted share arising from the negative net impact associated with the Company's Q4 2017 refinancing of $1.9 billion of debt.

## Full Year 2018 Consolidated Results

| | Twelve Months Ended | | | | % Change Adjusted for |
| | December 29, 2018 | December 30, 2017 | % Change | Constant Currency[1] |
|---|---|---|---|---|---|
| (in millions except percentages and per share amounts) | | | | | |
| Service Revenues, net | $ 1,273.2 | $ 1,081.7 | 17.7% | 16.7% |
| Product Sales and Other, net | 240.9 | 225.2 | 7.0% | 5.3% |
| Revenues, net | $ 1,514.1 | $ 1,306.9 | 15.9% | 14.7% |
| Operating Income | $ 389.0 | $ 267.3 | 45.5% | 44.2% |
| Adjustments | | | | |
| Goodwill Impairment | — | 13.3 | | |
| Adjusted Operating Income[1] | $ 389.0 | $ 280.6 | 38.6% | 37.3% |
| Net Income* | $ 223.7 | $ 163.5 | 36.8% | 35.4% |
| EPS | $ 3.19 | $ 2.40 | 33.2% | 31.8% |
| Total Paid Weeks | 227.9 | 181.5 | 25.5% | N/A |
| Digital[2] Paid Weeks | 144.6 | 105.2 | 37.5% | N/A |
| Studio + Digital[3] Paid Weeks | 83.3 | 76.4 | 9.1% | N/A |
| End of Period Subscribers[4] | 3.9 | 3.2 | 22.4% | N/A |
| Digital Subscribers | 2.6 | 2.0 | 32.1% | N/A |
| Studio + Digital Subscribers | 1.3 | 1.3 | 7.1% | N/A |

Note: Totals may not sum due to rounding.

(1) See "Reconciliation of Non-GAAP Financial Measures" attached to this release for further detail on adjustments to GAAP financial measures.

(2) "Digital" refers to providing subscriptions to the Company's digital product offerings, including the Personal Coaching + Digital product.

(3) "Studio + Digital" refers to providing access to the Company's weekly in-person workshops combined with the Company's digital subscription product offerings to commitment plan subscribers. The "Studio + Digital" business also includes the provision of access to workshops for members who do not subscribe to commitment plans, including the Company's "pay-as-you-go" members.

(4) "Subscribers" refers to Digital subscribers and Studio + Digital subscribers who participate in recur bill programs in Company-owned operations.

*Except in the case of the financials attached to this release, "Net Income" refers to Net Income attributable to Weight Watchers International, Inc.

**Wellness that Works.**



### Full Year 2018 Business and Financial Highlights

- **Total Paid Weeks** in fiscal 2018 were up 25.5% versus the prior year, driven by growth in all major geographic markets. Fiscal 2018 Digital Paid Weeks increased 37.5% and Studio + Digital Paid Weeks increased 9.1% versus the prior year.

- **Revenues** in fiscal 2018 were $1,514.1 million. On a constant currency basis, fiscal 2018 revenues increased 14.7% versus the prior year.

    o **Service Revenues** in fiscal 2018 were $1,273.2 million. On a constant currency basis, these revenues increased 16.7% versus the prior year. This increase was driven by growth in all major geographic markets.

    o **Product Sales and Other** in fiscal 2018 were $240.9 million. On a constant currency basis, these revenues increased 5.3% versus the prior year.

- **Operating Income** in fiscal 2018 was $389.0 million compared to $267.3 million in the prior year. After adjusting fiscal 2017 operating income to exclude the $13.3 million goodwill impairment charge related to the Company's Brazil operations, adjusted operating income in fiscal 2018 of $389.0 million increased 37.3% on a constant currency basis versus the prior year. This increase in adjusted operating income was primarily driven by operating leverage on higher revenues in the year versus the prior year.

- **Income Tax** in fiscal 2018 was an expense of $20.5 million. Income tax in fiscal 2017 was a benefit of $18.2 million.

- **Net Income** in fiscal 2018 was $223.7 million compared to $163.5 million in the prior year.

- **EPS** in fiscal 2018 was $3.19 compared to $2.40 in the prior year.
    o Certain items affect year-over-year comparability.

    - The following items in the aggregate positively impacted full year fiscal 2018 EPS by $0.48:
        - $0.25 per fully diluted share tax benefit from Ms. Winfrey's exercise of a portion of her stock options, as previously disclosed in March 2018.
        - $0.12 per fully diluted share tax benefit due to the reversal of a valuation allowance related to foreign tax credits that have been fully utilized.
        - $0.06 per fully diluted share tax benefit related to favorable tax return adjustments.
        - $0.05 per fully diluted share tax benefit due to the reversal of a valuation allowance related to certain net operating losses that are now expected to be realized.

**Wellness that Works.**



- The following items in the aggregate positively impacted full year fiscal 2017 EPS by $0.75:
    - $0.83 per fully diluted share arising from the one-time net tax benefit principally due to a remeasurement of net deferred tax liabilities under the new U.S. tax law.
    - $0.18 per fully diluted share tax benefit that was offset by $0.01 per fully diluted share of expense, both related to the previously announced cessation of operations of the Company's Spanish subsidiary.
    - $0.03 per fully diluted share arising from the positive impact of the reversal of certain tax reserves.
    - ($0.20) per fully diluted share arising from the goodwill impairment charge related to the Company's Brazil operations.
    - ($0.08) per fully diluted share arising from the negative net impact associated with the Company's $1.9 billion refinancing of debt in Q4 2017 and the Company's debt prepayment in Q2 2017.

### Other Items

- **Cash** balance as of December 29, 2018 was $237.0 million. On that same date, the Company had no outstanding borrowings under its $150 million revolving credit facility.

- **Ticker Symbol:** To further align with its global brand, the Company intends to change its ticker symbol on The Nasdaq Global Select Market to "WW" later this year. Until further details are announced, the Company will continue to trade under the symbol "WTW".

## Full Year Fiscal 2019 Guidance

The Company is providing its full year fiscal 2019 revenue guidance of approximately $1.4 billion and earnings guidance of between $1.25 and $1.50 per fully diluted share.

## Fourth Quarter and Full Year 2018 Conference Call and Webcast

The Company has scheduled a conference call today at 5:00 p.m. ET. During the conference call, Mindy Grossman, President and Chief Executive Officer, and Nicholas Hotchkin, Chief Financial Officer, will discuss the fourth quarter and full year fiscal 2018 results and answer questions from the investment community. Live audio of the conference call will be simultaneously webcast on the Company's corporate website, corporate.ww.com, in the Investors section under Presentations and Events. A replay of the webcast will be available on this site for approximately 90 days.

# Wellness that Works.



## Statement regarding Non-GAAP Financial Measures

The following provides information regarding non-GAAP financial measures used in this earnings release:

To supplement the Company's consolidated results presented in accordance with accounting principles generally accepted in the United States ("GAAP"), the Company has disclosed non-GAAP financial measures of operating results that exclude or adjust certain items. Operating income and operating income margin are discussed in this release both as reported (on a GAAP basis) and, with respect to the fourth quarter and full year fiscal 2017, as adjusted (on a non-GAAP basis), to exclude the impairment charge for the Company's goodwill related to its Brazil operations. The Company also presents in the attachments to this release the non-GAAP financial measures earnings before interest, taxes, depreciation, amortization and stock-based compensation ("EBITDAS") and earnings before interest, taxes, depreciation, amortization, stock-based compensation and goodwill impairment ("Adjusted EBITDAS"). In addition, the Company presents certain of its financial results on a constant currency basis in addition to GAAP results. Constant currency information compares results between periods as if exchange rates had remained constant period-over-period. In this release and any attachments, the Company calculates constant currency by calculating current-year results using prior-year foreign currency exchange rates.

Management believes these non-GAAP financial measures provide useful supplemental information for its and investors' evaluation of the Company's business performance and are useful for period-over-period comparisons of the performance of the Company's business. While management believes that these non-GAAP financial measures are useful in evaluating the Company's business, this information should be considered as supplemental in nature and should not be considered in isolation or as a substitute for the related financial information prepared in accordance with GAAP. In addition, these non-GAAP financial measures may not be the same as similarly entitled measures reported by other companies. See "Reconciliation of Non-GAAP Financial Measures" attached to this release and reconciliations, if any, included elsewhere in this release for a reconciliation of the non-GAAP financial measures to the most directly comparable GAAP measures.

## About Weight Watchers International, Inc.

**WW** – the new Weight Watchers – is a global wellness company and the world's leading commercial weight management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group workshops, members follow our livable and sustainable program that encompasses healthy eating, physical activity, and a helpful mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the WW approach to healthy living, please visit ww.com. For more information about our global business, visit our corporate website at corporate.ww.com.

*This news release and any attachments include "forward-looking statements," within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, in particular, revenue and earnings guidance and any statements about the Company's plans, strategies and prospects. The Company generally uses the words "may," "will," "could," "expect," "anticipate," "believe," "estimate," "plan," "intend" and similar expressions in this news release and any attachments to identify forward-looking statements. The Company bases these forward-looking statements on its current views with respect to future events and financial performance. Actual results could differ materially from those projected in the forward-looking statements. These forward-looking statements are subject to risks, uncertainties and assumptions, including, among other things: competition from other weight management and wellness*

*industry participants or the development of more effective or more favorably perceived weight management methods; the Company's ability to continue to develop new, innovative services and products and enhance its existing services and products or the failure of its services, products or brands to continue to appeal to the market, or the Company's ability to successfully expand into new channels of distribution or respond to*



*consumer trends; the ability to successfully implement new strategic initiatives; the effectiveness of the Company's advertising and marketing programs, including the strength of its social media presence; the impact on the Company's reputation of actions taken by its franchisees, licensees, suppliers and other partners; the impact of the Company's substantial amount of debt and its debt service obligations and debt covenants; the inability to generate sufficient cash to service the Company's debt and satisfy its other liquidity requirements; uncertainties regarding the satisfactory operation of the Company's technology or systems; the impact of security breaches or privacy concerns; the recognition of asset impairment charges; the loss of key personnel, strategic partners or consultants or failure to effectively manage and motivate the Company's workforce; the inability to renew certain of the Company's licenses, or the inability to do so on terms that are favorable to the Company; the expiration or early termination by the Company of leases; risks and uncertainties associated with the Company's international operations, including regulatory, economic, political and social risks and foreign currency risks; uncertainties related to a downturn in general economic conditions or consumer confidence; the Company's ability to successfully make acquisitions or enter into joint ventures, including its ability to successfully integrate, operate or realize the anticipated benefits of such businesses; the seasonal nature of the Company's business; the impact of events that discourage or impede people from gathering with others or accessing resources; the Company's ability to enforce its intellectual property rights both domestically and internationally, as well as the impact of its involvement in any claims related to intellectual property rights; the outcomes of litigation or regulatory actions; the impact of existing and future laws and regulations; the Company's failure to maintain effective internal control over financial reporting; the possibility that the interests of Artal Group S.A., the largest holder of the Company's common stock and a shareholder with significant influence over the Company, will conflict with the Company's interests or the interests of other holders of the Company's common stock; and other risks and uncertainties, including those detailed from time to time in the Company's periodic reports filed with the Securities and Exchange Commission. You should not put undue reliance on any forward-looking statements. You should understand that many important factors, including those discussed herein, could cause the Company's results to differ materially from those expressed or suggested in any forward-looking statement. Except as required by law, the Company does not undertake any obligation to update or revise these forward-looking statements to reflect new information or events or circumstances that occur after the date of this news release or to reflect the occurrence of unanticipated events or otherwise. Readers are advised to review the Company's filings with the United States Securities and Exchange Commission (which are available on the SEC's EDGAR database at www.sec.gov and via the Company's website at corporate.ww.com).*

## Wellness that Works.

### WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES
### CONDENSED CONSOLIDATED BALANCE SHEETS
### (IN THOUSANDS)
### UNAUDITED

|  | December 29, 2018 | December 30, 2017 |
|---|---|---|
| **ASSETS** |  |  |
| Cash and cash equivalents | $ 236,974 | $ 83,054 |
| Other current assets | 129,450 | 125,934 |
| TOTAL CURRENT ASSETS | 366,424 | 208,988 |
| Property and equipment, net | 52,202 | 47,978 |
| Goodwill, franchise rights and other intangible assets, net | 960,815 | 956,857 |
| Other assets | 35,100 | 32,177 |
| TOTAL ASSETS | $ 1,414,541 | $ 1,246,000 |
| **LIABILITIES AND TOTAL DEFICIT** |  |  |
| Portion of long-term debt due within one year | $ 77,000 | $ 82,750 |
| Other current liabilities | 264,316 | 260,277 |
| TOTAL CURRENT LIABILITIES | 341,316 | 343,027 |
| Long-term debt | 1,669,708 | 1,740,612 |
| Deferred income taxes, other | 208,547 | 173,880 |
| TOTAL LIABILITIES | $ 2,219,571 | $ 2,257,519 |
| Redeemable noncontrolling interest | 3,913 | 4,467 |

| | | | |
|---|---|---:|---:|
| Shareholders' deficit | | (808,943) | (1,015,986) |
| TOTAL LIABILITIES AND TOTAL DEFICIT | | $ 1,414,541 | $ 1,246,000 |

## WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF NET INCOME
## (IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)
## UNAUDITED

| | Three Months Ended | |
|---|---:|---:|
| | December 29, 2018 | December 30, 2017 |
| Service revenues, net [1] | $ 288,834 | $ 263,983 |
| Product sales and other, net [2] | 41,552 | 48,505 |
| Revenues, net | 330,386 | 312,488 |
| Cost of services [3] | 118,181 | 123,010 |
| Cost of product sales and other | 26,985 | 27,027 |
| Cost of revenues | 145,166 | 150,037 |
| Gross profit | 185,220 | 162,451 |
| Marketing expenses | 36,464 | 42,090 |
| Selling, general and administrative expenses | 68,409 | 57,550 |
| Goodwill impairment | — | 13,323 |
| Operating income | 80,347 | 49,488 |
| Interest expense | 35,108 | 30,557 |
| Other expense, net | 600 | 195 |
| Early extinguishment of debt | — | 10,524 |
| Income before income taxes | 44,639 | 8,212 |
| Provision for (benefit from) income taxes | 912 | (54,695) |
| Net income | 43,727 | 62,907 |
| Net loss attributable to the noncontrolling interest | 58 | 62 |
| Net income attributable to Weight Watchers International, Inc. | $ 43,785 | $ 62,969 |
| Earnings Per Share attributable to Weight Watchers International, Inc. | | |
| Basic | $ 0.65 | $ 0.97 |
| Diluted | $ 0.63 | $ 0.91 |
| Weighted average common shares outstanding: | | |
| Basic | 66,895 | 64,607 |
| Diluted | 69,942 | 68,902 |

(1)  Consists of net "Digital Subscription Revenues" and net "Studio + Digital Fees". "Digital Subscription Revenues" consist of the fees associated with subscriptions for the Company's Digital offerings, including the Personal Coaching + Digital product. "Studio + Digital Fees" consist of the fees associated with the Company's subscription plans for combined workshops and digital offerings and other payment arrangements for access to workshops.

(2)  Consists of sales of consumer products in workshops and via e-commerce, revenues from licensing, magazine subscriptions, publishing and third-party advertising in publications and on the Company's websites and sales from the By Mail product, other revenues, and franchise fees with respect to commitment plans and commissions.

(3)  Consists of cost of revenues and operating expenses for the Company's Digital and Studio + Digital services.

## WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF NET INCOME
## (IN THOUSANDS, EXCEPT PER SHARE AMOUNTS)
## UNAUDITED

| | Twelve Months Ended | |
|---|---:|---:|
| | December 29, 2018 | December 30, 2017 |
| Service revenues, net [1] | $ 1,273,196 | $ 1,081,679 |
| Product sales and other, net [2] | 240,925 | 225,232 |
| Revenues, net | 1,514,121 | 1,306,911 |
| Cost of services [3] | 508,477 | 486,293 |
| Cost of product sales and other | 139,234 | 127,969 |
| Cost of revenues | 647,711 | 614,262 |
| Gross profit | 866,410 | 692,649 |
| Marketing expenses | 226,319 | 200,797 |
| Selling, general and administrative expenses | 251,106 | 211,224 |
| Goodwill impairment | — | 13,323 |

| | | |
|---|---:|---:|
| Operating income | 388,985 | 267,305 |
| Interest expense | 142,346 | 112,784 |
| Other expense, net | 2,578 | 472 |
| Early extinguishment of debt, net | — | 8,969 |
| Income before income taxes | 244,061 | 145,080 |
| Provision for (benefit from) income taxes | 20,493 | (18,237) |
| Net income | 223,568 | 163,317 |
| Net loss attributable to the noncontrolling interest | 181 | 197 |
| Net income attributable to Weight Watchers International, Inc. | $ 223,749 | $ 163,514 |

Earnings Per Share attributable to Weight Watchers International, Inc.

| | | |
|---|---:|---:|
| Basic | $ 3.38 | $ 2.54 |
| Diluted | $ 3.19 | $ 2.40 |

Weighted average common shares outstanding:

| | | |
|---|---:|---:|
| Basic | 66,280 | 64,329 |
| Diluted | 70,115 | 68,248 |

(1) Consists of net "Digital Subscription Revenues" and net "Studio + Digital Fees". "Digital Subscription Revenues" consist of the fees associated with subscriptions for the Company's Digital offerings, including the Personal Coaching + Digital product. "Studio + Digital Fees" consist of the fees associated with the Company's subscription plans for combined workshops and digital offerings and other payment arrangements for access to workshops.

(2) Consists of sales of consumer products in workshops and via e-commerce, revenues from licensing, magazine subscriptions, publishing and third-party advertising in publications and on the Company's websites and sales from the By Mail product, other revenues, and franchise fees with respect to commitment plans and commissions.

(3) Consists of cost of revenues and operating expenses for the Company's Digital and Studio + Digital services.

## WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES
## OPERATIONAL STATISTICS
## (IN THOUSANDS, EXCEPT PERCENTAGES)
## UNAUDITED

| | Three Months Ended | | |
|---|---:|---:|---:|
| | December 29, 2018 | December 30, 2017 | Variance |
| **Digital Paid Weeks (1)** | | | |
| North America | 22,174 | 16,342 | 35.7% |
| CE | 9,637 | 7,025 | 37.2% |
| UK | 2,112 | 1,796 | 17.6% |
| Other (2) | 729 | 575 | 26.9% |
| Total Digital Paid Weeks | 34,652 | 25,738 | 34.6% |
| **Studio + Digital Paid Weeks (1)** | | | |
| North America | 13,182 | 12,336 | 6.9% |
| CE | 2,878 | 2,681 | 7.3% |
| UK | 2,507 | 2,438 | 2.8% |
| Other (2) | 622 | 645 | (3.6%) |
| Total Studio + Digital Paid Weeks | 19,189 | 18,100 | 6.0% |
| **Total Paid Weeks (1)** | | | |
| North America | 35,356 | 28,678 | 23.3% |
| CE | 12,515 | 9,706 | 28.9% |
| UK | 4,619 | 4,234 | 9.1% |
| Other (2) | 1,351 | 1,220 | 10.8% |
| Total Paid Weeks | 53,841 | 43,838 | 22.8% |
| **End of Period Digital Subscribers (3)** | | | |
| North America | 1,648 | 1,251 | 31.8% |
| CE | 730 | 535 | 36.6% |
| UK | 160 | 134 | 19.2% |
| Other (2) | 56 | 44 | 24.9% |
| Total End of Period Digital Subscribers | 2,594 | 1,964 | 32.1% |
| **End of Period Studio + Digital Subscribers (3)** | | | |
| North America | 910 | 866 | 5.1% |
| CE | 210 | 189 | 11.3% |
| UK | 174 | 162 | 7.3% |
| Other (2) | 44 | 33 | 31.6% |
| Total End of Period Studio + Digital Subscribers | 1,338 | 1,250 | 7.1% |
| **Total End of Period Subscribers (3)** | | | |

|  | | | |
|---|---|---|---|
| North America | 2,558 | 2,117 | 20.9% |
| CE | 940 | 724 | 30.0% |
| UK | 334 | 296 | 12.7% |
| Other (2) | 100 | 77 | 27.8% |
| Total End of Period Subscribers | 3,932 | 3,214 | 22.4% |

(1) The "Paid Weeks" metric reports paid weeks by WW customers in Company-owned operations for a given period as follows: (i) "Digital Paid Weeks" is the total paid subscription weeks for the Company's digital subscription products (including Personal Coaching + Digital); (ii) "Studio + Digital Paid Weeks" is the sum of total paid commitment plan weeks which include workshops and digital offerings and total "pay-as-you-go" weeks; and (iii) "Total Paid Weeks" is the sum of Digital Paid Weeks and Studio + Digital Paid Weeks.

(2) Represents Australia, New Zealand and emerging markets.

(3) The "End of Period Subscribers" metric reports WW subscribers in Company-owned operations at a given period end as follows: (i) "End of Period Digital Subscribers" is the total number of Digital, including Personal Coaching + Digital, subscribers; (ii) "End of Period Studio + Digital Subscribers" is the total number of commitment plan subscribers that have access to combined workshops and digital offerings; and (iii) "End of Period Subscribers" is the sum of End of Period Digital Subscribers and End of Period Studio + Digital Subscribers.

## WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES
### OPERATIONAL STATISTICS
### (IN THOUSANDS, EXCEPT PERCENTAGES)
### UNAUDITED

|  | Twelve Months Ended | | |
|---|---|---|---|
|  | December 29, 2018 | December 30, 2017 | Variance |
| **Digital Paid Weeks (1)** | | | |
| North America | 93,906 | 67,614 | 38.9% |
| CE | 38,845 | 28,107 | 38.2% |
| UK | 8,944 | 7,199 | 24.2% |
| Other (2) | 2,899 | 2,274 | 27.5% |
| Total Digital Paid Weeks | 144,594 | 105,194 | 37.5% |
| **Studio + Digital Paid Weeks (1)** | | | |
| North America | 57,305 | 52,073 | 10.0% |
| CE | 12,574 | 11,266 | 11.6% |
| UK | 10,886 | 10,324 | 5.4% |
| Other (2) | 2,521 | 2,692 | (6.4%) |
| Total Studio + Digital Paid Weeks | 83,286 | 76,355 | 9.1% |
| **Total Paid Weeks (1)** | | | |
| North America | 151,211 | 119,687 | 26.3% |
| CE | 51,419 | 39,373 | 30.6% |
| UK | 19,830 | 17,523 | 13.2% |
| Other (2) | 5,420 | 4,966 | 9.1% |
| Total Paid Weeks | 227,880 | 181,549 | 25.5% |
| **End of Period Digital Subscribers (3)** | | | |
| North America | 1,648 | 1,251 | 31.8% |
| CE | 730 | 535 | 36.6% |
| UK | 160 | 134 | 19.2% |
| Other (2) | 56 | 44 | 24.9% |
| Total End of Period Digital Subscribers | 2,594 | 1,964 | 32.1% |
| **End of Period Studio + Digital Subscribers (3)** | | | |
| North America | 910 | 866 | 5.1% |
| CE | 210 | 189 | 11.3% |
| UK | 174 | 162 | 7.3% |
| Other (2) | 44 | 33 | 31.6% |
| Total End of Period Studio + Digital Subscribers | 1,338 | 1,250 | 7.1% |
| **Total End of Period Subscribers (3)** | | | |
| North America | 2,558 | 2,117 | 20.9% |
| CE | 940 | 724 | 30.0% |
| UK | 334 | 296 | 12.7% |
| Other (2) | 100 | 77 | 27.8% |
| Total End of Period Subscribers | 3,932 | 3,214 | 22.4% |

(1) The "Paid Weeks" metric reports paid weeks by WW customers in Company-owned operations for a given period as follows: (i) "Digital Paid Weeks" is the total paid subscription weeks for the Company's digital subscription products (including Personal Coaching + Digital); (ii) "Studio + Digital Paid Weeks" is the sum of total paid commitment plan weeks which include workshops and digital offerings and total "pay-as-you-go" weeks; and (iii) "Total Paid Weeks" is the sum of Digital Paid Weeks and Studio + Digital Paid Weeks.

(2) Represents Australia, New Zealand and emerging markets.

(3) The "End of Period Subscribers" metric reports WW subscribers in Company-owned operations at a given period end as follows: (i) "End of

Period Digital Subscribers" is the total number of Digital, including Personal Coaching + Digital, subscribers; (ii) "End of Period Studio + Digital Subscribers" is the total number of commitment plan subscribers that have access to combined workshops and digital offerings; and (iii) "End of Period Subscribers" is the sum of End of Period Digital Subscribers and End of Period Studio + Digital Subscribers.

**WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES**
**(IN THOUSANDS, EXCEPT PERCENTAGES)**
**UNAUDITED**

| | | | | | | Q4 2018 Variance | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Q4 2018 | | Q4 2017 | 2018 | 2018 Constant Currency |
| | GAAP | Currency Adjustment | Constant Currency | | GAAP | vs 2017 | vs 2017 |
| **Selected Financial Data** | | | | | | | |
| Consolidated Company Revenues | $ 330,386 | $ 4,619 | $ 335,005 | | $ 312,488 | 5.7% | 7.2% |
| Consolidated Digital Subscription Revenues [1] | $ 134,902 | $ 2,077 | $ 136,979 | | $ 104,012 | 29.7% | 31.7% |
| Consolidated Studio + Digital Fees [2] | $ 153,932 | $ 1,941 | $ 155,873 | | $ 159,971 | (3.8%) | (2.6%) |
| Consolidated Service Revenues [3] | $ 288,834 | $ 4,018 | $ 292,852 | | $ 263,983 | 9.4% | 10.9% |
| Consolidated Product Sales and Other [4] | $ 41,552 | $ 601 | $ 42,153 | | $ 48,505 | (14.3%) | (13.1%) |
| **North America** | | | | | | | |
| Digital Subscription Revenues [1] | $ 89,675 | $ 248 | $ 89,923 | | $ 68,456 | 31.0% | 31.4% |
| Studio + Digital Fees [2] | $ 114,173 | $ 310 | $ 114,483 | | $ 117,694 | (3.0%) | (2.7%) |
| Service Revenues [3] | $ 203,848 | $ 558 | $ 204,406 | | $ 186,150 | 9.5% | 9.8% |
| Product Sales and Other [4] | $ 24,410 | $ 61 | $ 24,471 | | $ 28,802 | (15.2%) | (15.0%) |
| Total Revenues | $ 228,258 | $ 618 | $ 228,876 | | $ 214,952 | 6.2% | 6.5% |
| **CE** | | | | | | | |
| Digital Subscription Revenues [1] | $ 36,140 | $ 1,379 | $ 37,519 | | $ 27,050 | 33.6% | 38.7% |
| Studio + Digital Fees [2] | $ 23,605 | $ 863 | $ 24,468 | | $ 23,547 | 0.2% | 3.9% |
| Service Revenues [3] | $ 59,745 | $ 2,242 | $ 61,987 | | $ 50,596 | 18.1% | 22.5% |
| Product Sales and Other [4] | $ 8,062 | $ 293 | $ 8,355 | | $ 9,046 | (10.9%) | (7.6%) |
| Total Revenues | $ 67,807 | $ 2,535 | $ 70,342 | | $ 59,643 | 13.7% | 17.9% |
| **UK** | | | | | | | |
| Digital Subscription Revenues [1] | $ 5,756 | $ 185 | $ 5,941 | | $ 5,590 | 3.0% | 6.3% |
| Studio + Digital Fees [2] | $ 11,124 | $ 347 | $ 11,471 | | $ 12,714 | (12.5%) | (9.8%) |
| Service Revenues [3] | $ 16,880 | $ 533 | $ 17,413 | | $ 18,304 | (7.8%) | (4.9%) |
| Product Sales and Other [4] | $ 5,340 | $ 141 | $ 5,481 | | $ 5,779 | (7.6%) | (5.2%) |
| Total Revenues | $ 22,221 | $ 673 | $ 22,894 | | $ 24,083 | (7.7%) | (4.9%) |
| **Other [5]** | | | | | | | |
| Digital Subscription Revenues [1] | $ 3,331 | $ 265 | $ 3,596 | | $ 2,917 | 14.2% | 23.3% |
| Studio + Digital Fees [2] | $ 5,030 | $ 421 | $ 5,451 | | $ 6,017 | (16.4%) | (9.4%) |
| Service Revenues [3] | $ 8,361 | $ 686 | $ 9,047 | | $ 8,934 | (6.4%) | 1.3% |
| Product Sales and Other [4] | $ 3,738 | $ 106 | $ 3,844 | | $ 4,871 | (23.3%) | (21.1%) |
| Total Revenues | $ 12,099 | $ 793 | $ 12,892 | | $ 13,805 | (12.4%) | (6.6%) |

(1) "Digital Subscription Revenues" consist of the fees associated with subscriptions for the Company's Digital offerings, including the Personal Coaching + Digital product.

(2) "Studio + Digital Fees" consist of the fees associated with the Company's subscription plans for combined workshops and digital offerings and other payment arrangements for access to workshops.

(3) "Service Revenues" equal "Digital Subscription Revenues" plus "Studio + Digital Fees".

(4) "Product Sales" are sales of consumer products in workshops and via e-commerce, and "Other" are revenues from licensing, magazine subscriptions, publishing and third-party advertising in publications and on the Company's websites and sales from the By Mail product, other revenues, and, in the case of the consolidated financial results and Other reportable segment, includes franchise fees with respect to commitment plans and commissions.

(5) Represents Australia, New Zealand, emerging markets and franchise revenues.

**WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES**
**(IN THOUSANDS, EXCEPT PERCENTAGES)**
**UNAUDITED**

| | | | | | Full Year 2018 Variance | |
| --- | --- | --- | --- | --- | --- | --- |
| | Full Year 2018 | | | Full Year 2017 | 2018 | 2018 Constant Currency |
| GAAP | Currency Adjustment | Constant Currency | | GAAP | vs 2017 | vs 2017 |

**Selected Financial Data**

| | GAAP | Adjustment | Adjusted | Prior Year | Reported % | Constant % |
|---|---|---|---|---|---|---|
| Consolidated Company Revenues | $ 1,514,121 | $ (14,866) | $ 1,499,256 | $ 1,306,911 | 15.9% | 14.7% |
| Consolidated Digital Subscription Revenues (1) | $ 567,766 | $ (5,496) | $ 562,270 | $ 416,722 | 36.2% | 34.9% |
| Consolidated Studio + Digital Fees (2) | $ 705,430 | $ (5,506) | $ 699,924 | $ 664,957 | 6.1% | 5.3% |
| Consolidated Service Revenues (3) | $ 1,273,196 | $ (11,002) | $ 1,262,195 | $ 1,081,679 | 17.7% | 16.7% |
| Consolidated Product Sales and Other (4) | $ 240,925 | $ (3,864) | $ 237,061 | $ 225,232 | 7.0% | 5.3% |
| **North America** | | | | | | |
| Digital Subscription Revenues (1) | $ 378,678 | $ (59) | $ 378,619 | $ 281,432 | 34.6% | 34.5% |
| Studio + Digital Fees (2) | $ 522,372 | $ (181) | $ 522,191 | $ 493,800 | 5.8% | 5.7% |
| Service Revenues (3) | $ 901,050 | $ (240) | $ 900,810 | $ 775,231 | 16.2% | 16.2% |
| Product Sales and Other (4) | $ 146,201 | $ (54) | $ 146,147 | $ 135,117 | 8.2% | 8.2% |
| Total Revenues | $ 1,047,252 | $ (295) | $ 1,046,957 | $ 910,349 | 15.0% | 15.0% |
| **CE** | | | | | | |
| Digital Subscription Revenues (1) | $ 149,571 | $ (5,000) | $ 144,571 | $ 102,039 | 46.6% | 41.7% |
| Studio + Digital Fees (2) | $ 107,528 | $ (4,233) | $ 103,295 | $ 93,723 | 14.7% | 10.2% |
| Service Revenues (3) | $ 257,099 | $ (9,232) | $ 247,867 | $ 195,762 | 31.3% | 26.6% |
| Product Sales and Other (4) | $ 47,226 | $ (2,619) | $ 44,607 | $ 43,461 | 8.7% | 2.6% |
| Total Revenues | $ 304,324 | $ (11,850) | $ 292,474 | $ 239,223 | 27.2% | 22.3% |
| **UK** | | | | | | |
| Digital Subscription Revenues (1) | $ 25,557 | $ (926) | $ 24,631 | $ 21,477 | 19.0% | 14.7% |
| Studio + Digital Fees (2) | $ 52,676 | $ (2,046) | $ 50,630 | $ 52,161 | 1.0% | (2.9%) |
| Service Revenues (3) | $ 78,233 | $ (2,972) | $ 75,261 | $ 73,639 | 6.2% | 2.2% |
| Product Sales and Other (4) | $ 28,839 | $ (1,319) | $ 27,520 | $ 26,351 | 9.4% | 4.4% |
| Total Revenues | $ 107,071 | $ (4,289) | $ 102,782 | $ 99,989 | 7.1% | 2.8% |
| **Other (5)** | | | | | | |
| Digital Subscription Revenues (1) | $ 13,961 | $ 488 | $ 14,449 | $ 11,774 | 18.6% | 22.7% |
| Studio + Digital Fees (2) | $ 22,853 | $ 955 | $ 23,808 | $ 25,273 | (9.6%) | (5.8%) |
| Service Revenues (3) | $ 36,814 | $ 1,442 | $ 38,256 | $ 37,047 | (0.6%) | 3.3% |
| Product Sales and Other (4) | $ 18,643 | $ 126 | $ 18,769 | $ 20,268 | (8.0%) | (7.4%) |
| Total Revenues | $ 55,457 | $ 1,569 | $ 57,026 | $ 57,316 | (3.2%) | (0.5%) |

(1) "Digital Subscription Revenues" consist of the fees associated with subscriptions for the Company's Digital offerings, including the Personal Coaching + Digital product.

(2) "Studio + Digital Fees" consist of the fees associated with the Company's subscription plans for combined workshops and digital offerings and other payment arrangements for access to workshops.

(3) "Service Revenues" equal "Digital Subscription Revenues" plus "Studio + Digital Fees".

(4) "Product Sales" are sales of consumer products in workshops and via e-commerce, and "Other" are revenues from licensing, magazine subscriptions, publishing and third-party advertising in publications and on the Company's websites and sales from the By Mail product, other revenues, and, in the case of the consolidated financial results and Other reportable segment, includes franchise fees with respect to commitment plans and commissions.

(5) Represents Australia, New Zealand, emerging markets and franchise revenues.

**WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES**
**(IN THOUSANDS, EXCEPT PERCENTAGES)**
**UNAUDITED**

| | Q4 2018 | | | Q4 2017 | | | Q4 2018 Variance | | 2018 Constant Currency | |
|---|---|---|---|---|---|---|---|---|---|---|
| | GAAP | Currency Adjustment | Constant Currency | GAAP | Adjustment (1) | Adjusted | 2018 vs 2017 | 2018 vs 2017 Adjusted | 2018 vs 2017 | 2018 vs 2017 Adjusted |
| **Selected Financial Data** | | | | | | | | | | |
| Gross Profit | $ 185,220 | $ 2,624 | $ 187,844 | $ 162,451 | $ — | $ 162,451 | 14.0% | 14.0% | 15.6% | 15.6% |
| *Gross Margin* | 56.1% | | 56.1% | 52.0% | | 52.0% | | | | |
| Selling, General and Administrative Expenses | $ 68,409 | $ 776 | $ 69,185 | $ 57,550 | $ — | $ 57,550 | 18.9% | 18.9% | 20.2% | 20.2% |
| Operating Income | $ 80,347 | $ 1,308 | $ 81,655 | $ 49,488 | $ 13,323 | $ 62,811 | 62.4% | 27.9% | 65.0% | 30.0% |
| *Operating Income Margin* | 24.3% | | 24.4% | 15.8% | | 20.1% | | | | |

(1) Excludes the impairment charge of $13,323 for the Company's goodwill related to its Brazil operations.

**WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES**
**(IN THOUSANDS, EXCEPT PERCENTAGES)**
**UNAUDITED**

| | | | | | | | | Full Year 2018 Variance | | | |
| | | | | | | | | | | 2018 Constant Currency | |
| | | Full Year 2018 | | | Full Year 2017 | | | | 2018 | | 2018 |
| | | | | | | | | 2018 vs 2017 | vs 2017 Adjusted | 2018 vs 2017 | vs 2017 Adjusted |
| | GAAP | Currency Adjustment | Constant Currency | GAAP | Adjustment [1] | Adjusted | | | | |
| **Selected Financial Data** | | | | | | | | | | | |
| Gross Profit | $866,410 | $ (9,114) | $857,296 | $692,649 | $ — | $692,649 | 25.1% | 25.1% | 23.8% | 23.8% |
| *Gross Margin* | *57.2%* | | *57.2%* | *53.0%* | | *53.0%* | | | | |
| Selling, General and Administrative Expenses | $251,106 | $ (687) | $250,419 | $211,224 | $ — | $211,224 | 18.9% | 18.9% | 18.6% | 18.6% |
| Operating Income | $388,985 | $ (3,590) | $385,395 | $267,305 | $ 13,323 | $280,628 | 45.5% | 38.6% | 44.2% | 37.3% |
| *Operating Income Margin* | *25.7%* | | *25.7%* | *20.5%* | | *21.5%* | | | | |

(1) Excludes the impairment charge of $13,323 for the Company's goodwill related to its Brazil operations.

**WEIGHT WATCHERS INTERNATIONAL, INC. AND SUBSIDIARIES**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES**
**(IN THOUSANDS)**
**UNAUDITED**

| | Three Months Ended | | Twelve Months Ended | |
| | December 29, 2018 | December 30, 2017 | December 29, 2018 | December 30, 2017 |
|---|---|---|---|---|
| Net Income | $ 43,785 | $ 62,969 | $ 223,749 | $ 163,514 |
| Interest | 35,108 | 30,557 | 142,346 | 112,784 |
| Taxes | 912 | (54,695) | 20,493 | (18,237) |
| Depreciation and Amortization | 11,467 | 12,549 | 44,061 | 50,880 |
| Stock-based Compensation | 4,842 | 5,577 | 20,188 | 14,949 |
| EBITDAS | $ 96,114 | $ 56,957 | $ 450,837 | $ 323,890 |
| Goodwill Impairment [1] | — | 13,323 | — | 13,323 |
| **Adjusted EBITDAS** | $ 96,114 | $ 70,280 | $ 450,837 | $ 337,213 |

(1) Impairment charge of the Company's goodwill related to its Brazil operations.

Exhibit 99.2



For more information, contact:
**Megan Bishop, Teneo for WW**
**+1 917.544.0071**
megan.bishop@teneo.com

---

### Julie Bornstein and Tracey D. Brown Join Board of Directors of WW – the new Weight Watchers

**NEW YORK, February 26, 2019** – WW (NASDAQ: WTW) – the new Weight Watchers – today announced two board appointments: Julie Bornstein, Chief Executive Officer of a new venture-backed company she founded and previous Chief Operating Officer of Stitch Fix, and Tracey D. Brown, Chief Executive Officer of the American Diabetes Association. Philippe J. Amouyal, director since 2002, and Cynthia Elkins, director since 2014, will step down from the Board, effective midnight tonight.

"On behalf of the entire Board of Directors, I would like to thank Philippe and Cindy for their commitment and many invaluable contributions to WW," said Raymond Debbane, Chairman of the WW Board of Directors. "With the addition of Julie and Tracey, the WW Board is gaining valuable diversity in perspective, background and industry experience. As we continue to evolve to become the world's partner in wellness, I am confident that both Julie and Tracey will be instrumental in helping to guide the company through this transformation."

### Julie Bornstein

In addition to her new role as a WW director, Bornstein is Chief Executive Officer of a new venture-backed company she founded. Prior to her new venture, she served for more than two years as Chief Operating Officer of Stitch Fix, Inc., an online subscription styling service. In that role, she was responsible for strategy, marketing, creative, warehouse operations, client service, and the 3,400-person stylist organization. Bornstein joined Stitch Fix from Sephora, where she served as Chief Digital Officer. Under her leadership, Sephora grew its e-commerce business dramatically, introduced the industry's leading loyalty program, and made significant investments in digital commerce.

Before joining Sephora, Bornstein served as Head of E-commerce at Urban Outfitters, where she built its online business. She also led the successful launch of Nordstrom's e-commerce platform. Earlier in her career, Bornstein worked in merchandising at DKNY, business development at Starbucks, and investment banking at Robertson Stephens. She holds a BA and MBA from Harvard University and currently serves on the board of directors for Redfin.

### Tracey D. Brown

Brown currently serves as Chief Executive Officer of the American Diabetes Association (ADA), the nation's largest voluntary health organization and a global authority on diabetes. Brown joined the ADA in June 2018 after holding several senior roles at Sam's Club, a division of Walmart, Inc. Most recently, she served as Senior Vice President of Operations and Chief Experience Officer, where she was responsible for creating meaningful member experiences, directing member strategy, marketing and branding, go-to-market execution, data and analytics and membership operations. Brown brings to WW more than 25 years of experience in driving global business growth, leveraging data to connect consumers with brands and creating omni-channel experiences to escalate customer loyalty.

## Wellness that Works:



Prior to joining Sam's Club, she was Chief Executive Officer and Managing Director of RAPP Dallas, a data-driven integrated marketing agency within Omnicom Group. Before RAPP, Brown served as Chief Operating Officer for direct marketing agency Direct Impact, where she coordinated strategic, tactical and overall company operations. Previously, she was director of worldwide consumer marketing for Advanced Micro Devices, where she drove global marketing and demand generation activity around the world, including China, India, Russia, France, Spain, Italy and Japan. Early in her career, Brown served in leadership positions at American Express, Proctor & Gamble and Exxon Mobil. She earned her MBA from Columbia Business School in New York and her bachelor's degree in Chemical Engineering from the University of Delaware.

**About WW**

**WW** – the new Weight Watchers – is a global wellness company and the world's leading commercial weight management program. We inspire millions of people to adopt healthy habits for real life. Through our engaging digital experience and face-to-face group workshops, members follow our livable and sustainable program that encompasses healthy eating, physical activity, and a helpful mindset. With more than five decades of experience in building communities and our deep expertise in behavioral science, we aim to deliver wellness for all. To learn more about the WW approach to healthy living, please visit ww.com. For more information about our global business, visit our corporate website at corporate.ww.com.

*This news release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on management's current expectations and beliefs, as well as a number of assumptions concerning future events. These statements are subject to risks, uncertainties, assumptions and other important factors. Readers are cautioned not to put undue reliance on such forward-looking statements because actual results may vary materially from those expressed or implied. The reports filed by the Company pursuant to United States securities laws contain discussions of these risks and uncertainties. The Company assumes no obligation to, and expressly disclaims any obligation to, update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. Readers are advised to review the Company's filings with the United States Securities and Exchange Commission (which are available from the SEC's EDGAR database at www.sec.gov, at various SEC reference facilities in the United States and via the Company's website at corporate.ww.com).*

**Wellness that Works.**