# EXHIBIT TT



# Weight Watchers International, Inc.

# NasdaqGS:WTW

# Company Conference Presentation

**Thursday, March 07, 2019 4:15 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

**Contents**

# Table of Contents

Call Participants ...................................................................... 3

Presentation ...................................................................... 4

Question and Answer ...................................................................... 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Mindy F. Grossman**
*President, CEO & Director*

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

**ANALYSTS**

**Michael Lasser**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Michael Lasser**
*UBS Investment Bank, Research Division*

Good morning, everyone. I'm Michael Lasser, the hardline, broadline and food retail analyst from UBS. Thank you so much for joining us today. We couldn't be more excited to have the team from Weight Watchers with us.

Weight Watchers has been an exciting story, certainly one way to describe it. And there's been a lot of change, that's for sure. And one of the most important changes is that Mindy Grossman has come on board about 1.5 years ago.

I think there's a lot of parallels between Mindy Grossman and LeBron James. LeBron moved to L.A., and it may not has been as easy as he thought it was going to be; and Mindy moved to Weight Watchers, and maybe it hasn't been as easy as she thought it was going to be. But we'll certainly get into that during our conversation.
To her right is Nick Hotchkin who is a veteran of Weight Watchers and serves as the company's CFO.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Michael Lasser**
*UBS Investment Bank, Research Division*

So Mindy, you've been with Weight Watchers for 1.5 years. Can you talk about the evolution of the WW brand since you've joined and what have been the accomplishments? And then we're going to get into some details.

**Mindy F. Grossman**
*President, CEO & Director*

Yes, terrific. And as a matter of fact, I like -- but I worked for -- well, I worked with LeBron at Nike for 6 years, so I can speak to how resolute he is.

**Michael Lasser**
*UBS Investment Bank, Research Division*

It works on many levels, Mindy, come on.

**Mindy F. Grossman**
*President, CEO & Director*

Right, right. It's been an incredible 18 months in many ways. But clearly, we have more work to do. And a transformation as such, especially of such an incredible brand, has its moments. But we had an incredible 2018. And if I look at what the team accomplished in that time frame, if you think about it, starting in January, we launched Freestyle, the most successful launch of any program in the company's history, in January, which obviously had us ending last Q1 at historic numbers. We built an ecosystem of support to help people, not just lose weight, which is still of critical importance because we've been the leader and #1 in that field forever, but also lead healthier lives. So we've built FitPoints 2.0. So we took the science of everything we did in nutrition and applied it to activity and personalized the FitPoints around strength, endurance, intensity. We integrated audio fitness into our experience. We added a whole suite of mindset and mindfulness tools, both our own content as well as the integration of original content with Headspace. We launched our first loyalty and rewards program, which incentivized people to stay on track with their health. It launched in October in the U.S.; and January 31, rest of world. And we deepened our connect digital community groups as well as created micro groups. And then on the product side, consistent with what we said we were as a brand, in less than a year, the team relaunched every single product we -- every single food product we made around the world, took out all our artificial ingredients, sweeteners, anything that didn't fit our profile. And it's relaunched in all our direct channels, and we just launched our first freestanding Amazon store. So if you think about what's been built as an ecosystem that didn't exist a year ago, all to add value to what we give to our members, which is really the filter that we look at every single day. That's why retention is at an all-time high. That's why our brand perception is at an all-time high. Now having said that, we were entering 2019 completely knowing we were anniversary-ing what we did and believing that we were going to be able to run a big, anthemic brand campaign along with the Freestyle recruitment campaign. And we realized very quickly, and responded as quickly as we could, that it was not doing both. It was delivering on the brand, but it wasn't recruiting and it wasn't bringing back lapsed members in such a way. So the teams have been working diligently since identifying that on kind of stabilizing the business, and we've clearly seen sequential improvement since the beginning of the year. But given how large the first quarter and in particular January is, we had to reset where we felt we were going to be. So no one more than me believes wholeheartedly in the vision and long term of what we're doing, but needed to be transparent and honest about where we thought we had made some mistakes, what we were doing to correct them. And our goal is to exceed and get back to seeing consistent momentum throughout the year but knowing that we have this big hill to climb.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So as you reflect and diagnose what the last few months have brought, the recruitment season, would you say the biggest mistake was moving too fast towards this new branding campaign and maybe not sequencing it as gingerly as possible? And that's what's helped lead to some improvement as you of course corrected?

**Mindy F. Grossman**
*President, CEO & Director*

I think it was a combination of things. I think given how much we've done, getting the broader, let's call it, universe to really understand what we really have now and are now, I think that as much as all our assets said either WW Weight Watchers Reimagined or WW, the new Weight Watchers, we very quickly went from a, let's call it, nonvoice-over articulation to a voice-over articulation. So it was much more apparent to people what that transition was. And then we had to have the messaging be much more recruitment focused, not taking away from the livability in what we offer but be more focused on the weight loss leading to wellness. So made a lot of adjustments in there. We've done a lot of analysis, both in terms of consumer, both in terms of what our marketing did and didn't do, but then overlaid new sentiment and what we needed to do, particularly as it relates to our spring campaigns around the world, and make a lot of changes and come forward with kind of a new articulation that will start being in market at the end of March, which will be, I think, more of a recruitment campaign but that still feels like it's on brand.

**Michael Lasser**
*UBS Investment Bank, Research Division*

You may not like this comparison or this question. But I've heard it from others, so I'll throw it out there. If we look back through history at others who've tried to reimage a brand, going from Coca-Cola to new Coke, that -- where the brand transition has encountered some challenges, are there lessons that those missteps have brought to you to say, hey, we have a very powerful brand in Weight Watchers, we should really rethink how we are going to reposition this brand and we don't want to lose all this value that we've been creating -- we've created over the years?

**Mindy F. Grossman**
*President, CEO & Director*

So as a marketing...

**Michael Lasser**
*UBS Investment Bank, Research Division*

As a guru.

**Mindy F. Grossman**
*President, CEO & Director*

As a merchandiser. Of course, we look at everything. We firmly believe that the transition of the brand is the right one. But to your point, we need to do it intelligently and strategically so we can take people along with us. As I mentioned before, we've been using [ the mark ] for a very long time. We will still link association, but we know enough and we've spent enough time -- and actually I think the reason why we're sitting here with, notwithstanding the recruitment issues for first quarter, a healthy brand, is that people absolutely want to think of themselves as living a healthier lifestyle and wellness, et cetera. But it's really important that they understand that the weight piece is a big part of that. So it's more we have to articulate what we do and what we're delivering in a much more specific way than it's just about the name. And when you think of a lot of the things that we've been able to do and a lot of the partnerships we've created, we have our first WW Freestyle Café at Barclays Center, we have our partnership with Blue Apron and our Freestyle meals, both which are doing extremely well. And I think there's just going to be a lot more opportunity throughout the course of this year for our brand to represent what a healthy living brand is that's going to allow you to eat healthier and lose weight, if that's what you want to do. And we're going to show up in different ways. We announced our partnership with Kohl's, Michelle Gass who's been committed to health and wellness and what she wants to accomplish, so we're putting in about a 1,600 square-foot studio at their flagship in Chicago. We're currently starting with their entire employee base.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So our focus really is in 3 things: recruitment, retention and elevate the brand. And any of our strategies have to check all 3 boxes. It's not just a brand box, it's not just a retention box, it's not just a recruitment box.

**Michael Lasser**
*UBS Investment Bank, Research Division*

We had a panel yesterday with 4 private equity players. And one of the messages from this panel was, there's just a lot of money, a lot of capital going in to serve this health and wellness need because it is so great. How -- so to what degree is it becoming more challenging for Weight Watchers to cut through some of this noise because there is so much attention, so much capital flowing into providing different ways for that consumer to lose weight, feel better?

**Mindy F. Grossman**
*President, CEO & Director*

So if you look at kind of the commentary over the last couple of years about the wellness economy, going from $3.7 trillion to $4.2 trillion and people are putting money into it, the reality is that no one's getting healthier.

**Michael Lasser**
*UBS Investment Bank, Research Division*

You don't have to look very far here, Mindy.

**Mindy F. Grossman**
*President, CEO & Director*

That's the first thing. So I think that what we need to ensure is that we are the moniker of the science-based, trusted, adviser, sustainably. And I can't speak enough to the word sustainably in terms of giving people healthy habits. The reason why there are thousands and thousands and thousands of lifetime members is because what we do gives people the ability to really take care of themselves. And it teaches them and inspires them. I think the other thing that is a huge differentiator for us, and I'm very personally passionate about both our physical community and our digital community, it's also what is so meaningful to people that not only -- it's not just a program, it's not just an app, it's not just something for the moment. It is a community of support that's going to be sustainable over the course of whatever your health journey is. And when we launched Connect Groups, people can now find their own micro communities. So young moms, foodies, we have a lot of runners, but just people finding different ways to find their own tribe. And we've always been about that, and it's still really important.

**Michael Lasser**
*UBS Investment Bank, Research Division*

There's so many reasons why you are wickedly relevant for this business at this time, one of which is your experience in the fashion industry has probably some relevance to the dieting industry if only because dieting, like fashion, can go through periods of fads and trends. And we are seeing this move much like bell-bottoms to ketogenic diets at this point. So give us your sense and your observations as you've gotten to know this industry on how these fads and trends move, to what degree is keto having an impact on Weight Watchers' business? You didn't know I was going with that, did you?

**Mindy F. Grossman**
*President, CEO & Director*

No, no, I figured that. Although bell-bottoms may be kind of...

**Michael Lasser**
*UBS Investment Bank, Research Division*

It's a stretch.

**Mindy F. Grossman**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

There's always going to be the new shiny penny. There's always going to be the new shiny penny. And sometimes it's a small penny and sometimes it's a big, ubiquitous penny. And I'd be remiss in not saying that keto has become somewhat ubiquitous because it's free, it's not a brand. Everybody can jump on the bandwagon. I don't know if anyone here in their Facebook, there's keto doughnuts now and all other thing.

**Michael Lasser**
*UBS Investment Bank, Research Division*

I don't know how tasty they are.

**Mindy F. Grossman**
*President, CEO & Director*

And the reality is we just have to focus on why we are unique, why we are different, why we're the program that works sustainably. And I think that's the most important thing. And so you'll see in our go-forward messaging being very, very specific about the benefits and the livability and the sustainability of what we do. And I think that is very important because that's how we differentiate.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Is there the urge, though, to play off of this trend and this fad to say, hey, our diet is not necessarily incongruent with a ketogenic focus?

**Mindy F. Grossman**
*President, CEO & Director*

That's not who we are. We do not do anything -- I mean, even our rewards and loyalty program were informed by behavioral science of what things people had to do to get the rewards. It's not how much money you spent. And we're not going to do something that we don't feel ultimately is best for our member, best for people's health. We're always going to be the science. Now having said that, the way our program works is you can't eat anything -- and you can determine what that looks like based on your own likes and dislikes. But the most important thing is the sustainability and our understanding of this is healthy. It's healthy for diabetics, it's applicable for people who have different dietary restrictions. And we're just going to take the high road. Now that does not mean that we won't necessarily showcase incredible array of foods and vegetables and say, hey, you can eat this; or a pizza, you can eat this and you'll still lose weight.

**Michael Lasser**
*UBS Investment Bank, Research Division*

You're making me hungry. This is a good transition to the fact that you've implemented a lot of great strategies in the last 6 months, and they've now become obscured by some of these other questions, for example, the refer a friend program or the loyalty program. Can you talk about what the early learnings and the early observations from those 2 particular strategies...

**Mindy F. Grossman**
*President, CEO & Director*

Sure. So if you look at Invite A Friend and then another thing, we weren't really promoting our in-app purchases. So if you look at those 2 things, that's what people want to do. And so both of those are performing well. The one thing about Invite A Friend is, not only does it benefit the person who invites, but it benefits both because there's both qualitative and quantitative research that if you do it with someone, you're going to be more successful. And it's interesting. So the people coming in through Invite A Friend are actually more diverse, and 70% of the people that come through Invite A Friend are new to WW. So what's interesting -- and 20% are men versus what our typical 10% had. So you have a lot of people doing it together, and that's always a benefit. So we will continue our marketing around that. WellnessWins, I mentioned that it launched in October in the U.S. We're seeing very strong engagement.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We have not yet launched our challenges within that which we're excited about and the team is working on that because, again, the more engagement we can play, and what we've said is that we see, and that being one of the strong reasons along with community, being able to be at that 10-month-plus retention.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And is it our expectation and -- is there any early evidence that this length of stay is extending because of some of these initiatives? And how has the engagement been for the Invite A Friend program? Because presumably, this is making those -- both of those members more accountable when they're doing it with someone else.

**Mindy F. Grossman**
*President, CEO & Director*

Sure. So as we track, we think Invite A Friend has a longer tail. On the WellnessWins, we can definitely say it's having an impact on engagement. I think we need the proof points because you need to reach a certain level of redemption to be able to do that, and that's kind of a few months. So we're just really starting to see redemption right now. People are certainly unboxing and excited about what they're getting, and that word-of-mouth is great. But the indications are very positive.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

We've always been excited about the WellnessWins retention benefits, and that's the key driver of us saying that we hope later in the year to be talking about retention over 10 months versus well over 9 months today.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And historically, a lot of the recruitment has been done around the first of the year. Because of this particular recruitment season not being consistent with where you expected it to be, how are you thinking about the other mini-recruitment seasons over the course of the year? Will you put more resources behind those seasons, particularly if you see the return on them?

**Mindy F. Grossman**
*President, CEO & Director*

Sure. What we've said starting last year was that as much as January is always going to be your peak time. It's like Pavlovian, right? That what we want to do is maximize other times of the year because people want to get healthy all year round. But where their mindset is, is different at different times. So our campaigns for spring versus summer versus fall won't be copycat campaigns. We're trying to really tap in to people's mindset. So mindset for spring, you've just come off winter, maybe you tried different things. We are what works. We're leveraging our authoritative voices around the globe to articulate that, so whether it's Hélène Ségara in France or influencers in Germany, et cetera, Oprah in the U.S., Canada, Australia. So very much around the authority, and this is really what works and time to reset and things like that.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Could we expect Oprah to be a little bit more engaged in light of some of what's been happening with the business?

**Mindy F. Grossman**
*President, CEO & Director*

I have to tell you, she's been fantastic. I mean, we just had our board meeting yesterday. She's been at every board meeting since I've been at the company. So she is the spring campaign, both social assets, television assets, digital assets, et cetera. And then we recently announced that we brought on Amy

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Weinblum who had been Oprah's Chief of Staff and very much played a role in executive producing in her tours and events, who'll be working with me and on our executive team along with a number of other people. And we will be activating -- we'll be announcing it somewhat later on exactly what, but a whole suite of events, series and experiences to really bring WW and what we do and who we are and how we can impact people's lives to communities around North America.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And you've used a variety of ambassadors in your short tenure here. What have you learned about what works and what doesn't work as well?

**Mindy F. Grossman**
*President, CEO & Director*

Well first of all, the only thing that works is authenticity, #1. That's Table 6 before you can even start. #2, people who are equally as passionate about leading a healthy lifestyle. Now part of that could be people who weren't leading a healthy lifestyle and now are. That was obviously DJ Khaled. I think he's hit his first goal because he wanted to hit that before he came out with his new album. Whether it's Kate Hudson who's been about healthy living but needed to kind of get back after she had the birth of her child or Helena who lost weight. So we have a whole portfolio of chefs who believe in healthy cooking and eating or ones that are now living a healthier life, like Eric Greenspan. So our lens is very specific to not only do people follow them. The days of just looking at followers are kind of over. You need to look at engagement and authenticity. And we'll continue to look to build voices that have the same goal as we do, which is inspiring other people to get healthy.

**Michael Lasser**
*UBS Investment Bank, Research Division*

That's an interesting and that's a broader point. Is there now a difference between an influencer and a follower?

**Mindy F. Grossman**
*President, CEO & Director*

So what I mean by that is influencers are people who create engagement and bring people with them. So in years past, people just looked at number of followers. What you really need to look at is the engagement. Meaning when someone says, "I'm part of this," and it works and it's going to -- I want you to do it with me because we can lead healthier lives, the real influencers, people take action against that. And that's really what you want.

**Michael Lasser**
*UBS Investment Bank, Research Division*

When we started off our conversation, you pointed out the great success of WW Freestyle. How does that inform your decision to potentially launch a new program? And what facets of any new program innovation should we expect to see?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. So we're 24-hour innovating. It's really important that we understand changes -- science, we understand consumer behavior, we understand just changes in preference and all of those things. So we're always going to constantly iterate. Now we also have to be careful. You can't throw too much too fast when people are just getting used to things. But what we have said is that there's a lot of things that we know are important to people today. And if you look at what we've said, our key priorities are -- certainly it's our 2020 innovation, but it's also around personalization. It's also around transformation of our studio business. It's also around our marketing. So we're going to take all our understanding of how people have done on Freestyle, how better can we serve them to be even more effective, what elements would we provide them, and that's what the team has been doing. We're actually ahead of any year earlier

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to a launch, so we can make sure that we're coming out with the right messaging, the simplification, people understand the value. And we clearly need to take our existing audience with us. We clearly want to attract people who'd been on the program before and are looking for something new as well as people who've never been on the program. And I think what the team has developed will service all 3.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And with that said, what -- your experience with the membership, what have they liked about WW Freestyle? And what have they said that we'd like to see that's different?

**Mindy F. Grossman**
*President, CEO & Director*

I think what people have liked the most is the simplicity and the livability, unquestionably. And I've tracked like 500 days straight, so I'm like the perfect example. And it truly is that. If there have been detractors, they're just getting used to not having as much structure and rigidity. So we take kind of all feedback in. But in general, it's been a phenomenal program, and we're just going to even give people more to make it unique.

**Michael Lasser**
*UBS Investment Bank, Research Division*

The digital business has been growing faster than the studio business for a while. How do you see the outlook for the studio business from here? Is it -- it will continue to be...

**Mindy F. Grossman**
*President, CEO & Director*

I'm very passionate about the ability for people to meet face-to-face and support one another if, in fact, that is what is important to you. I do -- there is work, clearly, that we're doing to elevate, even modernize, look at how much more we're providing in those meetings where, as I mentioned before as, Kohl's is an example or Loblaws in Canada. We're testing different types of meetings where we can actually recruit not just retain. But it's important. We're testing virtual coaching in our B2B business, virtual meeting. So the whole idea, if I would just level it, it's about community. And we are going to provide community based on what's important to you, whether that's face-to-face, whether it's coaching, whether it's virtual or whether it's digital communities.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And you mentioned the test at Kohl's. How aggressively could you roll this out? I don't think it's unfamiliar for folks to do something like this. And I remember going to the mall with my mom when I was a boy to her Jazzercise classes. So it's dating me a little bit, but I think this could be an opportunity for you.

**Mindy F. Grossman**
*President, CEO & Director*

No, I definitely think -- you asked me before what's important in an influencer and ambassador, I'm going to say the same thing about what's important about a partner. The wonderful thing is that we have so many people approaching us as a brand to partner with them because the brand is about positivity, brand is about science. We execute. We have an engaged community. But we put that partner piece through the lens of, do they, like us, want to inspire people to lead healthier lives? Can it impact the lives of their employees, their customers and their communities? And so we do think there's definitely an opportunity to be in and show up in more places where people come together, where we have a partner who's going to support those efforts.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Since you've arrived, there's been a little bit of pressure on fee per subscriber, presumably because the business has been using some promotional levers to realize some membership growth. How much further can the company push, whether it's promotions or pricings, to try and drive subscriber growth?

**Mindy F. Grossman**
*President, CEO & Director*

Look, in the subscription business, there's always going to be a certain level of promotional nature of driving action. But it has to be balanced and it has to be discrete. So even if you might see a flash sale or something, it is very book-ended and very narrow, and that drives recruitment. The more important thing is how do we continue to add as much value as we can so people really value whatever it is they pay for. And that's why, if you look at everything that we've done over the past year and what somebody now has in their hand as a support mechanism, it is a completely huge amount of value-add over that period of time.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Nick, why I don't I give Mindy a chance to catch her breath for a second. There's been a lot of focus on this -- on the economic model. Last year, you talked a little bit about based on what you knew at that point you could already see $0.50 of earnings, if nothing else happened, really outlining the flow of way this business works. So doesn't it work on the opposite? What are you going to have to overcome now based on some of the challenges in recruitment? And do you feel strongly that you've already factored into this guidance that you've provided for the year?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Look, yes, we're focused on doing 2 things to support the guidance we gave. First of all, it will drive revenue, and that's why we're excited about this spring campaign, which Mindy has said will feature Oprah, essentially. And we're excited about this new innovation that we'll launch in December to show up as real new news, and that's why we're excited about WellnessWins that we believe can drive retention over 10 months and the adjacent revenue opportunities that we have through partnerships like Blue Apron and e-commerce with Amazon. On the flip side, in addition, when you're dealing with a revenue year lower than what you expected, of course, you've got to recast your cost structure to match the $1.4 billion of revenue that we've guided to. And there, it's about carefully managing every aspect of our cost structure, operating expense, marketing and G&A, but within the recognition that we believe in our strategy -- our vision and our strategy is intact. So we want to feed that revenue growth and continue to invest in key areas like technology, like digital product because we believe in our future. So there's a lot of cost work also. We're looking at every aspect of our cost structure, but I'd say in a thoughtful, balanced way.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And do you feel like you've baked in enough cushion, enough room for you to invest especially on the subscriber-driving strategies for this year where you see fit?

**Mindy F. Grossman**
*President, CEO & Director*

We have to. I think the key to that, as Nick said, is to be very clear on what the priorities are that you're galvanizing the organization against and be very strict about what those investments are going towards. And that's why I said in the priorities that we outlined, they have to hit all 3. They have to recruit, they have to retain, they have to elevate the brand or that's not what we're going to invest in today. We'd be remiss if we didn't continue to invest in the marketing that we know drive growth. Now we've been working very hard and we've made additions to the team that has the talent and expertise because our best opportunity is to get our marketing to work even harder for us. And that's as big as an opportunity of what the spend is.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael Lasser**
*UBS Investment Bank, Research Division*

The main economic engine of Weight Watchers continues to be the domestic North American business. Yet what's interesting is you've seen similar trends domestically as you have internationally. Some would have argued, hey, if like a keto diet was really the main influencer on the slowdown of the business, perhaps that would have had more of an impact domestically because that could be considered maybe as more of a domestic. But tell me if that's wrong?

**Mindy F. Grossman**
*President, CEO & Director*

Yes, I know. So I would say, again, I'm a really -- just to put it out there. I think the issues that we had, those were self-inflicted issues that we're of course correcting, right? Now is there a key to certain markets? Yes. But we have to own it. And if you look at how the business is stabilized, it's based on what we did in those markets to be able to do that. Now not every market is at the exact same growth trajectory. We've been clear that we're putting new talent in the U.K. We're looking at that as -- I think it's a great market and a great opportunity, but we have to have the right people and we have to breakthrough and we have to elevate the relevance of the brand. So that's a big focus of the international team for 2019. And we have markets like France, which have been on a very strong trajectory. But to your point, the reality is 70% of our business is still in North America and we have to make sure that our largest markets are as healthy as possible.

**Michael Lasser**
*UBS Investment Bank, Research Division*

You had put some longer-term targets out there. I don't think anyone's going to hold you to them right now in light of what's been happening in the business. But I do think it's important for you to put out there what's going to happen over the next 3 years. 3 years from now, how is this business going to look? You're extending the model in so many ways, you're going through a brand revolution, you have potential program innovation on the horizon. What can we expect and what can we hold you to 3 years down the road?

**Mindy F. Grossman**
*President, CEO & Director*

Right. So what I've said is that the vision that we outlined, both strategically and what our goals are, have not changed. The time frame, we have to reset. So if you look at the trajectory -- number one was we had to reset 2019 and understand what that growth trajectory would be. But if you look at what the ultimate targets are and goals are, they're still what we want to achieve. We're just going to have to be articulating what that adjusted time frame is.

**Michael Lasser**
*UBS Investment Bank, Research Division*

And you feel like you've already seen some encouraging signs, such that you'll have the momentum because the beauty of this model is it comes with -- the sales come with such a high incremental revenue, that it provides you the resources for which you can invest. So you really just have to get the engine working in the right direction.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. So if you look at kind of the trajectory, the first was kind of week by week ensure that your recruitment is getting better to get to stabilization. And then for spring, right, launch the new campaign, see kind of impact and move the trajectory throughout the year, and that's basically the goal.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is going to be a tricky question. If something -- if it doesn't go according to your plan, why do you think that will be?

**Mindy F. Grossman**
*President, CEO & Director*

I feel confident in the team's ability to deliver and course correct. I feel confident in what we articulated as the vision for what this business and this brand can do. Look, I can only control what we can control. I can't control the unknown, right? There can always be an unknown, but we are really focused on controlling what we can control, getting people to understand what our brand is going to provide them as a huge partner and benefit. We will -- as I've said, yes, we want to help people lead healthier lives, but we want to own the best weight-loss program, which we have on the planet and make sure we're delivering on both.

**Michael Lasser**
*UBS Investment Bank, Research Division*

So maybe you just missed the playoffs this season, but the success is still on the horizon?

**Mindy F. Grossman**
*President, CEO & Director*

You got it.

**Michael Lasser**
*UBS Investment Bank, Research Division*

Thank you so much. Please join me in thanking Mindy for a wonderful conversation.

**Mindy F. Grossman**
*President, CEO & Director*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.