# EXHIBIT UU



# Weight Watchers International, Inc.

## NasdaqGS:WTW

# Company Conference Presentation

**Tuesday, March 12, 2019 6:40 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

**Contents**

# Table of Contents

Call Participants .............................................................................. 3

Presentation .............................................................................. 4

Question and Answer .............................................................................. 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Mindy F. Grossman**
*President, CEO & Director*

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

**ANALYSTS**

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Olivia Tong**
*BofA Merrill Lynch, Research Division*
Good afternoon, and thanks, everyone, for coming. I'm Olivia Tong the household products, personal care and cosmetics analyst for Bank of America Merrill Lynch. We're very excited to have with us today Mindy Grossman, CEO; and CFO, Nick Hotchkin. Thanks to both of you for being here today. We really appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

And I guess let's start with Mindy. You've obviously been in the company for about 1.5 years now, give or take. An immense amount of change over that time, launching Freestyle and pivoting the company towards wellness, of course, being 2 of the bigger changes that you've made. So maybe we could just start there with an update on what's happened over the last year and then pivot to what's happened more recently at the post-holiday recruitment, some of the challenges that you've seen. And what changes you're making now and when they hit the market and if you've seen any change yet in terms of performance. I know it's a bit early.

**Mindy F. Grossman**
*President, CEO & Director*

Sure. 2018 was an incredible year for the company on a number of levels. And if you think of just everything that transpired and what we invested in and launched in a period of a year, we had the launch of Freestyle in January, the most successful, efficacious and recruitment-driven program in the company's history. We launched FitPoints 2.0, taking the science of everything we know in nutrition and applying it to activity within our app framework. We integrated audio fitness with Aaptiv. We launched mindset and mindfulness within the program for the first time, both our own content and original content with Headspace. We launched WellnessWins, the company's first reward and loyalty program in the company's history, which rewards you for things you do on behalf of your health, and we are seeing that kind of road to retention from that. We deepened our Connect community and created Connect Groups. And all of that was within the digital framework. We launched the in-app capability for Invite a Friend. And on top of that, we announced the new brand going forward. We relaunched every single product that we had in the company, and whether that's food, whether that's kitchen products, we took out anything that didn't align with the health and wellness company and had all new product out there, all new packaging in January, along with our first freestanding Amazon store. We launched our partnership with Blue Apron to be out there for healthy options, our first Freestyle Café in Barclays. And so what we said at the very beginning was that we were going to create an ecosystem of wellness that we would never abdicate our authority and our leadership in healthy weight loss as the #1 program globally but that we are going to provide much more to individuals who wanted to be on that journey. And certainly, that yielded significant benefits in 2018. Going into 2019, we work to do 2 things. We launched the brand in let's call it an anthemic campaign. And then we launched Freestyle in terms of recruitment from a marketing perspective. And what we were, while the effort was to elevate brand and to recruit, we certainly had the impact of elevating the brand. I mean, the recognition, the belief in the brand as kind of the best program, the journey, the relevance is at an all-time high, but the efforts did not recruit at a level we needed it to recruit. So yes, we knew we were up against a phenomenon but we felt, given everything that we had launched, we would go into 2019 with more success around the program. We immediately identified what the issues were and have certainly worked since the very beginning of January in everything from retooling assets to communication, to new marketing efforts across all our platforms, which has certainly stabilized the business. But we know that given the strength of the first quarter, we had a lot of road to make up. So we said we need to reset. We still feel very good about our trajectory and what we're trying to do as a brand. The things that tell us that is again, retention is at an all-time high and we see that expanding, so for those that are in the brand, that value we're creating means so much more. So our goal between certainly now and the balance of the year and going into 2020, we're not waiting for 2020 innovation to look to impact the business in a more positive way. There are a lot of things in the pipeline. We have a new spring campaign that we'll be launching very end of March, early April in every market that we are in. They're localized to the market but they're all around the central premise of why it works and why our brand in North America. We will be featuring -- Oprah is an essential part of the campaign mostly because she truly believes it and wants to be part of that, but we will be using our other influencers, ambassadors around that same rallying cry around the world, and we're excited about that. We are kind of reworking where our marketing assets are being deployed, heavier use in social and some of the other

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

areas, and we feel good going in. We've been reactivating our field organization. So as much as nobody more than myself takes ownership of whatever it was that we've identified, and I think you've seen we've been very transparent, which we will always be, but now it's about moving forward and doing those things that are going to help drive the business and create improvement over the balance of the year. We have been working on our new 2020 innovation for quite some time. We are actually ahead of the game in our preparation for that more than any other year in the company's history. We certainly feel good about it, and it's part of what we feel will be great momentum going into 2020.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Can you talk about the some of the specifics that you're going to do to bridge the gap that you saw in the Q4 recruitment between the Weight Watchers' traditional business, the way that it used to be, and wellness and the WW moniker?

**Mindy F. Grossman**
*President, CEO & Director*

Sure. So we've done a lot of diagnostics, as you will. I mean you have to be honest with yourself, but you also have to get the qualitative and quantitative results to say what is it your course correcting, what is it you're doing. And while unequivocally, people want to lead healthier lives and they want to look at it through the lens of health and wellness, we know that one of the first things that 75% plus of people want to do is lose weight. And even though there was weight messaging within our campaign, it was not as, let's call it, clear in functionality as maybe we had in the past. So we know that's one thing. Number two, there's definitely recognition certainly as the WW in certain cases, but we need to have a better bridge between that. So what you probably have seen in any of the assets that are out there right now WW, the new Weight Watchers, and we will be utilizing that effectively as well throughout. And then I'd say the last piece, as much as the people who are familiar with it are thrilled with all of the assets that we've added over the past year and what is at their fingertips 24 hours a day, not everyone has the true understanding of what that is. So you're going to see a lot more communication around what it is we really provide people. Certainly, including the best weight loss on the planet.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Yes. I definitely want to touch on that. But first before we do that, clearly, one of the issues we just talked about, the other one is competition and keto specifically. Clearly, that's gained some traction and impacted your ability more recently to recruit new members. So is the competitive environment more intense than it has been in the past? And how do you under this new plan sort of respond or differentiate relative to that? We've seen fad diets before. This one just seems a little bit more intense. And why can't you or why won't you do something that talks directly to the keto customer? Maybe not offering keto doughnuts, but is there something that you can do to help bridge the gap to attract more of that consumer that's decided to go that route?

**Mindy F. Grossman**
*President, CEO & Director*

There's a reason we're the best weight loss plan on the planet since 1963, and we've been #1 in weight loss for as long as it's been measured. And there's a reason why there are 90 scientific white papers on what we do and there's a reason why we're the most sustainable program on the planet. And it's because we don't succumb to what may be a moment. We're going to do what is science-led and what it tells us. There's always going to be competition and sometimes it heats up more than others, but we have to stay true to who we are. Now having said that, we certainly, given how we've evolved our program, we can satisfy a lot of different behaviors on our program, but we are not going to recommend or do something that we don't think is in the best interest of the health of our customers and what science tells us to do. So the key for us is to continue to innovate, to be cognizant of what's happening out there and just to communicate effectively as possible why our program works and why, even through any period of new diets or fad diets or whatever it is, people come back because it works. Now what's interesting, what we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have found and certainly what I have found in speaking with people, with people who have been on the program and it worked and then they stopped and they are not as successful and they come back, they don't fault us because when they're part of us, it works. So what we're trying to do is add that much more value to them so it becomes a sustainable relationship because what healthy means to people when you're a young mom are very different than when you're my age or something else. So how can we personalize all that? And that's one of our very big focus points today around everything we do is the personalization factor, to your point. If you're vegan, or if you like certain things, we're going to give you those options. That's going to make sense for you. Our FitPoints 2.0 are customized to who you are all around strength, intensity and duration. So our new program looks at personalization in a different way. So that's how we're really going to differentiate.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Is there an option to pivot that personalization whether it's gluten-free or vegetarian or whatever it might be?

**Mindy F. Grossman**
*President, CEO & Director*

So we already do that. So we have -- we can work and you can do Weight Watchers and WW -- we call it both words -- no matter what because there's nothing that is restrictive. So you can customize your program and we have coaches and we'll work with you on that. We have programs, particularly in our B2B business for diabetics because it is such a safe and proven program. So what I'm talking about is personalization to another level all across the member journey. So for example, if we know that you're vegan, how do we personalize, what recipes, and communication and what we give you so it becomes your WW, and that's the ultimate goal.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

And is there a way to do that for somebody who wants to do something low carb? Or is that?

**Mindy F. Grossman**
*President, CEO & Director*

So again, you can eat anything, right? You can customize your program, but we're not going to recommend anything that we don't think is in the best interest of science and the best interest of people's health. We take that very seriously.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Got it. Makes sense. Nick, maybe we can pivot over to you. One of the questions I get most recently since your report is whether it's optimistic to expect sequential improvement. Can you bring us up to speed in terms of what gives you confidence in that acceleration and talk about recruitment versus retention within that?

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Yes, I'd like to be clear. We had a soft start to the year, and our guidance doesn't assume that we fundamentally change the trajectory of the business until we launched this new program that we're very excited about in December. At the same time, we're going to be pushing for revenue every day, and we're excited about some of the things that we've got coming, including the spring campaign that Mindy mentioned. And then as we get into the back half of the year, we feel we've got softer comps that work in our favor. So from a recruitment point of view, a sequential improvement, but still expected to be negative recruitment for the year in our guidance. Retention is something we're excited about. Retention is at an all-time highs now. We're thrilled that we've launched WellnessWins, a one-of-its-kind loyalty and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

retention program, and we feel that WellnessWins can help push retention from well over 9 months today into the 10s later this year.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Can you talk a little bit more about WellnessWins, just what you've seen so far? It's a relatively -- it's still a relatively new program.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. Sure we launched in the U.S. in October, and we launched in international markets in Canada end of January, so it's very new. But what we have seen is significantly higher engagement. And so just to let you know how it works, you get rewarded, you get wins for doing things on behalf of your health. So today it's tracking your food, your activity, if you go to a workshop, if you're doing other activities within the app. And that creates a lot of engagement. So we're seeing an increase in food tracking, a significant increase in activity tracking. And we're just at the beginning -- just in the last, let's call it, number of weeks really started to see redemptions coming in and people. And the way we created everything, it is an unboxing moment for people, celebratory, and we're seeing them share that. What we have not launched yet, which we're excited about, are challenges within WellnessWins and different things to create even that much more engagement for people. I'm a big believer in gamification. I've employed it in prior businesses that I've done, and I've seen the impact on behavior, so we're excited about that. I would say another thing to Nick's point. As you said, I've been at the company 18 months. I've done a deep dive diagnostic of the history of the company in 55 years. What I can say is, notwithstanding that we had to do a reset based on performance, where the company is in terms of -- we're still, as I said, end the first quarter at about 4.6 million subscribers, highest retention, highest brand equity and a model that still is very profitable and cash-generative. So I think where we are in the company's history is very, very different today, and what we're offering people, both in the quality of our technology and what we're affording them to be able to do, is very different.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Got it. As you think about delivering on 2019, which one is the more important? Is it more improving that recruitment, turning that around or sustaining that retention that you have in order to get that sequential improvement that you're looking for as the year progresses?

**Mindy F. Grossman**
*President, CEO & Director*

Or all of the above plus elevate the brand. So to give you a perspective, within the organization, and given where we are, we've articulated that it's very important for us to have a laser focus on the things that are really going to drive the business. And all of those priorities have to go through the lens of, will it recruit, will it retain, and will it elevate the brand? Not one, not the other, all 3. So if you look at the things that we've said are very important is our marketing, communication and efficacy across every area of marketing, making sure our field organization is as effective as possible and we can begin to see the benefits of recruitment out of that organization, personalization through everything we do, making sure we execute and deliver that 2020 innovation in a very meaningful way and then galvanize communities. So what I mean by that, as we mentioned, I brought in Amy Weinblum, who had been with Oprah for the last 8 years as head of business development on this community activation. And we're working closely with Oprah to launch events and experiences, with and without different experiences. And how do we get out into the community is getting more and more people to understand what we are and what we're doing as a brand and creating that word-of-mouth and that evangelicalism. And everything is focused through those lenses, and that's what the organization is galvanized against.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

You mentioned a new head of business development. You obviously also had a personnel change that you announced yesterday. Is that a role that you -- and I think, one, it's probably getting closer to the market. But also, is that something that you intend to replace or is that role now taken out?

**Mindy F. Grossman**
*President, CEO & Director*

No. The changes we made yesterday, and we articulated them very clearly throughout the organization, it was to greater align our organization around what I just talked about: What were the priorities? What do we need to deliver and needing to have the right talent in the right place to do that for those priorities? So we took our North American business in particular and -- where we had a President of North America. Nick's taking on operating responsibility for the Americas, and we're integrating our marketing leads, very much focused. So new head of marketing area, product and member recruitment. And it really is just an organization around the greatest efficacy with our greatest talent. And that really was the change. Amy had brought -- been brought on prior, and we were creating the business unit around galvanizing communities. And the teams are working really well together, and we're going to look at each of our markets. And what we've explained to the organization is if you're going to be in business today, you have to constantly be reviewing this and you have to be agile enough to know that you're putting the right people and the right structure in place to be able to execute against the business priorities. And what we also articulated is, yes, so it's more of a challenging business environment right now. But most of what we did, we would have done because we think it's the right thing for the long-term health and trajectory of the business.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Got it. You guys have also talked about trying to reach new consumers, new cohorts, younger millennials, men, et cetera. Can you talk about how that effort is going?

**Mindy F. Grossman**
*President, CEO & Director*

Sure. We are seeing progress there. A couple of things contributed to it. To your point, some of it has been our cohort marketing. So we said, as when we look at diversity and how we're going to broaden our base. Diversity is age, gender, race, ethnicity, geography and life stage being very important when you open to new things. So cohort marketing, for example, around young moms. That's why we partnered with Kate Hudson and some other influencers in other markets, or men in different challenges and things that we want to do. Invite a Friend really helped contribute to that, so 70% of the people that came in through Invite a Friend were new to WW. And where our traditional mix is about 90-10, with Invite a Friend, it was 20% men. So different marketing efforts have had different impact. And if you go into our app and you look on Connect, which is our digital community platform, we just launched Connect Groups, and that gives you ability to find and form communities with people that you self-identify with. So it could be young moms, it could be foodies. Food is a very big conversation in our world because, again, you can eat anything, and so it's one of the most shareable assets that we have.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Maybe, if we have anybody in the audience interested in asking anything? People are being shy. I can keep going.

**Unknown Analyst**

Could you compare the involvement of Oprah this year that you plan versus prior years?

**Mindy F. Grossman**
*President, CEO & Director*

So it's been great to work with Oprah for these past 18 months. Who wouldn't want her as a board member, a very engaged board member? She hasn't missed a board meeting, and I talked to her all the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

time. And we talk a lot. And one of the things about Oprah that, I think, makes her unique is she really practices this ability to really laser in on where she can have the greatest impact. And she certainly is very passionate about what we're doing and the brand and the business. So I would say from her leading the spring campaign to wanting to galvanize herself and her efforts around getting out into the communities for WW, I think she's more engaged than ever, which we're thrilled about.

**Unknown Analyst**

In previous campaigns, was she involved or?

**Mindy F. Grossman**
*President, CEO & Director*

She was not in the spring campaign last year. She was in the winter campaign but not the front face of the winter campaign. The key is that look, there's only one Oprah. But we're building a group of very powerful ambassadors around the world, and when we look at who those, you can call them an influencer, you can call them an ambassador. They have something very significant in common. They all are aligned with our vision and purpose around inspiring other people to take charge of their lives and get healthier. And yes, some are about losing weight, some are about being young moms and getting healthier for their kids. Some are chefs who are going to help people eat better and live better lives. So we're going to continue to expand those ambassadors and galvanize them differently in different markets, but I think it's important to have those voices out there.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Can you talk a little bit about the difference in terms of how you're going to improve numbers, both in the studio and then -- Studio + Digital and then in digital.

**Mindy F. Grossman**
*President, CEO & Director*

Sure. Look, I would expect and usually expect that our digital, let's call it recruitment, will be at a faster pace than our Studio + Digital. It's the world today and where we're going, and we're recognizing that. I do think we have an opportunity. I've spent a lot of time -- actually, my focus. That's a particular area for me that I will be spending and have spent time on. I think we have opportunities on a couple of different levels. One, given our current 30,000 meetings a week, how can we make them as engaging? How can we have the right content? How can we generate additional product sales as we continue to generate more product? How do we incentivize our coaches to recruit at a greater level? Second to that, how do we create strategic partnerships that allow us to recruit new cohorts and create different experiences and meetings. So I think you may have seen in the U.S., we have a partnership with Kohl's, Michelle has been a great partner as she goes down her path and belief in health and wellness. So we'll be building studios where we can recruit and create new experiences. We're talking to another -- a number of other people. So I think those areas are important. Where can we take our existing and amplify? And where can we create new? So we have parallel paths for both of those.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Got it. Maybe some of the relationships that you mentioned, Blue Apron, for example, Kohl's and Barclays, et cetera, et cetera. Talk about like what drives those relationships? Perhaps a little bit of color into the economics of that and what kind of growth you expect to come back to you from those partnerships.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. So before we talk about any economics, how do we look at a partner? Because I think that's really important. The one thing I would have to say is that we are very fortunate in that incoming in terms of people who want to partner with us because they believe in their mission, has been amazing. And I would have to say that at the enterprise level, people are really understanding what it is that we have the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

capacity to do and what we can do. And they also understand what we can galvanize both in our member base, our prior member base and our people in the field, and we're very valuable as it relates to that. So the first thing we do is we look at a partner and say, do they have the same vision, goals? And are they trying to accomplish what we're trying to accomplish? And what that means is do they want to impact their employees, their consumers and their communities? And that's why we felt Kohl's was such a great partner because that's what they were doing, the same with the Barclays, the same with Blue Apron. But it goes to international, too. That could be Tesco in the U.K. or Loblaws in Canada. So we do think that the right strategic partnerships are a great opportunity for us for recruitment, retention and for brand, and we're seeing that. Now obviously, from an economic perspective, some are licenses, some are strategic partnerships. Kohl's will actually be able to sell our products through there. So there's no one formula. We obviously work with each partner and say, what is the best combination for both of us? Another great example is our partnership with MSC Cruises. We definitely feel that wellness, hospitality and experience is another opportunity. Our cruise just left March 11 to Cuba. It's on the water right now, 1,200 people, a week of health and wellness. I wish we were all there right now. And the highest NPS scores, so how can we bring people together and create community in new and different ways? Those are all opportunities.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Got it. Any questions from the audience?

**Unknown Analyst**

I just wanted to ask about further segmenting your business. Do you need to make an acquisition to do that? I know Noom is kind of biting at your heels a little bit. But is there any applications that you feel that are out there that you might want to use to further segment into the new demographics?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. So what we've said, and I think Nick has articulated this, that we do feel that if there are opportunities for smaller acquisitions that can add valued assets to us, and whether it's technology or whether it's personalization or any of the other areas that we're looking at, we're certainly open to that. We're not looking to be a multi-branded portfolio of different brands. We feel there's too much opportunity for our brand. But if you look at -- we did a small acquisition last year of a company called Kurbo, which is focused on the youth obesity space, with science coming out of Stanford. We recently just integrated it into our health solutions business. It's been more of a B2B business. We think that's an opportunity for us. We just formed our first youth and family advisory board. We think that how can we get people earlier, how can we help families. So that's one example. A second example is a number of years ago, we acquired a company, and that company became Connect, which is our community platform. So we're going to look at whatever options we have. We brought in a new head of growth and strategy and M&A, who had been at Andreessen Horowitz for the last 3.5 years, Lauren Berson. And we're looking at different areas of where that can enhance what we do.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

In terms of marketing, you said that for Q2 to Q4 you keep it flat year-over-year. Why is it the right thing to do when you need to do a little bit more to bridge that gap to more publicize the changes that you're making?

**Mindy F. Grossman**
*President, CEO & Director*

So there's the number and then there's the efficacy and the strategy. So I wouldn't get too stuck on the number. If we have, and we see significant marketing efficacy, we're going to put more marketing. But I think we have to go in with a strategic plan and then decide where we're going to put our efforts. I mentioned we brought in new talent in certain areas. So I think we have from a plan perspective what we need, but we're going to be nimble, certainly, to both maximize what's working to the greatest degree.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

I think we've got an opportunity to continue to optimize our channel mix. We're very focused on digital and social plays in addition to TV, of course, as we go into spring.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

And maybe talk a little bit about the use of ambassadors to continue to promote your brand. You talked about Kate Hudson. You've got a couple of other relationships globally. And those people seem to be very involved in the business, so maybe you can talk a little bit about that and where they can go.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. As I mentioned before, it's kind of unique. If we're going to be about diversity and we're going to be about -- the one thing that really is unique about what we do, it works for everyone and you can certainly customize it to your earlier point. Look, we can touch a lot of different people, but for years, we were only marketing to the same type group of people. So in order to, number one, myth bust, if you remember last January, when we announced DJ Khaled, it was one of those that took over the Internet, what do we do? And he just, I think, he had hit his 50-pound or pretty close to it, getting ready to come out with his new album. Well, that's one conversation. He was a dad. He just come out -- he just had his son and he wanted to get healthy. That's one communication to a different audience. Kate Hudson has always been about health and wellness, but she just had a baby and she wanted to inspire other people and get her children inspired and be around health. Robbie Williams is a different conversation. Hélène Ségara in France. New ambassadors that we are just launching in the U.K. and in Germany. But they're very diverse. And if you look at, let's call it ambassador platform. We have about 250, may now be about 300 ambassadors around the world that came out of being WW members that have their own social following and their own social equity, and they've been appointed ambassadors and it's social currency for them. Then we have what I'd call micro-influencers. So it could be the Turkish chef in the U.K., and that's the next series. And then all the way, ladder up to someone like Oprah. But they're all purposeful in what we're trying to communicate and what they're trying to do to inspire other people.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Got it. And then in terms of the marketing, I just want to keep -- I keep bringing it back to the marketing just as I think about how do you sort of get that sequential improvement that you're looking for. When does that sort of hit the airwaves? I think you said late March, early April.

**Mindy F. Grossman**
*President, CEO & Director*

Think of April 1 forward.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

And is it just in the U.S. or is it...

**Mindy F. Grossman**
*President, CEO & Director*

No, no. We have the message of what we're trying to communicate is global. The execution is localized to every individual market. Oprah's activation is U.S. and Canada and will be utilized a lot in digital in Australia, for example, where there are efficacy in that market. But we obviously, are going in feeling good about what we're doing. We certainly had a lot of learnings. We're certainly sharpening in our focus. And we're launching fairly early.

**Olivia Tong**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*BofA Merrill Lynch, Research Division*

Okay. Is there anything that you can look to in the past in terms of starting off the year a little bit more on a slower start than you would have anticipated, pushing that advertising and then the kind of lift that you've seen coming out of that, that we can sort of use as maybe perhaps a guide to what's possible from -- what we can take out of the spring campaign just given that, that is typically a smaller piece than relative to the winter season?

**Mindy F. Grossman**
*President, CEO & Director*

The reality is, and I've said this before, that no matter what we do, right, there's a Pavlovian January effect. Okay, it is going to be your highest recruitment. However, we have been very focused on saying that people do want to be healthy 12 months a year. We know that from Google searches. We know they want to do. So how do we take advantage of that knowing that January is still going to be that watershed moment? And our goal, look, we certainly put out guidance that we felt was right for where we were, and we're always going to be very pragmatic in our approach. But there's no question that we're going to leverage and maximize every opportunity we think we have for the balance of the year to see that trajectory be more effective.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

And we always make it clear that winter is important, though 60% of the people who join us do so from April through December. So we've got a lot of the year to bring people in.

**Olivia Tong**
*BofA Merrill Lynch, Research Division*

Got it, perfect. Any other questions from the audience? Okay. Well, thank you, Mindy. Thank you, Nick. I appreciate you guys coming. Thanks, everyone.

**Mindy F. Grossman**
*President, CEO & Director*
Thank you. I appreciate you all.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.