# EXHIBIT WW



# Weight Watchers International, Inc.

## NasdaqGS:WW

# Company Conference Presentation

## Tuesday, May 14, 2019 6:20 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

**Contents**

# Table of Contents

Call Participants .................................................................... 3

Presentation .................................................................... 4

Question and Answer .................................................................... 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Mindy F. Grossman**
*President, CEO & Director*

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

**ANALYSTS**

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Analyst**

All right. So joining me next on stage are Mindy Grossman, the President and CEO of WW; and Nick Hotchkin, CFO, Operating Officer -- or CFO and Chief Operating Officer of North America and President of Emerging Markets.

Ms. Grossman joined WW as President and CEO in July 2017. Prior to joining, Ms. Grossman served as CEO of the Home Shopping Network for nearly a decade, and prior to that held various leadership roles at Nike, Polo Jeans Co. and Ralph Lauren; and Mr. Hotchkin has served as CFO of the company since August 2012. Prior to joining, he served as VP of Finance for the U.S. Retail Division of Staples.

The company has gone through a tremendous amount of change since Mindy has taken over, including a new branding campaign, new initiatives around both acquisition and retention. Many of these initiatives were highly successful late 2017 into 2018, where growth was phenomenal, both top line and especially at the bottom line. However, recently, the growth has taken a bit of a pause.

So please welcome Mindy and Nick with me to sit down and hear about their plans to rebuild momentum and restart the growth, and the broader vision and journey of where this company is going.

**Mindy F. Grossman**
*President, CEO & Director*

Thank you for having us.

**Unknown Analyst**
Yes. No, thank you for joining me.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Analyst**

So I guess I wanted to start there, just kind of building off the intro. It was -- you're here with the company, it's still relatively short tenure with the organization. I love to start with why this company. And I imagine -- I looked at your resume, I imagine there were a lot of opportunities out there. What drew you to Weight Watchers?

**Mindy F. Grossman**
*President, CEO & Director*

It's a great place to start. So I've been at my last company. I worked for Nike, and then I joined when it was Barry Diller's IAC Retail, and then I took the company public in 2008, and we transformed the company. And I was either going to go and become Chairman, but I knew I wanted to do one more big thing, and I knew it wasn't going to be in retail or fashion. And I became very interested not just in the health and wellness face, but that companies that were really going to leverage technology plus meaning to help people live better connected more fulfilled lives. And when I looked at this brand, I love legacy brands that have been impacting people's lives positively for a long time, that unequivocally owns the best healthy weight loss program on the planet and it was conceived in 1956, I think our anniversary is in a week, around community and healthy nutrition. But we not only had the permission. I felt we had the responsibility to be so much more for people today and what they're looking for in terms of wellness. And what people really want is a partner in a more holistic way sustainably and live-ably to lead a healthier life. And my feeling is if we could execute on that, not only would we deliver a financial return on equity, we would deliver a human return on equity.

So I started talking to the company, certainly spent time with the Board, spent time with Oprah, asking her why she decided to be part of this company, and she had the same motivation that I did. How can people really live their best lives in a world where we're in a health crisis? And if we could be that partner and if we could have impact, that would be tremendous. So I joined the company in July, and one of the first things really recognized that we had to do was redefine our purpose, our vision, our strategy and what we needed to deliver to execute against that.

So last February, we relaunched our Impact Manifesto around inspiring healthy habits for real life, people, families, communities, the world, for everyone and being that company that could democratize wellness, understanding that technology was a huge enabler for us to do that. So how did we continue to invest and transform ourselves into a technology-experience company, not using the human overlay and then being able to execute against this idea of building an ecosystem for people around wellness.

So if you think about just in the prior past year, we launched Freestyle, which was the most successful food and nutrition program in the company's history, in January. We launched FitPoints 2.0, taking our science, which is behind everything that we do and applying it to giving people the idea of between strength, intensity and duration, what they should do personalize for activity. We integrated audio fitness. We added a whole mindfulness segment of what we deliver, including a partnership with Headspace as well as our own content. We launched our first loyalty and rewards program, WellnessWins, which is definitely attributed to our highest retention that we had, and we think that has future even greater potential. It doesn't reward you for spending money. It's unusual. It rewards you for the things you do on behalf of your health.

We further enhanced Connect, which is our digital community, very powerful; created Connect Groups, enhanced 24/7 coaching, including Invite a Friend; reformulated and relaunched every product we've sold around the world to take out preservatives, artificial sweeteners, et cetera; so created the ecosystem and then said we need to present ourselves as a modern relevant brand and evolve the incredible equity of Weight Watchers into a mark of excellence around wellness with the tagline Wellness that Works.

So if you think about that change, which, based on a lot of research that we did, both qualitative and quantitatively around the world, to be able to be that brand just like you have Amazon for shopping or

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Netflix for entertainment or Spotify for music, that could absolutely be that brand for health and wellness. The team did an incredible job, a lot of work. Came into 2019, and we had concurrently anniversarying Freestyle, the launch of the new campaign as well as the launch of the brand. Some things worked, some things didn't.

And I've been saying that true transformation is not a linear platform, but what defines you is how quickly you move, how agile you are, what you learn and how you move forward against that vision. So we -- the campaign itself, on one hand, the positive is that our brand recognition relevance is at the highest in the company history. Our retention is at the highest in the company's history. But it did not recruit at the level that we needed it to recruit to kind of continue on the type of growth trajectory that we were on. So we immediately identified what the issues were and quickly created new assets, modified assets and stabilized the business and started it back on the path to grow through the course of the year. But with January being such a significant tentpole, it definitely required us to kind of reset expectations that, clearly, we're focused on exceeding. But it's a testament, I think, to the team, the culture and to what we believe is the right business model for the future to see that those members who are with us are embracing everything that we're giving, and now it's a matter of elevating our marketing efficacy, et cetera, which we've already started to do.

We did end the first quarter at over 4.6 million subscribers, the highest we've had. Certainly not where we wanted to be, but it shows how quickly we were able to course correct to be ahead of last year, even though slightly, retention at a high. And now it's just a matter of milestone-wise, getting through the balance of the year. We have plans in -- between now and when we launch our next big innovation in fourth quarter, the end of the year, our 2020 innovation, which is our most, I think, personalized and innovative that we've done and get back on the path to a higher growth trajectory.

**Unknown Analyst**

You gave me a lot to work with there, in that we covered a lot of ground in that opening salvo. So there's so many different directions we can take it. I do want to come back and talk about the tactical initiatives and the progress, but I don't want to get too bogged down in the short term, but I do want to come back and touch on that.

**Mindy F. Grossman**
*President, CEO & Director*

Rightly so.

**Unknown Analyst**

But you mentioned the new -- I forgot the word you used, but the new design of the business, sort of or what this business is going to look like going forward. Beyond just the rebranding effort to Wellness that Works, which clearly ladders to a high-order benefit, but also in terms of structure of the business, you're clearly pushing hard on digital, just not to the abandon of obviously the legacy business. And there's a lot of transformation happening here. What does the model look like going forward?

**Mindy F. Grossman**
*President, CEO & Director*

So our business is still going to be 80% on recruitment and retention, while at the same time continuing to elevate the brand. The more people that we can have in our universe, the healthier we're going to be. And if you think about what's happening right now globally, we are clearly in a crisis. There is 0 indication that anywhere in the world, we're on a trajectory for improving health. As a matter of fact, it's going backwards. So clearly, what we've been doing hasn't been working. We know that what we've been delivering sustainably works. Traditionally, we've marketed to the same audience for years and years and years. And today, we are being much more strategic in who we are marketing to. So again, we want to deliver a full experience. We want weight loss, if that is what someone wants, healthy weight loss to be at the core of it, it's weight loss to wellness. And we wanted to deliver it to more people and broader communities.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So today, you've mentioned technology. So obviously, we've made tremendous investments in technology, and a big part of that is to -- for this segment and personalized experience to not only reach new audience but keep new audience. So personalization is a core element of our strategy today, particularly for 2019 as we've identified what the critical strategies were around marketing efficiency, making sure our face-to-face field transformation still is a core part of what we do because community is at the center. I mentioned personalization, delivering on our 2020 innovation. And then one of the things that I'm excited about as we look to reach more and more people and diverse audiences, we've created a new division of the company. Amy Weinblum, who was -- worked with Oprah as her Chief of Staff for the last 8 years, but was behind a lot of her tours, events, et cetera. We've created a segment of the company that's all around community activation, events, content and distribution, and we're seeing the benefits of that. We're seeing more men come into the program. We're seeing younger cohorts. And we're looking at diversity as age, gender, race, ethnicity, life stage and geography.

So there's a lot of opportunity for us. But I want to go back to your question. It really is about bringing more people into our program and having them stay longer because we're delivering such value.

**Unknown Analyst**

And you brought more people in, in the last couple years into digital. You clearly made a lot of investment behind the digital platform. What do you expect the mix to look like as we -- where are we today? And where do we expect it to be in maybe 5 years?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. So given the nature of the world we live in, we're going to expect our digital business to keep growing at an accelerated rate. Having said that, I believe wholeheartedly that the ability to continue to have that human interaction and face-to-face interaction is a very important element of what we do. But it really needed to be modernized and move forward and whether that was the content or our actual coach community, which is incredible. How do we employ them with more tools to create their own followings and how do they recruit as well as retain? And then we're also testing new opportunities there.

So virtual coaching, being able to have more community activation around face to face, taking our Connect Groups, so whether that's young moms, college, et cetera and finding new venues and vehicles for them to come together in different ways, that will continue to be important. But something to remember, it's not either or. So all 4.6 million-plus subscribers are part of our app in digital universe. 1.6 million of those also choose to have that face-to-face experience. So we want to really give people and meet them where they are and give them what it is that's going to be the most important motivation for them.

**Unknown Analyst**

With digital growing and now obviously with even the media members engaged in digital there, their tied usage is probably pivoting as they adapt to it. How do we think about pricing strategy with digital? Right now, it's a subscription model. It looks like you kind of built it up off of the media model where, you pay to play and we've got a flat rate, and we step into digital and we've kind of have a bit of a flat rate too, all those different promotional, in 10 years we can sign up for. Netflix looks similar, but there's a lot of other tiered subscription models, the idea of freemium-type models out there have grown. What's the right model for you? Is this it? Have you kind of landed on it?

**Mindy F. Grossman**
*President, CEO & Director*

You never land on something finite, right? And so you're not continuing to look at what are alternatives, what are different ways. However, I believe people value what they pay for. I truly do. Our goal and our mission and what we've been doing is to continue to give people so much for what they're valuing and what they're paying for that we become less of something they can do and more something that they need in their day-to-day lives. Now do we see, and are we testing things where there's upsells to the model? Let's say, people want coaching, or they want one-on-one, or they want some different things, or

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

expanding our products or event. We're going to continue to look at that. So nothing for us is ever static. The key is for us to have maniacal belief in that long-term vision of what we're trying to deliver and then making sure we're giving relevancy to what consumer behavior is. But I go back to people do value what they pay for, and we're just seeing that in the members that we have and the type of retention that we're having.

**Unknown Analyst**

Sure. The skeptics -- some skeptics we talk to here say, "Gee, as we go to a digital environment, what is Weight Watchers selling?" They're selling information, advice and connectivity. Well, information is abundantly free; advice, we can kind of abundantly reach; and community, I can go to Facebook and I can create connectivity and community for free there. Why will a consumer, increasingly large number of consumers be willing to pay this type of price?

**Mindy F. Grossman**
*President, CEO & Director*

So the reason I love skeptics is I wouldn't have a 40-year career if I didn't have skeptics. There's something very, very important behind what we do that you cannot underestimate in any way, shape or form. There's not a thing that we do, a piece of content that we create or a program that we deliver that is not science-based. We have a huge science team with an academic advisory board, and the reason that we've been #1 for every year that it's been defined, at least around healthy weight loss, the reason we've been in business for as long as we have, no matter what is happening in any environment, is because of that, because of the lens we look through, whether we're delivering a food program, an activity program, a rewards program or community, there's clinical studies behind everything we do.

Interesting, when we launched Freestyle, we took a different approach to clinical studies that we ever had in the history of the company. Additionally, we have done all the clinical studies around weight loss alone. We actually did the clinical trials science-based around weight loss, sleep efficacy and satisfaction and happiness. So if you look at our marketing, we can say WW Freestyle helps you lose more weight, sleep better and be happier. And that is science, and there's very few people that could deliver that across the platforms that we do, and I wouldn't -- that's something that was very important to me when I joined the company. And the key for us now is how do we deliver that even more broadly. So in addition to our scientific advisory board, we recently launched the youth and family advisory board because if we do not work with academics, researchers and even companies more broadly earlier, we're going to continue to perpetuate the problem. And the reality is if something does not change, millennials would be the most obese generation in history. So how can we provide support with science behind us to really help people at different stages in their life?

**Unknown Analyst**

Weight loss, better sleep and happiness sounds priceless to me.

**Mindy F. Grossman**
*President, CEO & Director*

Doesn't that sound really good?

**Unknown Analyst**

How much? Where do I pay, right?

**Mindy F. Grossman**
*President, CEO & Director*

I tell you, it's interesting, we're doing a tremendous amount of science around sleep and implications around obesity, et cetera as well as stress, the sleep and stress factors. Because if you look at what's affecting the health economy today, it's obesity and the trickle-down effect. It's mental health and, unfortunately, the opioid epidemic. But sleep and stress are connected. So how can we provide tools for

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

people, whether they be measurement tools or whether they be recommendation tools within your life to have that support you?

**Unknown Analyst**

Yes. And I think, unfortunately, for many of us in the room, we've embarked on career paths that are not that conducive for avoiding stress continuously.

**Mindy F. Grossman**
*President, CEO & Director*

Yes. I just enjoy practicing what I preach, I don't know why.

**Unknown Analyst**

Yes, I know, I think we all do. And we get it, but it's -- we got to make -- have the discipline. All right. That's helpful. I think we've got -- we've kind of painted the mosaic of where do you want to go and how this is going to fit in with the consumer's life and how the business can take shape going forward. Let's retrench then kind of back into the near term. Your retention rates are good. You've got -- you've done a lot of heavy-lifting last year with the program, it's delivering for you retention. Recruitment's kind of been where some of the softness has been. Give us a little more -- put a little more -- a few more -- a little more piece on the initiative, how you've tweaked things in terms of your efforts to restart the traction and recruitment, and hopefully a little more specificity in terms of what you're seeing. I know you came in January, really soft and what's the glide path looking like now?

**Mindy F. Grossman**
*President, CEO & Director*

Yes. Well, I'll just reiterate what we said. We came out of January, and immediately stabilized the business to begin to move it forward. We've been pleased with our spring campaign. We have tremendous efforts for summer going into fall, going into 2020 innovation to focus certainly on recruitment, and we'll be reporting on those milestones as we go along. We also said that based on where we are with retention, is what we're -- the launch of WellnessWins and the value creation of what were added, that we hope to be able to be talking about retention in the 10-months plus, and over the longer term be using the year word as opposed to the month word. That's obviously our goal. And that will be the proof point for what it is we're delivering.

**Unknown Analyst**

Absolutely. And I think it's important for the audience to understand, for those who may be not be in the leads. But you mentioned sort of retention of 9 months. It's not like a consumer comes in for 9 months, and it's gone with Weight Watchers forever, right? What percentage of these consumers you -- would you say exit, hopefully, exit with success and then reengage down the road?

**Mindy F. Grossman**
*President, CEO & Director*

So if you look at the split, when we launch a major new program or innovation, right, it used to be that about 70% of the people or people who've been affiliated with the brand before 30% new, that has shifted to 60-40. And our Invite a Friend, about 70% who come in are actually new. But we want the people who've been in the program before. They're familiar with it. They love the brand. We're delivering something new and we're delivering something that's even more sustainable. So we definitely have to ensure that within our marketing framework, that we're -- I always like the expression surprising yet familiar, right? We want people to come back and go, "Wow, look at what I'm getting now." And then we want to recruit the new people who haven't been in the brand, who are looking for something that's going to allow them to be successful.

**Nicholas P. Hotchkin**
*CFO, President of Emerging Markets & Operating Officer of North America*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And if I can, any -- here, like this year, where we know come December, we'll be in market for the new program. It's the perfect vehicle to introduce new people to the brand by bringing back people who've done WW before also.

**Unknown Analyst**

Do we have any questions from the audience? I've got a couple more questions to keep this going, but just want to check in. I don't see any hands. So the new program. Mindy, you mentioned it a couple of times. Nick, you've just mentioned it as well. Can you tell us about it? How long has it been in the works? And how much can you share at this point in time?

**Mindy F. Grossman**
*President, CEO & Director*

So the program has been in development for multiple years, a couple of years. And the way we think about innovation is not we launched a program, let's start again, right? It's constant innovation based on science, based on data, based on what we're able to derive, how much more value can we provide. We've been thrilled with the success of Freestyle, but taking the learnings from that and how can we deliver a new innovation that's even more personalized and will not only attract new audience but will also attract those who've been in the brand before.

We are further ahead than we've ever been on preparing for the innovation and getting ready for typical clinical trials that we always do, but we're obviously excited about where we're going.

**Unknown Analyst**

How long do those clinical trials take?

**Mindy F. Grossman**
*President, CEO & Director*

They're ongoing. It's not like we're waiting for some big answer.

**Unknown Analyst**

Okay, I thought I heard you say, "We're getting ready for them," like, it will probably take some time if you're still getting ready to start them.

**Mindy F. Grossman**
*President, CEO & Director*

No, no, no. Don't take that the wrong way. We're constantly doing that work, and the science team is developing. We have a team of many people around the globe, 32 work streams. You'd think about -- we have one of the largest databases of food in the world. We measure every food on the planet for calories, nutrients, fat, sugar satiety to derive the science of the point values. So there's a tremendous amount of work, and it goes back to your question to me as well. It's behavior. It's this. Why can't someone else? There is a lot behind what we do that no one else has. And again, that's why it works.

**Unknown Analyst**

Yes. On that note, I think we should call it a close because we have to keep the show moving forward, and we're -- the clock's been ticking right at me here for a few of minutes. So Mindy, Nick, thank you so much for joining us on stage and sharing your story and best of luck.

**Mindy F. Grossman**
*President, CEO & Director*
Thank you. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.