# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| IN RE WEIGHT WATCHERS INTERNATIONAL INC. SECURITIES LITIGATION | 19 **CIVIL** 2005<br>**JUDGMENT** |

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2020, Defendants' motion to dismiss is granted.; accordingly, the case is closed.

**Dated:** New York, New York
November 30, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**  _K. Mango_

**Deputy Clerk**